U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

3√

PLAINTIFF: TMF TRUSTEE LIMITED

COURT CASE NUMBER: 2:17-CV-09010

DEFENDANT: M/T MEGACORE PHILOMENA and HURRICANE NAVIGATION INC.

TYPE OF PROCESS: Arrest of Vessel In Rem

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: M/T MEGACORE PHILOMENA

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*): Port of Los Angeles Berth 189 or anchorage at Port of Los Angeles per vessel traffic data

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Erich P. Wise
Flynn Delich & Wise LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case: 1

Check for service on U.S.A.

FILED CLERK U.S. DISTRICT COURT JAN - 5 2018 CENTRAL DISTRICT OF CALIFORNIA DEPUTY

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*): — after Completion of discharge —

Fold

Serve Warrant of Arrest and related documents on M/T MEGACORE PHILOMENA at Berth 189 Los Angeles or at LA anchorage. Vessel at anchorage in POLA as of 1200 on 12/15; scheduled to shift to Berth 189 on 12/15 then shift to anchorage in LA to remain at outer anchorage at LA until 12/19 and return to Berth 189 on 12/19. Concern is vessel may depart U.S. prematurely based on filing of in rem complaint. As per Order of Court, please allow cargo operations and shifting of vessel to continue.
Tel: Erich Wise 562-733-2373 (work); 562-715-2742 (mobile); 562-434-4271 (home)

Fold

Signature of Attorney or other Originator requesting service on behalf of: [signature]

☑ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 562-715-2742

DATE: 12-15-2017

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 12 | No. 12 | Janelle Chavez | 12/18/17 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): Matthew Gudde (Vessel Agent) / Capt. Sergey Gostev

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*): Transmarine Navigation
301 E Ocean Ste 500
Long Beach CA 90802

Date of Service: 12/18/17

Time: 7:17 pm

Signature of U.S. Marshal or Deputy: [signature] Badge # 4762

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 1,040.00 | 96.30 | ⊖ | 1,136.30 | ⊖ | — | — |

REMARKS:

# of Deputies 4 # of hours 16 # of miles 180 mi Rd trip

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

U.S. Department of Justice
United States Marshals Service

# Seized Property and Evidence Control

INSTRUCTIONS: Use Form USM-102 to record the transfer of seized property from one agency or individual to another. Maintain completed forms in the property file.

**1. DISTRICT:**
Central District of California

**2. RECEIVED FROM (NAME AND ADDRESS):**
Erich P. Wise Flynn Delich & Wise LLP One World Trade Center, Suite 1800 Long Beach, CA. 90831-1800

**3. CASE NO.:** 2:17-CV-09010

**4. CASE TITLE:** TMF Trustee Limited vs. M/T Megacore Philomena and Hurricane Navigation Inc.

**5. SUBJECT (NAME AND ADDRESS):**
M/T Megacore Philomena Port of Los Angeles Berth 189 or Anchorage at Port of Los Angeles per vessel traffic data

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE *(Include model, serial no., identifying marks, condition, value, etc.)* | 9. STORAGE LOCATION |
|---|---|---|---|
| 1 | 1 | Vessel Megacore Philomena | 401 Canal Street Wilmington CA |

ADD ITEM

I certify that I have received and hold myself accountable for the articles listed above.

| 10. NAME: | 11. TITLE: | 12. AGENCY: |
|---|---|---|
| Matthew Cordova | Deputy US Marshal | United States Marshal Service |
| **13. SIGNATURE:** Matthew Cordova [signature] | #4762 | **14. DATE:** 12/18/17 |

Form USM-102
Rev. 08/16

## CHAIN OF CUSTODY

| 15. ITEM NO. | 16. DATE | 17. RELINQUISHED BY | 18. RECEIVED BY | 19. PURPOSE |
|---|---|---|---|---|
| 1 | 12/17/18 | NAME & AGENCY: US Marshal Service Matthew Cordova<br>SIGNATURE: [signature] | NAME & AGENCY: Nielsen Beaumont Mark Schnabel<br>SIGNATURE: [signature] | Arrest of Vessel In REM |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |
| | | NAME & AGENCY:<br>SIGNATURE: | NAME & AGENCY:<br>SIGNATURE: | |

ADD ITEM

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

ORIGINAL

TMF TRUSTEE LIMITED,

*Plaintiff(s)*

v.

M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., in rem; HURRICANE NAVIGATION INC., a Marshall Islands Corporation, in personam,

*Defendant(s)*

Civil Action No. 2:17-CV-9010 -JAK-AGR

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* HURRICANE NAVIGATION INC.,
Trust Company Complex, Ajeltake Road,
Ajeltake Island, Majuro
Republic Marshall Islands MH 96960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erich P. Wise
Nicholas S. Politis
Zachary J. Politis
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800, Long Beach, CA 9831-1800
T: 562 435 2626 F: 562 437 7555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/15/2017

[signature]

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-CV-9010

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Hurricane Navigation Inc
was received by me on *(date)* 12/18/17 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Matthew Godde , who is designated by law to accept service of process on behalf of *(name of organization)* Hurricane Navigation Inc on *(date)* 12/18/17 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/18/17

[signature]
*Server's signature*

Gloria Hernandez for Matthew Cordova 4762
*Printed name and title*

350 W. 1st St LA CA 90012
*Server's address*

Additional information regarding attempted service, etc:

Case 2:17-cv-09010-JAK-AGR Document 13 Filed 12/15/17 Page 1 of 2 Page ID #:597

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

ORIGINAL

TMF TRUSTEE LIMITED,

*Plaintiff(s)*

v.

M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., in rem; HURRICANE NAVIGATION INC., a Marshall Islands Corporation, in personam,

*Defendant(s)*

Civil Action No. 2:17-CV-9010 -JAK-AGR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* M/T MEGACORE PHILOMENA (IMO 9456915)
c/o the Ship's Master
Port of Los Angeles, Berth 189 or Outer Anchorage

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Erich P. Wise
Nicholas S. Politis
Zachary J. Politis
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800, Long Beach, CA 9831-1800
T: 562 435 2626 F: 562 437 7555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/15/2017

[signature]
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-CV-9010

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* M/T Megacore philomena was received by me on *(date)* 12/18/17.

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jergey Goster, who is designated by law to accept service of process on behalf of *(name of organization)* M/T Megacore philomena on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/18/17

[signature]
*Server's signature*

Gloria Hernandez for Matthew Cordova 47602
*Printed name and title*

350 W. 1st St LA CA 90012
*Server's address*

Additional information regarding attempted service, etc:

Erich P. Wise/State Bar No. 63219
erichw@fdw-law.com
Nicholas S. Politis/State Bar No. 92978
nicholasp@fdw-law.com
Zachary J. Politis/State Bar No. 306310
zackp@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

Attorneys for Plaintiff
TMF TRUSTEE LIMITED

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TMF TRUSTEE LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., *in rem*; HURRICANE NAVIGATION INC., a Marshall Islands Corporation, *in personam*,<br><br>Defendants. | **CASE NO.:** 2:17-CV-9010<br><br>IN ADMIRALTY<br><br>**VERIFIED COMPLAINT *IN REM* AND *IN PERSONAM*** |

//

//

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

Plaintiff TMF Trustee Limited (hereinafter "Mortgagee," "TMF" or "Plaintiff"), by this Verified Complaint against Defendants M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances etc., *in rem* (hereinafter "M/T MEGACORE PHILOMENA" or "the Vessel"), and Hurricane Navigation Inc., alleges and pleads as follows:

## I. JURISDICTION AND VENUE

1. This is an action under the Commercial Instruments and Maritime Lien Act, 46 U.S.C. §§ 31306(B), 31325 and 31326 and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure to enforce a preferred mortgage lien against the M/T MEGACORE PHILOMENA and to recover amounts due and owing to Plaintiff under Loan Agreements secured by the preferred mortgage as more fully described herein. It is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and within this Court's admiralty jurisdiction under 28 U.S.C. § 1333.

2. The *in rem* claim asserted by this Complaint against the M/T MEGACORE PHILOMENA is within the jurisdiction of this Court because that vessel is or will during the pendency of this action be present within the Central District of California and subject to arrest within the District to enforce Plaintiff's preferred maritime lien in accordance with the provisions of 46 U.S.C. §§ 31325

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

and 31326 and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, as set forth in Section III, below. Venue is proper because the vessel is in this district and the Loan Agreements and mortgage to which Defendant Hurricane Navigation Inc. is a party provide for suit "at whatever place the Ship shall be found lying."

## II. THE PARTIES

3. Plaintiff TMF Trustee Limited is a corporation organized and existing under the laws of the United Kingdom with its place of business in London. It is the Security Trustee who holds the mortgage over the M/T MEGACORE PHILOMENA on Trust for the benefit of the parties whose interests are secured by the mortgage, i.e., the Lenders (as defined below), the Agent (TMF Global Services (UK) Limited), and Plaintiff.

4. Defendant M/T MEGACORE PHILOMENA is a 42,298 gross ton tank vessel registered and documented under the laws and flag of the Republic of the Marshall Islands, Official No. 4071, and IMO number 9456915. It is now, or will be during the pendency of this action, within the Central District of California and subject to the jurisdiction of this Honorable Court.

5. Defendant Hurricane Navigation Inc. is a corporation organized under the laws of the Republic of the Marshall Islands, with its registered office in Majuro, Marshall Islands. It is the registered owner of the M/T MEGACORE

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

PHILOMENA and is a Borrower under the Loan Agreement that is the subject of the preferred mortgage that is the subject of this action.

## III. CLAIM FOR RELIEF

6. On or about June 29, 2009, the Bank of Scotland plc, as Lender, and Hurricane Navigation Inc. and Fire Navigation Inc., as joint and several Borrowers, entered into a loan agreement dated June 29, 2009 for the finance acquisition of two product tankers. This agreement was supplemented with a side letter dated February 25, 2010 and supplemental agreements dated March 26 and October 21, 2010 (collectively, the "Loan Agreement"). On February 25, 2010, these same parties had entered into a separate master agreement and Schedule (the "Master Agreement") by which it was agreed that the Bank of Scotland plc could enter into designated transactions with the Borrowers to hedge the Borrowers' exposure under the Loan Agreement to interest rate fluctuations. The Master Agreement was terminated on 22 February 2016 and is no longer the subject of the Mortgage.

7. A First Preferred Marshall Islands Mortgage over the M/T MEGACORE PHILOMENA, dated October 21, 2010, (the "Original Mortgage") was granted by Hurricane Navigation Inc. to Bank of Scotland plc in the total amount of (i) US$69,020,047 in respect of the amount of Loan Agreement and (ii) US$10,700,000 in respect of the separate Master Agreement, together with interest, fees, commissions and performance of mortgage covenants. This

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

Mortgage was entered into and executed under the laws of the Republic of the Marshall Islands.

8. On October 21, 2010 at 08:31 A.M. Eastern European Standard Time ("E.E.S.T."), the Original Mortgage and related documents were recorded and registered in Book PM 21 at Page 810 at the Maritime Office of the Republic of the Marshall Islands at Piraeus, Greece, in accordance with the laws of the Republic of the Marshall Islands. *(True and Correct copies of the First Preferred Marshall Islands Mortgage dated 21 October 2010 and related documents are attached hereto as "Exhibit 1")*. Upon recordation of the Original Mortgage at the Maritime Office in Piraeus, the Original Mortgage was registered under the laws of the Republic of the Marshall Islands at the central United States Office of the Maritime Administration of the Marshall Islands in the United States.

9. The Bank of Scotland plc, Hurricane Navigation Inc., and Fire Navigation Inc. amended the Loan Agreement by a side letter dated February 25, 2010, a supplemental agreement dated March 26, 2010, a second supplemental agreement dated October 21, 2010, an amendment and consent letter dated January 24, 2011, and an amendment and restating agreement dated July 9, 2013.

10. By an Addendum to First Preferred Mortgage over the M/T MEGACORE PHILOMENA dated July 9, 2013, the Bank of Scotland plc and Hurricane Navigation Inc., amended the mortgage covenants and reduced the total

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

amount of the mortgage to US$53,284,688 in respect of the Loan and US$10,000,000 in respect of the Master Agreement Liabilities, together with interest, fees and performance of mortgage covenants (the "Addendum"). *(True and Correct copies of the Addendum to First Preferred Mortgage and related documents are attached hereto as "Exhibit 2")* The Addendum was entered into and executed under the laws of the Republic of the Marshall Islands. On July 9, 2013, at 12:38 P.M. E.E.S.T., this Addendum was recorded at the Maritime Office of the Republic of the Marshall Islands at Piraeus, Greece, in Book PM 24 at Page 714 in accordance with the laws of the Republic of the Marshall Islands. Upon recordation at the Maritime Office in Piraeus, the Addendum was registered under the laws of the Republic of the Marshall Islands at the central United States Office of the Maritime Administration of the Marshall Islands in the United States.

11. By an Assignment of and Second Amendment to First Preferred Marshall Islands Mortgage dated February 22, 2016, (the "Assignment and Second Amendment"), the Bank of Scotland plc assigned its mortgage over the M/T MEGACORE PHILOMENA to Plaintiff TMF Trustee Limited, who holds the mortgage on Trust for the secured parties, i.e., the current lenders Bank of America N.A. and Burlington Loan Management DAC (collectively "Lenders"), the Agent (TMF Global Services (UK) Limited), and Plaintiff. The Assignment and Second Amendment was executed under the laws of the Republic of the Marshall Islands.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

By the Assignment and Second Amendment, Plaintiff was assigned the preferred ship mortgage with Hurricane Navigation Inc., with regard to the M/T MEGACORE PHILOMENA.

12. On February 22, 2016 at 09:35 A.M. Greenwich Mean Time, the Assignment and Second Amendment was duly recorded at the Maritime Office of the Republic of the Marshall Islands at London, England, in Book PM 27 at Page 406 in accordance with the laws of the Republic of the Marshall Islands. *(True and correct copies of the Assignment of and Second Amendment to the Mortgage and related documents are attached hereto as "Exhibit 3").* Upon recordation of the mortgage at the Maritime Office in London, the Assignment and Second Amendment was registered at the central United States Office of the Maritime Administration of the Republic of the Marshall Islands in the United States.

13. Under the Assignment and Amendment, the Bank of Scotland plc transferred 100 percent of its interest, rights, and title in the mortgage to the Plaintiff as mortgagee, and Plaintiff accepted. At the time of the assignment, the total amount owed and secured under the mortgage was US$46,206,549.92, together with interest, fees, commissions and performance of mortgage covenants.

14. On or about December 23, 2016, Plaintiff TMF Trustee Limited and Hurricane Navigation Inc. entered into a Third Amendment to First Preferred Marshall Inlands Mortgage over M/T MEGACORE PHILOMENA, Official

Case 2:17-cv-09010 Document 1 Filed 12/15/17 Page 8 of 16 Page ID #:8

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

Number 4071 (the "Third Amendment"). The Third Amendment confirmed the Original Mortgage as amended and stated the total amount of the obligations secured by the Mortgage as amended to be US$42,034,727.36, together with interest, fees, commissions and performance of mortgage covenants. *(True and correct copies of the Third Amendment and related documents are attached hereto as "Exhibit 4")*

15. On December 23, 2016, at 4:37 P.M. E.E.S.T., the Third Amendment was recorded by the at the Maritime Office of the Republic of the Marshall Islands in Piraeus, Greece, in Book PM 27 at Page 2271 in accordance with the laws of the Republic of the Marshall Islands. Upon recordation of the Third Amendment at the Maritime Office in Piraeus, that record was registered at the central United States Office of the Maritime Administration of the Republic of the Marshall Islands in the United States.

16. The Original Mortgage, as amended by the Addendum, the Assignment and Second Addendum, and the Third Amendment, is a preferred mortgage over M/T MEGACORE PHILOMENA in favor of the Mortgagee under the law of the Republic of the Marshall Islands and under the Commercial Instruments and Maritime Lien Act.

17. Under Clause 14 ("Security Cover") of the Loan Agreement as amended, each Borrower, including Defendant Hurricane Navigation Inc.,

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

undertakes with the Finance Parties that if the Agent notifies the Borrowers that the aggregate Fair Market Value of the ships covered under the mortgage plus the net realizable value of any additional security previously provided under Clause 14 of the Loan Agreement, falls below 125 percent of the amount of the Loan (minus the balance standing to the credit of the Retention Account in respect of amounts relating to principal), the Borrowers must, within one month after the date on which the Agent's notice is served: (1) provide or ensure that a third party provides additional security which has a net realizable value at least equal to the shortfall and which consists of either cash pledged to the Security Trustee (Plaintiff), or a security interest covering such asset(s) and documented in such terms as the Agent may approve or require; or (2) prepay in accordance with Clause 7 of the Loan Agreement such part of the loan as will eliminate the shortfall. On or before September 8, 2017, the aggregate Fair Market Value of the ships covered under the mortgage plus the net realizable value of any additional security previously provided under Clause 14 of the Loan Agreement, fell below 125 percent of the amount of the Loan (minus the balance standing to the credit of the Retention Account in respect of amounts relating to principal).

18. On or about September 8, 2017, Plaintiff, through its agent, TMF Global Services (UK) Limited, notified Borrowers, including Defendant Hurricane Navigation Inc., by a Security Cover Breach Letter that the aggregate Fair Market

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

Value of the ships covered under the mortgage plus the net realizable value of any additional security previously provided under Clause 14 of the Loan Agreement, was below 125 percent of the amount of the Loan (minus the balance standing to the credit of the Retention Account in respect of amounts relating to principal) and requested that Borrowers cure the shortfall within one month of the Security Cover Breach Letter being served. *(A true and correct copy of the September 8, 2017 Security Cover Breach Letter is attached hereto as "Exhibit 5")*

19. The Borrowers, including Defendant Hurricane Navigation Inc., failed to cure the default, and, by Event of Default Letter dated October 20, 2017, Plaintiff, through the Agent, notified the Borrowers that they had failed to cure the shortfall within one month of the Security Cover Breach Letter being served, and in accordance with the Security Cover Breach Letter. The Event of Default Letter stated that, as a result, an Event of Default had occurred under Clause 18.1(b) of the Loan Agreement and that the commitments and all other obligations of the Lenders under the Loan Agreement were terminated and the Loan and all accrued interest and all other amounts accrued or owed under the Loan Agreement were immediately due and payable. The Event of Default Letter dated October 20, 2017 noted that it constituted an acceleration notice for the purposes of Clause 18.4 of the Loan Agreement. At the time of the notice (October 20, 2017), the amount demanded as secured and then due under the mortgage was US$34,470,101.29.

The Event of Default Letter stated that this amount reflected the record as of October 20, 2017 and interest would continue to accrue, and included a reservation of the right of the Finance Parties to make further demands for payment of accrued interest (including default interest) and / or should any further sums be found to be outstanding under the Finance Documents. *(A true and correct copy of the October 20, 2017 Event of Default Letter is attached hereto as "Exhibit 6")*

20. Since the Event of Default Letter dated October 20, 2017 interest at the default rate has continued to accrue in accordance with the terms of the Loan Agreement, and the Agent has notified the Borrowers (i) of the amounts due in respect of interest as of October 31, 2017 and November 30, 2017, which remain unpaid, and of (ii) the Borrowers' failure to deposit in the Retention Account the relevant portion of interest that would be due on the next upcoming interest payment date, as required under Clause 17.2 (*Monthly Retentions*) and 17.3 (*Shortfall in Earnings*) of the Loan Agreement *(A true and correct copy of the correspondence and statements of interest due sent to the Borrowers is attached hereto as "Exhibit 7" ).* In accordance with Clause 6.6 of the Loan Agreement, "any interest which is not paid at the end of the period by reference to which it was determined, shall thereupon be compounded".

21. In breach of the Loan Agreement, neither the M/T MEGACORE PHILOMENA nor its Owners provided the required additional security or paid the

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

outstanding principal balance demanded, at the time, of US$34,287,297.71 (which currently, following compounded interest, is US$34,880,609.65) in addition to the interest and costs and expenses owed.

22. Payment of sums, including interest and certain expenses, has been duly demanded by Plaintiff from the Borrowers in accordance with the Loan Agreement but the outstanding principal amount of US$34,880,609.65, together with additional interest, costs and expenses remains outstanding. In breach of the agreement, the Borrowers, including Defendant Hurricane Navigation Inc. (compounded, were applicable) have not paid the outstanding balance and the interest, costs, and expenses continue to accrue while the principal remains unpaid. In addition, certain costs and expenses of the Agent and the Plaintiff, including without limitation legal fees, have already been incurred, (part of which has been demanded from the Borrowers) and remain unpaid. Moreover, Plaintiff estimates costs and attorney's fees associated with the Event of Default and this action to be no less than US$325,000.

23. To date, the Borrowers have neglected, failed, or otherwise refused to pay the outstanding sums, which currently stand at US$34,880,609.65 in principal plus (i) US$185,966.64 (as of the date of this Complaint) of accrued interest, and (ii) costs and expenses, which are due and/or payable under the mortgage and Loan Agreement.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

24. As a result of Borrowers' failure to pay the amounts owed to Plaintiff under the Loan Agreement as amended and assigned, Plaintiff's claim for the amount of US$34,880,609.65 plus accrued compound interest and costs and expenses, attaches as a preferred mortgage lien in favor of Plaintiffs on the M/T MEGACORE PHILOMENA under the terms of the preferred ship mortgage. This lien is enforceable by suit *in rem* under the provisions of 46 U.S.C. § 31301 *et seq*.

25. By this action, Plaintiff claims and seeks to enforce its preferred maritime lien, under 46 U.S.C. §§ 31325 and 31326 and Rule C of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and to recover the sums due, including any deficiencies, from the M/T MEGACORE PHILOMENA and Defendant Hurricane Navigation Inc.

WHEREFORE, Plaintiff prays as follows:

A. That process in due form of law, according to the practice of this Honorable Court in cases of admiralty jurisdiction issue against M/T MEGACORE PHILOMENA, her engines, tackle, other appurtenances, etc., *in rem,* a warrant for the arrest of the M/T MEGACORE PHILOMENA, and that the said vessel be seized by the U.S. Marshal to be held as security against any judgment to be entered herein;

B. That the M/T MEGACORE PHILOMENA, her engines, tackle, furniture apparel, appurtenances, etc., after her arrest be condemned and sold, free

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

and clear of all liens and encumbrances, to satisfy the judgment, and that the Court award Plaintiff out of the proceeds of the said sale, the full amount of its claim, together with interest, costs and attorney's fees;

C. That the preferred ship mortgage be declared to give rise to a valid preferred maritime lien on the M/T MEGACORE PHILOMENA and declared prior and superior to all other interests, liens, or claims against the M/T MEGACORE PHILOMENA;

D. That judgment in the amount of US$34,880,609.65 plus accrued and compound interest and costs and expenses be granted in favor of Plaintiff and against the vessel M/T MEGACORE PHILOMENA and Defendant Hurricane Navigation Inc.; and

E. That the Court grant Plaintiff such other and further relief as may be just, equitable, and proper.

Dated: December 15, 2017

Respectfully submitted,

FLYNN, DELICH & WISE LLP

By: /s/ Erich P. Wise
Erich P. Wise
Nicholas S. Politis
Zachary J. Politis
Attorneys for Plaintiff
TMF TRUSTEE LIMITED

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TMF TRUSTEE LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., *in rem*; HURRICANE NAVIGATION INC., a Marshall Islands Corporation, *in personam*,<br><br>Defendants. | **CASE NO.:** 2:17-CV-9010<br><br>IN ADMIRALTY<br><br>**VERIFICATION OF COMPLAINT *IN REM* AND *IN PERSONAM*** |

I, Erich P. Wise, declare as follows:

1. I am one of the attorneys representing Plaintiff TMF Trust Limited, in this matter and I am authorized by that company to verify the Complaint in this case on its behalf because it has no officers within this district.

2. I have read the foregoing Verified Complaint *In Rem* in this matter and, based on documents and information obtained from employees and representatives of the Plaintiff through its agents and attorneys, I am informed and believe the matters therein to be true and on that ground, I allege the matters stated in the Verified Complaint to be true.

//

I declare under penalty of perjury and the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 15th day of December, 2017 at Long Beach, California.

/s/ Erich P. Wise
Erich P. Wise

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

Erich P. Wise/State Bar No. 63219
erichw@fdw-law.com
Nicholas S. Politis/State Bar No. 92978
nicholasp@fdw-law.com
Zachary J. Politis/State Bar No. 306310
zackp@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

Attorneys for Plaintiff
TMF TRUSTEE LIMITED

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TMF TRUSTEE LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., *in rem*; HURRICANE NAVIGATION INC. a Marshall Islands Corporation, *in personam*,<br><br>Defendants. | **CASE NO.:** 17-CV-9010-JAK (AGRx)<br><br>IN ADMIRALTY<br><br>**ORDER AUTHORIZING ISSUANCE OF WARRANT OF ARREST OF VESSEL IN REM** |

//

This Court has reviewed all the documents. Upon reading the Verified Complaint In Rem and In Personam and Exhibits thereto, the Ex Parte Application for Issuance of Order Directing Clerk to Issue Warrant for Vessel Arrest and supporting papers filed by Plaintiff TMF Trustee Limited in the above captioned matter. Upon consideration thereof, this Court has determined that the conditions for an *in rem* arrest of the Defendant Vessel M/T M/T MEGACORE PHILOMENA, IMO No. 9456915 under Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure appear to exist.

Accordingly, it is hereby:

**ORDERED** that the Clerk of this Court shall issue forthwith an *In Rem* Warrant of Maritime Arrest for the M/T MEGACORE PHILOMENA, her engines, machinery, boilers, tackle, and other appurtenances, (the "Vessel") directing the United States Marshal for the Central District of California to proceed with all deliberate speed and arrest said Vessel which is now currently or soon will be afloat, berthed, and/or otherwise located within the Central District of California, and it is further

**ORDERED** that the United States Marshal is to take custody of the Vessel currently or soon to be located within the Central District of California; and it is further

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

**ORDERED** that the United States Marshal for the Central District of California shall attach and serve a copy of this Order with the In Rem Warrant of Maritime Arrest upon Defendant Vessel; and it is further

**ORDERED** that that the United States Marshal is authorized to allow normal cargo operations, both discharging and loading, repair works, and to shift berths or anchorage consistent with the U.S. Marshal's requirements, always remaining within this district, but at the risk and expense of the vessel's interests; and it is further

**ORDERED** that any person claiming a right of possession or any ownership in the Vessel arrested pursuant to this Order, shall, in accordance with Supplemental Admiralty Rule C(6) of the Federal Rules of Civil Procedure file a verified statement of right or interest with the Clerk of the Court and an answer, and shall, upon application to the Court, be entitled to prompt hearing upon not less than three (3) days notice to Plaintiff, at which Plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

**ORDERED** that Plaintiff's counsel shall serve a copy of this Order, together with the Summons, Verified Complaint, and In Rem Warrant of Maritime Arrest upon the Owner of the Vessel; and it is further

**ORDERED** that the Vessel may be released from seizure without further order of this court if the United States Marshal receives written authorization from the

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

attorney who requested the seizure or other counsel of record representing the Plaintiff in this action and that such attorney advises that he has conferred with all counsel representing all of the parties to the litigation and they consent to the release, if the attorney files the consent , and the Court has not entered an Order to the contrary; and Plaintiff shall hold harmless and ind3mnify the United States of America, the United States Marshals Service, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the arrest and release of the vessel as is herein specifically provided.

**IT IS SO ORDERED.**

Dated: December 15, 2017

Alicia G. Rosenberg

UNITED STATES
DISTRICT/MAGISTRATE JUDGE

Submitted by:

FLYNN, DELICH & WISE

Dated: December 15, 2017

By: /s/ Erich P. Wise
Erich P. Wise
Nicholas S. Politis
Zachary J. Politis
Attorneys for Plaintiff
TMF TRUSTEE LIMITED

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

Erich P. Wise/SBN 63219
Nicholas S. Politis/SBN 92978
Zachary J. Politis/SBN 306310
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
T: 562 435 2626 F: 562 437 7555

ORIGINAL

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TMF TRUSTEE LIMITED, PLAINTIFF(S), v. M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., in rem, et al., DEFENDANT(S). | CASE NUMBER 2:17-CV-9010-JAK (AGRx) **WARRANT FOR ARREST IN ACTION IN REM (Rule C(3), FRCP)** |

TO: THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:

WHEREAS a Complaint has been filed in this Court in the above-entitled action against the defendant vessel M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances;

and her appurtenances upon an admiralty and maritime claim in the amount of $ 34,880,690.65+costs, for the reasons and causes therein stated and praying for process of warrant for the arrest of said vessel and appurtenances, and that all persons interested in the said vessel and her appurtenances may be cited to answer the premises, and that the said vessel and her appurtenances may for the causes in the said complaint be condemned and sold to pay the demands of the Plaintiff.

YOU ARE HEREBY COMMANDED to attach the said vessel and her appurtenances, and to detain the same in your custody until the further order of the Court respecting the same, and to give due notice to all persons claiming the same or having anything to say why the same should not be condemned and sold pursuant to the prayer of the said complaint, that they must file their claim with the Clerk of the Court within 10 days after execution of this process, or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon promptly after execution thereof, and mail a copy thereof to the attorney of whose request the execution was effected.

CLERK, U. S. DISTRICT COURT

December 15, 2017
*Date*

By Marine Pogosyan
*Deputy Clerk*

*(SEAL)*

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1237

**MARSHAL'S RETURN**

The obedience to the within warrant for arrest in action in rem, I attached the M/T Megacore Philomena therein described on the 12/18/2017 (Date).

sub custodian I further certify that I posted a copy of said process on the said vessel in a conspicuous place and ~~placed a keeper~~ in charge thereof. I further certify that I handed to and left with Matthew Godde & CPT Jergey Goster a copy of the Complaint and said process on the 12/18/17 (Date).

12/18/17
Date

David M. Singer
United States Marshal

By [signature] — for Matthew Cordova 4762
Gloria Hernandez
Deputy United States Marshal

Erich P. Wise/State Bar No. 63219
erichw@fdw-law.com
Nicholas S. Politis/State Bar No. 92978
nicholasp@fdw-law.com
Zachary J. Politis/State Bar No. 306310
zackp@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

Attorneys for Plaintiff
TMF TRUSTEE LIMITED

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TMF TRUSTEE LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., *in rem*; HURRICANE NAVIGATION INC., a Marshall Islands Corporation, *in personam*,<br><br>Defendants. | **CASE NO.:** 2:17-CV-9010-JAK (AGRx)<br><br>IN ADMIRALTY<br><br>**ORDER TO APPOINT SUBSTITUTE CUSTODIAN** |

//

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

Under the application of Plaintiff TMF Trustee Limited ("Plaintiff") for an order appointing a substitute custodian in lieu of the United States Marshal in this case, and good cause appearing therefore, it is

**ORDERED** that Plaintiff's application is granted; and it is further

**ORDERED** that the United States Marshal for this district transfer custody of the M/T MEGACORE PHILOMENA ("Vessel"), its engines, tackle, boilers and appurtenances from its present location in or near the Port of Long Beach, or whichever said Vessel may be found in this district, to the custody of substitute custodian Nielsen Beaumont Marine, Inc., by and through its authorized representatives, immediately following their arrest; and it is further

**ORDERED** that upon the transfer of said Vessel to the substitute custodian, the aforesaid substitute custodian is hereby appointed to act as substitute custodian of the Vessel during *custodia legis* on behalf of this Court, in place and instead of the United States Marshal, until further order of this Court; it is further

**ORDERED** that upon transfer of custody of the Vessel to the substitute custodian by the United States Marshal, the United States Marshal shall not be liable for any loss occurring while it remains in the custody of the substitute custodian; and it is further

**ORDERED** that upon transfer of the Vessel to the substitute custodian, the substitute custodian may move the Vessel to its premises. Thereafter, the Vessel shall not be removed from the premises of the substitute custodian without prior written approval of the United States Marshal or further order of this Court; provided that in case of emergency, the substitute custodian may remove the Vessel from its premises, and take any other necessary measures, subject to prompt notification to the United States Marshal of such removal or measure; and it is further

**ORDERED** that the substitute custodian will maintain the following insurance policies which will protect the Vessel during its custodianship:

A) Ship repairer's legal liability for $1,000,000;

B) Worker's Compensation and Indemnity company of California compensation fund; and

C) Comprehensive general liability and indemnity for $1,000,000

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

A true and correct copy of the of insurance is attached hereto as Exhibit "1"; and it is further

**ORDERED** that the fees and costs of the substitute custodian in storing, maintaining, safekeeping, and insuring the Vessel while in *custodia legis* shall be taxed as costs of this action; and it is further

**ORDERED** that, notwithstanding the above, the Vessel may be released from arrest without further order of this Court if (a) the U.S. Marshal receives written authorization from the attorney who requested this arrest that he has conferred with attorneys representing all the parties to the litigation and they consent to the release, (b) the attorney files a consent, and (c) this Court has not entered an order to the contrary; and it is further

**ORDERED** that the United States Marshal will place a copy of this order on the Vessel.

Dated: December 15, 2017

Alicia G. Rosenberg
_ United States Magistrate Judge

Submitted by:

FLYNN, DELICH & WISE LLP

Dated: December 15, 2017

By: /s/ Erich P. Wise
Erich P. Wise
Nicholas S. Politis
Zachary J. Politis
Attorneys for Plaintiff
TMF TRUSTEE LIMITED

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Erich P. Wise/SBN 63219
Nicholas S. Politis/SBN 92978
Zachary J. Politis/SBN 306310
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
T: 562 435 2626 F: 562 437 7555

ATTORNEY(S) FOR: Plaintiff TMF TRUSTEE LIMITED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TMF TRUSTEE LIMITED,

Plaintiff(s),

v.

M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., in rem; HURRICANE NAVAGATION INC.,

Defendant(s)

CASE NUMBER: 2:17-CV-9010

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for TMF TRUSTEE LIMITED or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| - Hurricane Navigation Inc. | - Borrower |
| - Fire Navigation Inc. | - Borrower |
| - Bank of America N.A. | - Lender |
| - Burlington Loan Management DAC | - Lender |
| - TMF Global Services (UK) Limited | - Agent |
| - TMF Trustee Limited | - Plaintiff |
| - M/T MEGACORE PHILOMENA (IMO 9456915) | - Defendant |

December 15, 2017
Date

/s/ Erich P. Wise
Signature

Attorney of record for (or name of party appearing in pro per):

TMF Trustee Limited