# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** TMF TRUSTEE LIMITED | **COURT CASE NUMBER** 2:17-cv-09010 |
| **DEFENDANT** M/T MEGACORE PHILOMENA and HURRICANE NAVIGATION INC. | **TYPE OF PROCESS** Sub custodian / Arrest of Vessel In Rem |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/T MEGACORE PHILOMENA

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Port of Los Angeles Berth 189 or anchorage at Port of Los Angeles per vessel traffic data

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Erich P. Wise
FLYNN DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):* after completion of discharge

Serve Warrant of Arrest and related documents on M/T MEGACORE PHILOMENA at Berth 189 Los Angeles ~~or at anchorage~~. Vessel at anchorage in POLA as of 2000 on 12/15; scheduled to shift to Berth 189 on 12/15 then shift to anchorage in LA to remain at outer anchorage at LA until 12/19 and return to Berth 189 on 12/19. Concern is vessel may depart U.S. prematurely based on filing of in rem complaint. As per Order of Court, please allow cargo operations and shifting of vessel to continue.
Tel: Erich Wise 562-733-2373 (work); 562-715-2742 (mobile); 562-434-4271 (home)

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 562-715-2742 | DATE 12-15-2017 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk Janelle Chavez | Date 12/18/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served (if not shown above): Sub-Custodian
Mark Schnabel (Nielsen Beaumont)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:
Berth S-100 Terminal Island
San Pedro, CA 90731

| Date of Service 12/18/17 | Time 7:17 pm |
|---|---|

Signature of U.S. Marshal or Deputy  Badge # 4762

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: SEE USM-285 #3 for USM-Fees

| | | |
|---|---|---|
| PRIOR EDITIONS MAY BE USED | 1. **CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |