Erich P. Wise/State Bar No. 63219
erichw@fdw-law.com
Nicholas S. Politis/State Bar No. 92978
nicholasp@fdw-law.com
Zachary J. Politis/State Bar No. 306310
zackp@fdw-law.com
Peter F. Black/State Bar No. 317524
peterb@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831
Telephone:  (562) 435-2626
Facsimile:   (562) 437-7555



Attorneys for Plaintiff
TMF TRUSTEE LIMITED

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TMF TRUSTEE LIMITED,<br><br>  Plaintiff,<br><br>vs.<br><br>M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., *in rem*;<br>HURRICANE NAVIGATION INC., a Marshall Islands Corporation, *in personam*,<br><br>  Defendants. | CASE NO.:  CV 17-9010 PA (AGRx)<br><br>IN ADMIRALTY<br><br>**NOTICE OF VESSEL ARREST**<br><br>**SUPPLEMENTAL ADMIRALTY RULES C and E; 46 U.S.C. § 31301,** *et seq.* |

NOTICE OF VESSEL ARREST                                   CASE NO. CV 17-9010 PA (AGRx)

**NOTICE IS HEREBY GIVEN** under Rules C and E of the Supplemental Rules for certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and the Local Rules Chapter II, Rule C. 3(a) of the United States District Court in and for the Central District of California, that on December 18, 2017, the United States Marshal arrested, seized and took into its possession the M/T MEGACORE PHILOMENA (hereinafter "the Vessel"), a 42,298 GRT tank vessel registered under the laws and flag of the Republic of the Marshall Islands, Official No, 4071, IMO No. 9456915, while the Vessel was afloat in the harbor in Los Angeles, California.

This Arrest was made for the claims set forth in the Verified Complaint now pending in the United States District Court, Central District of California under an Order and Warrant for Arrest issued by the Clerk of the Court on December 15, 2017, and the filing on December 15, 2017, of an Application for Issuance of Order Directing Clerk to Issue Warrant and an Order Authorizing the Clerk To Issue An Order For Arrest.

I hereby give notice that a claim of any person entitled to possession or who claims an interest in or to the Vessel pursuant to Supplemental Rule C(6) must file a claim with the Clerk of the District Court and serve a copy of it on attorneys for Plaintiff, Erich P. Wise, Esq., One World Trade Center, Suite 1800, Long Beach, California, 90831-1800 (telephone number: 562-435-2626), within ten (10) days

after publication of this Notice, and must file an Answer to the Verified Complaint herein within twenty (20) days after publication of this Notice; otherwise, default may be entered and condemnation ordered; and applications for intervention under Federal Rules of Civil Procedure, Rule 24, by persons claiming maritime liens or other interest shall be filed within twenty (20) days of this publication.

Any person claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Supplemental Rule E and the Local Rules, Chapter II, Rule E. 9 of the Central District of California, upon three (3) days notice to Plaintiff's counsel of any hearing on a request for such remedies.

Dated: December 20, 2017      By: *David M. Singer*
                                  UNITED STATES MARSHAL,
                                  CENTRAL DISTRICT OF
                                  CALIFORNIA

                              By: _____
                                  Deputy United States Marshal
                                  Gloria Hernandez

Submitted by:

FLYNN, DELICH & WISE LLP

By:   /s/ Erich P. Wise            Dated:   12/20/2017
      Erich P. Wise
      Nicholas S. Politis
      Zachary J. Politis
      Peter F. Black
      Attorneys for Plaintiff
      TMF TRUSTEE LIMITED

2

NOTICE OF VESSEL ARREST                         CASE NO. CV 17-9010 PA (AGRx)