ORIGINAL

J. Stephen Simms (*pro hac vice*)
Simms Showers LLP
jssimms@simmsshowers.com
201 International Circle, Suite 250
Baltimore, Maryland 21030
Telephone: 410-783-5795
Facsimile: 410-510-1789

Lead Counsel

Gary R. Clouse (Bar No. 111055)
gclouse@icclawfirm.com
ISAACS, CLOUSE, CROSE & OXFORD, LLP
401 Wilshire Boulevard
12th Floor Penthouse
Santa Monica, California 90401
Telephone: 310-458-3860
Facsimile: 310-395-9880

Local Counsel

Attorneys for Intervening Plaintiffs E.N. Bisso & Son, Inc.. Riley-Sherman Shipping Agency, Inc. and Cooper/T. Smith Mooring Co., Inc.



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMF TRUSTEE LIMITED,<br><br>    Plaintiff,<br><br>vs.<br><br>M/T MEGACORE PHILOMENA, its engines, boilers, tackles, and other appurtenances, ~~etc., et al.,~~ | Case No. 2:17-cv-09010-PA-AGR ~~X~~<br><br>E.N. Bisso & Son, Inc., Riley-Sherman Shipping Agency, Inc. and Cooper/T. Smith Mooring Co., Inc. Verified Intervening Complaint for Arrest of Vessel *In Rem*<br>(Supplemental Rule C) |

VERIFIED INTERVENING COMPLAINT – 1

Defendant *in rem*, and

HURRICANE NAVIGATION INC.,

Defendant *in personam*.

---

E.N. Bisso & Son, Inc.

Riley-Sherman Shipping Agency, Inc.

and

Cooper/T. Smith Mooring Co., Inc.,

  Intervening Plaintiffs,

vs.

M/T MEGACORE PHILOMENA, its engines, boilers, tackles, and other appurtenances, etc. et al.,

  Defendant *in rem*.

---

  E.N. Bisso & Son, Inc., Riley-Sherman Shipping Agency, Inc. and Cooper/T. Smith Mooring Co., Inc. (collectively, "Intevening Plaintiffs") bring this action against defendant *in rem* M/T MEGACORE PHILOMENA, its engines, boilers, tackles, and other appurtenances, etc. *et al.* (the "Vessel"), pursuant to Supplemental Rule C for Certain Admiralty and Maritime Claims, and states further as follows:

VERIFIED INTERVENING COMPLAINT – 2

## PARTIES AND JURISDICTION

1. E.N. Bisso & Son, Inc. is a Louisiana corporation and provided tug services to the Vessel at New Orleans from on or about November 7-14, 2017, as stated herein.

2. Riley-Sherman Shipping Agency, Inc. is a Texas corporation and provided husbanding agency services, including the advancing of a range of payments for pilotage and related services, to the Vessel at New Orleans on or about November 6-14, 2017, as stated herein.

3. Cooper/T. Smith Mooring Co., Inc. is a Louisiana corporation which provided mooring services to the Vessel at New Orleans on or about August 25, and September 3 and 6, 2017, as stated herein.

4. The Vessel is an ocean-going oil and liquids tanker, which is presently arrested in this District and in this action.

5. This is a case of admiralty and maritime jurisdiction and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. The Court has subject matter jurisdiction. This Court has jurisdiction pursuant to 28 U.S.C. § 1333.

6. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b).

### Count I: *In Rem* Against the Vessel (Rule C)

7. Intervening Plaintiffs repeat the foregoing paragraphs.

8. Intervening Plaintiffs bring this action to recover amounts indisputably due and owing to them under maritime contracts respectively between them for provision of maritime necessaries the Vessel, as detailed below. Intervening plaintiffs each provided their respective maritime necessaries to the Vessel on the order of the Vessel's (1) Owner, (2) Master, (3) a person entrusted with the management of the Vessel at the port of supply or (4) an officer or agent appointed by (A) the Vessel owner, (B) a charterer, (C) an owner *pro hac vice*, within the meaning of 46 U.S.C. § 31341.

### E.N. Bisso & Son, Inc.

9. On the order of the Vessel's owners, managers or authorized agents, E.N. Bisso & Son at or near the Port of New Orleans from on or about November 7-14, 2017 provided tug services to the Vessel, which are maritime necessaries within the meaning of the Commercial Instruments and Maritime Liens Act, 46 U.S.C. § 31301(4). E.N. Bisso & Son's invoices for its maritime necessaries ( tug services) are **Exhibit A** hereto.

### Riley-Sherman Shipping Agency, Inc.

10. On the order of the Vessel's owners, managers or authorized agents, Riley-Sherman Shipping Agency, Inc. at or near the Port of New Orleans from on or about November 6-14, 2017 provided husbanding agency services to the Vessel, including advancing of expenses for related necessaries including pilotage

services, which are maritime necessaries within the meaning of the Commercial Instruments and Maritime Liens Act, 46 U.S.C. § 31301(4). Riley-Sherman Shipping Agency, Inc.'s invoice for its maritime necessaries (husbanding services and advances) are **Exhibit B** hereto.

### Cooper/T. Smith Mooring Co.

11. On the order of the Vessel's owners, managers or authorized agents, Cooper/T. Smith Mooring Co. at or near the Port of New Orleans from on or about August 25, and September 3 and 6, 2017 provided mooring services to the Vessel, including advancing of expenses for related necessaries including pilotage services, which are maritime necessaries within the meaning of the Commercial Instruments and Maritime Liens Act, 46 U.S.C. § 31301(4). Cooper/T. Smith Mooring Co.'s invoices for its maritime necessaries (mooring services) are **Exhibit C** hereto.

### As to All Intervening Plaintiffs

12. Pursuant to the Commercial Instruments and Maritime Liens Act, 46 U.S.C. § 31301 *et seq.*, each Intervening Plaintiff holds maritime liens in rem against the Vessel to secure payment for their provision of maritime necessaries to the Vessel. The Vessel and its Owners, Managers or Agents breached the contracts with Intervening Plaintiffs by failing to pay for the maritime necessaries when payment was due, despite repeated demand.

VERIFIED INTERVENING COMPLAINT – 5

WHEREFORE, each respective Intervening Plaintiff therefore demands judgment and relief as follows:

A. **Count I: *In Rem* Against the Vessel (Rule C)**: That a Warrant of Arrest be issued, and that this Court direct the United States Marshal to arrest the Vessel, as well as its tackle and apparel, requiring the Vessel to answer the allegations contained herein; and

    1. That process of arrest, in due form of law, according to the course and practice of this Court in causes of Admiralty and Maritime Jurisdiction within the meaning of the Constitution of the United States and Fed. R. Civ. P. 9(h), be issued against the Vessel, its engines, machinery and appurtenances, etc., and all other necessaries and equipment belonging and appurtenant thereto, as provided in Supplemental Rule C; and

    2. That all persons claiming any interest in the Vessel be cited to appear and answer the matters aforesaid, and that the Vessel, its engines, machinery and appurtenances, etc., and all other necessaries and equipment belonging and appurtenant thereto, may be seized, condemned and sold to pay the demands and claims aforesaid, with interest, costs and attorney's fees; and

    3. That after due proceedings had, the respective Intervening Plaintiffs' maritime liens *in rem* resulting from their provision of maritime

VERIFIED INTERVENING COMPLAINT – 6

necessaries to the Vessel be recognized as the paramount liens against the Vessel, superior to the claims and interests of all others, and that the said Vessel be condemned and sold to pay Intervening Plaintiffs' claims, together with interest and costs; and

4.   That Intervening Plaintiffs, or any of them, may become purchaser at any sale of the Vessel by bidding the amount of its, or their claims; and

5.   That the amounts claimed herein, together with all amounts required to be disbursed for the case and preservation of, movement of if necessary, and insurance on the Vessel, and all costs be taxed as costs against the Vessel; and

6.   That it be declared that any and all persons, firms or corporations and all others claiming any interest in the Vessel are forever barred and foreclosed from all rights or equity of redemption or claim in and to the Vessel and every part thereof; and

7.   That after due proceedings, judgment be entered in favor of each respective Intervening Plaintiff and against the Vessel, *in rem*, recognizing the maritime lien in rem against the Vessel of each, and for judgment *in rem* in at least the following amounts:

**E.N. Bisso & Son, Inc.**, in the amount of at least $51,939.00,

**Riley-Sherman Shipping Agency, Inc.**, in the amount of at least $17,760.11; and

**Cooper/T. Smith Mooring Co., Inc.**, in the amount of at least $8,734.14,

plus prejudgment interest and costs; and

B.  That this Court order and enter judgment in favor of each Intervening Plaintiff for all other further and proper relief.

Dated: February 14, 2018.

/s/ J.S. Simms
_____
Simms Showers LLP
J. Stephen Simms
(*pro hac vice*)
jssimms@simmsshowers.com
201 International Circle, Suite 250
Baltimore, Maryland  21030
Telephone:  410-783-5795
Facsimile:  410-510-1789

/s/ Gary Clouse
_____
Gary R. Clouse (Bar No. 111055)
gclouse@icclawfirm.com
ISAACS, CLOUSE, CROSE & OXFORD, LLP
401 Wilshire Boulevard
12th Floor Penthouse
Santa Monica, California  90401
Telephone:  310-458-3860
Facsimile:  310-395-9880

E.N. Bisso & Son, Inc., Riley-Sherman Shipping Agency, Inc. and Cooper/T. Smith Mooring Co., Inc. Counsel

**VERIFICATION OF INTERVENING COMPLAINT**

Pursuant to 28 U.S.C. § 1746, J. Stephen Simms declares under the penalty of perjury:

1. I am a Principal of the law firm Simms Showers LLP, counsel for E.N. Bisso & Son, Inc., Riley-Sherman Shipping Agency, Inc. and Cooper/T. Smith Mooring Co., Inc. (collectively, "Intevening Plaintiffs").

3. I have read the foregoing Verified Intervening Complaint and know the contents thereof.

4. I believe the matters to be true based on documents and information obtained from employees and representatives of each Intervening Plaintiff.

5. The reason that this verification was made by deponent and not by each Intervening Plaintiff is because each Intervening Plaintiff is a foreign corporation, whose officers are not in this District. Each Intervening Plaintiff authorizes me to make this affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 14, 2018.

J. Stephen Simms

VERIFIED INTERVENING COMPLAINT − 9

# E.N. BISSO & SON, INC.
1 Walnut Street
New Orleans, LA 70118
Phone (504)828-3296  Fax (504)831-6701

Page 1

| Bill To: | | |
|---|---|---|
| M/V: MEGACORE PHILOMENA  and/or owners | **INVOICE NUMBER:** 131420 | **Invoice Date** 11/22/2017 |
| O2 TRADING LTD<br>3, MPIGLISTAS | Vessel: MEGACORE PHILOMENA | |
| | Agent: RILEY-SHERMAN SHIPPING AGENCY | |
| 16121 ATHENS, GREECE<br>GREECE | Service Dates: 11/7/2017  to  11/13/2017 | |
| **Responsible Party**<br>O2 TRADING LTD | Tariff Area: 4 | Mile: 232 |
| | Location: EXXON #1 BATON ROUGE | |

| Description of Service/Equipment Used | Quantity/Hours | Unit Price | Total |
|---|---|---|---|
| Tug J A BISSO II | | | |
| Tug JACKIE B. | | | |
| DOCKING 11/7 20:35 - 22:30 | 2.00 | 4,395.00 | 8,790.00 |
| | | | |
| GROSS REGISTERED TONS- 42,208 | | | 2,752.00 |
| | 43000.00 | 32.00 | |
| | | | |
| UNDOCKING 11/13 09:30 - 10:05 | 2.00 | 4,395.00 | 8,790.00 |
| | | | |
| GROSS REGISTERED TONS- 42,208 | | | 2,752.00 |
| | 43000.00 | 32.00 | |
| FUEL SURCHARGE | 23084.00 | 0.15 | 3,462.60 |
| (NOT SUBJECT TO DISCOUNT) | | | |

Billing Instructions Given By:
ALVIN @ RILEY-SHERMAN SHIPPING AGENCY

*web address: www.enbisso.com*

| | | | |
|---|---|---|---|
| BUSINESS TRANSACTIONS ARE DONE PER OUR CURRENT TARIFF. INVOICES NOT PAID WITHIN TERMS AS OUTLINED ON THIS INVOICE ARE SUBJECT TO 1 1/2% INTEREST PER MONTH. IF PLACED FOR COLLECTION WITH ATTORNEY OR COLLECTION SERVICE, A 25% FEE WILL BE ASSESSED. | **TERMS**<br>35% in 30 | **TOTAL** | **26,546.60** |
| | | **LESS DISCOUNT*** ( | **8,079.40** ) |
| | | *NOT APPLICABLE TO FUEL SURCHARGE | |
| Wire Transfer Funds To:  Wells Fargo Bank, N.A.  San Francisco, CA  ABA #: 121000248  Account #: 412 462 6300  1901  SWIFT #: WFBIUS6S  Include Invoice Number | Mail Payment To:  E.N. Bisso & Son, Inc.  1 Walnut Street  New Orleans, LA 70118 | **NET AMOUNT DUE IF PAID WITHIN TERMS** | **18,467.20** |



**Riley-Sherman Shipping Agency, Inc.**
1410 Winding Way Dr. Ste. B
Friendswood, TX 77546

| | DISB ACCT | |
|---|---|---|
| Date | | Invoice # |
| 12/20/17 | | 827-2 |

**Bill To:**
O2 TRADING LTD
3 MPIGLISTAS
16121 ATHENS
GREECE

| DATE OF ARRIVAL | DATE OF DEPARTURE | LOCATION |
|---|---|---|
| 11/6/2017 | 11/14/2017 | NEW ORLEANS, LA |
| P.O. No. | | Terms |
| | | DUE UPON RECEIPT |
| | 827-2 MEGACORE PHILOMENA | |

| Invoice | Description | Rate | Class | Amt |
|---|---|---|---|---|
| 200384 | ASSOCIATED BRANCH PILOTS | $ 5,422.46 | PILOTS | $ 5,422.46 |
| 356490 | CRESCENT RIVER PORT PILOTS | $ 9,292.43 | PILOTS | $ 9,292.43 |
| 208085 | NEW ORLEANS-BATON ROUGE STEAMSHIP | $ 9,633.90 | PILOTS | $ 9,633.90 |
| 208416 | NEW ORLEANS-BATON ROUGE STEAMSHIP | $ 19,929.85 | PILOTS | $ 19,929.85 |
| 208256 | NEW ORLEANS-BATON ROUGE STEAMSHIP | $ 16,675.16 | PILOTS | $ 16,675.16 |
| 208417 | NEW ORLEANS-BATON ROUGE STEAMSHIP | $ 8,530.96 | PILOTS | $ 8,530.96 |
| 356845 | CRESCENT RIVER PORT PILOTS | $ 8,384.79 | PILOTS | $ 8,384.79 |
| 200665 | ASSOCIATED BRANCH PILOTS | $ 4,597.40 | PILOTS | $ 4,597.40 |
| 1711006 | EXXONMOBIL CORP | $ 2,200.00 | LINE HANDLERS | $ 2,200.00 |
| 580854268 | U.S. CUSTOMS AND BORDER PROTECTION | $ 2,585.36 | CUSTOMS | $ 2,585.36 |
| 1262907 | DELTA LAUNCH SERVICES | $ 800.00 | PILOT LAUNCH | $ 800.00 |
| 272468 | BELLE CHASSE MARINE TRANSPORTATION | $ 2,900.00 | PILOT LAUNCH | $ 2,900.00 |
| 272855 | BELLE CHASSE MARINE TRANSPORTATION | $ 3,400.00 | PILOT LAUNCH | $ 3,400.00 |
| 1268677 | DELTA LAUNCH SERVICES | $ 800.00 | PILOT LAUNCH | $ 800.00 |
| ENA11/6/17 | LOUISIANA MARITIME ASSOC | $ 230.00 | MARITIME ASSOC | $ 230.00 |
| RIL300 | PORT OF GREATER BATON ROUGE | $ 425.00 | HARBOR FEE | $ 425.00 |
| RIL300 | PORT OF GREATER BATON ROUGE | $ 150.00 | SECURITY FEE | $ 150.00 |
| 287240176158 | AT&T MOBILITY | $ 29.85 | COMMUNICATIONS | $ 29.85 |
| 63.45328 | W.R. ZANES | $ 430.30 | CUSTOMS BROKERAGE | $ 430.30 |
| 177122 | CRESCENT TRANSPORTATION | $ 300.00 | ESCORT | $ 300.00 |
| 497225 | PORT SHIP SERVICE, INC. | $ 650.00 | LAUNCH | $ 650.00 |
| 17-1086 | STELLA MARIS MARITIME CENTER | $ 100.00 | MINISTRY DONATION | $ 100.00 |
| 50490701267 | UPS | $ 97.01 | COURIER | $ 97.01 |
| 1702126 | RILEY-SHERMAN SHIPPING AGENY, INC. | $ 3,750.00 | AGENCY FEE | $ 3,500.00 |
| 1702127 | RILEY-SHERMAN SHIPPING AGENY, INC. | $ 500.00 | AGENCY FEE | $ 500.00 |
| 1702128 | RILEY-SHERMAN SHIPPING AGENY, INC. | $ 1,200.00 | AGENCY FEE | $ 1,000.00 |

WIRING INSTRUCTIONS
HOMETOWN BANK, NA
US ROUTING NO. 113100570
ACCT NO. 104310

| TOTAL | | $ 102,564.47 |
|---|---|---|
| LESS PREFUNDING / O2 TRADING | | $ (84,804.36) |
| Total Due To | RSSA, INC. | $ 17,760.11 |

Best Regards,
*Mary Ann Salarzon*
Mary Ann Salarzon
Riley-Sherman Shipping Agency, Inc.
Ph. 281-993-1775
accounting @rssaonline.com

FORM: RSSA OP09.2-01-02
revised 09-27-11



**COOPER/T.SMITH MOORING**
1240 PATTERSON STREET
NEW ORLEANS, LA 70114

**INVOICE**

PHONE: (504) 227-7000

TO: M/V MEGACORE PHILOMENA          AND/OR OWNERS
O2 TRADING LTD.
3, MPIGLISTAS STR. KAISARIANI
16121 ATHENS GREECE

PAGE: 1

| | | | | |
|---|---|---|---|---|
| VESSEL NAME: | MEGACORE PHILOMENA | | INVOICE #: | 256670 |
| VOYAGE NUMBER: | | | INVOICE DATE: | 9/07/2017 |
| CUSTOMER NUMBER: | 16323 | | JOB NUMBER: | 02254 |
| PREPARED BY: | ASEV | | FINISH DATE: | 8/25/2017 |
| LOCATION: | SHELL CONVENT DOCK #1  168.1 | | | |

| DATE | DESCRIPTION | QTY TYPE | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Job#: 2254 | | | | |
| | Mooring - Dock Labor | | 1.000 | 930.000 | 930.00 |
| | Gross Registered Tons (42,208) | | 1.000 | 3.000 | 129.00 |
| | Time Ordered:  07:00  08-24 | | | | |
| | Scheduled:  12:30  08-24 | | | | |
| | Start:  12:30  08-24 | | | | |
| | Finished:  13:10  08-24 | | | | |
| | Job#: 2317 | | | | |
| | Unmooring - Dock Labor | | 1.000 | 930.000 | 930.00 |
| | Additional Crew | | 1.000 | 425.000 | 425.00 |
| | Gross Registered Tons (42,208) | | 1.000 | 3.000 | 129.00 |
| | Time Ordered:  17:00  08-25 | | | | |
| | Scheduled:  20:00  08-25 | | | | |
| | Start:  20:00  08-25 | | | | |
| | Finished:  20:30  08-25 | | | | |
| | Sub-Total: | | | | 2,543.00 |
| | 18% Fuel Surcharge - Not Discountable | | | | 457.74 |

**DISCOUNT OF 5.00% ($127.15) AVAILABLE IF PAID BY 10/07/17**

| | | | |
|---|---|---|---|
| Security Surcharge | 1.000 | 20.000 | 20.00 |

ACCOUNTS ARE DUE UPON RECEIPT.  INVOICES NOT PAID WITHIN 30 DAYS OR NOT PAID IN ACCORDANCE WITH
CONTRACTUAL AGREEMENT ARE SUBJECT TO THE GREATER OF 1 1/2% OR THE HIGHEST LEGAL INTEREST RATE

Continued Next Page

**PLEASE MAIL PAYMENT TO:**    -or-    **ACH / WIRE PAYMENT TO:**
CONCENTRATION ACCOUNT                    COOPER/T.SMITH MOORING
DEPT #1529   P.O.BOX 11407               REGIONS BANK        BIRMINGHAM, AL.
BIRMINGHAM, AL  35246-1529               ACH ABA#062000019   ACCT#0100494305
                                         WIRE ABA#062005690  ACCT#0100494305



**COOPER/T.SMITH MOORING**
1240 PATTERSON STREET
NEW ORLEANS, LA 70114


INVOICE

PHONE: (504) 227-7000

TO: M/V MEGACORE PHILOMENA  AND/OR OWNERS
O2 TRADING LTD.
3, MPIGLISTAS STR. KAISARIANI
16121 ATHENS GREECE

PAGE: 2

| VESSEL NAME: | MEGACORE PHILOMENA | INVOICE #: | 256670 |
|---|---|---|---|
| VOYAGE NUMBER: | | INVOICE DATE: | 9/07/2017 |
| CUSTOMER NUMBER: | 16323 | JOB NUMBER: | 02254 |
| PREPARED BY: | ASEV | FINISH DATE: | 8/25/2017 |
| LOCATION: | SHELL CONVENT DOCK #1  168.1 | | |

| DATE | DESCRIPTION | QTY TYPE | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|

ALLOWED PER MONTH.  25% ATTORNEY FEE DUE ON DELINQUENT BILLS IF PLACED WITH ATTORNEY FOR COLLECTION.

INVOICE TOTAL: 3,020.74

PLEASE MAIL PAYMENT TO:     -or-     ACH / WIRE PAYMENT TO:
CONCENTRATION ACCOUNT                  COOPER/T.SMITH MOORING
DEPT #1529  P.O.BOX 11407               REGIONS BANK    BIRMINGHAM, AL.
BIRMINGHAM, AL  35246-1529              ACH ABA#062000019    ACCT#0100494305
                                         WIRE ABA#062005690   ACCT#0100494305

**COOPER/T.SMITH MOORING**
1240 PATTERSON STREET
NEW ORLEANS, LA 70114



**PHONE: (504) 227-7000**

TO: M/V MEGACORE PHILOMENA            AND/OR OWNERS
    O2 TRADING LTD.
    3, MPIGLISTAS STR. KAISARIANI
    16121 ATHENS GREECE

PAGE: 1

| | | | | |
|---|---|---|---|---|
| **VESSEL NAME:** | MEGACORE PHILOMENA | | **INVOICE #:** | 256723 |
| **VOYAGE NUMBER:** | | | **INVOICE DATE:** | 9/07/2017 |
| **CUSTOMER NUMBER:** | 16323 | | **JOB NUMBER:** | 02585 |
| **PREPARED BY:** | ASEV | | **FINISH DATE:** | 9/03/2017 |
| **LOCATION:** | PETRO FUEL TERM. MT.AIRY 144.5 | | | |

| DATE | DESCRIPTION | QTY TYPE | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Job#: 2585 | | | | |
| | Mooring - Dock Labor | | 1.000 | 930.000 | 930.00 |
| | Gross Registered Tons (42,208) | | 1.000 | 3.000 | 129.00 |
| | | | | | |
| | Time Ordered: 05:15  09-02 | | | | |
| | Scheduled: 11:00  09-02 | | | | |
| | Start: 11:35  09-02 | | | | |
| | Finished: 12:30  09-02 | | | | |
| | | | | | |
| | Job#: 2627 | | | | |
| | Unmooring - Dock Labor | | 1.000 | 930.000 | 930.00 |
| | Gross Registered Tons (42,208) | | 1.000 | 3.000 | 129.00 |
| | | | | | |
| | Time Ordered: 09:30  09-03 | | | | |
| | Scheduled: 12:45  09-03 | | | | |
| | Start: 13:00  09-03 | | | | |
| | Finished: 13:15  09-03 | | | | |
| | | | | | |
| | Sub-Total: | | | | 2,118.00 |
| | | | | | |
| | 19% Fuel Surcharge - Not Discountable | | | | 402.42 |

**DISCOUNT OF 5.00% ($105.90) AVAILABLE IF PAID BY 10/07/17**

| | | | | | |
|---|---|---|---|---|---|
| | Security Surcharge | | 1.000 | 20.000 | 20.00 |

ACCOUNTS ARE DUE UPON RECEIPT. INVOICES NOT PAID WITHIN 30 DAYS OR NOT PAID IN ACCORDANCE WITH
CONTRACTUAL AGREEMENT ARE SUBJECT TO THE GREATER OF 1 1/2% OR THE HIGHEST LEGAL INTEREST RATE

Continued Next Page

**PLEASE MAIL PAYMENT TO:**    -or-    **ACH / WIRE PAYMENT TO:**
CONCENTRATION ACCOUNT                  COOPER/T.SMITH MOORING
DEPT #1529   P.O.BOX 11407             REGIONS BANK   BIRMINGHAM, AL.
BIRMINGHAM, AL  35246-1529             ACH ABA#062000019   ACCT#0100494305
                                       WIRE ABA#062005690  ACCT#0100494305

**COOPER/T.SMITH MOORING**
1240 PATTERSON STREET
NEW ORLEANS, LA 70114

PHONE: (504) 227-7000

# INVOICE

TO: M/V MEGACORE PHILOMENA AND/OR OWNERS
O2 TRADING LTD.
3, MPIGLISTAS STR. KAISARIANI
16121 ATHENS GREECE

PAGE: 2

VESSEL NAME: MEGACORE PHILOMENA
VOYAGE NUMBER:
CUSTOMER NUMBER: 16323
PREPARED BY: ASEV
LOCATION: PETRO FUEL TERM. MT.AIRY 144.5

INVOICE #: 256723
INVOICE DATE: 9/07/2017
JOB NUMBER: 02585
FINISH DATE: 9/03/2017

| DATE | DESCRIPTION | QTY TYPE | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | ALLOWED PER MONTH. 25% ATTORNEY FEE DUE ON DELINQUENT BILLS IF PLACED WITH ATTORNEY FOR COLLECTION. | | | | |

INVOICE TOTAL: 2,540.42

PLEASE MAIL PAYMENT TO:
CONCENTRATION ACCOUNT
DEPT #1529 P.O.BOX 11407
BIRMINGHAM, AL 35246-1529

-or-

ACH / WIRE PAYMENT TO:
COOPER/T.SMITH MOORING
REGIONS BANK BIRMINGHAM, AL.
ACH ABA#062000019 ACCT#0100494305
WIRE ABA#062005690 ACCT#0100494305

**COOPER/T.SMITH MOORING**
1240 PATTERSON STREET
NEW ORLEANS, LA 70114



PHONE: (504) 227-7000

TO: M/V MEGACORE PHILOMENA           AND/OR OWNERS
    O2 TRADING LTD.
    3, MPIGLISTAS STR. KAISARIANI
    16121 ATHENS GREECE

PAGE: 1

| VESSEL NAME: | MEGACORE PHILOMENA | INVOICE #: | 257001 |
|---|---|---|---|
| VOYAGE NUMBER: | | INVOICE DATE: | 9/20/2017 |
| CUSTOMER NUMBER: | 16323 | JOB NUMBER: | 02658 |
| PREPARED BY: | ASEV | FINISH DATE: | 9/06/2017 |
| LOCATION: | APEX OIL BATON ROUGE 229.5 | | |

| DATE | DESCRIPTION | QTY TYPE | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Job#: 2658 | | | | |
| | Holiday Rates Apply | | | | |
| | Mooring - Dock Labor | | 1.000 | 1,215.000 | 1,215.00 |
| | Delayed Waiting on Lines | | .250 | 56.250 | 14.06 |
| | Extended Time Dock Labor | | | | |
| | Gross Registered Tons (42,208) | | 1.000 | 3.000 | 129.00 |
| | Time Ordered:  09:45  09-04 | | | | |
| |     Scheduled: 17:50  09-04 | | | | |
| |     Start:     17:50  09-04 | | | | |
| |     Finished:  19:00  09-04 | | | | |
| | | | | | |
| | Job#: 2718 | | | | |
| | Unmooring - Dock Labor | | 1.000 | 1,162.500 | 1,162.50 |
| | Gross Registered Tons (42,208) | | 1.000 | 3.000 | 129.00 |
| | Time Ordered:  22:30  09-05 | | | | |
| |     Scheduled: 05:30  09-06 | | | | |
| |     Start:     05:30  09-06 | | | | |
| |     Finished:  06:10  09-06 | | | | |
| | | | | | |
| | Sub-Total: | | | | 2,649.56 |
| | | | | | |
| | 19% Fuel Surcharge - Not Discountable | | | | 503.42 |

**DISCOUNT OF 5.00% ($132.48) AVAILABLE IF PAID BY 10/20/17**

| | Security Surcharge | | 1.000 | 20.000 | 20.00 |
|---|---|---|---|---|---|

Continued Next Page

**PLEASE MAIL PAYMENT TO:**      -or-    **ACH / WIRE PAYMENT TO:**
CONCENTRATION ACCOUNT                    COOPER/T.SMITH MOORING
DEPT #1529   P.O. BOX 11407              REGIONS BANK    BIRMINGHAM, AL.
BIRMINGHAM, AL   35246-1529              ACH ABA#062000019   ACCT#0100494305
                                         WIRE ABA#062005690  ACCT#0100494305

# COOPER/T.SMITH MOORING
1240 PATTERSON STREET
NEW ORLEANS, LA 70114


INVOICE

PHONE: (504) 227-7000

TO: M/V MEGACORE PHILOMENA    AND/OR OWNERS
O2 TRADING LTD.
3, MPIGLISTAS STR. KAISARIANI
16121 ATHENS GREECE

PAGE: 2

| | |
|---|---|
| **VESSEL NAME:** | MEGACORE PHILOMENA |
| **VOYAGE NUMBER:** | |
| **CUSTOMER NUMBER:** | 16323 |
| **PREPARED BY:** | ASEV |
| **LOCATION:** | APEX OIL BATON ROUGE 229.5 |

| | |
|---|---|
| **INVOICE #:** | 257001 |
| **INVOICE DATE:** | 9/20/2017 |
| **JOB NUMBER:** | 02658 |
| **FINISH DATE:** | 9/06/2017 |

| DATE | DESCRIPTION | QTY TYPE | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|

ACCOUNTS ARE DUE UPON RECEIPT. INVOICES NOT PAID WITHIN 30 DAYS OR NOT PAID IN ACCORDANCE WITH CONTRACTUAL AGREEMENT ARE SUBJECT TO THE GREATER OF 1 1/2% OR THE HIGHEST LEGAL INTEREST RATE ALLOWED PER MONTH. 25% ATTORNEY FEE DUE ON DELINQUENT BILLS IF PLACED WITH ATTORNEY FOR COLLECTION.

**INVOICE TOTAL:** 3,172.98

**PLEASE MAIL PAYMENT TO:**
CONCENTRATION ACCOUNT
DEPT #1529  P.O.BOX 11407
BIRMINGHAM, AL  35246-1529

-or-

**ACH / WIRE PAYMENT TO:**
COOPER/T.SMITH MOORING
REGIONS BANK     BIRMINGHAM, AL.
ACH ABA#062000019    ACCT#0100494305
WIRE ABA#062005690   ACCT#0100494305