KAYE, ROSE & PARTNERS, LLP
Bradley M. Rose, State Bar No. 126281
brose@kayerose.com
Frank C. Brucculeri, State Bar No. 137199
fbrucculeri@kayerose.com
9100 Wilshire Blvd., Suite 420W
Beverly Hills, CA 90212
Phone: (310) 551-6555
Fax:    (310) 277-1220

Attorneys for Defendant and Counter-Claimant HURRICANE NAVIGATION INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TMF TRUSTEE LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., *in rem*; HURRICANE NAVIGATION INC., a Marshall Islands Corporation, *in personam*,<br><br>Defendants.<br><br>And related cross-actions. | Case No.: 2:17-cv-9010-AGR<br><br>IN ADMIRALTY<br><br>**HURRICANE'S EX PARTE APPLICATION AND NOTICE OF EX PARTE APPLICATION TO RECONSIDER ORDER OF INTERLOCUTORY SALE OF VESSEL**<br><br>Room:   550<br>Judge:   Hon. Alicia G. Rosenberg<br><br>**Telephonic hearing requested** |

PLEASE TAKE NOTICE THAT, under Local Rules 7-18 and 7-19 of the Central District of California, as well as Federal Rules of Civil Procedure Rules 59(e) and 60(b), defendant and counter-claimant Hurricane Navigation Inc. applies ex parte for reconsideration of the Court's order granting TMF's request for interlocutory sale of the vessel. That sale is presently set to take place at 10:00 am on September 11, 2018.

Hurricane brings the instant motion for reconsideration on an ex parte basis because doing so by regular noticed motion would not allow the motion to be heard and decided before the scheduled sale date of September 11, 2018. The newly-acquired evidence must be brought before the Court well in advance of the sale date: In the event that the Court affirms its August 7, 2018 Order granting TMF's motion for sale, Hurricane will be appealing the adverse judgment to the Ninth Circuit and then immediately seeking a stay of that Order. Any delay in the deciding of the instant motion for reconsideration would unduly prejudice Hurricane's ability to obtain that stay. It is therefore imperative that the instant motion be heard and decided without delay.

In full compliance with the Local Rules, and as described in greater detail in the accompanying declaration of Frank C. Brucculeri, counsel for Hurricane met and conferred with counsel for TMF about the substance and procedure involved in this ex parte application.

Additionally, in accordance with Local Rule 7-19, the name, address, telephone numbers, and email addresses of counsel for other parties in this action are as follows:

//
//
//
//
//

| | | |
|---|---|---|
| 1 | Erich P. Wise | Michael L. Swain |
| 2 | erichw@fdw-Iaw.com | mswain@swaindipolito.com |
|   | Zachary J. Politis | Ross 1. Landau |
| 3 | zackp@fdw-Iaw.com | rlandau@swaindipolito.com |
| 4 | Peter F. Black | **SWAIN & DIPOLITO LLP** |
|   | peterb@fdw-Iaw.com | 555 E. Ocean Blvd., Suite 600 |
| 5 | **FLYNN, DELICH & WISE LLP** | Long Beach, CA 90802 |
| 6 | One World Trade Center, Suite 1800 | Telephone: 562 983-7833 |
|   | Long Beach, CA 90831-1800 | Facsimile: 562 983 7835 |
| 7 | Telephone: (562) 435-2626 | Attorney for Plaintiff-Intervenor: |
| 8 | Facsimile: (562) 437-7555 | MONJASA LTD. |
|   | Attorneys for Plaintiff | |
| 9 | TMF TRUSTEE LIMITED | |
| 10 | | |
|   | Neil B. Klein | J. Stephen Simms |
| 11 | neilk@mckassonklein.com | jssimms@simmsshowers.com |
| 12 | Maria del Rocio Ashby | **SIMMS SHOWERS LLP** |
|   | **McKASSON & KLEIN LLP** | 201 International Circle, Suite 150 |
| 13 | 2211 Michelson Dr., Suite 320 | Baltimore, MD 21030 |
| 14 | Irvine, CA 92612 | Telephone: 410-783-5795 |
|   | Telephone: 949 724 0200 | Facsimile: 410-510-1789 |
| 15 | Facsimile: 949 724 0201 | Attorneys for Intervening Plaintiffs: |
| 16 | Attorneys for Plaintiff in Intervention: | OCEAN ENERGY LTD., E.N. BISSO |
|   | NOVELL INVESTMENTS, INC. | & SON, INC., |
| 17 | | RILEY-SHERMAN SHIPPING |
| 18 | | AGENCY, INC., |
|   | | COOPER/To SMITH MOORING CO., |
| 19 | | INC. |
| 20 | B Alexander Moghaddam | Charles P. Moure |
|   | alex@moghaddam-jorgensen.com | charles@mourelaw.com |
| 21 | **MOGHADDAM & JORGENSEN** | **MOURE LAW, PLLC** |
| 22 | **LLP** | 1700 Seventh Ave., Suite 2200 |
|   | 10100 Santa Monica Blvd, Suite 300 | Seattle, WA 98101 |
| 23 | Los Angeles, CA 90067 | Telephone: 206 695 9202 |
| 24 | Telephone: 310 3153442 | Facsimile: 2063742293 |
|   | Direct: 323 992 4055 | Attorneys for Plaintiff-Intervenor: |
| 25 | Facsimile: 310 315-4144 | DAN-BUNKERING (MONACO) |
| 26 | Attorneys for Plaintiff-Intervenor: | SAM |
|   | DAN-BUNKERING (MONACO) SM. | |
| 27 | | |
| 28 | | |

Kaye, Rose & Partners LLP

Kaye, Rose & Partners LLP

1  Gary R. Clouse
2  gclouse@icclawfinll.com
   **ISAACS, CLOUSE, CROSE &**
3  **OXFORD, LLP**
4  401 Wilshire Blvd., 12th Floor
   Penthouse
5  Santa Monica, California 90401
6  Telephone: 310 458 3860
   Facsimile: 310 395 9880
7  Attorneys for Intervening Plaintiffs:
   OCEAN ENERGY LTD., E.N. BISSO
8  & SON, INC.,
9  RILEY-SHERMAN SHIPPING
   AGENCY, INC.,
10 COOPER/To SMITH MOORING CO.,
11 INC.

14  Dated: August 15, 2018            KAYE, ROSE & PARTNERS, LLP

                                     By: */s/ Frank C. Brucculeri*
                                         Frank C. Brucculeri
                                         Bradley M. Rose
                                         Attorneys for Defendant and
                                         Counter-claimant
                                         HURRICANE NAVIGATION INC.