**KAYE, ROSE & PARTNERS, LLP**
Bradley M. Rose, State Bar No. 126281
brose@kayerose.com
Frank C. Brucculeri, State Bar No. 137199
fbrucculeri@kayerose.com
9100 Wilshire Blvd., Suite 420W
Beverly Hills, CA 90212
Phone: (310) 551-6555
Fax:    (310) 277-1220

Attorneys for Defendant and Counter-Claimant HURRICANE NAVIGATION INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMF TRUSTEE LIMITED,<br><br>            Plaintiff,<br><br>v.<br><br>M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., *in rem*; HURRICANE NAVIGATION INC., a Marshall Islands Corporation, *in personam*,<br><br>            Defendants.<br><br>And related cross-actions. | Case No.: 2:17-cv-9010-AGR<br><br>**IN ADMIRALTY**<br><br>**NOTICE OF ERRATA RE LODGING DEPOSITIONS OF GREGORY WAUTHIER, CLAUDIA SMALL, KEVIN MULHOLLAND , AND GREGORY FELDMAN IN CONNECTION WITH DEFENDANTS' OPPOSITION TO TMF'S MOTION FOR SUMMARY JUDGMENT [SET FOR HEARING ON AUGUST 28] AND DEFENDANTS' MOTION TO JOIN/DISMISS [SET FOR HEARING ON SEPTEMBER 4]**<br><br>Judge:    Hon. Alicia G. Rosenberg |

1
**NOTICE OF ERRATA**

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counter-Claimant HURRICANE NAVIGATION INC., hereby file the Deposition Transcripts of Gregory Wauthier, Claudia Small, Kevin Mulholland and Gregory Feldman and exhibits thereto, in support of Hurricane's Opposition to TMF's Motion for Summary Judgment set for hearing on August 28, 2018 and in support of Hurricane's Motion to Join/Dismiss set for hearing on September 4, 2018.

The Deposition Transcripts and exhibits were inadvertently not filed as part of the notice of lodging filed August 14, 2018.

Dated: August 24, 2018           **KAYE, ROSE & PARTNERS, LLP**

By: */s/ Frank C. Brucculeri*
Frank C. Brucculeri
Bradley M. Rose
Attorneys for Defendant and Counter-Claimant **HURRICANE NAVIGATION INC.**