```
 1
                IN THE UNITED STATES DISTRICT COURT
 2        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3    _____
                                              :
 4    TMF TRUSTEE LIMITED,                    : CASE NO:
                                              : 2:17-CV-9010
 5                      Plaintiff             : IN ADMIRALTY
                                              :
 6                    -v-                     :
                                              :
 7    M/T MEGACORE PHILOMENA,                 :
      her engines, boilers, tackles          :
 8    and other appurtenances, et            :
      cetera, in rem, HURRICANE              :
 9    NAVIGATION INC, a Marshall              :
      Islands Corporation, in                :
10    personam                               :
                                              :
11                    Defendants             :
      _____:
12

13                        Deposition

14                           Of

15                   Mr Gregory Wauthier

16
                   On Tuesday, May 15th 2018
17

18                  Commencing at 1.15 pm

19
                         Taken at:
20
                        Reed Smith
21                  The Broadgate Tower
                    20 Primrose Street
22                   London EC2A 2RS
                     United Kingdom
23
                          Vol II
24
      Reported by: Miss Pamela Henley
25    Job No.  203223
```

```
 1                A P P E A R A N C E S

 2

 3     On behalf of the Plaintiff:

 4              FLYNN, DELICH & WISE LLP

 5              One World Trade Center

 6              Suite 1800

 7              Long Beach, CA 90831-1800

 8              Telephone:  562 733 2373

 9              Email: erichw@fdw-law.com

10                    BY:  MR ERICH P WISE

11

12              REED SMITH

13              The Broadgate Tower

14              20 Primrose Street

15              London EC2A 2RS

16              United Kingdom

17              Telephone:  +44(0)20 3116 3473

18              Email: jrwood@reedsmith.com

19                    BY:  MR JODY R I WOOD

20

21

22

23

24

25
```

```
 1    On behalf of the Defendant Hurricane:

 2           KAYE, ROSE & PARTNERS, LLP

 3           9100 Wilshire Boulevard

 4           Suite 420W

 5           Beverley Hills, CA 90212

 6           Telephone:  310 551 6555

 7           Email: fbrucculeri@kayerose.com

 8                  BY:  MR FRANK C BRUCCULERI

 9                  (Via video conference)

10

11    On behalf of the Defendant Novell Investments:

12           McKASSON & KLEIN LLP

13           2211 Michelson Drive

14           Suite 320

15           Irvine, CA 92612

16           Telephone:  949 724 0206

17           Email: neilk@mckassonklein.com

18                  BY:  MR NEIL B KLEIN

19                  (Via video conference)

20

21

22

23

24

25
```

```
 1   On behalf of the Witness:

 2          Andrew Jamieson

 3          Claims Director & Legal Advisor

 4          International Transport Intermediaries

 5          Management Company Limited

 6          90 Fenchurch Street

 7          London EC3M 4ST

 8

 9   In Attendance:      Mr C Loukopoulos

10                       (Via telephone)

11

12   Court Reporter:     Miss Pamela Henley

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2    DEPONENT

 3    Mr Gregory Wauthier

 4    Examination:                         Page No:

 5    Examination by Mr Klein                   6

 6    Examination by Mr Brucculeri            149

 7    _____

 8                    EXHIBIT INDEX

 9

10    Number                               Page No:

11    Exhibit 56                              140

12    Exhibit 57                              188

13                  Previously Marked

14    Exhibit 30                               10

15    Exhibit 31                               10

16    Exhibit 28                               11

17    Exhibit 32                               62

18    Exhibit 33                               62

19    Exhibit 34                               75

20    Exhibit 29                              173

21

22

23

24

25
```

1              Mr Greg Wauthier

2           Having been duly sworn

3            Testified as follows

4            Examined by Mr Klein

5            MR KLEIN:  Good morning,

6    Mr Wauthier.  Again, my name is Neil Klein from a

7    firm called McKasson Klein.  I represent Novell

8    Investments in the litigation in Los Angeles,

9    California.

10            THE WITNESS:  Good morning.

11            MR KLEIN:  Thank you very much for

12   appearing today.  I think that it is probably a

13   better time for you than it is for Mr Brucculeri

14   and myself.  It is a little early in the morning

15   for us, so my apologies if you saw us eating

16   breakfast.

17        Q.    Can you hear me?

18        A.    I can hear you very well.

19        Q.    Is there a delay in my voice?

20        A.    I do not think so.

21        Q.    So -- all right. I do not know if

22   you recall the instructions by Mr Wise at your

23   first go round of your deposition, but I would

24   just like to remind you that you are under oath

25   and that your testimony is to be the truth and

1   nothing but the truth, do you understand that?

2           A.      I do.

3           Q.      Okay. It is important in this

4   deposition that you give me your best

5   recollection, which means I do not want you to

6   guess, but I am entitled to the very best of your

7   recollection.  If you do not understand the

8   question I would ask that you please ask me to

9   rephrase it, or tell me that you do not understand

10  and I will try again.

11          A.      Understood.

12          Q.      Is that fair?

13          A.      It is.

14          Q.      All right. Okay. So just to give

15  you an analogy of the difference between a guess

16  and an estimate is if I ask you how long my dining

17  room table at my house was, or even this table

18  that we are sitting at now, you might not see the

19  entire table, so it would just be a guess, versus

20  if you knew the length of your table in your house

21  you would be able to give me a pretty good

22  estimate, you understand the difference?

23          A.      I do.

24          Q.      Okay. All right. So we are here

25  today to take your deposition.  You have provided

1   some valuations to TMF, and you have provided

2   valuations in 2016 and 2017, for the vessel Honami

3   and the Philomena, do you understand that?

4          A.     I do.

5          Q.     Okay. Do you recall preparing those

6   valuations?

7          A.     I recall preparing the valuations

8   for Megacore Honami and Megacore Philomena in

9   collaboration with my colleagues in 2016.

10                And I recall discussing the

11  valuation of the Megacore Honami and Megacore

12  Philomena in 2017, but I was not in the office.

13         Q.     Was that due to the birth of your

14  child?

15         A.     No, it was due to holidays.

16         Q.     Providing a vessel valuation is not

17  an exact science, is it?

18         A.     No, it is not.

19         Q.     Is that why you say in your

20  valuations that the valuation that is prepared is

21  a theoretical and subjective opinion only?

22         A.     Can you repeat or rephrase?

23                MR KLEIN:  Would you like to read

24  the question back to the witness, please.

25                (Preceding question read back)

1           A.      It is not only that, this is part
2     of the disclaimer.  So it is our disclaimer saying
3     so.
4                   But the reason why it is not a
5     science is that several people might have
6     slightly -- or different opinions, and we may end
7     up with different versions.  There is no equation
8     or any formula that would enable anyone to reach a
9     value. This is why to my mind it is not a
10    science --
11          Q.      Did you --
12                  THE COURT REPORTER:  I am sorry,
13    you both spoke at the same time.  I missed the end
14    of the witness's answer.
15          A.      -- this is why to my mind it is not
16    a science.
17                  MR KLEIN:  Thank you.  And my
18    apologies.  I think there is a slight lag in time.
19    And I will try to make sure I do not interrupt the
20    witness.
21          Q.      Mr Wauthier, can you explain why in
22    Exhibit 30 and 31, and you may want to look at
23    those exhibits, you used the word, "about" prior
24    to the value of the vessel that you have placed on
25    that particular vessel?

```
 1              (Exhibit 30 previously marked)

 2              (Exhibit 31 previously marked)

 3       A.     I do not have the exhibits in front

 4  of me, but this "about" is just before the value

 5  itself, is that right?

 6       Q.     Correct.

 7       A.     Usually --

 8       Q.     Mr Wise could show you the exhibits

 9  so that at least you have that in front of you

10  because I am going to be going over those exhibits

11  in some detail with you.

12              MR WISE:  Right. Let me get my

13  laptop over to him (same handed).  I had better do

14  it because I have two screens. So you want 30?

15              MR KLEIN:  And 31.

16                   (Pause)

17              MR WISE:  All right. I have got 30

18  in front of him.  So why don't we take it one at a

19  time if we can. Let us see.

20                   (Pause)

21              MR KLEIN:  There is a question

22  pending, Mr Wauthier, if you do not recall the

23  question maybe the Court Reporter could read it

24  back to you.

25       A.     I am sorry. This is fine. I do
```

1   recall the question.  I was just waiting for the

2   exhibit to be there, but I can start answering.

3                The answer will be the same for the

4   2 exhibits. It is usual that brokers sometimes

5   issue valuations giving a range for the exact same

6   reason that it is not a science, valuations are

7   usually given as a range, or sometimes given as a

8   range. And because it is also not a science

9   instead of giving a range we have put "about" in

10  front of the value on both valuations.

11       Q.    I am going to ask you to look at

12  Exhibit 28.

13                Erich, would it be possible to show

14  him 28, please?

15        (Exhibit 28 previously marked)

16                MR WISE:  Yes, I just had a little

17  trouble here.

18                   (Pause)

19  I had 30 in front of him. It is going to take me a

20  minute.

21                MR KLEIN:  Okay.

22                MR WISE:  What is 28?

23                MR KLEIN:  28 is the 2016

24  evaluations by BRS.  28 and 29. And 30 and 31 are

25  the 2017 valuations on the vessels.

1          MR WISE:  All right.

2                    (Pause)

3     I am doing this remotely to my system, so it might

4     take a minute. Hold on.

5                    MR BRUCCULERI:  That is

6     frustrating.

7                    MR WISE:  Yes.

8                    MR KLEIN:  Erich, I am going to be

9     flipping through these exhibits quite extensively

10    in this deposition, and I was wondering if you or,

11    potentially, Charles could provide copies of these

12    exhibits for Mr Wauthier.  I sent you an email

13    yesterday listing the specific exhibit numbers

14    that I was going to be referring to.  I think 28

15    to 35.

16                   MR WISE:  Yes, they are making

17    copies now, but I have ...

18                    (Pause)

19                   MR BRUCCULERI:  Off the record.

20          (Off the record at 1.25 pm)

21                  (Recess taken)

22          (On the record at 1.27 pm)

23                   MR KLEIN:  Could you see if there

24    was a question pending, please.

25                    THE COURT REPORTER:  I do not think

1    so.

2    BY MR KLEIN:

3           Q.      So the question is, can you explain

4    why in Exhibit 28 and 29 for the valuation you

5    provide a range, but in Exhibits 30 and 31 for the

6    2017 valuations you use the word, "about"?

7           A.      From time to time we review

8    processes on how we issue valuations, and we

9    decided that we should put "about" instead of

10   giving a range.

11          Q.      When did you make that decision?

12          A.      It is not me.  It is a company

13   decision, and I do not know.

14          Q.      Was it in 2017 to the best of your

15   recollection?

16          A.      Yes.

17          Q.      Was it in August 2017?

18          A.      No, before that.

19          Q.      Do you have records that would show

20   you in your office or in your company when that

21   decision was made?

22          A.      I do not know. I do not think so.

23          Q.      Do you know who made that decision

24   at your company?

25          A.      It is a decision that would have

1   been made by our CEO.

2          Q.      And who would that be?

3          A.      Francois Cadiou, but I am not sure

4   he was CEO at the time.  So he is our current CEO,

5   head of new building and sale and purchase

6   department.

7          Q.      So when were you advised of this

8   change in process?

9          A.      I do not remember.

10         Q.      So just to be clear, Mr Wauthier,

11  you said there was a change in process some time

12  in 2017, where your company decided to use the

13  word "about" in any evaluation instead of

14  providing the range that you had provided in 2016,

15  is that correct?

16         A.      It is -- yes, I think so, yes. I am

17  not -- I cannot say whether this is applied to all

18  valuations.  I think it is the case, yes.

19         Q.      To which valuations would the word

20  "about" apply?

21         A.      Maybe I did not express myself well

22  enough, I am sorry, as far as I understand and am

23  concerned all of them.

24         Q.      Thank you for clarifying that.  I

25  thought you said that it did not apply to all of

1   them. So as I understand your testimony today you

2   are saying that the word "about" was applied to

3   all evaluations some time during 2017, is that

4   correct?

5          A.      I think so.

6          Q.      Does the word "about" provide a

7   range in your estimate?

8          A.      I would not define this as a range.

9   I would rather say, "in the region of".

10          Q.      If you gave a percentage to the

11   region of what would that percentage be?

12          A.      I could not give a percentage.  I

13   would not give a percentage.

14          Q.      Would it be -- if you say it is in

15   the region of a particular value do you -- by that

16   do you mean that there is a range in value?

17          A.      By that we mean, and I mean, that

18   we cannot give a valuation to the dollar.  And

19   that is why we, necessarily, have to remain within

20   a field, although we cannot define that field,

21   hence the "about".

22          Q.      Are you saying that you have no

23   idea what the range of that field that you

24   testified to would be?

25          A.      Again, I apologise to everybody.

1   It is not a range because we cannot be precise

2   enough, because it is not a science, we do not and

3   cannot and do not want to give a value to the

4   dollar, hence the "about".

5           Q.     To be clear, your testimony is that

6   you do not know if that is a 1 per cent range?  In

7   the region of 1 per cent?  Or 5 per cent or 10 per

8   cent?

9           A.     That is -- no, I am not sure that

10  is what I said or what I mean.  We used to give

11  range.  We are -- we are putting "about" now in

12  front of the valuation because --

13              THE COURT REPORTER:  I did not

14  understand.  Sorry.

15          A.     We give -- we gave a range and now

16  we say "about" in front of the value on our

17  valuations just because it is not possible to get

18  down to the dollar.

19              MR KLEIN:  All right.  So let us

20  look at Exhibit 30. Let me know when you have it

21  in front of you.

22              MR WISE:  Exhibit 30 is the Honami.

23              THE WITNESS:  We have it.

24  BY MR KLEIN:

25          Q.     So can you tell me what you have

1  written there in terms of the valuation in the

2  document?

3           A.     It is coming up. About

4  $17.5 million, 17 --

5           Q.     Do you see you put 0.00?

6           A.     -- yes, indeed.

7           Q.     Do you see that?

8           A.     I do.

9           Q.     So when you say that it is not a

10  precise science and you cannot say to the dollar

11  why would you put .00 when you have "about

12  17.5 million"?

13          A.     Well, I do not see this as

14  conflicting. That is the first part of my reply.

15                 And the second part of my reply it

16  may -- it also -- we ask our colleagues to enter

17  the values, and it might be just a matter of form.

18          Q.     Okay. So let us look at Exhibit 28

19  to compare the 2016 Honami with the 2017 Honami

20  valuation, so tell me when you have 28 in front of

21  you?

22          A.     Yes.

23          Q.     So tell me what you did in

24  October 2016 on the Honami, what is the valuation

25  there?

1      A.      $17.5 to $18 million.

2      Q.      So we have a half a million dollar

3   swing there, correct?

4      A.      Range, correct.

5      Q.      All right, range.  We will call it

6   a range. So we have a half a million dollar range

7   there, correct?

8      A.      Correct.

9      Q.      Now, when you contrast that with

10   Exhibit 30, your valuation is about $17.5 million,

11   correct?

12      A.      Correct.

13      Q.      All right. So when you used the

14   word "about" do you mean it is about $17.5 million

15   to $18 million like you did for Exhibit 28?

16      A.      No.

17      Q.      What do you consider in the region

18   of by the word "about" for your valuation under

19   Exhibit 30 in 2017?

20      A.      It not possible to answer that with

21   a value, with a percentage or anything. It is in

22   the region of.

23      Q.      Would "in the region of" be

24   $17.6 million, for example?

25      A.      That is to me might be considered

1  as being in the vicinity, but, again, I am not

2  sure on that point.

3          Q.      Would that fall under your

4  definition of about $17.6 million?  Would that be

5  acceptable when you write, "about 17.5 million"?

6          A.      I am sorry, did you say we could

7  have put 17 -- about 17.6 million, or are you

8  asking whether the 17.6 is considered within?

9          Q.      Answer both of those questions.

10  Those are good questions.

11          A.      Should a valuation be at 17.5,

12  which was the case, I may consider 17.6 being in

13  the region of.

14          Q.      Okay. What about 17.7 million?

15          A.      Starting from where?

16          Q.      I am looking at Exhibit 30 where

17  you have:  "About $17.5 million", would the range

18  be under the definition of, "about", would

19  $17.7 million fall within that range of "about"?

20          A.      I may have extended myself on the

21  17.6 to the extent that the "about" cannot be

22  defined, so I cannot tell you when it stops or

23  when it starts because it is not a value.

24          Q.      Mr Wauthier, what I am trying to

25  get at is that in 2016, you gave a range of $17.5

 1    to $18 million, 10 and a half months later you

 2    gave a valuation of, "about 17.5", so I am trying

 3    to see the difference between the range that you

 4    gave in 2016, and the word "about" which you

 5    define as in the region of or in the field of 10

 6    and a half months later in 2017, so can you tell

 7    me the range that you mean in 2017, being, "in the

 8    region of"?  How far does that extend beyond

 9    $17.5 million?

10            A.    No, I cannot.

11            Q.    But you do admit that it would

12    be -- $17.6 million would fall within that "about"

13    field, is that correct?

14            A.    I said so earlier.

15            Q.    I beg your pardon?

16            A.    I said so earlier, yes.

17            Q.    Okay. It sounds like you are being

18    very precise under the numbers under the word

19    "about" in 2017, versus the range in 2016, is that

20    correct?

21            A.    No, I would not describe that as

22    correct.  I am sorry.

23            Q.    Okay. So in 2016, you gave a range

24    of half a million dollars, correct?

25            A.    Yes.

1    Q.    And in 2017, you used the word

2    "about", and you just testified that that would be

3    $17.6 million, but not $17.7 million, is that

4    correct?

5    A.    I never said so. I said that I

6    extended myself on the 17.6, but that the word

7    "about", and I would not be able to say when the

8    "region of" starts or where it ends.  So, no, I

9    never said so.

10    Q.    So you are testifying today that

11    the word "about" you do not know if it extends to

12    $17.7 million in a valuation for 2017, is that

13    correct?

14    A.    I am not saying I do not know.  We

15    do not have a definition for it.

16    Q.    You testified earlier that there

17    was a change in process to use the word "about" in

18    2017, but you do not recall exactly when that

19    happened, is that correct?

20    A.    It is.

21    Q.    Okay.  Is there any documentation

22    in your company that reflects this change in

23    process?

24    A.    I do not think so.

25    Q.    And I believe you said that your

```
 1   current CEO was the person at BRS that would have

 2   made that, "change in process", did I understand

 3   you correctly?

 4        A.    Yes, you did. It is a decision that

 5   would have been made by him, and potentially also

 6   head of S&P, Thierry Charvet, yes.

 7        Q.    So when do you recall that change

 8   in process was?

 9        A.    I am sorry when? Was it when?

10        Q.    Describe to me the change in

11   process in 2017.

12              THE WITNESS:  Can you read that

13   back to me, please?

14        (Preceding question read back)

15        A.    Well, I was not in the office so I

16   would not be able to say.

17   BY MR KLEIN:

18        Q.    Why is it relevant whether you were

19   in the office or not as to whether you were

20   advised on the change in process?

21              MR WISE:  Objection, lacks

22   foundation.

23              MR KLEIN:  You can answer the

24   question if you understand me.

25        A.    Thank you. The word, "process" to
```

1   me represents the way we want to do things.

2   The -- however, this is a decision that would have

3   been certainly taken verbally in the Paris office,

4   and I am based in the London office.

5          Q.     So would the Paris office have

6   communicated that change in process to the London

7   office?

8          A.     Not necessarily.

9          Q.     Well, then how would you have heard

10  about the change in process?

11         A.     Well, because I see that, and I saw

12  that we were issuing valuations a different way

13  and we may have talked about it, but I do not have

14  a precise recollection of this.

15         Q.     Let us look at Exhibit 31 and

16  juxtaposition against Exhibit 29, could you look

17  at 29 and 31, please, and let me know when you

18  have taken a look at them?

19                MR WISE:  I have got 31 in front of

20  him.  I have got to go back and get -- what is it,

21  29?

22                THE WITNESS:  29.

23                MR WISE:  And these are the

24  valuations of the Philomena in 2016 and 2017,

25  right?

 1              MR KLEIN:  Correct.

 2              So, Mr Wauthier, I am going to ask

 3   you the same questions for the valuations on the

 4   Philomena as I have just done for the Honami. So

 5   let me know when you have got number 29 in front

 6   of you.

 7              MR WISE:  29 is in front of him

 8   now.

 9   BY MR KLEIN:

10      Q.     So can you read me the valuation on

11   Exhibit 29 in October 2016, for the valuation you

12   provided for the Philomena?

13      A.     $26.5 million to $27 million.

14      Q.     And just for the record, there is

15   no word "about" there before that evaluation,

16   correct?

17      A.     Correct.

18      Q.     And you have given a range or a

19   swing of half a million dollars in that evaluation

20   in 2016 on the Philomena, correct?

21      A.     Correct.

22      Q.     Now, could you look at Exhibit 31,

23   please.

24      A.     All right.

25      Q.     Tell me when you have got 31 in

1  front of you, and tell me what valuation you

2  placed on the Philomena in August 2017?

3          A.    I have it.  I had it in front of

4  me. It was saying "about 24 million".

5          Q.    So, again, in the region of, would

6  in the region of the valuation for the Philomena

7  extend to $24.1 million?

8          A.    It is not definable to say when the

9  "about" and the "region of" starts or ends.

10         Q.    Would it include the valuation of

11  $24.2 million?

12         A.    Same reply.

13         Q.    So you are sticking with

14  $24 million, correct?

15         A.    That is not what I said.

16         Q.    Well, what did you say then?  What

17  do you mean by that?

18         A.    Because we cannot value a vessel to

19  the dollar.  We say "about". And it was our

20  opinion, and it is written on the valuation I

21  issued, I signed, that it was about $24 million.

22  However, I am not in a position to decide when the

23  "region of" starts or ends.

24         Q.    Who would be in a position to say

25  what "in the region of" is for the valuation of

1   the Philomena in 2017, if it is not you?

2          A.     I believe I am being rhetorical. I

3   am not sure anybody can.  It is a terminology.

4          Q.     But you made the valuation in

5   Exhibit 31, did you not?

6          A.     Yes.

7          Q.     That is your signature on the

8   document, correct?

9          A.     It is the one of my ...

10         MR WISE:  It is going to take me a

11  while to get down to that -- the signature.  It is

12  very slow.

13         MR JAMIESON:  I can show a paper

14  copy if it would help, but it is not exhibited --

15  it is not marked as the exhibit.

16         MR BRUCCULERI:  That is fine.

17         MR KLEIN:  That is fine.

18         THE WITNESS:  It is okay. I have

19  it.  No, it is not, it is one of my colleagues,

20  Thierry Charvet.

21  BY MR KLEIN:

22         Q.     So did Mr Charvet do this

23  valuation?  Or did you do it?

24         A.     We both did it with other

25  colleagues.

1      Q.      So why did you not sign the

2  document?  Why did Mr Charvet sign Exhibit 31?

3      A.      Issuing valuation in the company is

4  a group exercise, so what I would call a

5  collaborative exercise.  I was on holiday at the

6  time, and in any case I am London-based, and the

7  London valuations are issued by our Paris office.

8  So unless I am physically present in Paris to sign

9  the valuation one of my colleagues in Paris signs

10  the valuation that is being addressed to me.

11      Q.      So you are on holiday in

12  August 2017?

13      A.      At the time of the request and

14  valuation issuance, yes.

15      Q.      So did you even see this valuation

16  while you were on holiday?

17      A.      What do you mean "see this

18  valuation"?  I am sorry, I do not understand.

19      Q.      You testified that you were on

20  holiday in August 2017, at the time Exhibit 31 was

21  prepared and signed, correct?

22      A.      Yes.

23      Q.      And would the same be for

24  Exhibit 30 for the Honami at the same time period?

25      A.      Yes.

1      Q.      So the signature on Exhibit 30,

2   even though it has your name is not your

3   signature, but is Mr Charvet's signature, is that

4   correct?

5      A.      Yes.

6      Q.      So why would Mr Charvet's name not

7   be there since he seems like he did the valuation,

8   correct?

9      A.      So the reply of the first question

10  is because the valuation was addressed to me.

11             And the reply to the second

12  question is that, no, it was a discussion between

13  him and me and several phone calls to decide what

14  value we should put on the ship -- on the ships.

15     Q.      So where were you on vacation in

16  August 2017?

17     A.      In France.

18     Q.      Where in France?

19     A.      In Arcachon.

20     Q.      So you testified that you had phone

21  calls with Mr Charvet while you were holiday to

22  discuss the valuations of the Philomena and the

23  Honami in August 2017?

24     A.      Yes --

25     Q.      Is that your testimony?

```
 1         A.       -- yes.

 2         Q.       Do you have phone records to prove

 3    that you had these conversations?

 4         A.       I have no idea.

 5         Q.       Would there be phone records at the

 6    company to show that you had phone calls with

 7    Mr Charvet on these evaluations in August 2017,

 8    while you were on holiday?

 9         A.       I do not know.

10         Q.       Are you absolutely sure as you sit

11    there that you had these discussions with

12    Mr Charvet on these valuations that you have given

13    in Exhibits 30 and 31?

14         A.       Yes.

15         Q.       You are not guessing?

16         A.       No.

17                  MR KLEIN:  Let us take a short

18    break.  We are just going to use the rest room.

19              (Off the record at 1.54 pm)

20                   (Recess taken)

21              (On the record at 2.06 pm)

22                  MR KLEIN:  We are dealing with 28

23    and 29 and 30 and 31.

24                  MR WISE:  Okay.

25                  MR KLEIN:  All 4 of them. So let me
```

1    know when we can start. Are we back on the record?

2            THE COURT REPORTER:  Yes. I got all

3    that, Mr Klein.

4    BY MR KLEIN:

5            Q.    So, Mr Wauthier, you were telling

6    me that you were on holiday at the time in August

7    of 2017, at the time of the valuations of the

8    Philomena and the Honami, correct?  In France?

9            A.    Correct.

10           Q.    And you said that even though that

11   is your name in the valuations, that these

12   valuations in 2017, were actually signed by

13   Mr Charvet, is that correct?

14           A.    Correct.

15           Q.    Did you sign the valuations for

16   Exhibits 28 and 29 in October 2016, for the Honami

17   and the Philomena?

18           A.    I did.

19           Q.    So those are your signatures on the

20   document?

21           A.    They are.

22           Q.    Right.  Now, when you testified

23   that you had telephone conversations with

24   Mr Charvet in August 2017, while you were on

25   holiday to value the Honami and the Philomena, is

 1   that correct?

 2            A.     Yes.

 3            Q.     Okay. And what did you do for the

 4   valuations in August of 2017, when you were on

 5   holiday?

 6            A.     Mostly talked with Thierry.  He

 7   changed views.  Talked about the market. Thought

 8   about it.  Then we called again each other a

 9   couple of times I estimate, and we agreed -- and

10   we agreed on 24 -- on the values that we sent.

11            Q.     So did I hear you correctly say you

12   had a couple of phone calls with him about this?

13            A.     That is my estimate, yes.

14            Q.     Okay. So -- just so that I

15   understand what you mean by, "couple" do you mean

16   2?

17            A.     Yes.  Or 3.

18            Q.     Did you do anything else to come up

19   with the valuations that you agreed on for

20   Exhibits 30 and 31 in August 2017, for the Honami

21   and the Philomena?

22            A.     No, not that I remember.

23            Q.     Did you look at any documentation?

24            A.     Not that I remember.

25            Q.     You did not look at the Q88s,

 1   correct?

 2          A.     That is correct.

 3          Q.     Okay. So I want you to look at

 4   Exhibit 28 and Exhibit 30 at the same time and

 5   tell me when you have them in front of you?

 6                 MR WISE:  Looks like we have the

 7   documents now in hard copies so makes my life a

 8   lot easier.

 9                 MR WOOD:  28 to 35.

10                 MR KLEIN:  Yes. So we are going to

11   look at Exhibits 28 and 30.

12                 THE WITNESS:  Okay.

13   BY MR KLEIN:

14          Q.     So I notice that for the Honami in

15   Exhibit 28 you gave a range of $17.5 to $18

16   million, correct?  As the valuation?

17          A.     Correct.

18          Q.     Okay. And in Exhibit 30, 10 and a

19   half months later, you gave a valuation of, "about

20   $17.5 million", correct?

21          A.     Indeed.

22          Q.     Okay. So why did you reduce the

23   valuation 10 and a half months later by $500,000?

24   Or is that the same valuation, $17.5 to

25   $18 million in October 2016, equates to about

1   $17.5 million in August 2017?

2          A.     I am sorry, can you repeat the

3   question?  It was a bit long.

4          Q.     Could you read back the question to

5   the witness, please?

6              (Preceding question read back)

7          A.     It was not a reduction as such.  In

8   both cases the valuations were given within the

9   market dynamics of the time.  So they do not

10  necessarily relate to each other.

11         Q.     So you said, if I understand you

12  correctly, that it is not necessarily a reduction

13  from 2016 in October to August 2017, is that

14  correct, for the Honami?

15         A.     No, I am saying that we did not

16  look at the 2016 and decided to reduce or increase

17  or anything.  What I am saying is that they are

18  not related to each other, in both cases it is the

19  valuation that we put on the ship in view of the

20  current market conditions that we knew of.

21         Q.     Okay. Let me rephrase the question,

22  so is it your testimony that in October 2016, the

23  range of $17.5 to $18 million is or is not the

24  same valuation in August 2017, which you

25  characterize as about $17.5 million?

```
 1                    MR WISE:  Hold on. Did he say 2017

 2    or 2016?

 3                    THE COURT REPORTER:  '17.

 4         A.    I am very sorry, I do not

 5    understand the question.

 6                    MR KLEIN:  Okay.  All right.

 7         Q.    In October 2016, you gave a range

 8    of $17.5 to $18 million for the value of the

 9    Honami, correct?

10         A.    Yes.

11         Q.    Then 10 and a half months later you

12    give an "about" valuation of $17.5 million in

13    August 2017, for the Honami, correct?

14         A.    Yes.

15         Q.    Are those valuations the same?  In

16    other words, is the word "about", does that

17    include or incorporate the $17.5 to $18 million

18    that you give 10 and a half months prior?

19         A.    I would say it does not.

20         Q.    So are you saying that there was a

21    reduction in valuation 10 and a half months later

22    in 2017?

23         A.    I would say that the market

24    conditions in 2017, may have pushed us to give

25    valuations slightly lower, yes, than 2016, to
```

1  which extent cannot be pencilled.

2         Q.    Right, because at $17.5 million it

3  looks the same to me.

4              MR WISE:  Objection, irrelevant

5  what it look like to you.

6  BY MR KLEIN:

7         Q.    Are they not the same, Mr Wauthier,

8  as $17.5 million in October 2016, and the same in

9  August 2017?

10             MR WISE:  Objection, lack of

11 foundation.

12        A.    No, I do not see them as being

13 exactly the same.

14 BY MR KLEIN:

15        Q.    What do you see the difference in

16 the valuations for the Honami in 2016 versus 2017?

17        A.    I do not -- I cannot give a figure

18 like this. If this is your question.

19        Q.    But they both say $17.5 million, do

20 they not?  Exhibit 30 and Exhibit 28 both value

21 the vessel at $17.5 million, do they not?

22        A.    One says "about $17.5 million",

23 yes, and the other one gives a range that starts

24 with 17.5.  I cannot say they are the same.

25        Q.    Okay. Let us get back to the change

1    in process in 2017, from the range to the about

2    terminology, okay.  You testified that that

3    occurred some time in 2017, correct?

4           A.     Yes, I think so.

5           Q.     And you also testified I understand

6    that that change of process was communicated to

7    you orally in 2017, from Paris to the London

8    office, is that correct?

9           A.     No, that is not correct. I believe

10   what I said was that it was a verbal decision made

11   in Paris, and that they did not have to notify me

12   in any case.

13          Q.     So you said they did not have to

14   notify you?

15          A.     No.

16          Q.     Why would they not have to notify

17   you?

18          A.     Because of two reasons.

19          Q.     Sorry, can you repeat that? What

20   were the reasons?

21          A.     No, because we heard something on

22   the line.  Because of two reasons, the -- I lost

23   my -- okay, I lost my line of thought.  Can you

24   repeat the question, please.

25                       MR WOOD:  Can we just pause there,

```
 1   is there somebody else on the line because that

 2   was not a voice from here.  And it was not a --

 3                  MR WISE:  Yes, Harris is on the

 4   line.

 5                  MR WOOD:  Oh, I am sorry.  It was

 6   Harris.

 7                  MR WISE:  We had another voice

 8   coming in in the middle of the question. So he got

 9   confused.

10                  MR WOOD:  Harris was talking.

11                  MR KLEIN:  We are not hearing that

12   voice in California, so my apologies.  I did not

13   realize that my questioning was being interrupted.

14                  MR WOOD:  Confusion everywhere.

15   Let us resume.

16                  MR KLEIN:  Pamela, do you have my

17   prior question?

18       (Preceding question and answer read back)

19       A.    1, it does not change the way we

20   come to the valuation numbers we give, and, 2,

21   they are my bosses.

22       Q.    When was the first time you heard

23   about the change in process?

24       A.    I do not remember.

25       Q.    Was it prior to August 2017?
```

```
 1              A.      I do not remember.

 2              Q.      Is it possible that the first time

 3    you heard about it was after August 2017?

 4              A.      It is possible, but I do not think

 5    so.

 6              Q.      Why do you not think so?

 7              A.      Because to the best of my

 8    recollection this is something that has now been

 9    going on for about a year.

10              Q.      About a year from when?

11              A.      I am sorry, about a year from

12    today.

13              Q.      So that would take us back to May

14    of 2017, correct?

15              A.      That would take us anywhere second

16    quarter, or start of the third quarter of that

17    year, yes.

18              Q.      I am still unclear when you first

19    knew about this change in process, can you tell me

20    when you first -- your best recollection of when

21    you first heard about this process changing the

22    range of a valuation to the word "about" being "in

23    the region of"?

24              A.      I cannot be more specific.

25              Q.      And you also do not remember how
```

1   you found about that, is that correct?

2           A.      It is correct.

3           Q.      Could have been oral?  Could have

4   been in writing?

5           A.      It could have been me looking at

6   the certificate and looking that there was a

7   change.

8           Q.      Yes. It could not have been in

9   writing, could it, because I seem to recall that

10  you said that it was done orally, did I understand

11  you correctly?

12          A.      You did.

13          Q.      Thank you. So there is no

14  documentation at BRS that explains this change in

15  process?

16          A.      I do not think so.

17          Q.      When you had the conversation with

18  Mr Charvet in August of 2017, when you were on

19  holiday, and you valued the Honami and the

20  Philomena, did you discuss the word "about" in

21  your valuation?

22          A.      No.

23          Q.      So when was the first time that you

24  saw Exhibit 30 and 31 after you came back from

25  vacation in 2017?

```
 1            A.     I do not know.  The reason I do not
 2    know is I am not sure I even opened them. I trust
 3    the people issuing the valuation in Paris as well.
 4                   An email was sent back to the
 5    people requesting the valuation.  I had no doubt,
 6    and I had no reason, sorry, to doubt how my
 7    colleagues would send the email, so I did not open
 8    the attachments.
 9            Q.     Okay. Did you see these valuations,
10    30 and 31, while you were on vacation in
11    August 2017?
12            A.     Do you mean did I see the documents
13    before being sent, or after being sent?  Or I am
14    sorry, can you be more specific?
15            Q.     Yes.  Did you see these documents
16    before they were sent to TMF Group, which is the
17    heading on the documents, to Ms Claudia Small in
18    August of 2017?
19            A.     No.
20            Q.     And you also do not recall when you
21    saw them after you got back from vacation in
22    August 2017, is that correct?
23            A.     It is correct.
24            Q.     Okay. So is it your testimony that
25    Mr Charvet actually prepared Exhibits 30 and 31
```

1   and signed them and sent them off to TMF in 2017?

2         A.    No, Mr Charvet signed them, but

3   they are prepared by our assistants in Paris.

4         Q.    Who are these assistants in Paris

5   who prepared these documents?

6         A.    It can be Delphine Bownass.  It can

7   be Anne-Marie Bouckly or Isabelle Noix or Sandya

8   Apavoo.

9         Q.    Are these people you just

10  mentioned, are they valuation specialists? Ship

11  valuation specialists?

12        A.    No, they are not.

13        Q.    Are they administrative or

14  secretarial staff?

15        A.    Yes, they are.

16        Q.    Okay. Were you involved in

17  preparation of Exhibits 28 and 29 in 2016, when

18  you valued the Philomena and the Honami for TMF

19  Group?

20        A.    Yes, to the extent that I was

21  physically present in the Paris office, so I

22  signed the valuations myself.

23        Q.    So you had hands on involvement in

24  2016 in October, on the valuations, but not in

25  2000 -- not in August 2017, correct?

1           MR WISE:  Objection, lack of

2     foundation.  Argumentative.  You can answer.

3           A.    Can you clarify, "hands on"?

4     BY MR KLEIN:

5           Q.    Well, you testified that in

6     August 2017 you were on holiday, correct?

7           A.    Yes.

8           Q.    Okay, and that you had 2 to 3

9     conversations with Mr Charvet, correct?  On the

10    valuations?

11          A.    Correct.

12          Q.    And that you never saw these

13    evaluations before they were signed by Mr Charvet

14    and went to TMF Group, correct?

15          A.    Yes.

16          Q.    And you also testified that you

17    have no idea when you saw these valuations, even

18    after you returned from holiday in August 2017,

19    correct?

20          A.    Correct.

21          Q.    Okay.  So in 2016, you testified

22    you were in the Paris office in October 2016, when

23    you signed the valuations for TMF Group, correct?

24          A.    Yes.

25          Q.    So what did you do in 2016 to

1  prepare the valuations for the Honami and the

2  Philomena?

3         A.     The same work as we do for all of

4  our valuations, i.e. we had a discussion, several

5  discussions internally.  We assessed the market.

6  We looked at relevant benchmarks.  Everything

7  always when we -- prior to deciding a value that

8  we would put on a valuation certificate. We

9  decided on that value, our assistants prepared the

10 documents and I signed it.

11        Q.     So let us look at 29, Exhibit 29

12 and Exhibit 31, do you have it in front of you, 29

13 and 31?

14        A.     One second. (Pause) Yes.

15               MR JAMIESON:  Wait. It is in front

16 of him? Sorry, it was not in front of him.  Okay.

17 It is here now.

18               THE WITNESS:  Thank you.

19 BY MR KLEIN:

20        Q.     So can you tell me why there is a

21 difference in the valuation between 2016 and 2017?

22        A.     Because the market conditions were

23 not the same.

24        Q.     So the price is reduced from

25 $26.5 million to $27 million range to about

1    $24 million, correct?

2            A.     It is correct that it was our

3    assessment of the value of the ship in

4    October 2016, and in August 2017.

5            Q.     So can you tell me what a

6    percentage reduction that would be in the

7    valuation in the 10 and a half months?

8                  MR WISE:   Objection, lack of

9    foundation. Vague and ambiguous.

10                 MR KLEIN:   You can answer the

11   question if you understand it.

12           A.     We are in the -- we are in the 10

13   per cent vicinity.

14           Q.     Okay. Slightly higher, correct?  10

15   per cent would be $2.4 million on a $24 million

16   valuation?

17           A.     Okay, which value do you want me to

18   take into account? And can I use a calculator?

19           Q.     Sure. Yes.  Please do.

20           A.     So which value do you want me to

21   take into account in the range?

22           Q.     Why don't you tell me the

23   percentage reduction between your valuation in

24   2016 to your valuation in August 2017?

25           A.     I am sorry, I missed the start of

1   the sentence.

2                    THE COURT REPORTER:   "Why don't you

3   tell me the percentage reduction."

4                    MR JAMIESON:   I think this is

5   getting a maths test.

6                    MR WISE:   Vague and ambiguous.

7                    THE WITNESS:   Which part of the

8   range do you want me to take into consideration to

9   make the calculation, please?

10                   MR KLEIN:   Mr Wauthier, I would

11   like you to give me a reduction in percentage from

12   your range in 2016 in October, which you said was

13   26.5 to 27 to your about $24 million valuation in

14   August 2017.

15                   MR WISE:   Vague and ambiguous.

16        A.    I understood your question, thank

17   you, Mr Klein.   I am very sorry because we gave a

18   range in 2016, and you want me to be accurate on

19   the number, please tell me which number you want

20   me to take into account to calculate the

21   percentage.

22                   MR KLEIN:   Oh, I am sorry.   I

23   wanted you to do it on 26.5 million and 27

24   million.   The range that you gave in 2016.

25        A.    All right. (Pause) Okay, so from 10

1  to a bit more than 12 per cent.

2       Q.    Thank you, Mr Wauthier.  So,

3  Mr Wauthier -- so I am not trying to peg you to

4  the exact numbers because I realize this is a

5  calculation and can be calculated exactly, but for

6  purposes of this deposition we are going to talk

7  about a range reduction of 10 to 12 per cent,

8  would that be fair?

9       A.    It is not a reduction, it is a

10 difference in value.

11      Q.    Correct. It is a reduction from

12 2016 to 2017 in the valuations, correct?

13           MR WISE:  Objection, vague and

14 ambiguous.  Lacks foundation.  Argumentative.

15           MR KLEIN:  You can answer the

16 question.

17      A.    I am not comfortable with the word,

18 "reduction" and I am not using it.  It is two

19 different values of the same ship in two different

20 market conditions.

21      Q.    Sure. Is 2017 a lesser valuation

22 than 2016 for the Philomena?

23      A.    Yes, it is.

24      Q.    Okay. So that is a reduction,

25 correct?

1              MR WISE:  Objection, argumentative.

2    Lacks foundation.  Vague and ambiguous.

3         A.    It is a lesser value --

4              MR KLEIN:  You can answer.  Thank

5    you.

6         Q.    When you were contacted by TMF

7    Group in 2016, to prepare valuations for the

8    Philomena and the Honami do you remember that --

9    when that occurred?

10        A.    I remember seeing the email, yes.

11        Q.    Did you have discussions with TMF

12   in 2016, about what you were supposed to do on the

13   valuations?

14             MR WISE:  Objection, vague and

15   ambiguous as to time.

16        A.    Just proceeded with the valuation

17   once we had received the request.

18   BY MR KLEIN:

19        Q.    Did TMF tell you what the valuation

20   was going to be used for in October 2016?

21        A.    No.

22        Q.    Did you yourself know what the

23   valuation would be used for in 2016, on the

24   Philomena and the Honami?

25        A.    No.

1        Q.      Same question in -- for the time

2   period of August 2017, did TMF tell you what the

3   valuation was going to be used for?

4        A.      No.

5        Q.      Did you yourself know what the

6   valuation would be used for in 2017, when TMF

7   asked you for the valuation?

8        A.      No.

9        Q.      Mr Wauthier, you are a member of

10  the Institute of Chartered Shipbrokers?

11       A.      I have got a diploma.  However, I

12  am not sure I am paying for membership, so ...

13       Q.      When you received that diploma did

14  you do a qualifying exam?

15       A.      Several.

16       Q.      And do you recall when that was?

17       A.      Yes, I estimate this to be in 2010.

18       Q.      And so in that -- in those

19  qualifying exams, of which you had several, were

20  there any courses in ship valuations?

21       A.      No.

22       Q.      Have you done any courses in ship

23  valuations at all in your career?

24       A.      No.

25       Q.      Who did you work for from 2010,

```
 1   until the time you joined BRS?

 2         A.      I joined BRS in 2010.

 3         Q.      Who did you work for prior to BRS?

 4         A.      A company called Pole Star Space

 5   Applications.

 6         Q.      Could you repeat that? Sorry.

 7         A.      Pole Star Space Applications.

 8         Q.      What does that company do?

 9         A.      It is a provider of shipping

10   services, technical shipping services.

11         Q.      And what did you do there? At Pole

12   Star Applications.

13         A.      I was a key account manager and a

14   project manager.

15         Q.      Did you do any ship valuations

16   while you were at Pole Star Applications?

17         A.      No.

18         Q.      And for how long did you work at

19   Pole Star Applications?

20         A.      3 and a half years, about.

21         Q.      And who did you work for before

22   Pole Star Applications?

23         A.      I was working for the subsidiary of

24   a French bank called Pramex, and the bank is

25   called Natixis.
```

1     Q.     And what did you do at Natixis.

2     A.     I was working as a business

3   developer helping small French businesses to set a

4   foot in the UK market.

5     Q.     Is it fair to say you did no ship

6   valuations at Natixis?

7     A.     It is fair.

8     Q.     So when was the first time you did

9   a ship valuation in your career?

10    A.     I do not recollect.

11    Q.     Was it in 2010?

12    A.     No.

13    Q.     Was it 2011?

14    A.     It is likely, yes.

15    Q.     Was that when you were working in

16  the sale and purchase department at BRS?

17    A.     Yes.

18    Q.     So you have done shipping

19  valuations since 2011, is that correct?

20    A.     Yes.

21    Q.     Do you have a ship valuation

22  department at BRS?

23    A.     No.

24    Q.     So who trained you on ship

25  valuations?

1          A.      The purpose of the ship valuations
2    is to accurately give what our opinion of the
3    value of a ship is in the market at a certain
4    point in time. So we do not need training as such.
5                  What is necessary is a good
6    understanding of the market in question, and a
7    good team, which we have, to the extent that all
8    the valuations we do are a collaborative effort.
9          Q.      So your testimony is that no-one
10   trained you to do ship valuations, correct?
11         A.      The sentence is correct, but it is
12   misrepresenting the fact that --
13         Q.      No, I know you testified that
14   you -- to do a ship valuation you must understand
15   the market, and you must have a good team, I
16   understood that is correct, your testimony, right?
17         A.      -- that is correct.
18         Q.      So could you tell me what are the
19   reasons for valuation of ships?
20         A.      I would say assessment of the value
21   of your portfolio as an owner.  It can be used by
22   lenders at regular times to check the value of the
23   ship against the remainder of the loan.
24         Q.      Okay.
25         A.      It can be used by an owner at the

 1    time of a refinancing attempt. Those are the 3

 2    main reasons that come into mind right now.

 3            Q.     So when you were asked to provide a

 4    valuation in October 2016 and August 2017, did you

 5    assume it was for one of those 3 reasons?

 6            A.     I did not assume anything.

 7            Q.     It would be fair to say it would be

 8    one of the 3 reasons you have just articulated,

 9    correct?

10            A.     The reason it was asked for, yes,

11    but I did not assume anything.

12            Q.     So did you consider any of these 3

13    reasons when you provided a valuation on the

14    Honami and the Philomena in October 2016?

15            A.     No.

16            Q.     And just to be clear for the

17    record, I am referring to the 3 reasons you

18    provided, one was, and correct me if I say this

19    incorrectly, owner's portfolio number 1, number 2,

20    lenders to loan value, and number 3, refinancing,

21    did I get that correct?

22            A.     You did.

23            Q.     Okay. So is it your testimony you

24    did not consider any of these 3 reasons when you

25    provided the valuations in October 2016, for the

1   Honami and the Philomena?

2          A.    It is.

3          Q.    Is it your same testimony that you

4   did not consider those 3 reasons when you provided

5   the valuations in August 2017, for the Philomena

6   and the Honami?

7          A.    Yes. I mean ...

8          Q.    So what did you think your

9   valuations in 2016 and 2017, on the Honami and the

10  Philomena, would be used for by TMF?

11              MR WISE:  Objection, lack of

12  foundation.  Assumes facts.  Irrelevant.

13         A.    I did not think anything.

14  BY MR KLEIN:

15         Q.    You just provided a valuation?

16         A.    Yes.

17         Q.    Okay. What types of valuation

18  methods are there that you used in evaluating

19  ships?

20              MR WISE:  Objection, vague and

21  ambiguous.  Lacks foundation.

22  BY MR KLEIN:

23         Q.    Mr Wauthier, you have been doing

24  valuations, ship valuations since 2011, correct?

25  7 years?

```
 1          A.      Yes.

 2          Q.      In the way that you do your

 3   valuations do you use any methodology or methods

 4   in evaluating ships?

 5          A.      Yes, we look at the market

 6   dynamics.  And the market dynamics can be either

 7   what we consider a relevant benchmark, which is a

 8   last done in our terminology, which is the sale of

 9   a similar ship that we consider should be taken

10   into consideration when issuing the valuations.

11                  It can be the use of our knowledge

12   of on-going negotiation and their failure or

13   success as to have an idea of where a ship value

14   will be.

15                  It can be also any other market

16   elements that we deem relevant. We, therefore, use

17   those elements, discuss and issue a valuation.

18          Q.      Have you heard of a methodology

19   called the mark-to-market valuation?

20                  MR WISE:  Objection, vague and

21   ambiguous.  What was that? I did not understand

22   it.

23                  MR KLEIN:  Mark-to-market.

24          Q.      Have you heard of that valuation

25   method?
```

```
 1            A.      No, I have not.

 2            Q.      Have you heard of a valuation

 3    called a mark-to-model method?

 4            A.      No.

 5            Q.      Have you heard of a discounted cash

 6    flow method?

 7            A.      No. Sorry, yes. I did.

 8            Q.      Have you heard -- you have heard of

 9    a discounted cash flow method?

10            A.      Mmm hmm.

11            Q.      Is that correct?

12            A.      Yes, it is.

13            Q.      What do you understand by that? Can

14    you explain that method to us, please?

15            A.      Well, you take into consideration

16    the future cash flows of the ship to the size of

17    the value of the flow today, that is the purpose

18    of the discount, to come to a valuation.

19            Q.      And what represents cash flows in

20    this methodology, if you know?

21            A.      Well, it would be the chartering

22    market, the employment, therefore, of the ship,

23    and its residual value, i.e.  an estimated sale

24    amount in the future, or its demolition value in

25    the future that represents a cash flow as well.
```

1        Q.      Have you heard of an income method

2    of ship valuations?

3        A.      No.

4        Q.      Have you heard of the Hamburg Ship

5    Valuation Standard?

6        A.      Of what?  Sorry.

7        Q.      Hamburg Ship Valuation Standard?

8        A.      No.

9        Q.      Have you heard that the terminology

10   of "about" placed before a valuation represents a

11   5 per cent swing in the market?

12       A.      No, I have not.

13       Q.      You have heard of no custom and

14   practice in the industry that references a 5 per

15   cent swing in the market determined by the word

16   "about" before a valuation?

17       A.      No, I have not.

18       Q.      So let us go back to Exhibit 30.

19       A.      Yes.

20       Q.      And can you look at Exhibit 28,

21   please, as well, and compare the 2 for me, and

22   those are the exhibits for the Honami in

23   October 2016 and August 2017.

24       A.      Yes.

25       Q.      What is the difference in those two

1   documents, that you know of, or that you can tell

2   me about?  Is there any difference, or is one

3   basically just a repeat of the other with

4   different valuation in it?

5          A.     Apart from the valuation -- a part

6   of the figure, I am sorry, there is an additional

7   paragraph in the 2016 disclaimer, Exhibit 28.

8          Q.     And is that on page 2 of the

9   document?  Maybe you can point it out for us?

10         A.     Yes, it is.

11         Q.     Which paragraph is that?

12         A.     It is the second paragraph starting

13  at the top of page 2.

14         Q.     So why was that paragraph changed

15  in -- from 2016 to 2017?  Do you know?

16         A.     Because it was not, how shall I put

17  it, I am sorry, whilst the purpose was to give an

18  additional layer of security in the disclaimer we

19  realized that the wording was actually confusing

20  and we decided to remove it.

21         Q.     So which wording did you find was

22  confusing in 2016, in your Exhibit 28 and 29?

23         A.     I would say when it starts -- when

24  it says:  "It should be underlined".

25         Q.     Okay. So that is the language that

1    talks about a forced sale and willing seller and a

2    willing buyer, is that correct?

3              A.      It is correct.

4              Q.      So that language is excluded in the

5    2017 valuations for the Honami and the Philomena,

6    correct?

7              A.      Correct.

8              Q.      Can you tell me why it was

9    excluded? In 2017?

10             A.      Because we thought it was

11   confusing, and we issue valuations on a willing

12   buyer/willing seller basis, and that additional

13   paragraph was not as specific.  And undermining --

14             Q.      So you are saying that -- I am

15   sorry, go ahead, I interrupted.

16             A.      -- we issue the valuations on a

17   willing buyer/willing seller basis.  It was at the

18   time, and in retrospect, in hindsight, we had

19   realized that the wording was undermining that

20   willing buyer/willing seller condition.

21             Q.      So in 2016, when you issued the

22   valuations which are Exhibits 28 and 29 for the

23   Honami and the Philomena you included the wording

24   that dealt with the valuation of a forced sale and

25   a willing seller/willing buyer because that was

```
 1   relevant in 2016?

 2            A.      No, they were there.

 3            Q.      So why is -- okay.

 4            A.      They were there for the purpose of

 5   trying to give an additional layer of security,

 6   yes, security to our disclaimer.  But we realized

 7   that it was actually confusing because we issued

 8   the valuations on the basis of a willing buyer and

 9   willing seller.

10            Q.      So are you saying that in 2016,

11   that the willing buyer/willing seller valuation

12   was important, but not in 2017?

13                    MR WISE:  Objection, vague and

14   ambiguous.  Argumentative.  Lacks foundation.

15            A.      No, I am saying it is important in

16   both cases.  And I am saying in both cases the

17   valuations were issued -- were on the basis of a

18   willing buyer and a willing seller.

19                    However, the wording we are talking

20   about in the 2016 valuation was confusing about

21   that matter, so we decided to remove it moving

22   forward.

23                    MR KLEIN:  Okay. Can we take a

24   5-minute break?

25                    MR WISE:  Yes.
```

```
 1                (Off the record at 2.56 pm)

 2                     (Recess taken)

 3                (On the record at 3.10 pm)

 4                MR KLEIN:  Mr Wauthier, I ask you

 5   to look at Exhibits 28 and 29, which are the 2016

 6   valuations on the Honami and the Philomena.  So

 7   let us look at 28 and let us look at the paragraph

 8   that you referred to that was removed as being

 9   confusing.

10          A.    Yes.

11          Q.    All right. And I believe you

12   testified that it starts at:

13                "It should be underlined that the

14   current market conditions result in very limited

15   activity."

16                Is that where it starts? Are we

17   looking at the same paragraph?

18          A.    We are looking at the same

19   paragraph.

20          Q.    All right. What were the market

21   conditions in 2016, that made you put this clause

22   in the valuation for the Honami and the Philomena

23   in 2016?

24          A.    This is not a paragraph or mention

25   that has been put specifically in on that day and
```

 1   for that ship.  It was into our disclaimer.  I do

 2   not know for how long.  And we use -- we have a

 3   template disclaimer.  I mean, that is just a

 4   template word format.  We had a description of a

 5   ship and a value.

 6                    And here what happened is that we

 7   realized that it was actually confusing, the

 8   notion willing buyer/willing seller so we removed

 9   it.

10        Q.    So my understanding is that in

11   2016, that this clause was your standard

12   disclaimer language that you had in all your

13   valuations?

14        A.    I believe so.

15        Q.    Until 2016?

16        A.    I am sorry?

17        Q.    At least up until 2016, when

18   Exhibit 28 and 29 were created?

19        A.    Yes.

20                    At the time also when we realized

21   this we had a quick overview of our processes, and

22   we realized that we also had several templates, so

23   not all our valuations were issued with the same

24   disclaimer.  So this is why we just centralized

25   everything and removed that notion.

1        Q.     Do you remember when this

2   discussion took place, to remove this standard

3   disclaimer language?

4        A.     At some stage in May -- some stage

5   in 2017.  Where are we now?  Yes.

6        Q.     Could you be a little more

7   specific?  When in 2017?

8        A.     Yes, more or less a year ago.

9   April or May. More or less a year ago, April or

10  May.

11       Q.     Okay. Did any of BRS's clients

12  complain about that clause?

13       A.     No.

14       Q.     Go to Exhibit 32.

15          (Exhibit 32 previously marked)

16       A.     Yes.

17       Q.     Is that your signature on the

18  document?

19       A.     It is.

20       Q.     I would like you to look at

21  Exhibit 33, please.

22          (Exhibit 33 previously marked)

23  And tell me when you have taken a look at the

24  entire document.

25       A.     I have it.

1        Q.      When was the first time you spoke
2    to Charles Weller, the lawyer from Reed Smith?
3        A.      I am sorry, I do not remember.  I
4    am looking at it, but I do not see -- so I do not
5    have the exact name -- date, sorry.  Oh, no, there
6    we are, 2nd February.
7        Q.      So was the 2nd February the first
8    time you ever spoke to Mr Weller of Reed Smith?
9        A.      My apologies, no, the first time I
10   ever spoke to him I would say a year and a half
11   ago or 2 years -- a year and a half ago.
12       Q.      When was that?
13       A.      I think I met him a year and a half
14   ago at a networking event.
15       Q.      Where was that?
16       A.      That was in a pub in London.  No, I
17   am sorry, no, that was not Charles. No, I am sorry
18   that was not Charles. Sorry about that. Then it
19   would be --
20       Q.      My question is --
21       A.      -- yes, January or February --
22       Q.      -- go ahead --
23       A.      -- January or February 2017.
24       Q.      -- and where did you meet him?
25       A.      We first exchanged via email and I

```
 1   first met him, I think, in our offices, in BRS
 2   offices.
 3           Q.     And was that in January or February
 4   of 2017?
 5           A.     Yes.
 6           Q.     Was that on -- in relation to the
 7   Honami and the Philomena?
 8           A.     No.
 9           Q.     What was that in relation to?
10           A.     That was in relation to a
11   discussion on another fleet of vessels.
12           Q.     And what fleet of vessels was that?
13           A.     Am I allowed to disclose that?
14                  MR WISE:  That is up to you. Yes.
15                  MR JAMIESON:  You can answer it.
16           A.     That was in relation to valuations
17   made for a Greek owner called Transmed.
18           Q.     Was that litigation? Was that a
19   litigation matter?
20           A.     I do not know.  I think so maybe.
21   Can you just for me, being not -- can you clarify
22   "litigation" in this instance?
23           Q.     Was it an arbitration or a
24   litigation matter involving a dispute on the
25   valuation?
```

1        A.      Yes, there was a dispute.

2        Q.      On the valuation of the vessel?

3        A.      Yes.

4        Q.      Okay. And when was the next time

5    you met the lawyer from Reed Smith, Mr Weller?

6        A.      He came by to our offices again on

7    the same case a few weeks or a few months later.

8        Q.      And after that?

9        A.      After that I would say -- my

10   estimate is on 2nd February 2018.

11       Q.      So make sure I understand you, you

12   met with Mr Weller in your offices in about

13   January or February 2017, on another matter, on a

14   shipping valuation dispute, and then you never saw

15   him or spoke to him or communicated with him by

16   email until this email of February 2nd, 2018, is

17   that correct?

18              MR WISE:  Objection, he testified

19   that he met maybe a few weeks later after the

20   February 2017 meeting.  So if you include that in

21   the question I will withdraw my objection.

22   Object, argumentative.

23              MR KLEIN:  Yes, Mr Wise's

24   recollection is correct.

25       Q.      I mean from the last time you saw

 1   Mr Weller in your offices on the -- let us call it

 2   the Greek valuation dispute -- to this meeting or

 3   this email on February 2nd, 2018, did you have any

 4   contact with Mr Weller in between those dates in

 5   any form?

 6          A.     Can you move the bottle. To the

 7   best of my recollection, no, I really and honestly

 8   do not remember.  So I do not know.

 9          Q.     So you do not know if there was a

10   prior email to this February 2nd email that is

11   Exhibit 33 from Mr Weller?

12                 MR WISE:  Objection, again,

13   excluding the Greek dispute.

14          A.     I do not remember.

15   BY MR KLEIN:

16          Q.     Correct, so you do not remember if

17   there was a telephone call before February 2nd,

18   2018, from the time of the Greek dispute?

19          A.     In -- no, I do not remember.

20          Q.     So preceding this February 2nd,

21   2018, email you heard nothing from Mr Weller at

22   all?  No communication from the time of the Greek

23   dispute?

24          A.     No, I called him a few months

25   after -- a few weeks after the time he came to the

1   office to know the outcome of the dispute at the

2   time so --

3          Q.     For purposes of -- yes, so for

4   purposes of this deposition, Mr Wauthier, let us

5   exclude the Greek dispute, if we can call it that,

6   and put that aside.

7                So I am asking you after the Greek

8   dispute had resolved and you had spoken to

9   Mr Weller, up until the time you got this

10  February 2nd, 2018, email if my understanding is

11  correct on your testimony, you had no contact with

12  him whatsoever, is that true?

13         A.     -- to the best of my recollection

14  it is.

15         Q.     Okay. Thank you. So in response to

16  Mr Weller's mail of February 2nd, 2018, at 14.33

17  in which he refers to the valuation you prepared

18  for TMF in August 2017, you then responded on

19  February 5th, 2018, at 3.59 in relation to those

20  questions, correct?

21               MR WISE:  Here you go (indicated)

22  go up from February 2nd.

23               THE WITNESS:  Okay.

24               MR WISE:  It is on page --

25  referring to the one that starts in middle of

1   page 3 of the exhibit?

2                   MR KLEIN:   Yes.

3          A.      Correct. Yes. Apologise for getting

4   lost in the document. Yes, correct.

5          Q.      Okay. So when was your -- when did

6   you leave the office for the birth of your child?

7          A.      No, I was not in the office that

8   day.

9          Q.      So you were or were not in the

10  office on the 5th February?

11         A.      I was not.

12         Q.      You were not? So if you look at

13  page 2 of Exhibit 33 that confirms what you were

14  saying at 5th February 2018 at 17.25, you say

15  that:  "...I am at the hospital where my wife is

16  delivering", do you see that?

17         A.      I do.

18         Q.      So were you at the hospital at 3.59

19  pm on February 5th, 2018?

20         A.      No.

21         Q.      You were at the office, is that

22  correct?

23         A.      No.

24         Q.      Where were you when you wrote this

25  email at 3.59 pm on February 5th, 2018?

1        A.      I believe I was at home.

2        Q.      Thank you. Did you have access from

3    your home to your office documentation, including

4    the Q88?

5        A.      Yes.

6        Q.      So you actually prepared this

7    email, not Mr Charvet, is that correct?

8        A.      No, it is not correct.  Mr Charvet

9    prepared the email and I agreed that with him.  I

10   had access, but I did not get access.

11       Q.      Okay. So this email of February 5,

12   2018, at 3.59 pm, which says it is from you is

13   actually not from you, but was prepared by

14   Mr Charvet, is that correct?

15               MR WISE:  Objection, vague and

16   ambiguous. But you can answer. Go ahead.

17       A.      The email is from me.  I sent that

18   email, but the comments are from the team. It is

19   BRS comments.

20   BY MR KLEIN:

21       Q.      So did you have any input into

22   these BRS comments, or was that done by your team

23   at BRS while you were at home?

24       A.      I had input, but not overly.

25       Q.      Not what?  No overly? Is that what

1    you said?

2           A.      This is what I said.

3           Q.      And what do you mean by that, "not

4    overly"?

5           A.      I remember talking to Mr Charvet,

6    reviewing notably speaking about the class matter

7    on the Honami, and various things and they drafted

8    it.

9           Q.      So this email was drafted at BRS's

10   office while you were at home, is that correct?

11          A.      Yes.

12          Q.      Did you review this email before it

13   was sent from your computer at the office to

14   Charles on February 5th, 2018, at 3.59 pm?

15          A.      I reviewed the content, but I sent

16   the email.  That was sent by myself through a

17   handheld device.

18          Q.      Okay.  So were there drafts

19   prepared for you at BRS that they then forwarded

20   to you that you then sent from your hand device on

21   5th February 2018 at 3.59 pm?

22          A.      To the best of my recollection that

23   is what happened.

24          Q.      So do you know where the draft

25   emails are of this email that were prepared for

1   you?

2            A.      I am sorry, I did not hear.

3            Q.      Do you know where the draft emails

4   are that were prepared for you in preparation of

5   this February 5th, 2018, email at 3.59 pm that was

6   sent to you at your house?

7            A.      Where the draft emails are?

8            Q.      Yes.

9            A.      Okay. On the IT system somewhere.

10           Q.      So there should be an email

11  somewhere from Mr Charvet to you that says, "here

12  are the BRS comments to the questions by

13  Mr Weller", is that correct?

14           A.      It is possible. It is very likely.

15  I do not remember at all how it happened, but this

16  is very likely.

17           Q.      Then who prepared the draft

18  referenced on the first page of Exhibit 33 on

19  March 6th at 19.31?

20                   MR WISE:  Which exhibit?

21                   MR KLEIN:  It is Exhibit 33 at the

22  bottom of page 1.

23           A.      So can you repeat the question?

24           Q.      Who prepared the draft attached to

25  Exhibit 33?

```
 1         A.      Charles Weller.

 2         Q.      Okay. Had you seen this -- Reed

 3  Smith?

 4         A.      Yes, but from a --

 5         Q.      Sorry, go ahead.

 6         A.      -- yes, he prepared it, meaning the

 7  form, we provided the content.

 8         Q.      What content did you provide for

 9  the draft declaration attached to this Exhibit 33

10  at -- on 6th March, 2018, at 19.31?

11                 MR WOOD:  February, not March.

12                 MR WISE:  Yes, 7th February.

13                 MR WOOD:  6th.

14                 MR WISE:  Oh, 6th February.  Right.

15  Not March.  Tuesday. Mardi.

16                 MR KLEIN:  Oh, sorry.  6th

17  February.  My apologies.  Thanks, Erich.

18         A.      Yes, through our comments we

19  provided the comments to Charles Weller and he

20  reformatted and sent over the drafts.

21         Q.      So Mr Weller prepared the draft

22  based on the information in the email of

23  February 5th, 2018, at 3.59 pm, is that correct?

24  Is that your understanding?

25         A.      Yes, and from also, as I can see,
```

1    our website and other information available on --
2    by BRS.
3              Q.    Yes. So that was prepared by
4    Mr Weller at Reed Smith?  Not you?
5              A.    The draft itself, no, not me.
6              Q.    Correct.  And the information from
7    the BRS website was also by Mr Weller, correct?
8              A.    Correct.
9              Q.    Okay. So I would like you to look
10   at paragraph 10 of your -- of this first draft. It
11   is headed Deadweight.  Do you see that?  Page 3 of
12   your draft?
13             A.    Yes, I do.
14                        (Pause)
15             Q.    Tell me when you have read
16   paragraph 10.
17             A.    I have.
18             Q.    Right. Then I want you to look at
19   your email, or the email prepared by your team and
20   Mr Charvet on February 5th 2018, that was
21   forwarded to you for review, and I want you to
22   tell me who added the sentence, the last sentence
23   of paragraph 10:
24                        "For the purposes of describing the
25   Vessel, I used the summer deadweight, which is

1    usual."

2              Because I do not see that in your

3    email to Reed Smith.  Can you tell me who added

4    that sentence?

5         A.    I do not remember. I do not know.

6         Q.    That is probably done by Mr Weller,

7    correct?

8         A.    I do not remember. I do not know.

9         Q.    Well, who put it in this first

10   draft because it is not in your email, is it?

11        A.    I do not know.

12        Q.    It is your signed declaration,

13   Mr Wauthier, you would not know?

14        A.    It is my signed declaration and,

15   yes, I do not know.

16        Q.    So -- okay.  So if you look again

17   at Exhibit 33 you will see in the middle of page 1

18   that in response to the draft declaration there is

19   an email from Thierry Charvet to Mr Weller at Reed

20   Smith, do you see that?

21        A.    I do.

22        Q.    Does that mean that Mr Charvet was

23   responding to Mr Weller on this draft declaration

24   and not you?

25        A.    No, it meant that we would all look

1    at it, but he is the one who responded.

2           Q.     Well, you said that you would all

3    look at it, who is "all"?

4           A.     Thierry Charvet, myself and

5    Francois Cadiou.

6           Q.     So at the time this email was sent

7    on February 7th, 2018, at 9.21 am where were you?

8    Were you in the office?

9           A.     I do not think so.  I do not

10   remember, but I do not think so.

11          Q.     Would it be fair to say you went

12   home with the birth of your child?

13          A.     That is fair.

14          Q.     Were you still at the hospital on

15   the 7th or not?

16          A.     No, they tend to keep you as little

17   as possible in the UK.

18          Q.     So when was your child born?  What

19   date?

20          A.     On the 5th.

21          Q.     And they kicked you out of the

22   hospital right after that?

23          A.     On the 6th.

24          Q.     Let us look at Exhibit 34.

25          (Exhibit 34 previously marked)

1   And when you have had a look at it please let me

2   know?

3          A.     I have it.

4          Q.     So I will refer to this declaration

5   that is attached as the second draft, and I will

6   refer to the draft declaration to Exhibit 33 as

7   your first draft, is that fair?  So that we are

8   clear on what documents we are talking about?

9          A.     Okay.

10          Q.     Okay.  So at Exhibit 34 on

11   February 8th 2018, at 10.23 there is an email that

12   says it is from you to Charles Weller, did you

13   send that email?  Or did Thierry Charvet send that

14   email?

15          A.     I sent that email.

16          Q.     So you were back in the office on

17   the 8th?  Or did you send this email from your

18   house?

19          A.     I was back in the office.

20          Q.     Okay. Did you make any changes to

21   your declaration in the second draft from the

22   first draft?

23          A.     Do you want me to read or -- I

24   strictly do not remember.

25          Q.     Yes, I would like you to read -- I

```
 1   would like you to compare the first draft with the
 2   second draft, and I would like you to point out to
 3   me what changes you made in the second draft where
 4   you referred to February 8th, 2018, at 10.23 to
 5   Mr Weller, you say:
 6                   "Please find enclosed the reviewed
 7   draft BRS/I am happy with."
 8                   Do you see that email from you at
 9   Exhibit 34?
10          A.    I do.
11          Q.    Does that mean you had reviewed the
12   second draft and you were happy with its contents?
13          A.    Yes, that is what my email says and
14   that is the case.
15          Q.    So what changes were there from the
16   first draft to the second draft?
17          A.    I am looking for that right now.
18          Q.    Okay.
19                   (Pause for reading)
20   Maybe I can help you, why do you not look at the
21   first draft at paragraph 12.
22          A.    Okay.
23          Q.    Do you see in paragraph 12 in the
24   first draft you say in the middle of the
25   paragraph:
```

1              "However I would not have described
2    the vessel as having 14 tanks."
3              Do you see in the second draft?
4         A.    No, I do not see it.
5         Q.    Did you delete that sentence in the
6    second draft?
7         A.    I do not remember.
8         Q.    Do you know if Mr Weller deleted
9    that sentence in the second draft?
10        A.    I do not know.
11        Q.    Do you have any documentation in
12   your files which would indicate why you deleted
13   that sentence in the second draft?
14        A.    I doubt so.
15        Q.    Do -- did you have a telephone
16   conversation with Mr Weller about the first draft
17   and the second draft at any time?
18        A.    I do not remember.
19        Q.    Would you look at paragraph 13 on
20   the first draft?
21        A.    Yes.
22        Q.    The second sentences starts:
23             "Nevertheless this is certainly not
24   a material difference and would have no bearing on
25   the valuation."

1             Now, can you look at the second

2    draft of the same paragraph and you will see that

3    the wording -- certain wording is deleted?

4         A.    Yes.

5         Q.    And the wording is certainly not a

6    material difference, so do you recall deleting

7    that sentence in your second draft?

8         A.    I recall Mr Charvet asking about

9    that deletion, yes.

10        Q.    Did you delete that sentence in the

11   second draft, or did Mr Weller delete it?

12             MR WISE:  Objection, argumentative.

13   Lacks foundation.

14        A.    It was deleted by Mr Weller upon

15   our request.

16   BY MR KLEIN:

17        Q.    When you say, "our request" do you

18   mean Mr Charvet's request or your request?  Whose

19   request?

20        A.    BRS request.

21        Q.    Who at BRS?

22        A.    I am sorry?

23        Q.    Who at BRS made that request of

24   Mr Weller to delete the sentence?

25        A.    Mr Charvet to the best as I can

```
 1    remember.

 2              Q.      Okay. Can you go to paragraph 15?

 3              A.      Yes.

 4              Q.      In the first draft the wording at

 5    the end that says:

 6                      "And the difference between the two

 7    is immaterial."

 8                      I see that has been deleted in the

 9    second draft, do you see that?

10              A.      Yes.

11              Q.      Who deleted that sentence in the

12    second draft?

13              A.      Mr Weller upon our request.

14              Q.      And, again, "our request" would

15    have been Mr Charvet's request, is that correct?

16              A.      Yes, it is correct, after we talked

17    about it, it is correct.

18              Q.      Okay. Let us go back to Exhibit 32,

19    which is your actual signed declaration, could you

20    take a look at that and tell me when you have

21    reviewed it?

22              A.      I have it.

23              Q.      Okay. So Paragraph 6 you say:

24                      "On August 24th, [you] received

25    [an] email instruction from TMF Global."
```

 1                     Do you see that sentence?

 2          A.     Yes.

 3          Q.     How many prior instruction prior to

 4   August 2017, had you received from TMF Global for

 5   valuation of vessels?

 6          A.     Well, there was one for the 2016,

 7   that is for sure.

 8          Q.     Okay.

 9          A.     I am trying to remember.  They may

10   have sent some more, but I do not remember.

11          Q.     Did you do any prior -- did you

12   receive any prior instructions for ship valuations

13   prior to August 2017, from Bank of America?

14          A.     No.

15          Q.     Did you receive any prior

16   instructions before August 2017, for ship

17   valuations from Burlington?

18          A.     No.

19          Q.     Can you tell me, if you recollect

20   as you sit there, why you were specifically asked

21   to provide the ship valuations in 2016 and 2017,

22   on the Honami and the Philomena?

23          A.     Can you repeat that?  I am sorry.

24                 MR KLEIN:  Yes. Can you read back

25   the question, please.

1          (Preceding question read back)

2                THE WITNESS:  Sorry, excuse me, I

3     cannot hear.

4                MR WISE:  Can you guys keep it

5     down.  She is trying to read back the answer.  I

6     mean the question. Go ahead.

7          (Preceding question read back)

8     Objection, lack of foundation. Lack of foundation.

9                MR KLEIN:  You can answer the

10    question if you understand.

11         A.    I am not sure to understand it.  So

12    is it possible to rephrase, please?

13         Q.    Yes. You testified that you had not

14    been given any prior instructions prior to 2016,

15    for a ship valuation from TMF, correct?

16         A.    As far as I recollect no, indeed.

17         Q.    So I am trying to understand why

18    TMF would ask for you specifically at BRS to do

19    the ship valuations on the Honami and the

20    Philomena.

21         A.    I do not know. Well, I did not

22    know.

23         Q.    You testified you had no prior

24    contact from Bank of America or TMF or Burlington

25    prior to 2016, to provide ship valuations, is that

1   correct?

2           A.    Okay, I am confused. On the Honami

3   and Philomena?

4           Q.    It is a simple question.  Why are

5   you --

6           A.    It is not simple to me.

7           Q.    -- provide ship valuations?

8                 MR WISE:  Well, lack of foundation.

9   It is a simple -- objection.

10  BY MR KLEIN:

11          Q.    Yes, if you know?

12                MR WISE:  He already said he did

13  not know.

14  BY MR KLEIN:

15          Q.    If you know why --

16                MR WISE:  Asked and answered.

17  BY MR KLEIN:

18          Q.    -- if you know, do you know why you

19  were chosen to provide the valuations on the

20  Honami and the Philomena by TMF?

21                MR JAMIESON:  He has answered it.

22          A.    I have to answer again?

23                MR JAMIESON:  Well, you can.

24          A.    Okay. No, no, I did not know they

25  chose me.

```
 1                    MR KLEIN:  Okay.  Thank you.

 2          Q.      Did you do any prior valuations,

 3    prior to 2016, on ship valuations for a company

 4    called Davidson Kempner?

 5          A.      Yes, I did.

 6          Q.      How many prior valuations had you

 7    done for Davidson Kempner prior to 2016?

 8          A.      Well, I do not know.  I cannot

 9    count, but anywhere from I would say about 10.  10

10    to 15.

11          Q.      And was that for Mr Feldman?

12          A.      Yes.  And also for Mr Jackson.

13          Q.      So let us go back to Exhibit 32,

14    and let us look at paragraph 6 where you received

15    instructions from TMF Global.

16          A.      Yes.

17          Q.      Now, we can go back to the

18    valuation Exhibits 28 and 29 and 30 and 31.

19          A.      Yes.

20          Q.      In Exhibit 30, which is the

21    valuation in August 2017 for the Honami, on page 2

22    you confirm that you had not made any physical

23    inspection of the vessel, correct?

24          A.      Correct.

25          Q.      And that follows the instruction
```

```
 1   that you received at the top of page 3 where it
 2   says that the parameters for the valuation are
 3   without physical inspection, correct?
 4          A.    Not entirely.  It is just part of a
 5   standard disclaimer on our side.
 6          Q.    I understand. If you look at
 7   paragraph 3 of Exhibit 30 you make a disclaimer to
 8   say that for an appropriate due diligence you must
 9   carry out an inspection of the vessel and her
10   class records with respect to her physical
11   condition, do you see that?
12                MR WISE:  Third paragraph on
13   page 2.
14          A.    Okay, yes, I see that.
15                MR KLEIN:  All right.
16          Q.    So why would you not carry out a
17   physical inspection of the vessel, or at least her
18   class records in providing a valuation?
19          A.    Because it is the industry standard
20   to do what is called a desktop valuation, and to
21   provide the valuation the way we did, without
22   physical and without class records inspection.
23          Q.    But you do confirm that an
24   appropriate due diligence you should conduct a
25   physical inspection of the vessel, is that
```

 1   correct?

 2                  MR WISE:  Objection, vague and

 3   ambiguous.

 4                  Are you specifically saying he

 5   should do that or -- that is not what the document

 6   says. What is the question?  Is the question you

 7   should? Him personally?

 8                  MR BRUCCULERI:  Erich, I would

 9   appreciate it if you would refrain from engaging

10   in speaking objections.  You can state your

11   objection for the record.  It is wholly

12   inappropriate to comment further for the record.

13   And I would ask that you refrain from doing so

14   going forward.

15                  MR WISE:  Well, I think it is

16   inappropriate to ask a question that says:

17                  "Any person contemplated entering

18   into a transaction or otherwise relying upon this

19   valuation."

20                  And twist it into saying, "you, he,

21   the evaluator", which is what I assumed the

22   question was.  So I think it is an appropriate

23   objection.

24                  MR BRUCCULERI:  Erich, well, again,

25   you say inappropriate question.  That is not an

 1   appropriate objection.

 2              The point is, and especially in the

 3   context of a federal proceeding you get to state

 4   your objection, right.  And so what I am saying to

 5   you is state your objection.  He gets to ask

 6   questions.  You get to state objections. The

 7   witness needs to answer. After all the years you

 8   have practised law.  I am admonishing you right

 9   now to stop it.  All right. And your further

10   colloquy after I admonished you is, frankly, not

11   only disrespectful, it is across the line. So stop

12   it.

13              MR WISE:  Well, all I am saying is

14   the question, I think, is totally inappropriate.

15              Argumentative.  Lacks foundation.

16              MR BRUCCULERI:  You can state your

17   objection.  Beyond that you have to agree with me

18   that that kind of objection is wholly

19   inappropriate, and the State Bar and the federal

20   courts have made it clear it is inappropriate.  Do

21   not do it.

22              MR WISE:  Objection stands.  Go

23   ahead.

24              MR JAMIESON:  Can I --

25              MR BRUCCULERI:  -- colloquy should

```
1   not -- and I am, again, admonishing you to please

2   refrain from doing it going forward.

3                  MR WISE:  You are not going to

4   admonish me. You can ask me not to do it going

5   forward. Go ahead.

6                  MR JAMIESON:  Just one point for

7   the record, you did refer to, obviously, this is a

8   deposition for use in US proceedings, it is also

9   being conducted under -- within the United

10  Kingdom, and within the jurisdiction of the courts

11  of England and Wales, now, I am not making any

12  objection to your question, but just remind you

13  that is the case.

14                 MR KLEIN:  Sorry, could you

15  identify yourself for the record.  I do not

16  know --

17                 MR JAMIESON:  My name is Andrew

18  Jamieson.  I am on the previous deposition. I am

19  on the record here. I am here for the witness if

20  you look at the...

21                 MR KLEIN:  Thank you, Mr Jamieson.

22  I could not see you in the picture.  You are good

23  now.  They moved the camera back so I can see you.

24  I was just trying to find out who is talking.  I

25  recognize you.
```

```
 1                    MR JAMIESON:  If we could all
 2    finish this before Saturday I have a wedding to go
 3    to.
 4                    MR KLEIN:  Well, we will see.
 5                    MR BRUCCULERI:  Counsel, I
 6    appreciate your interjection, and I am not meaning
 7    to suggest that anything that you might have to
 8    say today should be governed by the California Bar
 9    or federal procedure and proper conduct.  And I
10    was just suggesting that counsel is governed by
11    those rules, Mr Wise, that is all.
12                    MR JAMIESON:  Thank you.
13                    MR KLEIN:  So I am going to take
14    you to paragraph 10 of your declaration,
15    Mr Charvet.  Sorry, Mr Wauthier. I get confused
16    between the two of you.
17                    MR WISE:  All right. I am going to
18    admonish you.  Stop laughing. We already went
19    through this before.
20                    MR BRUCCULERI:  You are right.
21    Sorry.  No laughing in depositions.  There is a
22    rule somewhere about that.
23    BY MR KLEIN:
24         Q.    Mr Wauthier, can you tell me when
25    you have had a look at paragraph 10?
```

```
 1          A.      I have.

 2          Q.      Can you see in the second sentence

 3   you say:

 4                  "One of my sources for the

 5   information"?

 6          A.      I do.

 7          Q.      What sources are you referring to

 8   in that sentence?

 9          A.      Well, I am sorry, the sentence says

10   itself.

11          Q.      All right. It is the Q88, correct?

12          A.      It is.

13          Q.      Okay. What other sources did you

14   refer to in preparing the valuation?

15          A.      Market sources. Or our database

16   being a source as well.

17          Q.      What database are you referring to?

18          A.      We have an internal database

19   listing merchant ships.  This is our main tool and

20   we look it up.

21          Q.      To make sure I understood, you said

22   a data -- "an internal database of merchant

23   ships", is that correct?

24          A.      It is correct.

25          Q.      And that is separate from the Q88
```

```
 1    information, correct?
 2            A.      Correct.
 3            Q.      Is the Q88 information also on a
 4    database to which BRS and you have access?
 5            A.      Yes.
 6            Q.      Are there any other databases that
 7    you look at in addition to the Q88 and your
 8    internal database on merchant ships?
 9            A.      Yes, we can look at a database
10    called Equasis.
11            Q.      You say you can look at Equasis, do
12    you look at Equasis as one of the sources in the
13    valuation that you prepared under paragraph 10 of
14    your declaration?
15            A.      I do not recall we did it that day.
16            Q.      So we are specifically talking
17    about the Philomena under paragraph 10?
18            A.      All right.  Sorry, I did not
19    realize that.
20            Q.      All right. So in paragraph 10 you
21    refer to the Philomena, do you know if you looked
22    at Equasis database for a valuation on the
23    Philomena in August of 2017?
24            A.      We did not. I did not.
25            Q.      You did not?
```

1        A.      No.

2        Q.      Okay. Because you were on holiday,

3   right? In August 2017?

4        A.      Notwithstanding I am not sure I

5   would have.

6        Q.      Okay. Do you know if your team at

7   BRS looked at the internal database on merchant

8   ships to value the Philomena in August 2017?

9        A.      Yes, we did. Yes, they did.

10       Q.      How do you know that?

11       A.      Because the extract that is on the

12   certificate, the description of the ship, sorry,

13   that is on the certificate is an extract of our

14   database.

15       Q.      And could you refer me to that

16   information on Exhibits 30 and 31?  What

17   specifically are you referring to?

18       A.      Right after -- on the -- after the

19   first sentence following vessel 2 points, until

20   all details given in good faith, but without

21   guarantee.  So basically everything that is in

22   capital letters is an extract from our database.

23       Q.      That is not from the Q88, right?

24       A.      No, it is not.

25       Q.      Now, you say that you reviewed the

1    Q88, which was Exhibit 1 to your declaration,

2    correct?

3            A.    Correct.

4            Q.    You prepared this declaration in

5    February of 2018, correct?

6            A.    Correct.

7            Q.    And the valuation for the Philomena

8    was done in August of 2017, correct?

9            A.    Correct.

10           Q.    So how is it that the Q88 is dated

11   December 12th, 2017, after the August 2017,

12   valuations?

13           A.    Because the Q88s are updated on a

14   regular basis.  When Charles Weller asked us a

15   copy of the Q88 the only one remaining on file was

16   the latest we had -- guys?

17                 MR WISE:  We have some kind of

18   screen, can you hear us?

19                 MR BRUCCULERI:  We can hear you

20   just fine.

21                 MR WISE:  We cannot see you.

22                 MR JAMIESON:  There is a menu on

23   the front.

24                     (Pause)

25                 MR WISE:  Okay.

1        A.      So we did not have the previous one

2   any more.

3   BY MR KLEIN:

4        Q.      Do you know if it was any different

5   than the Q88 that you referred to that you say you

6   referred to in paragraph 10?

7        A.      No, I do not know.  But the

8   differences are usually minimal.  Can you say

9   "minimal"?  And they refer to the vetting.  That

10  is the last section. The main standards and

11  parameters do not change.

12       Q.      So is the Q88 the so-called gold

13  standard in the ship valuation industry?

14       A.      No.

15       Q.      What is the gold standard? What is

16  the most important standard?

17       A.      I do not follow your question.

18       Q.      Would it be fair to say that people

19  that do ship valuations all look at the Q88s?

20       A.      Not necessarily.

21       Q.      But you valued -- you obviously

22  think that the Q88 is important, correct, because

23  you attach it to your declaration?

24       A.      We did -- we especially thought it

25  was important to be able to make reference in an

```
 1   official document and clarify the alleged

 2   discrepancies at the time the valuation was

 3   challenged.

 4          Q.     Okay.  Fair enough.

 5          A.     And also it only pertains to

 6   tankers.  So when you do ship valuations on any

 7   other type of ship you would not have a Q88.

 8          Q.     Okay. And we are talking about

 9   tankers here, correct?

10          A.     Yes, we are.

11          Q.     So that is why the Q88 is important

12   here?

13          A.     It is.

14          Q.     I want to take you to paragraph 5.4

15   of the Q88, which is Exhibit 1 to your

16   declaration?

17          A.     Yes.

18          Q.     In paragraph 5.4?

19          A.     I am.

20          Q.     So what is the total cubic capacity

21   of the cargo tanks of the Philomena?

22          A.     80 -- as the Q88 83789.3 cubic

23   meters.

24          Q.     At 98 per cent capacity, correct?

25          A.     At 98 per cent capacity, correct?
```

1        Q.      Okay. So what would be 100 per cent

2   capacity of those tanks?

3                    MR JAMIESON:  Can he have his

4   calculator?

5        A.      Where are we? It is in a valuation

6   somewhere, is it not?

7   BY MR KLEIN:

8        Q.      Would you in that calculation

9   multiply 83789.3 by 2 per cent and add that to the

10  number?  Is that the way you get to 100 per cent?

11       A.      All right.

12                    MR JAMIESON:  Divide it by 98 and

13  times 100.

14                    THE WITNESS:  That is what we are

15  going to do. 85498.

16                    MR KLEIN:  Okay.

17       Q.      And I want to draw your attention

18  to 5.6, the slop tanks, can you tell me what the

19  cubic meterage of the slop tanks is at 98 per

20  cent?

21       A.      1.434,000 cubic meter.

22       Q.      Now, what would that be at 100 per

23  cent capacity?

24       A.      1,464.

25       Q.      So what would be the total of 100

1  per cent capacity of those two valuations, the

2  cargo tanks and the slop tanks?  What is the

3  total?

4              MR JAMIESON:  Do you want to read

5  back the 100 per cent from the records if you did

6  not make a note of the 100 per cent calculation?

7              THE WITNESS:  No, it is okay.  I

8  will calculate again. 86,963 cubic meters.

9              MR KLEIN:  So let's look at

10  Exhibit 31.

11      A.     All right.

12      Q.     What do you say -- what does the

13  document say the 100 per cent capacity of the

14  Philomena is?

15      A.     82360.

16      Q.     Would you agree that that is a

17  difference of 4,603 cubic meters?

18              MR WISE:  Objection, vague and

19  ambiguous.

20      A.     I have not made a calculation.

21  BY MR KLEIN:

22      Q.     Okay, why do you not make the

23  calculation of 100 per cent minus what is written

24  in Exhibit 31 as the cubic meterage of the tanks

25  on the vessel, Philomena?

1      A.      Yes, 4,600.

2      Q.      So on Exhibit 31 where it says 12

3  tanks at 100 per cent capacity of 82360, should

4  that not, according to the Q88, say 14 tanks or 12

5  tanks plus 2 slop tanks for total capacity of

6  86963?

7      A.      There is no better option. The 3

8  solutions work.

9      Q.      Sorry, I do not understand that

10  answer.  Should it not say 86963 cubic meters at

11  100 per cent? Should Exhibit 31 not reflect that

12  number, 86963 cubic meters?

13      A.      We are only referring to 12 tanks,

14  so, no.

15      Q.      How many tanks are on the

16  Philomena?

17              MR WISE:  Vague and ambiguous. Go

18  ahead.

19      A.      Well, there are water tanks.  You

20  have residual tanks. You have lube tanks. I do not

21  know how many bloody tanks there are on the ship.

22              MR KLEIN:  Okay.

23      Q.      Let's look at paragraph 5.4 and 5.8

24  of the Q88 and let's look at the cargo tank

25  capacity, how many tanks are there on the

 1    Philomena?

 2            A.      12.

 3            Q.      Plus 2 slop tanks, correct?

 4            A.      Correct.

 5            Q.      So there are -- so you can either

 6    describe it as 14 tanks or 12 tanks and 2 slop

 7    tanks, correct?

 8            A.      Correct.  And also as 12 tanks.

 9            Q.      Yes, that is just what I said. I

10    said you can describe the vessel as having 12

11    tanks, or you can describe it as having 12 tanks

12    plus 2 slop tanks, correct?

13            A.      No, this is not what you said.  You

14    said you can describe the ships as having 14 tanks

15    or 12 plus 2. And I said we can describe it as

16    being with 12.

17            Q.      So you would -- so what about the

18    slop tanks?  You would not include those in the

19    vessel as being cargo tank capacity?

20            A.      Not necessarily.

21            Q.      Even though the Q88 refers to it as

22    cargo tank capacity the number of slop tanks under

23    5.6?

24            A.      I am sorry, even though the Q88

25    refers to the slop tanks how is that -- I do not

1  understand the question.

2        Q.     Would you just ignore the 2 slop

3  tanks in the Q88 as to the Philomena under

4  paragraph 5.6?

5        A.     I would not ignore them.  Those are

6  not cargo tanks. They can carry cargo, we know

7  that, but they are not cargo tanks.  So this is --

8        Q.     But they cannot carry cargo?

9        A.     -- so this is just how it is

10  described on our certificate.

11        Q.     But your certificate is incorrect

12  even at 12 tanks at 100 per cent capacity, is it

13  not?

14        A.     Well, this is the extract we made

15  from a database which -- from our database, which

16  is in itself fed by a third-party shipping

17  information company. We have no reason, and I had

18  no reason to question the quality of the

19  information.  And this information is as far as I

20  am concerned, and as far as BRS is concerned

21  accurate.

22        Q.     But you are relying on the Q88 in

23  paragraph 10 under section 5.2 for the technical

24  characteristics, correct?  For load line

25  information, but you are now telling me that you

1   are not relying on the cargo tank capacity under

2   5.4, is that correct?

3            A.      Sorry, I am a bit ... I am a bit

4   confused.

5            Q.      In paragraph 10, read your

6   paragraph 10, you refer to section 5.2, correct?

7   It is paragraph 5.2 of the Q88.

8            A.      Yes, indeed.

9            Q.      Referenced in your declaration at

10  paragraph 10.

11           A.      Yes.

12           Q.      Okay.  So you are relying on

13  paragraph 5.2, but are you telling me you are not

14  relying on paragraph 5.4 as to the number of cargo

15  tanks and the total cubic capacity?

16           A.      No, again, as I stated, the number

17  of cargo tanks that there is on the certificate

18  matches the number of cargo tanks you have on the

19  ship.  Okay.  So this is something that I thought

20  we had explained before.

21                   And it is not a matter of relying

22  on or not.  The information we have on the

23  certificate properly describes the ship, and this

24  is what is bearing there.

25                   We have also used, and mostly use

1   the Q88 to exemplify and show where the different

2   figures come from for the purpose of the

3   deposition so that people who are not familiar

4   with shipping would also see where those different

5   figures come from.

6          Q.      But the Q88 at 5.4 which you relied

7   on, the Q88 in your paragraph 10, refers to total

8   cubic capacity at 98 per cent at 83789.3 cubic

9   meters, correct? And you did a calculation at 100

10  per cent that was 85,498 cubic meters, correct?

11         A.      Correct.

12         Q.      So for 12 tanks should not

13  Exhibit 31 where you have 12 tanks and the heading

14  there at 82360, should that not say 85,498?

15         A.      No, I do not believe so.

16         Q.      Can you tell me why not?

17         A.      Okay, this is just an assumption

18  here, but in 5.4 in order to have the cubic

19  capacity of the 12 tanks you will have to

20  substract (sic) the slop tank capacity.  So I

21  think you are counting the slop tank capacity

22  twice.

23         Q.      Okay. So could you tell me what the

24  100 per cent capacity of 12 tanks is according to

25  the Q88?

TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA
Mr. Gregory Wauthier on 05/15/2018                                    Page 156

1          A.      84,000.

2          Q.      Is it 84035?

3          A.      Yes.

4          Q.      Okay. So if it is 84035 at 100 per

5     cent capacity according to the Q88 why does your

6     Exhibit 31 say 12 tanks at 100 per cent capacity

7     is 82360?

8          A.      Because this is how the ship is

9     described on our database, and when we show

10    certificates we make an extract of our database

11    and put it on to the certificate.

12                 Now, for the purpose of the

13    discussion if you substract at 98 per cent the

14    slop tank capacity from 8379 you get 82355, which

15    is, if you round it up, 83260 which is the value

16    we have at 100 per cent.  So I am of the opinion

17    that our database actually is feeding information

18    saying at 100 per cent when it should be at 98 per

19    cent.

20         Q.      So something is wrong in the

21    certificate, either 100 per cent is incorrect and

22    should be 84035, as you just calculated, or that

23    should say 82360 at 98 per cent, is that correct?

24         A.      No, it is not wrong, it is minimal

25    inaccuracy.

1        Q.        What is the difference then between

2    84035 and 82360?

3        A.        Please --

4        Q.        Cubic meters?

5        A.        -- please tell me.

6        Q.        I think it is 1,675 cubic meters.

7    Is that de minimus that amount of cubic meters?

8        A.        Are you referring to the slop

9    capacity?  May I ask what you are referring to?

10       Q.        Okay. Let me clarify.  You

11   calculated for us that 100 per cent of the 12

12   cargo tanks was 84035, did I understand that

13   correctly?

14       A.        Well, we have exchanged a few

15   figures, but I will take you for it, yes.

16       Q.        Yes. And I think the difference

17   between that and 83789.3 was 1,675 cubic meters,

18   did I get that correct?

19       A.        So are you subtracting a value at

20   100 per cent less a value at 98 per cent?

21       Q.        Yes, because your Exhibit 31 refers

22   to 100 per cent, correct? So we need to compare

23   apples with apples, so what is the 100 per cent

24   capacity according to the Q88 on which you rely?

25       A.        No --

1            MR WISE:  Objection, lack of

2   foundation.  Argumentative.

3            A.      -- Q88 is a source, one of the

4   sources.  We rely on many other things and we here

5   rely also on our certificate and the data we have

6   on to our database and how the ship is described

7   on our database.

8   BY MR KLEIN:

9            Q.      So what you are saying, if I

10  understand you correctly, on Exhibits 30 and 31,

11  which are the valuations in August of 2017, the

12  information about the tank capacity is from your

13  database and not the Q88, correct?

14           A.      That is correct.

15           Q.      Okay. So you valued your database

16  above the Q88 tank capacity, correct? In other

17  words, you used the information from your database

18  rather than the Q88?

19           A.      For populating the certificate,

20  indeed.

21           Q.      Yes. That is correct, is it not,

22  you used the --

23           A.      I just replied --

24           Q.      -- database --

25           A.      I --

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018**                                    Page 159

```
 1        Q.      -- just clarifying.  Thank you.

 2                Pamela, we can take the break.

 3            (Off the record at 4.26 pm)

 4                (Recess taken)

 5            (On the record at 4.47 pm)

 6                MR KLEIN:  So, Mr Wauthier, thank

 7    you, I would like to clarify your answers or some

 8    of your testimony on the capacity of the 12 tanks.

 9    So I just want to make sure I understand your

10    numbers.

11        Q.      So looking at the Q88 which is

12    attached to your declaration at paragraph 10 of

13    which you rely, it says that the -- under

14    paragraph 5.4 of the Q88 for the Philomena, and

15    5.6, that you deduct the number of slop tanks,

16    1434.6 from the 83789.3, is that not correct,

17    because you do not want to add it twice?

18                MR WISE:  I am going to object,

19    lack of foundation.  Assumes facts not in

20    evidence.

21        A.      No and no. So the first are the

22    start of your sentence you mentioned "rely", and I

23    have already stated that we do not rely on that

24    document for that.

25                And on the second part, therefore,
```

1   I did not make at the time the substraction.  We

2   do not go into that amount of detail.  This is an

3   exercise we make live when you were asking all

4   about these figures.

5   BY MR KLEIN:

6           Q.     Okay, so let us look at the Q88?

7           A.     Yes.

8           Q.     So the Q88 under paragraph 5.4 and

9   5.6 for the Philomena?

10          A.     Yes.

11          Q.     Has at 98 per cent capacity is

12  83789.3, correct?

13          A.     Yes.

14          Q.     And the slop tanks is 1434.6,

15  correct?

16          A.     Yes.

17          Q.     And because you do not want to add

18  that twice you deduct it to get to the 12 tanks

19  from the 83, correct? So you get to 82355 or

20  823 -- sorry, 82360 as in Exhibit 31?

21          A.     That was a discussion matter.  Yes,

22  I believe what the reason why the --

23          Q.     Right.

24          A.     -- the value is there.  But may I

25  ask what your question is?

TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA
Mr. Gregory Wauthier on 05/15/2018                                    Page 161

1          Q.     So the question is, if that is --

2     if 82355 is 98 per cent I believe you did the

3     calculation and you said 100 per cent was 84,035,

4     is that correct?

5          A.     I would need to do it again.  So

6     assuming that is.

7          Q.     Okay. Well, why do you not do it

8     again so we make sure that we are on the right

9     numbers.

10                      (Pause)

11         A.     8440, yes.

12         Q.     So the difference between the 98

13    per cent and the 100 per cent, and based on the

14    Q88 I believe was 1,675 cubic meters, is that the

15    number that you had?

16         A.     Okay, the difference between that

17    amount, 84,040, and which other?

18         Q.     The 82360 that you have in your

19    Exhibit 31?

20         A.     Okay, 1,680, yes.

21         Q.     So my question then is, in

22    Exhibit 31 if you had relied on the numbers in the

23    Q88 12 tanks at 100 per cent would have been

24    84,035, is that correct?

25         A.     Yes.

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018**                                    Page 162

1        Q.      So my question to you is, the 1,675

2    cubic meters approximately, did you consider that

3    as de minimus in the valuation for the Philomena

4    in 2017?

5        A.      I do not understand the question.

6                MR JAMIESON:  Can you --

7    BY MR KLEIN:

8        Q.      You said you relied on the -- go

9    ahead.

10                MR JAMIESON:  Sorry.  I did not

11    mean to interrupt.  I was trying to be helpful.

12    Could you just try de minimus in a different way.

13    Just the expression may not be understood.

14                MR KLEIN:  I thought that was the

15    wording that Mr Wauthier used.

16                MR JAMIESON:  Well, I may have got

17    that wrong. If I did I apologize. But I thought

18    there was a bit of confusion between the two of

19    you.  So ... if I did get that wrong I apologize.

20    Did you understand de minimus?

21        A.      De minimus?  No, I do not

22    recollect.

23                MR KLEIN:  Well, we will use a

24    different word.

25                MR JAMIESON:  Okay.

 1   BY MR KLEIN:

 2          Q.      Would you consider 1,675 cubic

 3   meter in the tank capacity as significant to

 4   impact the vessel valuation?

 5          A.      No.

 6          Q.      So the 1,675 cubic meters and the

 7   difference between 98 per cent and 100 per cent,

 8   you would not consider that in valuing the vessel?

 9          A.      Well, the vessel was clearly

10   identified. We looked it up and have -- we looked

11   her, I am sorry, because that is how we refer to

12   ships, and we have had for the past few years

13   doing those valuations, and we knew which ship, we

14   knew exactly which ship and the characteristic

15   that we are valuing, so we did not go into all

16   those calculations you are mentioning.

17          Q.      I thought that you testified that

18   you looked at the characteristics that are set out

19   in Exhibit 30 and 31 in the centre of page 1 in

20   block letters after the word, "following vessel"

21   and before the words "all details", those details

22   above are the vessel characteristics that you

23   reviewed, correct?

24          A.      Those are the characteristics that

25   we extracted from our database to put on the

1   certificate. We do not need to go line by line to

2   know which vessel we are valuing in this instance.

3          Q.      Yes, but these are the

4   characteristics you relied on to provide the

5   valuations for the Exhibits 30 and 31 in

6   August 2017, correct?

7          A.      Those characteristic are those we

8   used to put on the certificate. What we relied on

9   is just our knowledge of the ship, especially her

10  deadweight, we know that she is an LR 1, the yard.

11  We did not go into that much detail because we did

12  not have to because she was clearly identified and

13  she is part of the market.

14         Q.      Well, are you saying that you would

15  not consider the number of tanks on the vessel to

16  value her in August 2017, for the Philomena and

17  the Honami?

18         A.      No, that is not what I said.  I was

19  not exhaustive, but -- in my previous reply.  But

20  what I said is that we did not go into the small

21  calculations of 98 per cent to 100 per cent to 12

22  tanks, or 12 plus 2 or 14, because this would have

23  not changed our opinion of the value of the

24  vessel.

25         Q.      So, in other words, you are saying

1  that the 1,675 cubic meter difference for the

2  Philomena from 98 to 100 per cent on the 12 tanks

3  made no difference in your valuation, correct?

4         A.      They would not.

5         Q.      Okay. And similarly for the number

6  of slop tanks at 1434.6 cubic meters also had no

7  impact on your valuation for the Philomena in

8  2017, correct?

9         A.      I am sorry. I lost track somewhere.

10  I am sorry about that.

11         Q.      Okay.  Did you consider the slop

12  tanks for the Philomena in August 2017, with

13  regard to the valuation of the vessel?

14         A.      No, because as I stated before we

15  had clearly identified the vessel.  We knew her,

16  so we did not need to go through that exercise.

17         Q.      So you never considered the 1434

18  cubic meters as carrying capacity in tanks in

19  valuing the vessel Philomena, correct?

20         A.      Correct.

21         Q.      Okay. So now we have you testifying

22  that you did not consider the 1434 in the slop

23  tanks and the 1675 in the 98 to 100 per cent

24  differential in the 12 tanks, correct?

25         A.      That is what I said.

1         Q.      So when you add those two together

2    you are going to get roughly 3,000 cubic meters,

3    correct?  That you did not consider?

4         A.      No.

5         Q.      And so you did not consider the

6    additional carrying capacity of over 3,000 cubic

7    meters in the Philomena in August of 2017,

8    correct?

9         A.      No, that is incorrect because

10   everything you said --

11        Q.      I am confused.  Yes, go ahead.

12        A.      -- everything you said before is

13   correct, but the way to describe a ship is that at

14   98 per cent, not 100 per cent, because you never

15   fill a ship at 100 per cent.

16               And as we stated before, yes, slop

17   tanks can carry cargo, but they are not cargo

18   tanks.

19        Q.      But they can carry cargo, you

20   already admitted that, correct?

21        A.      Yes, it is not about admission.

22   Yes, they can carry cargo.  Yes.

23        Q.      Okay.

24        A.      But their purpose is to receive the

25   residues from washing the tanks, the residues from

1  oily rejects within the ship et cetera.  That is

2  the purpose of those tanks.

3          Q.    Okay. That is a purpose, correct,

4  because you have already testified that another

5  purpose is to carry cargo?  If they are empty they

6  can carry cargo, correct?

7          A.    No, it is -- in my words -- well,

8  we say the purpose of the tanks, and they can, if

9  they are empty, carry cargo, yes.

10         Q.    Correct. Thank you. Let us look at

11  the Honami, and it is still within the Q88

12  attached to your declaration at Exhibit 32.

13         A.    Yes.

14         Q.    So the same question would apply to

15  you under 5.6 and 5.4, so under 5.4 at 98 per cent

16  41813.856 cubic meters, what would that be at 100

17  per cent capacity?

18         A.    42667.

19         Q.    So the difference between 98 and

20  100 per cent capacity is how much in cubic meters?

21  Approximately?

22         A.    850.

23         Q.    850.  Okay. So again same question,

24  you did not consider that the 850 additional cubic

25  meters would add anything to the valuation of the

1   Honami in August 2017, correct?

2           A.      Correct.

3           Q.      And the same for the slop tanks at

4   1049.286 cubic meters, you did not consider that

5   increased the value of the vessel in any way?

6           A.      Correct.

7           Q.      So you testified that you referred

8   to the BRS internal database, and you considered

9   the characteristics of the ship because you knew

10  her, that is my understanding of your testimony,

11  is that correct?

12          A.      It is.

13          Q.      Okay. So what characteristics did

14  you look at for the Philomena and the Honami in

15  August of 2017?

16          A.      All right.

17                  MR WISE:  Did you ask for both

18  ships?  Was that compound?

19                  MR KLEIN:  Let's do the Philomena

20  first in August of 2017, and then we can follow up

21  with Honami in 2017 thereafter if you like. Or I

22  can ask separately.  Whatever is convenient for

23  Mr Wauthier.

24          A.      We -- again, I must reiterate that

25  we know the ships.  The Honami is a smaller size

1   that fits into the handy size segment.  And we

2   looked at her, the quality of the construction, so

3   the yard, we looked at tanks, number of tanks.  We

4   look at the coating of the tanks. And that is more

5   or less it.

6                    And the reason for that is that as

7   I was saying --

8                    MR BRUCCULERI:  Sorry, we lost a

9   little connection here in the middle of that

10  sentence.  Maybe she can read that back.  Sorry.

11  You were in the middle of your sentence, it broke

12  up on it for some reason.

13                   (Preceding answer read back)

14  Thank you. We can continue.

15            A.     The reason for that, and

16  notwithstanding those elements, because I mean we

17  look at many other things as well, pumps et

18  cetera, is that we want to make sure that the ship

19  applies or not in its market category, shall I

20  say, so the Philomena is an LR 1.

21                   The Honami is a handy size.  They

22  are both tankers. And we know the market dynamics

23  of those segments through all the elements I

24  mentioned before.

25                   And after that we decide whether or

1  not those specifics of the ship need an adjustment

2  from the market dynamic itself.

3                   MR KLEIN:   Okay.

4         Q.     So does it change the valuation on

5  the construction of the ship in terms of value if

6  it is made other than at the Hyundai Mipo Dockyard

7  in Korea?

8         A.     It is not that it would change, but

9  we acknowledge that this is a good yard.

10        Q.     So for the Honami and for the

11 Philomena, who were both at the Hyundai Mipo

12 Dockyard in Korea, those are considered to be good

13 yards?  Superior yards? The best yard? Which --

14 where would you fit it in the category of yards?

15        A.     First tier yard.

16        Q.     First tier yard.  So that would

17 increase the value of the vessel, correct? As

18 compared to a ship at another yard that is not

19 made at Hyundai -- that is not in a tier one yard?

20        A.     If you compare to a ship that has

21 been built not in the same yard potentially, yes,

22 it would be one element to take into consideration

23 when doing the valuation.

24        Q.     Do the Korean yards have a good

25 reputation?

```
 1          A.      They do --

 2          Q.      For construction?  What about the

 3   Japanese yards?

 4          A.      -- they do.

 5          Q.      They do as well.  Who has a bad

 6   reputation?

 7          A.      I cannot answer that.

 8          Q.      All right.  We have already

 9   discussed the number of tanks, and you said you

10   have looked at the number of tanks that would be

11   one of the characteristics in evaluating a vessel,

12   correct?  We discussed those?

13          A.      Tanks and coating, yes, indeed.

14          Q.      Now, the coating of the tanks, what

15   did you consider in terms of the coating for the

16   Philomena in August 2017.

17          A.      Well, as, again, here I am

18   explaining the purpose of the valuation in

19   general.  At the time we did not have to go 2017

20   into looking at the coating because we knew the

21   ship already. We had been looking at the ship --

22          Q.      How does coating --

23          A.      -- yes.

24          Q.      -- how does coating impact a vessel

25   valuation such as the Philomena?
```

1        A.      You look at the tank, whether the

2   tanks are fully coated.  You also look at the type

3   of coating itself.

4        Q.      So what is a pure epoxy?

5        A.      It is a ship of which tanks are

6   coated with epoxy.

7        Q.      Is there a difference between pure

8   epoxy and tar-free epoxy?

9        A.      I am sorry.

10       Q.      And if so what is the difference?

11   Tar-free, T-A-R free?

12       A.      I am not familiar with that one.

13   Mostly familiar with epoxy and phenolic epoxy,

14   which is a better grade.

15       Q.      That is where I was heading. So the

16   pheno is a better grade epoxy, correct? Would that

17   increase the value of a vessel?

18       A.      In a sense, no.  Everything depends

19   on to which you are comparing it to. It is a good

20   coating, yes --

21       Q.      So when you looked at the Honami in

22   2016, in October 2016, did you consider the pheno

23   epoxy to increase the value of the vessel or to

24   impact it?

25       A.      -- I knew what ship I was --

1        Q.      Go ahead --

2        A.      -- valuing at the time. We knew

3    what ship we were valuing at the time and we are

4    talking about a value we made close to 2 years

5    ago, a year and a half ago, so I do not remember.

6        Q.      -- did you consider the types of

7    pumps that the Philomena and the Honami had when

8    you valued the vessel in August 2017?

9        A.      Yes.

10       Q.      And what did you consider about the

11   pumps?

12       A.      Well, I specifically recall about

13   the Philomena.  She is deep well.  That means that

14   there is a pump going into each cargo tank. The

15   difference is with ships that can be pump room,

16   that only have 2 or 3 pumps and have less

17   segregations.

18              Pump room ships are usually not as

19   well regarded, but, again, it depends on the

20   trades.  And I specifically recall that there was

21   a sale that had been done of an LR 1 that was pump

22   room and Japanese built not long before the

23   valuation case came in, and I do recall that we

24   talked about it and we decided not to take it

25   fully into account because we were of the opinion

1    that the Philomena was of better quality.  So we

2    upped our valuation because of that.  So, yes, we

3    did take the pumps into consideration.

4            Q.    Because that would -- if it is a

5    faster pump you can get it in and out of the ports

6    quickly, is that the philosophy?

7            A.    We have many different

8    philosophies.

9            Q.    Is that the thinking --

10           A.    Not only.

11           Q.    -- in terms of the valuation?

12           A.    Not only. You --

13           Q.    I --

14           A.    You make a difference on whether

15   they are deep well or pump room.

16           Q.    -- how does that help the valuation

17   of a vessel, to have a deep well pump room?

18           A.    A deep vessel is a more complex

19   vessel than a pump roomer.  And has more trading

20   versatility and therefore, yes, this is reflected

21   into the valuation.

22           Q.    In other words, it increases the

23   valuation of the vessel, correct?

24           A.    Well, again, if you compare that to

25   a vessel that is not of same quality or with a

 1    different set of pumps.

 2            Q.      What was the name of the other LR 1

 3    that you compared that you just referred to?

 4            A.      I do not remember.

 5            Q.      You have no records that would

 6    reflect that evaluation on the LR 1 at BRS?

 7            A.      We did not value her.  It was a

 8    sale reported a few months before.  And we

 9    discussed that sale when we came up with the

10    valuation of the Philomena.

11            Q.      Do you have any records at BRS as

12    to that sale that you mentioned?

13            A.      Yes, there might be an extract in

14    our database somewhere.

15            Q.      I do not know if I asked you this

16    question, but do you have a specific file at BRS

17    on the Philomena or the Honami?

18            A.      No.

19            Q.      A file of documents?  Database

20    relating to these vessels?

21            A.      Well, they are on the database to

22    the extent that we can call up any ship.

23            Q.      But you do not have a separate file

24    relating to your evaluation on this instance in

25    August of 2017, for the Honami or the Philomena?

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018**                   Page 176

1        A.      Oh, I see. No, we do not.

2        Q.      Same question for the valuations in

3   October 2016, you do not have a physical file on

4   the ship evaluations you produced at that time?

5        A.      No, we do not.

6        Q.      Can I take you to paragraph 8.5 of

7   the Q88 attached to your declaration which is

8   Exhibit 32 for the Philomena?

9        A.      Yes.

10       MR KLEIN:  Erich, I apologise, my

11  copy of my document is crooked so I cannot show

12  Mr Wauthier what page it is on. I just see half of

13  the word "exhibit".

14       MR WISE:  Same with me.  At the

15  top, if you look at the top it says, "page 8 of

16  9".

17       MR KLEIN:  Yes, page 8 of 9.  So I

18  would like to talk to you about the engine

19  capacity, so while you have 8.5 let us look at

20  Exhibit 31.

21       A.      Mmm hmm.

22       Q.      Where is the engine capacity

23  referenced in the characteristics of the

24  August 2017, valuation?

25       A.      It is the last line of the

```
 1   description.

 2          Q.     And it says 18,436, what does that

 3   refer to?

 4          A.     The output of the -- the output of

 5   the main engine.

 6          Q.     Is that brake horsepower?

 7          A.     Yes, I believe so.

 8          Q.     So it is 18,436 brake horsepower,

 9   correct?

10          A.     Correct.

11          Q.     So look at 8.5, it says, "main

12   engine", what does it say under Capacity?

13          A.     10620.

14          Q.     KW? What does "KW" stand for?

15          A.     Kilowatts, I guess.

16          Q.     So how do you translate kilowatts

17   into brake horsepower?

18          A.     I do not know.

19          Q.     Is there an industry standard

20   conversion that you are aware of?

21          A.     No, I am not.

22          Q.     How does the consumption, if at

23   all, of a vessel affect the valuation of a vessel?

24          A.     We do not look at the consumption

25   as such.  We do not have that --
```

1      Q.      Is the --

2      A.      -- I do not have data on the

3  consumption.

4      Q.      -- so does the engine size affect

5  the consumption of a vessel?  Do you know if it

6  does?

7      A.      Yes, it does affect the

8  consumption.

9      Q.      In what way? How?

10     A.      I would say as any engine the

11  faster it turns in terms of rotation per minutes

12  the more horsepower you may get, and the more

13  consumption you will incur.

14     Q.      So that would increase the cost of

15  consumption I assume?

16     A.      Can we stop for one second, please.

17               (Pause)

18             MR WISE:  The witness asked you to

19  refrain from laughing again.

20             MR BRUCCULERI:  No one is laughing.

21             MR WISE:  That is what he

22  perceived.

23             MR JAMIESON:  There is a bit of

24  background noise. I think it may be interpreted as

25  laughing, but it could be coming through on the

1   machine.

2           MR KLEIN:  There is nobody laughing

3   here.  There is no-one else in our office.

4           MR BRUCCULERI:  There is no

5   background noise.

6           MR JAMIESON:  It might be a system

7   glitch.

8           MR KLEIN:  No, there is nobody

9   laughing here, Mr Wauthier.  It is not coming from

10  our office at all.

11          THE WITNESS:  That is okay.

12  BY MR KLEIN:

13      Q.     So we were talking about

14  consumption, so you mentioned the bigger the

15  engine the more -- the higher the consumption, is

16  that -- is that the way it works?

17      A.     I would not say the bigger the

18  engine, the fastest the RPMs are.

19      Q.     Does that increase the valuation of

20  a vessel, to your knowledge? Increased horsepower

21  engine size?

22      A.     Not as such.  Those ships are all

23  built according to certain standards, and we know

24  the engines that are fitted on the families of

25  ships.  So I mean, to be clear, we would not have

1  looked at it.

2          Q.      So you did not consider the main --

3  the engine size of the vessel as a characteristic

4  of the Philomena or the Honami in August 2017?

5          A.      We did not look at that when we

6  provided the valuation, that is right.

7          Q.      Okay. So in 2017, when you did the

8  valuations for the Honami and the Philomena did

9  you consider comparable sales?

10          A.      There was very little information

11  available at the time in terms of comparable

12  sales. So we -- no, we discussed about the market

13  sentiment, other sales that happened in slightly

14  larger and smaller categories, and then shared our

15  opinions and decided on the values.

16          Q.      What other sales on larger vessels

17  did you consider?

18          A.      I have strictly no recollection of

19  that.

20          Q.      And are we talking about the

21  Philomena or the Honami or both?

22          A.      I do not remember.

23          Q.      So let's talk about the Philomena

24  first, do you recall if you discussed with your

25  team any other comparable sales in August 2017?

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
Mr. Gregory Wauthier on 05/15/2018                                    Page 181

1          A.      We discussed about the value

2    itself. Looked at anything that would be

3    pertinent, including comparable sales, to reach

4    our opinion and we issued a certificate.

5          Q.      I am trying to see if I can get you

6    to tell me exactly what other comparable sales you

7    analyzed for the Philomena valuation in August of

8    2017 to your recollection.

9          A.      To my recollection, not sure we

10   did, apart from the sale of that LR 1 I mentioned.

11   That was a pump roomer.  I do not recollect

12   anything else.

13         Q.      And you do not remember the name of

14   that vessel?

15         A.      No, I do not.

16         Q.      Or should I say do you remember?

17   And do you remember when that sale took place in

18   2017? Did it take place in 2017?

19         A.      Yes, it was June or July.

20         Q.      Okay. If you went back into your

21   records at BRS would you be able to dig out that

22   information which LRS -- LR 1 pump roomer sale

23   there was, or when it took place or the name of

24   the vessel?

25         A.      I think I should be able to.

1        Q.      And you would, therefore, know the

2   valuation of that -- the value at which that ship

3   was sold --

4        A.      Yes, that would be logged.

5        Q.      -- okay. And as you sit there you

6   do not remember the amount of the sale of that LR

7   1, do you?

8        A.      No.

9        Q.      So there are no comparables other

10  than this LR 1 for the Philomena in August of

11  2017?

12       A.      Not that I remember of.

13       Q.      How about the Honami, were there

14  any comparable sales in August of 2017, for the

15  Honami?

16       A.      I do not remember either.

17       Q.      Okay. In fact, you do not remember

18  any sale because it was not the LR 1 sale,

19  correct, because the LR 1 compared with the

20  Philomena, is that correct? Is that a yes?

21       A.      So because we are talking about the

22  Honami here, so I am a bit -- on both ships I do

23  not remember the comparables.  And what I remember

24  is that there were very few, if no, comparables.

25                   And on the LR 1 I have that

1  specific recollection of that pump roomer I

2  mentioned.

3          Q.     So what did you consider as for the

4  market information at the time you did the

5  valuations in August 2017?

6          A.     Well, when there is not enough or

7  no recent comparables we look at other sizes.  We

8  look at market sentiment.  We look at many other

9  things.  And in this instance this is an exercise

10  that we had done on those two specific ships a

11  couple of times just before summer already.

12              So we knew already what our

13  positioning and inherent view of the value of

14  those ships were just before the summer.  And,

15  therefore, we, how shall I put it, we looked at

16  the transition from before the summer as to the

17  date of the valuation request, and made an

18  adjustment if necessary.

19              But as I recollect it was more or

20  less in line as our feeling as just before the

21  summer.

22          Q.     So was that the summer of 2017?

23          A.     Yes, it was.

24          Q.     So you are saying you did

25  valuations on these two vessels in the summer of

1  2017, before August of 2017?

2          A.     Yes, informal valuations.  So no

3  certificates were issued.  So it was just an

4  exercise run.

5          Q.     Why did you do that?

6          A.     Because we were contacted by the

7  ship owner to do so. We were contacted by the

8  owner.  This is frequent in our industry, to have

9  owners who go value shopping, let us put it that

10  way, and they contact a few brokers to try and get

11  the highest value they can on their ships.

12              And we were contacted in March, I

13  think, and, I think, June.  So we had looked

14  already in detail at the ships, but in neither of

15  the cases we were asked to issue a certificate.

16          Q.     Do you recall what the valuations

17  were on the vessels in March and June of 2017?

18          A.     Not exactly, but in -- not exactly,

19  but in line with what we issued in August.

20          Q.     Are you saying that they were the

21  same or about the same valuations in Exhibits 30

22  and 31 for the Honami and the Philomena, at about

23  17.5 million for the Honami, and about 24 million

24  for the Philomena?

25          A.     Correct.

1        Q.      Do you have any records at BRS to

2    reflect these internal -- informal valuations that

3    you did?

4        A.      It is possible it appears on a

5    database when we call the ship.

6        Q.      Did you personally do these

7    informal valuations, or did someone at BRS do

8    them?

9        A.      No, someone else at BRS.

10       Q.      Do you know who that was?

11       A.      I think, I am not sure, it was

12    Mr Ritsos, and possibly Mr Charvet too.

13       Q.      So did you see any difference in

14    the market from October 2016 through August 2017,

15    for the sale of the Philomena type and Honami type

16    vessels, the LR 1 and the handy, did you call it a

17    handy max?

18       A.      A handy size.

19       Q.      Handy size vessel?

20       A.      The market dynamics were not the

21    same, indeed, and that was reflected on the

22    valuations.

23       Q.      What changed?

24       A.      The sentiment was eroded,

25    especially on the larger size.

1      Q.     So when you say the sentiment

2   eroded, do you mean that the valuations decreased?

3      A.     Yes, as the certificates show.

4      Q.     And when you say larger size

5   vessels you mean the --

6      A.     I mean -- I am sorry, I mean the LR

7   1, the Philomena, therefore, as compared to the

8   Honami.

9      Q.     -- and why had the sentiment eroded

10  for larger size vessels in 2017 versus 2016?

11     A.     I have no particular reply to this.

12  Market sentiment, dynamics, spot market, the

13  chartering.

14     Q.     There were just no comparable

15  sales, right?

16     A.     The mood was pretty negative.

17           MR KLEIN:  Let us -- we are going

18  to take a quick break, 5-minute break.

19           (Off the record at 5.31 pm)

20              (Recess taken)

21           (On the record at 5.55 pm)

22           MR KLEIN:  Mr Wauthier, we are back

23  on the record.  It is Neil Klein again.

24     Q.     So you said that in 2017, you

25  looked at the market dynamics, the eroded

1  sentiment, comparable sales, and that the mood was

2  pretty negative, that is my recollection, is that

3  your recollection?  Did I phrase that correctly?

4        A.    Yes, I was trying to explain the

5  difference, the transition between October to

6  August, so...

7        Q.    Yes. So I would like to know in

8  August 2017, when you did the valuations that are

9  reflected in Exhibits 30 and 31 for the Honami and

10  the Philomena, what market dynamics you looked at?

11        A.    Part of the valuation process is

12  subjective.  So we look at comparables.  We look

13  at market data that might not be comparables.  And

14  there is also the chartering activity et cetera.

15  And when I mentioned market dynamics is -- we also

16  have an opinion, a sentiment as to where it is and

17  how it is evolved, and that is what I was

18  referring to.

19        Q.    So let us talk about the Philomena

20  specifically, you said there were no comparable

21  sales in 2017, correct?

22        A.    No, I never said that.

23        Q.    Well, tell me what comparable sales

24  you considered for the Philomena, its valuation in

25  2017, August 2017.

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018**                                    Page 188

1        A.      We did not use one as such because

2    I do not believe there was one recent enough.  So,

3    again, as I was mentioning if I recollect well,

4    the closest LR 1 sold to that was a few months

5    before.  It was maybe of a similar age, but much

6    less in value.  And although she was a pump roomer

7    we adjusted the valuation.  Apart from that in the

8    discussion I do not recall using any other

9    comparable.

10       Q.      So did I misunderstand you when I

11   thought you said that you did not consider the LR

12   1 because it was a different vessel?  Are you now

13   saying that you did consider the LR 1 that was

14   sold previously?

15       A.      We looked at it and we did not use

16   that value as a benchmark.

17       Q.      So you did not use it as a

18   benchmark, so it was really not a comparable sale,

19   was it?

20       A.      It was a comparable ship.  To the

21   extent it is in the same market, same size.

22       Q.      But you did not consider it --

23   sorry, go ahead.

24       A.      Well, I would say -- we considered

25   it, but decided that despite that sale that would

1   place the value of the Philomena way too low so we

2   adjusted upwards.

3            Q.     You adjusted the Philomena upwards,

4   is that what you said?

5            A.     Well, if --

6            Q.     You adjusted it up --

7            A.     -- I am sorry, what is your

8   question?

9            Q.     -- go ahead.

10           A.     What is your question?

11           Q.     You said -- you just testified that

12  you adjusted it upwards, did you mean you adjusted

13  the valuation upwards of the Philomena in

14  August 2017?

15           A.     Yes, but as compared to what?  What

16  I am trying to say is that when we undertook the

17  valuation of the Philomena in 2017, we looked at

18  all the elements that I have several times

19  repeated today, what is available in the market as

20  a relevant information in terms of sales, the

21  market dynamics, any other element that could

22  help.

23                  We had already made that exercise a

24  bit before the summer at the request of the owner.

25  So we knew what our opinion was so we had data

1   points.

2              Then we look at how to adjust from

3   before the summer as to a couple of months later,

4   end of August 2017. There was nothing major in

5   between that time that could be considered as a

6   relevant sale.  The only thing that may have been

7   considered was that LR 1, but it was --

8         Q.    Mr Wauthier --

9              MR WISE:  Can we let him finish the

10  answer.

11        A.    -- but it was a pump roomer, and we

12  believed that if we had used that benchmark only

13  the value would have ended up too low.  So there

14  is always a subjective part also in making a

15  valuation.  And in this instance it is -- that is

16  what we did.

17  BY MR KLEIN:

18        Q.    -- Mr Wauthier, I am going to ask

19  you again, I do not want to hear generalities on

20  what you would do in a valuation like you just

21  told me, I want to know specifically what you

22  considered in August 2017, for the valuation of

23  the Philomena.  Tell me specifically for that

24  vessel what you considered to get to the value of,

25  "about $24 million".

 1              MR WISE:   Asked and answered.
 2    Objection. You can answer.
 3         A.    I do not have a reply to that.
 4    BY MR KLEIN:
 5         Q.    Other than the LR 1 that you just
 6    testified to, I want to know specifically what you
 7    reviewed in reaching your valuation.  What you
 8    considered?
 9         A.    I think I just -- I said it several
10    times.  So I cannot say it again.  And you do not
11    want me to say it again.
12         Q.    What did you specifically consider
13    for the Honami in August 2017, in reaching the
14    valuation of, "about $17.5 million"?
15         A.    I do not recall.
16         Q.    Do you have any notes in your file
17    at BRS that would show what you considered?
18         A.    No, I do not believe so.
19         Q.    And you testified that there was
20    only one consideration benchmark sale, which was
21    the LR 1, in 2017, were there any handy size
22    comparable sales in 2017?
23         A.    Just make sure, again, I did not
24    say for the whole of 2017, that was the most
25    recent one. I do not know for -- what happened

1   before. I do not remember what happened before in

2   2017.  This is what I said earlier.  So there may

3   have been some other sales and I do not remember

4   of them.

5              Now, when it comes to the Honami I

6   do not recollect either.

7         Q.    So is it your testimony that the

8   market in 2017, for the Honami vessel was the

9   same?  That you considered the same market

10  dynamics?

11        A.    As to what? Sorry.

12        Q.    Exactly, what market dynamics did

13  you consider for the Honami in August 2017?

14        A.    We look at -- okay, we do look at

15  comparable sales wherever they are, deals that we

16  know and can be considered as benchmark.  We are

17  in the market as to we also know what negotiations

18  are going around, whether they fail or not, and

19  the reason why they fail or not. We use market

20  sentiment, market data, various different elements

21  that make us reach an opinion, and all of us as a

22  team go through that.  So I am very sorry if I am

23  not giving you a comparable.

24        Q.    Mr Wauthier, you are not answering

25  my question.  My question was, what did you

1   specifically consider for the Honami vessel.  Not

2   generally what you considered. If you can recall.

3   If you do not recall then just tell me.

4           A.      Well, then I do not recall.

5           Q.      And your file does not reflect it

6   either, correct?

7           A.      No.

8           Q.      Okay.  And the same for the

9   Philomena, you do not recall either, or do you

10  other than the LR 1 that you mentioned?

11          A.      I do not recall.

12                  MR BRUCCULERI:  Madam Court

13  Reporter, we sent over some exhibits overnight for

14  the witness, one of them was a coloured document

15  called Annual Review 2018, can you hand a copy of

16  that to the witness and counsel.

17                  THE COURT REPORTER:  Jody is having

18  a look for it.

19      (Exhibit 56 marked for identification)

20                  MR WISE:  So we have marked this

21  next in order?

22                  THE COURT REPORTER:  56.

23  BY MR KLEIN:

24          Q.      So, Mr Wauthier, the Philomena is a

25  2010 build, correct?

1     A.     Yes, she is.

2          Q.     So is that a fairly new build, or

3     is that a -- what do you consider a new build and

4     an older build?

5          A.     I am sorry?

6          Q.     What do you consider a new build

7     for a vessel or an old build?  Could you give me a

8     range of between a brand new vessel, a tanker, an

9     LR 1 in this case, and an old one that is about to

10    be scrapped?  What is the range of time for

11    valuations? What is a new build? What is an old

12    build? What is a medium build? Medium size?

13         A.     A new build is not in the water.

14    Modern ships will be 5 to 6 years old.  So she is

15    average.

16         Q.     So would an 8 year old build be

17    average, is that what you say? I am sorry, I

18    misunderstood --

19         A.     Yes --

20         Q.     -- on average --

21         A.     There is no terminology for it.  So

22    she is not modern, but she is not old yet.

23         Q.     -- and we are talking about the

24    Philomena and the Honami, right?

25         A.     -- yes.

1        Q.      If you know, in today's market at

2    what stage do tankers get scrapped?  How old are

3    they generally when they enter the scrap yard?

4        A.      It vastly depends.  But say for the

5    sake of answering about 20 years old.

6        Q.      So the builds for the Honami and

7    Philomena are 2010 build, is -- at 8 years old is

8    an average age?  Or is that on the newer side?

9        A.      I am very sorry if I am repeating

10   myself, it is -- it cannot be considered as old

11   which will start, say, from year 12 or 13, but it

12   is not modern any more. So it is in between ages.

13   She is middle aged.

14       Q.      Thank you, she is middle aged.

15   Thank you.  That is good.

16              So can you go to page 54 of this

17   document and then I am going to ask if you have

18   seen this Annual Review 2008 by BRS Group,

19   Shipping and Shipbuilding Markets?  Sorry, 2018.

20   Have you seen this document before?

21       A.      Yes, I have.

22       Q.      Can you tell me what this is?

23       A.      This is a document issued by our

24   company on a yearly basis that we call the annual

25   review.

1          Q.     Do you know when this document came

2   out?

3          A.     I would say March 2018. Ballpark.

4          Q.     Did you have any input into

5   preparing this document?

6          A.     No.

7          Q.     No input on the information that

8   went into the document?

9          A.     Exact.

10         Q.     Okay. Can you go to page 54?

11         A.     Yes.

12         Q.     And I want you to look at the

13  left-hand column, the second last paragraph.

14         A.     Yes.

15         Q.     I am just going to read it and then

16  I am going to ask you some questions.  I believe

17  it says.

18                "This year's price evolution (value

19  changes from January to December 2017) for

20  secondhand crude tankers showed further declines

21  in all segments for the oldest units, while modern

22  ships managed to gain a few percentage points."

23                Do you see that paragraph?

24         A.     I do.

25         Q.     Then if you look on the right-hand

1   side in the middle of the second column on page 54

2   you will see something that says:  "Value changes

3   from January 2017 to December 2017", do you see

4   that section?

5          A.     Yes, I do.

6          Q.     So the columns, there are 5 of them

7   starting with VLCC, Suezmax,  Aframax & LR2,

8   Panamax & LR1 and MR2, so which category would the

9   Philomena fall under of those categories I have

10  just listed?

11         A.     LR 1.

12         Q.     LR 1. So under the column at the

13  top that has resale 5 years, 10 years and

14  15 years, what does it mean where it say minus 5

15  per cent under resale for an LR 1?

16         A.     The chain of value between the 1st

17  January and 1st December for a resale.

18         Q.     So it went down, so a brand new

19  ship on resale went down 5 per cent, is that

20  correct?

21         A.     It is correct.

22         Q.     Okay. So the next column over, 5

23  year vessel increased in value by 2 per cent, is

24  that correct?

25         A.     It is correct.

1        Q.      And then a 10 year build goes down

2    by 3 per cent?

3        A.      Yes, that is what it shows.

4        Q.      And then the 15 year old, the old

5    girls minus 16 per cent, correct?

6        A.      Yes.

7        Q.      Okay. So in terms of a 2010 build

8    at 8 years are we in between the 5 and 10 year

9    columns which range between 2 per cent increase

10   and minus 3 per cent reduction?

11       A.      Yes.

12       Q.      Okay. So -- go ahead.

13       A.      No.

14       Q.      You can answer. Okay. So if it is 2

15   per cent positive swing for a 5 year old vessel,

16   and a minus 3 per cent for a 10 year old, where

17   does the 2010 build vessel fit in under this

18   chart?  What are we in? Are we going to take an

19   average in the middle?

20       A.      I do not have a reply to that.

21       Q.      So even assuming that the Philomena

22   falls under the 10-year column at minus 3 per

23   cent, and BRS states:

24              "...that modern ships managed to

25   gain a few percentage points."

```
1                    How is that in your valuation you

2    reduced the value by 10 to 12 per cent in the same

3    time period?

4         A.     In the same time period?

5         Q.     Yes. Your valuation is in August

6    2017, correct?

7         A.     It is.

8                    MR WISE:  Objection, lack of

9    foundation.  But go ahead.

10   BY MR KLEIN:

11        Q.     I believe you testified earlier

12   today that the reduction from 27 million to 24

13   million, the range from 26.5 to 27 million, was 10

14   to 12 per cent, do you recall that?

15        A.     I do, yes.

16        Q.     So if you saw the value of the

17   Philomena as having been reduced by 10 to 12 per

18   cent from your valuation in October 2017, until

19   the August 2017 valuation, how is that BRS in its

20   annual review for an LR 1 considers that:  "Modern

21   ships managed to gain a few percentage points",

22   which I think you would agree that the Philomena

23   is one of those vessels, right, because it is not

24   an old girl, correct?

25                    MR WISE:  Objection, vague and
```

 1  ambiguous.

 2          A.      I said earlier it is not modern.

 3              MR KLEIN:  Yes.

 4          Q.      So if the column of BRS shows an LR

 5  1 a 10 year old build being reduced by only 3 per

 6  cent how is it that you reduced the valuation over

 7  2016 through 2017 by 10 to 12 per cent?

 8              MR WISE:  Objection, vague and

 9  ambiguous.  Lacks foundation. Argumentative.  But

10  go ahead.

11          A.      I do not have all the details of

12  it. Shall I answer?

13              MR KLEIN:  No, go ahead.

14          A.      I do not hold all the data points,

15  and as I was saying I was not involved in

16  producing that document you just showed us.

17              But to give a -- shed just a bit of

18  light there is an age issue here which I think

19  maybe you are not taking into consideration to the

20  extent that the ship we are talking about is 2010

21  build, when we valued her in 2016 she was 6 years

22  old.

23              When we valued the same ship in

24  2017 she was 7 years old.

25              So there is already an age effect,

1    a mechanical age effect, if that makes sense.

2                      And apart from that, it seems that

3    what you are trying to imply is that there was a

4    certain stability throughout 2017, as this may be

5    pointing to.  And I think this is what I

6    confirmed, mentioning that through informal

7    valuations in March and June, and then through the

8    formal one that we did in August, all the -- we

9    always were in line.  So I do not see an

10   inconsistency.

11           Q.     So you do not see an inconsistency

12   between a reduction by 10 to 12 per cent in your

13   evaluation from October 2016 to August 2017, when

14   the tanker market seems to have gone down by only

15   3 per cent according to BRS's own calculations,

16   correct?

17           A.     I am very sorry, but --

18                  MR WISE:  Objection, lack of

19   foundation.  Assumes facts.  Go ahead.

20           A.     No, because the ship going from

21   2016 to '17 became older.  So the value would have

22   decreased.  We are not -- you were saying at the

23   start that we should compare apples and apples,

24   and it is not the case here because we are not

25   comparing a ship of the same age.  And after that

1   the data shows to me nothing inconsistent with

2   what we have provided. So, in short, I disagree.

3                    MR KLEIN:  Let us go off the record

4   for 2 minutes.

5                 (Off the record at 6.21 pm)

6                    (Recess taken)

7                 (On the record at 6.23 pm)

8                    MR KLEIN:  Thank you, Mr Wauthier,

9   I have no more questions.

10                    MR BRUCCULERI:  We will switch

11   places here. It will only take 5 minutes and we

12   will be back on.

13                 (Off the record at 6.22 pm)

14                    (Recess taken)

15                 (On the record at 6.32 pm)

16                    MR BRUCCULERI:  Mr Wauthier, I

17   think we were previously introduced when I was in

18   London 2 weeks ago.  My name is Frank Brucculeri.

19   And I represent the specially appearing owners of

20   the vessel Philomena in connection with the action

21   about which you are giving testimony today. Thanks

22   for your patience.  I will try to be as efficient

23   as possible in covering a few other subjects that

24   Mr Klein did not cover and, perhaps, going over a

25   few areas where I ask some additional questions. I

1    ask that you bear with me a little bit because

2    when you ask questions in this context you are

3    going to end up jumping around from subject to

4    subject in a little bit less than linear fashion.

5    I think I can, generally speaking, speak a little

6    more quickly than Mr Klein.  And if for some

7    reason, again, you do not understand my question,

8    or if you or Reporter needs me to slow down please

9    let me know.  I am happy to do that.

10           Q.     Okay?

11           A.     Okay.

12           Q.     Thank you. Let us start with where

13   we left off just for the sake of convenience, you

14   indicated that the difference in valuation, or one

15   potential difference in the valuation,

16   specifically of the Philomena, between your 2016

17   October valuation and the August 2017 valuation,

18   was that the vessel was another year older,

19   correct?

20           A.     Yes.

21           Q.     And that is something that

22   evaluators take into account when they are looking

23   at comparables, for example, of vessels, you know,

24   comparing one that is a year older or 2 years

25   older and another vessel that is 1 or 2 years

1    younger, right? You look at those things and try

2    and compare, even though they are not the same

3    year build, right?

4            A.      Correct. Yes.

5            Q.      Let us assume that all other

6    attributes of an LR 1 tanker were the same as the

7    Philomena, is there an understood percentage

8    reduction, if you will, from year to year of a

9    vessel within the average age category?

10           In other words, 1 year difference

11   from 2016 to 2017, for example, of the Philomena

12   compared to another vessel exactly the same except

13   perhaps a year older or a year newer?

14           Is there an understood percentage

15   that impacts the value of the vessel for valuation

16   purposes?

17           A.      5 to 6 per cent usually.

18           Q.      And that is 5 to 6 per cent per

19   annum?

20           A.      Per annum.

21           Q.      Okay. And is that something that is

22   understood in the industry, or something that is

23   understood and applied in terms of how you value

24   ships at BRS?  Or both?

25           A.      It is both.

TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA
Mr. Gregory Wauthier on 05/15/2018                    Page 205

1          Q.      Do you find it odd that that

2    difference is not necessarily reflected in the

3    chart that we looked at in Exhibit 56 when it

4    comes to LR 1s?  For example, that when you are

5    looking at the difference between a 5 and 10 year

6    vessel we only have a total of a 5 per cent change

7    on the basis of your suggestion that the 5 per

8    cent per annum that should be a 25 per cent or 30

9    per cent difference?

10         A.      I am sorry, where?

11         Q.      Looking at the last page of

12   Exhibit 56, there is the chart that we looked at

13   with Mr Klein, you notice, again, for the LR 1

14   that the change, the delta in 2017, from January

15   to December, according to the fine folks at BRS,

16   was for 5-year vessels 2 per cent, and for the

17   10-year vessels minus 3 per cent that reflect a

18   Delta over that 5-year term of only 5 per cent?

19                 MR WISE:  Objection, lack of

20   foundation.

21                 MR BRUCCULERI:  I have not finished

22   the question yet, but your objection can stand if

23   you like.

24                 MR WISE:  It does.

25   BY MR BRUCCULERI:

1      Q.     So the question was, related to

2  that difference I note a 5 per cent difference

3  between 5 year old vessels and 10 year vessels on

4  this chart, first of all, is that correct?

5      A.     I did not understand the question.

6      Q.     The question is, if you look at the

7  chart for Panamax and LR 1 on the last page of

8  Exhibit 56, you see that a 5-year vessel had an

9  increase of 2 per cent, generally speaking, and a

10  10-year vessel had a decrease of minus 3 per cent,

11  so the difference over that 5-year span, from 5 to

12  10 years, at least as reflected in this chart, was

13  5 per cent, have I got that right?

14              MR WISE:  Objection, vague and

15  ambiguous.  Lack of foundation.

16      A.     I am not sure because the 5 years,

17  the 2 per cent, does not relate to the age towards

18  the 10 years old.  It is just the change of value

19  for a 5-year old at the start of the year towards

20  the end of the year.  So it is not related towards

21  the 10 years old --

22  BY MR BRUCCULERI:

23      Q.     So the difference in the change in

24  value between the 2-year qualifications of 5 years

25  and 10 years is 5 per cent?

1              MR WISE:  Objection --

2    BY MR BRUCCULERI:

3              Q.    If you look at both of these, the

4    5-year old vessels changed by 2 per cent, the

5    10-year old vessels by minus 3 per cent, right?

6    That is correct?

7              A.    -- that is what it says there. It

8    is also --

9              Q.    Okay --

10             A.    -- I am --

11             Q.    -- I am sorry. Go ahead.

12             A.    No, please.

13             Q.    So what I am saying is the

14   difference is between the 5-year old vessels and

15   the 10-year old vessels the percentage changes, it

16   is 5 per cent?

17             MR WISE:  Objection, vague and

18   ambiguous.  Lacks foundation.

19             A.    No, I do not understand. I do not

20   think so. I do not relay.

21   BY MR BRUCCULERI:

22             Q.    You do not see that the difference

23   between a 5-year old vessel and a 10-year old

24   vessel that is reflected in this chart is a

25   percentage difference of 5 per cent change?  That

1   if 5-year old vessels changed -- gain 2 per cent

2   and 10 year old vessels lost 3 per cent, the

3   difference is 5?  Between 2 per cent positive and

4   3 per cent negative?

5              MR WISE:  Objection, vague and

6   ambiguous.  Lacks foundation.

7   BY MR BRUCCULERI:

8        Q.    That does not make sense to you?

9        A.    I do not see it that way. Another

10  way of saying it is that although we take into

11  consideration 5 or 6 per cent to adjust for age it

12  is not linear, because what I mean here is that it

13  does not mean that if we value a 1 year old we can

14  infer the value of a 19-year old or a 10 year old

15  or an 8 year old.  This is something that is a

16  rule, or that is an equation that works for ships

17  that are very close in age in any case.

18              After that in any market you have a

19  large number of submarkets, and this is what is

20  represented on the charts.  The submarkets as

21  defined by the age categories.

22       Q.    Okay.  I think you answered the

23  question.  So each year of depreciation generally

24  reflected by 5 or 6 per cent is based upon the,

25  you know, basically percentage depreciation of the

1  vessel over her 20 or 25-year life, that is, sort

2  of, where that calculation comes from, is that

3  right?

4          A.    I do not have a reply to that. I do

5  not know.

6          Q.    Well, correct me if I am wrong,

7  this is BRS's document, right, what that chart

8  that we are looking at at the bottom right of the

9  last page of 56 says with regard to LR 1 vessels

10  is that from -- on the whole, on average, that

11  from January 2017 to December 2017, 10 year old

12  vessels, LR 1s, dropped by minus 3 per cent?

13          A.    That is what it is saying, yes.

14          Q.    Is that kind of data, .1 of the

15  kind of data point that BRS is looking at when it

16  tries to value a ship like the Philomena?

17          A.    I am very sorry, because the line

18  cut a bit can you repeat you question? You went

19  blurred.

20          Q.    You should not complain about me

21  getting blurry, it can be only be an improvement,

22  but, okay.

23                MR WISE:  I think there was a drop

24  in the sound, Frank, so can you repeat the

25  question?

1            MR BRUCCULERI:  All right. No
2    worries, I think I can.
3            Q.    So what I want you to confirm is,
4    or to tell me is, you referred a number of times
5    in your answers to Mr Klein's questions to you and
6    BRS looking at market dynamics and market data,
7    right, it seems that in looking at Exhibit 56 this
8    document itself, and specifically the chart that
9    we are looking at, the large page of Exhibit 56,
10   demonstrates that BRS is trying to keep track of
11   market data and look at trends, right?
12           A.    Yes.
13           Q.    So -- my point, I guess, is that
14   this document reflects the information that BRS
15   compiled at the end of the year in order to put
16   out the document that it had in-house, right?
17           A.    Yes.
18           Q.    So did you not have, or did you
19   have access to that same data when you were
20   looking at value in the Honami and the Philomena,
21   both in October 2016 and August 2017?
22           A.    Well, this document has been
23   issued, I believe, in March or April this year, so
24   I would assume, I am replying to your question,
25   finalized in February.  So there is a lot of

1  intelligence that may have accumulated since end

2  of August until the end of the year and the start

3  of the New Year.

4              As for the rest of the question I

5  think, as you rightly said, I replied to Mr Klein.

6  We took into consideration all relevant elements

7  that were available at the moment we did the

8  valuations.

9      Q.     No, I understand that.  And I think

10 you most unfortunately have repeated that numerous

11 times. So we will talk about that in a little bit

12 more detail in a second.

13             So what I am getting at is, is

14 there any in progress data like that reflected in

15 this 2018 report that you had access so you could

16 see what the trend looks like for the last year,

17 for example? Or for the last 6 months?  Or for the

18 last 5 years?  Whatever it happens to be at any

19 given time when you are doing the valuation?

20             Is there anything you can go look

21 at and say, well, this is the data that has been

22 kept up to now and I can look at that trend?

23     A.     The data in question for the data

24 points you mention are most importantly sales or

25 valuations we made which we use, I assume, for

1    those data points.

2                    I do not know what are behind those

3    data points.

4                    But the chart you are referring to,

5    again, is made in hindsight through an

6    accumulation of data.  When we provide a valuation

7    we look at all the data again we have available

8    the same way. So I can say -- what I can say is

9    that any data used to make this chart that we had

10   available up until end of August 2017, we looked

11   at to provide the valuation.

12           Q.    But what data was that, if any, is

13   the question.  What specific market trend data

14   with regard to LR 1s did you have access to and

15   look at in connection with providing the August

16   2017 valuation of the Philomena?

17           A.    Well, taking the risk of repeating

18   myself the main one is relevant sales and

19   benchmarks, what we call the last dones.

20           Q.    You mentioned one LR 1 ship that

21   was not really a comparable and you valued up from

22   there?

23           A.    Exactly.

24           Q.    And I got that. So I --

25           A.    And, again, the fact that because

1  we had run the exercise internally already in

2  March, already internally in June, what we had to

3  do as well is understand how perception of the

4  value had changed since the last time we valued

5  her since it was not so long ago, and we decided

6  that there were also no significant elements that

7  would justify a change of opinion as the opinion

8  we had just before the summer.

9          Q.      -- I did hear that testimony.  And

10  you were not involved in providing the

11  valuation -- you personally were not involved in

12  providing the valuations in March and June to the

13  owner?

14          A.      No, I was not.

15          Q.      Were you aware of what those

16  valuations were somewhere in the system?

17          A.      Yes.

18          Q.      You were, all right. And what would

19  you have been aware of?  The figures or the

20  analysis on which they were based, or both?

21          A.      No, just the value that was given

22  over the phone.

23          Q.      And that is -- that was reflected

24  in your file, correct?

25          A.      We do not have a file in the

1    database if I look at the ship.

2          Q.      Okay. So if you look in your

3    database we should find, essentially, evidence of

4    two separate phone calls or communications between

5    the vessel owner and BRS providing an approximate

6    value?

7          A.      You should find a log of a

8    colleague mentioning so.

9          Q.      And would that -- would it have

10   been appropriate in providing that estimate or

11   valuation to the owners to have provided them with

12   a range of either of those 2 dates, or would it

13   need to have indicated about?

14         A.      We do not --

15         Q.      Consistent with the change?

16         A.      -- we do not issue a mock valuation

17   as such.  So I do not know what the content of the

18   discussion is exactly. The range or about is not a

19   discussion point in the log, I am afraid.

20         Q.      Okay. It would indicate -- it would

21   not indicate if they had, for example, sent a text

22   message to owners giving a range of values for

23   both vessels in your system if -- if the person at

24   BRS with whom owners were dealing with had sent a

25   text message to the owner with a range of values,

1  would that range be reflected in that log on your

2  system if the person at BRS had followed BRS's

3  custom and practice for putting that information

4  in?

5          A.      I would assume so.

6          Q.      Okay. Does -- other than the

7  figure, though, I take it from what you said there

8  is no indication of what the data points were that

9  were considered by the person providing those

10 figures that gave rise to them providing those

11 valuations?  What comparable sales?  What market

12 data?  Or anything else for that matter? Just the

13 figures that are reflected in the system, is that

14 right?

15         A.      That is right, yes.

16         Q.      I thought I understood before when

17 you were answering Mr Klein's question you say

18 that you did not look at the October 2016,

19 valuations when you gave consideration to

20 providing the August 2017 valuations, is that

21 correct?

22         A.      It is correct.

23         Q.      But here you are indicating that

24 you did look at and consider the valuations that

25 were informally provided to owners back several

1   months to half a year from the date of August 2017

2   valuation, is that right?

3          A.      It is right.

4          Q.      And because they were nearer in

5   time?

6          A.      No, because the gap, the time gap

7   was not long enough for us to decide it was not

8   relevant to the extent that the market had not

9   moved much, if at all, in between then, which is

10  not the case from October 2016, which was way too

11  far in the past.

12         Q.      So what you are saying is in BRS's

13  estimation, and specifically in your estimation,

14  that the market for LR 1 tankers like the

15  Philomena dropped 10 to 12 per cent between

16  October of 2016 and March of 2017?

17         A.      That is not what I exactly said to

18  the extent that the ship got older in the

19  meantime.

20         Q.      Well, I guess that it got older and

21  your 5 to 6 per cent, drop 5 to 6 per cent

22  difference per annum, I guessed that, but what you

23  are saying is, essentially, correct me if I am

24  wrong, that there was not -- the market did not

25  have a chance to change so much between March and

1    June of 2017 to August to really impact your

2    analysis, correct?

3         A.    I did not say did not have a

4    chance, I say it did not move.

5         Q.    It did not change?

6         A.    No. Yes.  But there is a big

7    difference between having the chance to, or having

8    a move. The shipping markets are very volatile and

9    you can have a drastic change in 3 days and ships

10   can gain or lose a lot of value in 3 days.

11        Q.    Understood.  Correct me if I am

12   wrong, I am gleaning this from what you said, and

13   I am trying to do it quickly, you said,

14   essentially, there was no change in the market

15   from March 2017 to August 2017, for the Philomena,

16   correct?

17        A.    From March to June, we did not see

18   any significant change that would justify a change

19   or the informal discussion we had on the value we

20   thought we would put on the certificate, and it is

21   the same thing that happened between June and

22   August on top of, again, going through a thorough

23   review of what is available.  Was available.

24        Q.    Okay.  So is my statement correct

25   that, essentially, there was little to no change

1    in the market between the March valuation and the

2    August 2017 valuation?

3              A.      Nothing that we deemed should

4    impact the value.

5              Q.      Okay. So that goes back to my first

6    question which was, if there was, essentially, no

7    significant change between March 2017 and

8    August 2017, there must have been a significant

9    change between October 2016 and March 2017?  That

10   is a 5 month period, right?

11             A.      It is.

12             Q.      Is that right? Okay. And based on

13   the change in valuation between October 2016 and

14   the valuations that were consistently arrived at,

15   according to you, between March, June and August

16   2017, we have already established that we have a

17   10 to 12 per cent difference in the value of the

18   Philomena from March -- from August 2017 to

19   October 2016, is that correct?

20             A.      We did not refer to the

21   October 2016 valuation, and I am sure --

22             Q.      I know you did not --

23             A.      -- I am trying to -- I am very

24   sorry, I am starting to get lost in the -- in

25   following the reasoning.

1          Q.        -- all right. You agree with me

2    that there was a substantial change on the order

3    of 10 or 12 per cent in the market between

4    October 2016 and March 2017?

5          A.        I agree there was a change.  I do

6    not agree it was substantial.  The ship got older

7    by a year, and then there must have been, yes, the

8    market adjustment, but I would call it an

9    adjustment, not a substantial change.

10         Q.        Well, the ship did not get older by

11   an entire year between October and March, though,

12   right?  It is only a 5-month period?

13         A.        That is --

14         Q.        It is 5 months older, yes, but it

15   is not a year older, or is it a year older for

16   evaluating purposes?

17         A.        -- it is a year older for

18   evaluating purposes.

19         Q.        Okay. So if we apply your 5 or 6

20   per cent year to year then the market changed

21   because we -- the differences in the value are 10

22   to 12 per cent then the market changed, you know,

23   5 to 7 per cent over that period of time, is that

24   a fair conclusion to reach?  That the market

25   changed between 5 and 7 per cent in real terms

1    taking into account the vessel's age between

2    October 2016 and March 2017?

3            A.     I cannot comment to that to the

4    extent that we did not try to make a link between

5    the October 2016 -- to the informal discussion we

6    had, or they had in March 2017. So this is a

7    potentially right reconstruction, but that is not

8    how it happened.

9            Q.     That is what it comes down.  I am

10   not asking you about what happened, I am asking

11   you about trying to reconstruct, if you will, or

12   deconstruct what we can glean from the testimony

13   you provided, right?

14                  So from the testimony you provided

15   what I am gleaning is that taking into account the

16   vessel's age there was a 5 to 7 per cent

17   diminution in the market from October 2016 to

18   March 2017.  I am not saying that you -- you came

19   to that conclusion separately at some point, but

20   we come to that conclusion now fairly given your

21   expertise as a shipbroker and ship valuer?

22           A.     It is not unreasonable.

23           Q.     Okay. Now, what -- you have used

24   some terms and I will go back to them here -- well

25   let's do this, I think you answered this, you do

1  not recall as you sit here today whether there

2  were any comparables for the Philomena, for

3  example, in October 2016, right? Correct?

4          A.      Yes, I do not remember those

5  valuations whatsoever.  That is correct.

6          Q.      Okay. And your file in terms of

7  your database would not reflect whether any

8  comparables were considered?  In other words,

9  there is no way to reconstruct exactly what you or

10  BRS was looking at when it came up with the

11  figures for the valuations that were provided in

12  October 2016, correct?

13          A.      We would need to look at sales at

14  the time, but it would be hard to reconstruct,

15  that is correct.

16          Q.      Now, that said, you have been doing

17  this for a little while, you seem like a

18  reasonable and very intelligent man, and I know

19  2016 is not like it was 20 years ago, can you give

20  us a fair estimate of what the market was like in

21  2016?  I mean just in general terms if I ask you

22  about that?

23          A.      Not really.

24          Q.      Okay. So if I ask you to tell me to

25  give me your best recollection whether or not

1   there would have been any comparable sales to look

2   at in the marketplace for the Philomena in

3   October 2016, when that valuation was being done

4   you could not tell me one way or the other?

5           A.      I know we had some.  We were able

6   to reach an informed and collaborative value at

7   the time.  I just do not recall how.

8           Q.      How do you know you had some?

9           A.      Because I do not remember stumbling

10  on trying to get down to the value.

11          Q.      So if you do not have any

12  comparables does that create a need for you to

13  stumble, as you put it, to come up with a value?

14          A.      If not stumble it creates, yes, the

15  need for additional emphasis on, I am going to use

16  that phrase you do not like, but emphasis on other

17  market dynamics and other elements to reach a

18  valuation.  It is not something we had to do in

19  2017, '16. '17. Sorry.

20          Q.      So fair to say then if I said to

21  you the market was depressed when it came to LR 1

22  tankers in October 2016, to the point that there

23  were no possible comparable sales for those

24  vessels at the time you could not give me an

25  opinion one way or the other as to whether that

1  was true?

2          A.     Is that your question?  I am sorry,

3  I do not understand --

4          Q.     My statement is -- my statement is,

5  agree or disagree, there were no comparable sales

6  for vessels like the Philomena in October 2106?

7          A.     I do not recall.

8          Q.     Period. Okay. And let me ask you

9  this then hypothetically, if there were no

10  comparable sales, if that were, in fact, true, no

11  comparable sales for vessels like the Philomena of

12  the same age or different ages?  Simply absolutely

13  no market, right, could BRS fairly and properly

14  provide a valuation based upon what a willing

15  buyer and a willing seller would arrive at?

16                MR WISE:  Objection, vague and

17  ambiguous.

18          A.     Yes, we would issue a valuation.

19                MR BRUCCULERI:  All right.

20          Q.     So you would issue one, but can you

21  fairly provide a valuation of what a willing buyer

22  and a willing seller would pay and buy at where

23  there is absolutely no market?

24                MR WISE:  Objection, vague and

25  ambiguous.

1          A.      Yes.

2                  MR BRUCCULERI:   Okay.

3          Q.      You indicated earlier that this is

4    not an exact science, and I get that, so there is

5    a good deal of subjectiveness in the valuation

6    process, correct?

7          A.      Correct.

8          Q.      And that creates a certain

9    potential margin for error, or margin for

10   differences as between values provided by, say,

11   one broker and another broker, right?

12         A.      Right.

13         Q.      Okay. (Pause) Sorry, I lost my

14   train of thought for a second.

15                         (Pause)

16                  MR WISE:   Could we have a short

17   break?

18           (Off the record at 7.02 pm)

19               (Recess taken)

20             (On the record at 7.09 pm)

21   BY MR BRUCCULERI:

22         Q.      As you sit here today can you say

23   what specifically changed in the market for LR 1

24   tankers between October 2016 and 2017, to account

25   for that approximately 5 to 7 age -- 5 to 7

1   percentage age adjusted decrease in the valuations

2   during that period of time?

3          A.     No.

4          Q.     No? Is -- in your experience is

5   that a particularly large decrease during that

6   shorter period?

7          A.     It is -- it can be considered

8   closely as common, as a change, not as a decrease,

9   as a change in value.

10         Q.     Okay. And when you see that kind of

11  a change in value is there often something going

12  on in the market that drives it?

13         A.     Well, yes, okay, it is always

14  driven, or mostly driven by supply/demand conflict

15  on the market, let us put it that way, supply in

16  ships that are out there, demand, the number of

17  cargoes that need to be transported.

18                And there clearly was a lack of

19  dynamism on the demand side, and that generates

20  owners to agree lower charter rates, which means

21  lower income, more -- slightly more pessimistic

22  view and the asset values take from it.

23         Q.     Let us look at Exhibit 29.  That is

24  the 2016 October valuation of the Philomena.  Look

25  at page 2 and the language that -- disclaimer

1  language I think you termed it in the middle of

2  the first full -- second full paragraph on the

3  second page, starting:

4           "It should be underlined that the

5  current market conditions result in very limited

6  activity."

7           (Exhibit 29 previously marked)

8              Do you see that?

9      A.    I do.

10     Q.    We have already established that

11 the language starting there and ending with the

12 last sentence:

13           "The above opinion therefore does

14 not purport to reflect formal bids and offers in

15 any particular negotiation."

16           That language is language that is

17 not found in the 2017 valuation, correct?

18     A.    That is correct.

19     Q.    Let's talk about the language

20 specifically. And I will read each sentence I want

21 to talk a little bit about. The first one:

22           "It should be underlined that the

23 current market conditions result in very limited

24 activity."

25           All right. Let's start there, can

1  you say one way or the other whether that

2  statement was true with regard to the market

3  conditions for vessels like the Philomena in

4  October 2016? Was there very little market

5  activity?  Or limited market activity?

6        A.    There was low market activity, but

7  not in existence.

8        Q.    So is that -- was it true there was

9  very limited activity then?  In other words, was

10 that a true statement?

11       A.    I would not call it a true

12 statement to the extent that, again, we are trying

13 to replace a sentence out of a template disclaimer

14 towards live market conditions dating a year and a

15 half ago.

16       Q.    To the best of your ability.

17       A.    To the best of my ability I would

18 say it is not necessarily reflecting the situation

19 at the time.

20       Q.    Okay. Because you believe there

21 were comparables in the marketplace at that time,

22 correct?

23       A.    I do. And I also believe --

24       Q.    All right?

25             MR JAMIESON:  Do you want to

1   finish?

2          A.      -- and also I believe that this

3   sentence and paragraph should not have been there

4   in the first place.

5                  MR BRUCCULERI:  Fair enough.

6          Q.      And had you ever voiced your

7   objection to that sentence before in any valuation

8   that had been issued under your signature?

9          A.      No.

10          Q.      Okay. So your view is that this

11   statement was not true at the time because there

12   were comparables even though you cannot tell us

13   what those comparables were?

14          A.      I am sorry?

15          Q.      Correct?

16          A.      No, repeat --

17          Q.      Your view is that this -- your view

18   is that this first statement that I just read into

19   the record was not true at the time you gave this

20   valuation because there were comparables, and you

21   say that even though you cannot tell us about any

22   specific comparables in the marketplace at the

23   time?

24          A.      -- that is correct.

25          Q.      Okay. The next part of the

 1   statement says:

 2                    "...and more often than not the

 3   usual spread between 'offer & bid' is very wide."

 4                    First, I think that is wrong, I

 5   think offer and bid, should it not be asked and

 6   bid?  If they were trying to get right?  Isn't

 7   offer and bid the same thing as opposed to asking

 8   price and the bid price?

 9        A.    That is a question I should ask

10   you. It is a legal term.  I am not familiar with

11   it.

12        Q.    Very good then.  So do you

13   understand what is meant by that language?

14                    "...more often than not the usual

15   spread between 'offer & bid' is very wide."?

16        A.    Do I understand the sentence are

17   you asking?

18        Q.    Yes, do you understand what that

19   means?

20        A.    I do.

21        Q.    All right. What does it mean in

22   your view?

23        A.    One of the reasons why it is

24   difficult in current market conditions is that you

25   will have difficulty finding a marketplace and

```
 1   people agreeing on the same price or on the same
 2   value.
 3            Q.     So where there is no market
 4   activity is what they are saying that the asking
 5   prices or the selling -- the asking prices and the
 6   bid prices are really far apart, such that you
 7   cannot really home in on what a willing buyer and
 8   a willing seller would transact at, is that
 9   correct?
10            A.     No, this is what it is saying, but
11   this is also why we removed it, because we can
12   still have willing buyer/willing seller sales and
13   purchases in those market conditions.
14            Q.     Well, I get that -- you are saying
15   that is your opinion, this language that was in
16   BRS's valuation is the same language as you said
17   yourself undermines that position, correct? It
18   suggests to the contrary?
19            A.     It is the reason we removed it.
20            Q.     Okay. But it strongly suggests to
21   the contrary, right?  I mean this language if
22   taken at face value suggests you really can have a
23   willing buyer/willing seller price where there is
24   no market? Correct, that is what is the purpose of
25   this disclaimer was and why you removed it?
```

1        A.      The confusion it created is

2   unfortunate because the valuation we issued was on

3   a willing buyer/willing seller basis.

4        Q.      Exactly.  But as you said earlier

5   this language very much strongly undermines that

6   position, suggests that in a situation where there

7   is no market you cannot fairly provide a willing

8   buyer/willing seller valuation?  That is what

9   this -- this language that we are looking at that

10  was ultimately taken out of the 2017 valuation

11  suggests, right?  Correct?

12       A.      Not entirely. It is creating a

13  sentiment of confusion.  I agree to that. And it

14  is the reason we removed, because this is not --

15       Q.      You --

16       A.      -- this is not the sentiment, nor

17  the point we wanted to convey.

18       Q.      -- apparently it was because it was

19  in your valuation, October 2016, so if you did not

20  mean to convey it the language would not mean it.

21             I do not want to argue with you

22  about that. What I want you to do is answer my

23  question, which is, you said earlier that the

24  language that we are looking at specifically, as

25  we have outlined it, should be underlined that in

1    any particular negotiation language undermines the

2    position that the valuation is a reflection of a

3    willing buyer/willing seller valuation, right?

4    That was your language.  You used the word

5    "undermined", correct?

6            A.      In the context that it undermines

7    that willing buyer/willing seller basis, yet it

8    was not, first, our objective.  And, second of

9    all, it is on a willing buyer and it was a willing

10   seller basis.

11           Q.      I know, and I am not trying to

12   dissuade you of that because clearly I am not

13   going to.

14                   But what I am doing is asking you

15   if these statements are true in the abstract,

16   right. So where there is limited market conditions

17   then the spread between offer and bid, or ask and

18   bid is often very wide, you have admitted that is

19   correct, so where there are limited market

20   activity, correct?

21           A.      Yes, but limited --

22           Q.      Is that a true statement?

23           A.      -- limited does not mean

24   non-existent which means that transactions are

25   occurring.

 1          Q.     I am sorry, I am not getting any

 2     volume, so I did not hear that answer?

 3          A.     Limited does not --

 4                 MR BRUCCULERI:  Can you read it

 5     back.

 6                 (Preceding answer read back)

 7          A.     -- I said limited does not mean

 8     non-existent, so there are transactions happening.

 9          Q.     I understand.  But what I am trying

10     to understand is that generically -- is that

11     generally a true statement?

12                        (Pause)

13                 MR KLEIN:  Nothing is touching the

14     microphone.

15                        (Pause)

16                 MR BRUCCULERI:  Let me see if I

17     repeat my last question.

18          Q.     So the phrase:

19                 "It should be underlined that...

20     current market conditions result in very limited

21     activity and more often than not the usual spread

22     between 'offer & bid' is very wide."

23                 Is that, generally speaking, a true

24     statement where there are limited -- where there

25     is very limited activity in the market?

1        A.      I cannot say it does not.

2        Q.      Say again?  I am sorry.

3        A.      Okay.  I know the sentence, okay,

4   please ask the question again?  I am sorry.

5        Q.      I did not hear your answer. But if

6   there was one I am sorry.

7                (Preceding answer read back)

8        Q.      It does not make sense to me. So

9   the question was, is that a true statement where

10  there is a very little activity in the market? Yes

11  or no?

12       A.      Well, I cannot say it is not.

13       Q.      Okay. Let's look at the next

14  sentence:

15               "The valuation of a 'forced sale'

16  would not be at the same level of price and it is

17  unrealistic to certify a willing seller/willing

18  buyer value for the simple reason that there are

19  very few willing sellers at this time."

20               I will stop there.  So the question

21  specifically there is, is that true with regard to

22  the valuation of a forced sale that where there is

23  a forced sale transaction you cannot use it to

24  certify a willing seller/willing buyer value?

25       A.      No, unfortunately, not.  And here I

```
 1   have to -- and here I have to, again, say although

 2   this is mostly unfortunate, that we had a template

 3   disclaimer, and it clearly shows that it was a

 4   paragraph that should not have been there.  So it

 5   was our mistake to leave it there.

 6                  And especially if you go just a bit

 7   beyond for the sentence you just asked me to

 8   comment, and where you decided not to take into

 9   consideration:  "Especially for modern tonnage

10   such as the above" when we have already stated

11   that the Honami was not, or would not consider her

12   as modern.

13                  What I am trying to convey is that

14   if a sale is occurring, and as long as you have

15   the right to sell and the right to buy you are in

16   a willing buyer/willing seller situation.

17                  And here what we have is

18   potentially a confusion of terms in the statement

19   on the -- what willing is.

20        Q.    I understand? And -- but because it

21   was in a document issued by BRS I have reasonably

22   the right to ask about it.  I understand your

23   position about it.

24        A.    I understand --

25        Q.    What you just said -- yes, for what
```

1  you just said, correct me if I am wrong, you are

2  saying even a forced sale price is indicative of

3  the market, and can be considered by an evaluator

4  such as yourself or BRS in arriving at a willing

5  buyer/willing seller valuation?

6      A.     -- no, what I said is that a forced

7  sale can be considered a willing buyer/willing

8  seller. The market will know as a buyer,

9  therefore, if there is an element of distress, and

10 a forced sale, the forced nature will be reflected

11 in the price. I can say that.

12     Q.     So the -- I understand.  So the

13 question I had is, do you believe it is

14 appropriate for an evaluator to consider a forced

15 sale price in providing a valuation that requires

16 it be reflective of what a willing buyer and

17 willing seller would transact at?

18     A.     If -- a forced sale will belong to

19 the market and we will basically adjust and adapt,

20 to answer your question.

21     Q.     So you would not take a forced sale

22 value as a blanket -- as a willing buyer/willing

23 seller value for comparable purposes?

24     A.     That is not what I said, I am

25 afraid, no.  We would take a forced sale as a

 1   willing buyer/willing seller, or at least I would.

 2   However, I would not take that into consideration

 3   fully as a relevant benchmark.

 4          Q.     You would discount on it based upon

 5   the fact you knew it was a forced sale?

 6          A.     Depending on the conditions, yes.

 7          Q.     Now, the fact that this paragraph

 8   uses the term, "especially for modern tonnage" and

 9   that you just said that you did not believe that

10   Philomena to be modern tonnage as that term was

11   understood, does that suggest that -- well, strike

12   that.

13               To me it suggests that this

14   paragraph was intended to be somewhat else, and

15   not a disclaimer that is in every single

16   valuation?

17          A.     I concur.

18          Q.     That was your testimony earlier was

19   it not, right?  Concur?

20          A.     I concur.

21          Q.     So can you say one way or the other

22   whether this paragraph was in every single

23   valuation that was issued by BRS in October of

24   2016?

25          A.     I do not have a reply to that. I do

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018**                          Page 238

```
 1   not know.

 2          Q.     All right. Do you know if it was

 3   just used in the tanker market?

 4          A.     I do not know.

 5          Q.     Do you know if it ended up in this

 6   agreement -- in this valuation by accident

 7   somehow?

 8          A.     I do not know.

 9                 MR JAMIESON:  It is half past 7

10   now.

11                 MR BRUCCULERI:  I am sorry?

12                 MR JAMIESON:  It is half past 7.  I

13   was just letting you know the time over here.

14                 MR BRUCCULERI:  Thank you.

15          Q.     Next sentence is:

16                 "In the present market conditions,

17   the only sellers today are those who have no...

18   choice but to sell, and, therefore, cannot be

19   qualified as 'willing'."

20                 So the question I have for you, if

21   that were true, if the market conditions were such

22   that only sellers -- the only sellers were those

23   who had choice but to sell, do you believe that

24   that is a true statement, that those sellers who

25   had no choice but to sell could not be qualified
```

1  as willing?

2          A.     No, I do not.  I think it is -- and

3  although it is into a BRS certificate it is in

4  this instance a wrong understanding and use of the

5  term, "willing".

6          Q.     Okay. What do you mean by that?

7          A.     It is --

8          Q.     Why is it wrong?

9          A.     -- it is misleading for French

10  speakers because it is very close -- okay, try

11  that. It is misleading.  "Willing" has, I

12  understand, and in the purpose of valuations means

13  capable of, whereas here it certainly, and was

14  intended as just wanting to.

15          Q.     All right. All right. So I

16  recognize that you do not have a file to look at

17  that reflects exactly what the market sentiment

18  was, or the market data was, or the market gossip

19  was at the time that the valuations that we are

20  here talking about today were issued, that is to

21  say both in October 2016 and August 2017, but what

22  I want to know, and following up on Mr Klein's

23  question is, what information you mean to convey

24  by saying you considered market sentiment.  So

25  what do you mean when you say, "market sentiment"?

1    What are you specifically looking at when you are

2    looking at a valuation of a vessel that reflects

3    market sentiment?

4            A.     This is the subjective part of the

5    valuation work, and it is how we consider the

6    market to be.  So we do not have to look at

7    something in particular.  It can be a forged

8    opinion from discussions with other brokers, other

9    owners, our colleagues and our experience of the

10   market when we see the trends, and when we see the

11   movements or the lack of movements.

12           Q.     Okay.

13           A.     Which is what we do all day long.

14           Q.     Your general feeling about the

15   market based upon you say conversation with

16   owners, conversation with sellers, prospective

17   sellers, prospective buyers, conversation with

18   your co-workers, conversations with other brokers,

19   and just your general subjective feelings based

20   upon all of that data, correct?

21           A.     Correct.

22           Q.     Okay. And then you say, "market

23   data" what do you mean specifically is included in

24   your review and analysis of market data?

25           A.     It can be surveys.  It can be

1    articles.  It can be analysis provided by other

2    brokers.  It can be anything that is hard and

3    tangible out there, but is not another ship sale.

4            Q.      The other comment you used earlier,

5    phrase you used earlier was that the mood was

6    negative, can you explain what you meant by that?

7    "The mood was negative", I think you were

8    referring to the August 2017, valuations of the

9    vessels?

10           A.      This is another way of talking

11   about sentiment.

12           Q.      Okay. Let us take a look, Erich, if

13   we could identify for the witness the email that

14   you gave us last night?

15                   MR WISE:  Sure.

16                   MR BRUCCULERI:  This morning and we

17   will pass that as number 57.

18       (Exhibit 57 marked for identification)

19   Does the witness have the record?

20                   MR WISE:  Yes.

21                   THE WITNESS:  I do.

22   BY MR BRUCCULERI:

23           Q.      I think Mr Klein asked you, and you

24   substantiated that you knew Mr Wauthier -- that

25   you knew Mr Feldman before you were asked to give

```
 1   valuations on the Philomena, correct?

 2          A.     That is correct.

 3          Q.     And you had done maybe 10 or 15

 4   other valuations for Mr Feldman or his group?

 5          A.     It is -- I do not have an exact

 6   number, but, yes, that is correct.

 7          Q.     Okay. And had you had prior

 8   conversations with Mr Feldman about the valuations

 9   that he provided in those other 10 or 15 cases?

10          Was there -- had you had occasion

11   to speak directly with Mr Feldman in connection

12   with the work you did on those other 10 or 15

13   valuations?

14          A.     I am sorry, again, there was noise

15   on your end, can you repeat the question, please.

16          Q.     Certainly.  Did you have occasion

17   to have direct telephonic communications with

18   Mr Feldman with regard to any of the other 10 or

19   15 valuations that you did for him?

20          A.     Yes.  That was for him and his

21   predecessor, Mr Jackson.

22          Q.     What was Mr Jackson's first name?

23          A.     Derek.

24          Q.     Okay. And is it normal for you to

25   have conversations with the party asking you for
```

 1    the valuation, especially when it is a bank?

 2                    MR WISE:  Objection, vague and

 3    ambiguous.  And the reason it is vague and

 4    ambiguous is --

 5                    MR BRUCCULERI:  I do not need a

 6    reason. I do not need a reason.  Your objections

 7    can stand.

 8                    MR WISE:  Okay, I thought maybe I

 9    could help with the question.  But go ahead.

10                    MR BRUCCULERI:  It is all right, no

11    need.

12        A.    We provide, for example, valuations

13    for Mr Feldman and his group for ships they own.

14    So it is not as lender.

15                    Also provided valuations when they

16    were looking at projects, container projects with

17    CMA, but that was to Mr Jackson, so they wanted to

18    have an idea of the value of the underlying

19    assets.

20                    Otherwise I -- in most cases I do

21    not know if a valuation comes to me, if it is for

22    a lender I do not know who is asking for it.

23        Q.    Does your file here at BRS, your

24    computer data for these ships, reflect that

25    Mr Feldman or anyone with his group checked in

1   with you at other times to ask for your informal

2   opinion as to the value of either the Honami or

3   the Philomena?

4          A.      Mr Feldman never informally,

5   informally contact me to check the valuations of

6   the Honami or the Philomena.  The only time he did

7   it was for the Philomena after she was arrested.

8          Q.      That was not my question.  And I

9   appreciate that in part answers my question.

10             The question was, does your file,

11  does your database reflect that he asked anyone,

12  not just you, anyone at BRS their informal opinion

13  at any time for the valuation of either the Honami

14  or the Philomena?

15         A.      No, it does not show. I am sorry, I

16  do not understand the question.

17         Q.      No, the question was if you

18  looked -- what is available to you, you said

19  earlier that there is a log, and on that log you

20  can see that BRS gave valuations to the owners

21  informally in March and June, right?

22         A.      Yes.

23         Q.      So my question was, is there any

24  similar log or notation that anyone from Bank of

25  America or Mr Feldman's group asked for an

```
 1   informal valuation of the vessels at any time?

 2          A.      Okay.

 3          Q.      As well?

 4          A.      I am sure there are not.

 5          Q.      And why are you sure?

 6          A.      Well, because I would have been the

 7   one he asked, and he did not.

 8          Q.      Looking at the email that we marked

 9   as Exhibit 57 that is dated January 29th, 2018,

10   and this is an email from you to Mr Feldman,

11   correct?

12          A.      Yes, that is correct.

13          Q.      Why were you sending an email to

14   Mr Feldman?

15          A.      Mr Feldman, after the arrest of the

16   Philomena, mentioned that there might be a

17   possibility to look at a sale of the ship.  I am a

18   shipbroker and I tried to position myself to sell

19   the ship.

20                  Because the ship was arrested,

21   however, he asked me to make a list of all

22   documents that a positive buyer would like to look

23   at so that they could approach whoever was in

24   charge of keeping those documents in one go,

25   instead of having several back and forth.  And
```

1    this is why I sent that list to Mr Feldman.

2            Q.      Can you tell me whether as a result

3    of the conversation that you had with Mr Feldman

4    in which he told you that they were interested in

5    looking at the potential sale of the ships, that

6    is the Philomena, correct?

7            A.      Yes.

8            Q.      Whether or not you had discussions

9    with any of your compatriots there at BRS about

10   that information?

11           A.      I did.

12           Q.      Okay. So with whom did you speak?

13           A.      With whom did I speak?

14           Q.      Yes. Who did you tell that

15   Mr Feldman and his group were interested in

16   possibly selling the vessel?

17           A.       Well, I was not sure whether he

18   would sell, not he, the court, so I was not fully

19   understanding the process, but I wanted, yes, to

20   position ourself, BRS, as soon as possible.

21                   In our world the speed of

22   information is paramount.  So I did not speak to

23   anyone, but I sent an email internally saying that

24   the ship had just been arrested and there will be

25   market movement on her very likely, so we should

 1    commit her owners and potential buyers, i.e.  to

 2    speak with potential buyers to make them aware of

 3    the situation.

 4         Q.    Is that, in fact, what BRS did

 5    based upon a contact from Mr Feldman?  Did they go

 6    out to speak to potential buyers?

 7         A.    I am sorry?

 8         Q.    Did BRS, whether it be yourself or

 9    any of your compatriots there at BRS, go out and

10    solicit potential buyers at that point?

11         A.    I do not know about the word,

12    "solicit", but they informed potential buyers out

13    there that the ship had been arrested and they

14    should keep warm.

15         Q.    I missed the second part of that,

16    and they should keep what?

17         A.    They should get ready if anything

18    happens.  Our job as shipbroker is to make people

19    aware, make owners aware, and so this is exactly

20    what we did.

21         Q.    So had Mr Feldman not called you

22    and told you about this situation you would not

23    have any reason to have made potential buyers

24    aware of the market for the vessel that was under

25    arrest and possibly going to be sold, right?

1        A.      Well, I would have because we have

2   found out she was arrested, but at a later stage.

3        Q.      You did not know at that time that

4   she had been arrested?

5        A.      No.

6        Q.      So if you had found out that she

7   had been arrested you would, as a matter of

8   course, have gone out to the marketplace, as you

9   say, and informed potential buyers of that

10  activity or potential activity, is that right?

11       A.      Sorry, I dozed off.  Say again.

12       Q.      So if ... if you had learned about

13  the vessel's arrest from some other source you

14  would have gone out to the marketplace and advised

15  potential buyers of the situation?

16       A.      Yes, with the -- "the marketplace"

17  seems a bit wide. We did not -- my colleagues and

18  I did not contact too many owners.  It is that

19  kind of information and the type of potential

20  buyers you do not have that many out there and the

21  information is private.  So the answer is, yes,

22  but "to the marketplace" is a bit too wide.

23       Q.      Okay.  So you contacted some of the

24  owners that you know or knew and maybe some

25  brokers as well?

1          A.      No, no, no brokers.

2          Q.      Just owners?

3          A.      Just owners.

4          Q.      Okay.  Because ultimately your goal

5    would be to position in a sale so that you could

6    get a commission on that sale, fair enough?

7          A.      Fair enough. If a sale process

8    starts we would try to generate the offers to be

9    put through us.

10         Q.      So did Mr Feldman call you? The

11   call is reflected in your email, says you called

12   end of last week, did he call you directly?

13         A.      Yes, he did.

14         Q.      And for how long did you speak?

15         A.      I do not remember. We never speak

16   more than a few minutes.  We speak very often, but

17   not long.

18         Q.      What was it that he asked you in

19   that conversation to the best of your

20   recollection?

21         A.      In the conversation that is

22   referred into that email here?

23         Q.      Correct.

24         A.      At the start of our discussion

25   about that exhibit I explained if a sale process

1  was to occur we did not want to have too many back

2  and forth towards anyone in charge of the relevant

3  documentation that any potential buyer would like

4  to look at.

5              So we wanted to make a request in

6  one single package.  So that was the purpose of

7  the call, to let me know that, and to ask me for

8  the lists of documents in question.

9       Q.    And at the time he called you knew

10 that the vessel was still owned by Hurricane,

11 correct?

12      A.    I did not ask myself the questions.

13 I knew she was arrested in Los Angeles.

14      Q.    But that was not under new owners,

15 she still was owned by Hurricane, right?

16      A.    Yes.

17      Q.    Yes? Did he ask you for any

18 information at all about valuations of that ship,

19 given the fact that she was under arrest and a

20 potential sale? What she might bring by way of a

21 sale under the circumstances?

22      A.    We talked about it.

23      Q.    And what, if anything, did you tell

24 him if you can recall?

25      A.    I think I remember something, but

1  it may be completely wrong.  So I do not know for

2  the purpose of the court, of this deposition

3  whether this will be sensible, but I have a figure

4  of 17 million in mind.

5        Q.    Okay. So long as that represents

6  your best recollection that is fair enough.

7             Is that a figure that you shared

8  with the owners with whom you spoke about the

9  potential sale of the vessel?

10       A.    No, I do not think so. To be honest

11  I personally did not speak to anyone, and I do not

12  think we stipulated any value, so I do not know

13  what my colleagues did.

14       Q.    You would have shared that

15  information with your colleagues, correct?

16             MR WISE:  Objection, vague and

17  ambiguous.

18  BY MR BRUCCULERI:

19       Q.    The information about your call

20  with Greg?

21       A.    The fact that we needed documents,

22  yes. For sure.

23       Q.    Did you have any subsequent

24  conversations with Mr Feldman after this email was

25  sent?

```
 1          A.      Yes, he --

 2          Q.      How many?

 3          A.      -- one.

 4          Q.      Okay. And when did it occur

 5   approximately, if you can recall?

 6          A.      Just a few days after that email,

 7   so I do not know the dates, but it was very

 8   shortly after that email.

 9          Q.      Did you call him or did he call

10   you?

11          A.      I do not remember.

12          Q.      Can you tell me everything you can

13   recall about that conversation?

14          A.      I am sorry?

15          Q.      Can you tell me everything that you

16   can recall about that conversation?

17          A.      Okay. Yes, he told me that the

18   process would take longer than anticipated, and

19   that if we had tried to start to market the ship

20   we should stop.

21          Q.      Anything else?

22          A.      Not that I recall.

23          Q.      What did you tell him, if anything?

24          A.      Not that I recall.

25          Q.      Nothing? You cannot recall anything
```

1   that you said to him in response to that news?

2          A.     No, because I did not think or feel

3   there is much I could do in any case.

4          Q.     That sounds like that was an

5   exceedingly short conversation.

6          A.     Yes, it was a short conversation.

7          Q.     Correct?

8          A.     Yes, it is correct, it was a short

9   conversation.

10         Q.     As a result of that second phone

11  call with Mr Feldman in which he told you if you

12  tried to market the ship it was going to take too

13  long to stop, what, if anything, did you do?

14                MR WISE:  Objection, vague and

15  ambiguous.  Lack of foundation.

16         A.     I asked my -- I told my colleagues

17  to stop talking about her if they had done so.

18  BY MR BRUCCULERI:

19         Q.     And how did you do that?

20         A.     I sent an email internally.

21         Q.     What did it say?

22         A.     I do not remember.

23         Q.     Does BRS consider chartering market

24  conditions relevant in valuing the ship?

25         A.     We use them as a potential source

 1   of information, but I would not call them

 2   relevant.

 3           Q.      And why are they not relevant?

 4           A.      To the extent that it is a good

 5   indicator to partly forge sentiment, although it

 6   is not on what is -- we do not rely on that

 7   information to decide on the values.

 8           Q.      With regard to the 2017 valuations

 9   of the Philomena or the Philomena one, August, you

10   indicated earlier that you had looked at one

11   comparable, and that was the singular comparable

12   month back, correct?

13           A.      I indicated that, yes, we looked at

14   a ship that was a pump roomer.  Other sales were

15   made, but they are a refinancing exercise so

16   absolutely not a comparable.

17           Q.      And that is the only comparable

18   that you can recall either referring to as part of

19   the valuation process in August 2017, for

20   Philomena, correct?

21           A.      Yes, that is correct.

22           Q.      So fair to say that the market, at

23   least for the LR 1 Philomena was completely dead

24   at that point?

25           A.      It was low, maybe not completely

1  dead, but low, yes.

2        Q.    Was there any distressed sales that

3  were taken into account that you can recall?

4        A.    No.  And I would have let you know

5  otherwise.

6        Q.    Were -- did the market data that

7  you had available to you show you that there was a

8  wide disparity at that point in the market between

9  asking prices and offering prices for vessels like

10 the Philomena?

11       A.    No.

12       Q.    What do you recall about what the

13 asking prices and offer prices were for vessels

14 like the Philomena in August of 2017, if anything?

15       A.    I do not remember any movement at

16 the time.

17             MR JAMIESON:  Have you got a lot

18 more because we are 5 minutes to 8.

19             MR BRUCCULERI:  I am sorry?

20             MR JAMIESON:  Have you got a lot

21 more because we are 5 minutes to 8 here in the UK.

22             MR BRUCCULERI:  Yes, I understand.

23 I do have a lot more.  And I will either keep

24 asking questions until you guys tell me I cannot

25 ask questions any more. How about that?

1              MR JAMIESON:  What about you find a
2    convenient break point in topics or logic, I am
3    not, obviously, trying to dictate anything to you,
4    but if there is a convenient point shall we reach
5    it and then rearrange?
6              MR BRUCCULERI:  Sure. Sure. I will
7    finish this line of questioning and then we can --
8    yes.  If you are five to 8 we can break then. So
9    thank you, counsel.  And I recognize it is late.
10   Apologise.  It was equally early for us this
11   morning at 5.00 am.
12         Q.    So how does the spot market affect
13   valuations in your view, if at all?
14         A.    I am sorry, how does the spot
15   market affect valuations?
16         Q.    If at all?
17         A.    The spot market is the revenue
18   generator, so it is driving the sentiment on the
19   owner's side.  That is the best and most concise
20   reply I can give you.
21         Q.    So from that perspective it is
22   given that consideration?
23         A.    On the --
24         Q.    In that context?
25         A.    -- on the other side, on the way

```
 1   they tackle their investment or divestment

 2   decisions, yes. And we just try to follow that

 3   because there is always a lag between what the

 4   spot market is giving and the value of a ship.

 5           Q.      What kind of lag generally is

 6   there?

 7           A.      It is not possible to reply to

 8   that.

 9           Q.      Okay. Is there a rule of thumb

10   where a delta that you use at BRS for comparing

11   the value of an LR 1 and MR 1, or do you never

12   compare them when you are trying reach a

13   valuation?

14           A.      No rule of thumb, and we would

15   hardly look at it.

16           Q.      Is there a rule of thumb or delta

17   when you are comparing the value of an LR 1 and an

18   MR 2?

19           A.      Same reply.

20           Q.      I am sorry, what was that reply?

21           A.      There is no rule of thumb and we

22   would hardly look at it.

23           Q.      Okay. Is there a rule of thumb

24   about -- or a delta when comparing an MR 1 and an

25   MR 2?
```

1        A.      Those are closer markets, so no

2   rule of thumb as such, but they would overlap.

3   Interact.

4        Q.      Is there a delta or rule of thumb

5   when comparing ships otherwise the same one that

6   has a deep well pump and the other one that has

7   the pump room type?

8        A.      Yes, we would tend to -- we would

9   try to put a value to it.  So it is not a rule of

10   thumb at all as such.  And I cannot give you a

11   value now because it also depends on the ship's

12   age, but there would be a correlation.

13        Q.      All things considered equal

14   comparing two ships that are identical age and

15   other aspects, one has the pump room type and the

16   other has deep well pumps, there is not like a

17   percentage correlation as to what that might be

18   worth?

19        A.      Not as such because the market

20   changes, and in some market conditions you may

21   have some people who are more after pump roomers.

22               And in some other market conditions

23   you may have people who are more after deep well

24   ships.

25               This being said, a deep well is

1   considered a better ship.

2           Q.     Okay. Is the ... is the IMO

3   capacity of a vessel taken into consideration in

4   arriving at a valuation?

5           A.     You mean IMO notation?

6           Q.     Yes, IMO 1, IMO 2, IMO 3?  In other

7   words, all things considered is an IMO 2 ship

8   otherwise the same as another IMO ship that is an

9   IMO 3 ship more valuable, and if so is there any

10  delta or correlation between the 2?

11          A.     Delta rule of thumb, I do not know.

12  I would not say so.  But an IMO 2 ship can carry

13  more grades of cargos.  Not more grades, but

14  different type of products, so it is a better

15  ship.

16          Q.     And, therefore, should all things

17  be considered equal be more valuable than an IMO 3

18  ship if all other things being the same?

19          A.     Yes.

20                 MR BRUCCULERI:  Okay. Why do not we

21  stop there, guys.  I am still probably half an

22  hour to 45 minutes away from being done, but I

23  understand it is 8 o'clock.

24                 MR WISE:  Frank, this is Erich, I

25  have talked to the witness and to his lawyer and

1  we can come back at 1 o'clock tomorrow, if that

2  is -- since we have that generally set up for

3  Claudia tomorrow and just finish this off while I

4  am here and -- that would be -- in part that would

5  be subject to us, because we cancelled the

6  facilities given that Claudia was not going to be

7  here.  At the very worst we could do it by

8  telephone conference.  We could try to do it again

9  by video.

10            MR BRUCCULERI:  We can go off the

11  record.

12            (Off the record discussion)

13            MR WISE:  Same stipulation that we

14  had for the last deposition, Frank, same

15  stipulation at the end.  We made an agreement at

16  the end of the last deposition that -- about

17  signing under penalty and kind of thing, same

18  stipulation.

19            That if the signed version is not

20  available at the time of any hearing at trial

21  after he has had a chance to look at it.

22            MR BRUCCULERI:  Same stipulation.

23  Give him at least 15 days after he has received

24  it.  15 days to read, review and sign it. And if

25  at any time after that an unsigned copy can be

```
 1   used in lieu of a signed copy for all purposes.

 2                    THE COURT REPORTER:  Because you

 3   are appearing remotely, Frank, you want a rough

 4   and a regular transcript?

 5                    MR BRUCCULERI:  Yes.

 6                    MR KLEIN:  I do not need either of

 7   them.

 8                    THE COURT REPORTER:  Thank you.

 9                    MR BRUCCULERI:  Yes.

10                    MR WISE:  I will need the same.

11          (The deposition adjourned at 8.08 pm)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    CERTIFICATE OF WITNESS

2

3

4

5

6                    I, Gregory Wauthier, am the witness

7     in the foregoing deposition. I have read the

8     foregoing deposition and, having made such changes

9     and corrections as I desired, I certify that the

10    transcript is a true and accurate record of my

11    responses to the questions put to me on Tuesday,

12    May 15th 2018.

13

14

15

16

17    Signed_____

18          Gregory Wauthier

19    Dated this _____ day of_____ 2018

20

21

22

23

24

25

1                 CERTIFICATE OF COURT REPORTER

2

3                 I, Pamela E Henley, Court Reporter,

4     do hereby certify that I took the stenotype notes

5     of the foregoing deposition and that the

6     transcript thereof is a true and accurate record

7     transcribed to the best of my skill and ability

8                 I further certify that I am neither

9     counsel for, related to, nor employed by any of

10    the parties to the action in which this deposition

11    was taken, and that I am not a relative or

12    employee of any attorney or counsel employed by

13    the parties hereto, nor financially or otherwise

14    interested in the outcome of the action.

15

16

17

18

19

20                _____

21

22                    Pamela E Henley

23

24

25

```
 1

 2                         ERRATA

 3      (Please make any amendments or corrections on the

 4      errata sheet and not on the original deposition)

 5    CORRECTION                              PAGE

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22    _____        _____

23

24    Signature                     Date

25
```

**Exhibits**

**WathierG 56**
58:11
193:19
205:3,12
206:8
210:7,9

**WathierG 57**
58:12
241:18
245:9

**$**

**$17.5**  70:4
71:1,10,14
72:17,25
73:9
85:15,20,
24 86:1,
23,25
87:8,12,17
88:2,8,19,
21,22
191:14

**$17.6**  71:24
72:4 73:12
74:3

**$17.7**  72:19
74:3,12

**$18**  71:1,15
73:1
85:15,25
86:23
87:8,17

**$2.4**  97:15

**$24**  78:14,
21 97:1,15
98:13
190:25

**$24.1**  78:7

**$24.2**  78:11

**$26.5**  77:13
96:25

**$27**  77:13
96:25

**$500,000**
85:23

**0**

**0.00**  70:5

**00**  70:11

**1**

**1**  69:6,7
90:19
105:19
124:22
127:17
146:1
148:15
163:19
164:10
169:20
173:21
175:2,6
181:10,22
182:7,10,
18,19,25

185:16
186:7
188:4,12,
13 190:7
191:5,21
193:10
194:9
197:11,12,
15 199:20
200:5
203:25
204:6,10
205:13
206:7
208:13
209:9,14
212:20
216:14
222:21
224:23
254:23
257:11,17,
24 259:6
260:1

**1,464**  149:24

**1,675**  157:6,
17 161:14
162:1
163:2,6
165:1

**1,680**  161:20

**1.25**  65:20

**1.27**  65:22

**1.434,000**
149:21

**1.54**  82:19

**10**  69:7
73:1,5
85:18,23
87:11,18,
21 97:7,
12,14
98:25 99:7
126:10,16,
23 137:9
142:14,25
144:13,17,
20 147:6
153:23
154:5,6,10
155:7
159:12
197:13
198:1,8,16
199:2,13,
17 200:5,7
201:12
205:5
206:3,12,
18,21,25
208:2,14
209:11
216:15
218:17
219:3,21
242:3,9,
12,18

**10-year**
198:22
205:17
206:10
207:5,15,

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018**          Index: 10.23..2010

23

**10.23**  129:11
130:4

**100**  149:1,
10,13,22,
25 150:5,
6,13,23
151:3,11
153:12
155:9,24
156:4,6,
16,18,21
157:11,20,
22,23
161:3,13,
23 163:7
164:21
165:2,23
166:14,15
167:16,20

**1049.286**
168:4

**10620**  177:13

**12**  99:1,7
130:21,23
151:2,4,13
152:2,6,8,
10,11,15,
16 153:12
155:12,13,
19,24
156:6
157:11
159:8
160:18
161:23

164:21,22
165:2,24
195:11
199:2,14,
17 200:7
201:12
216:15
218:17
219:3,22

**12th**  146:11

**13**  131:19
195:11

**14**  131:2
151:4
152:6,14
164:22

**14.33**  120:16

**1434**
165:17,22

**1434.6**
159:16
160:14
165:6

**15**  133:2
137:10
197:14
198:4
242:3,9,
12,19
260:23,24

**16**  198:5
222:19

**1675**  165:23

**17**  70:4

72:7 87:3
201:21
222:19
251:4

**17.25**  121:14

**17.5**  70:12
72:5,11
73:2 88:24
184:23

**17.6**  72:7,
8,12,21
74:6

**17.7**  72:14

**18,436**
177:2,8

**19-year**
208:14

**19.31**  124:19
125:10

**1s**  205:4
209:12
212:14

**1st**  197:16,
17

———————

———————
**2**
———————

**2**  64:4
84:16
90:20 95:8
105:19
109:21
110:8,13
116:11
121:13

137:21
138:13
145:19
149:9
151:5
152:3,6,
12,15
153:2
164:22
173:4,16
197:23
198:9,14
202:4,18
203:24,25
205:16
206:9,17
207:4
208:1,3
214:12
225:25
257:18,25
259:6,7,
10,12

**2-year**
206:24

**2.06**  82:21

**2.56**  113:1

**20**  195:5
209:1
221:19

**2000**  94:25

**2008**  195:18

**2010**
101:17,25
102:2
103:11

193:25
195:7
198:7,17
200:20

**2011**
103:13,19
106:24

**2016  61:2,9**
64:23
67:14
70:19,24
72:25
73:4,19,23
76:24
77:11,20
83:16
85:25
86:13,16,
22 87:2,7,
25 88:8,16
94:17,24
95:21,22,
25 96:21
97:4,24
98:12,18,
24 99:12,
22 100:7,
12,20,23
105:4,14,
25 106:9
109:23
110:7,15,
22 111:21
112:1,10,
20 113:5,
21,23
114:11,15,

17 134:6,
21 135:14,
25 137:3,7
172:22
176:3
185:14
186:10
200:7,21
201:13,21
203:16
204:11
210:21
215:18
216:10,16
218:9,13,
19,21
219:4
220:2,5,17
221:3,12,
19,21
222:3,22
224:24
225:24
227:4
231:19
237:24
239:21

**2017  61:2,**
12 64:25
66:6,14,17
67:12 68:3
70:19
71:19
73:6,7,19
74:1,12,18
75:11
76:24 78:2
79:1

80:12,20
81:16,23
82:7 83:7,
12,24
84:4,20
86:1,13,24
87:1,13,
22,24
88:9,16
89:1,3,7
90:25
91:3,14
92:18,25
93:11,18,
22 94:1,25
95:6,18
96:21
97:4,24
98:14
99:12,21
101:2,6
105:4
106:5,9
109:23
110:15
111:5,9
112:12
115:5,7
116:23
117:4
118:13,20
120:18
134:4,13,
16,21
137:21
144:23
145:3,8
146:8,11

158:11
162:4
164:6,16
165:8,12
166:7
168:1,15,
20,21
171:16,19
173:8
175:25
176:24
180:4,7,25
181:8,18
182:11,14
183:5,22
184:1,17
185:14
186:10,24
187:8,21,
25 189:14,
17 190:4,
22 191:13,
21,22,24
192:2,8,13
196:19
197:3
199:6,18,
19 200:7,
24 201:4,
13 203:17
204:11
205:14
209:11
210:21
212:10,16
215:20
216:1,16
217:1,15

218:2,7,8,
9,16,18
219:4
220:2,6,18
222:19
224:24
226:17
231:10
239:21
241:8
254:8,19
255:14

**2018**
118:10,16
119:3,18,
21 120:10,
16,19
121:14,19,
25 122:12
123:14,21
124:5
125:10,23
126:20
128:7
129:11
130:4
146:5
193:15
195:19
196:3
211:15
245:9

**2106**  223:6

**24**  78:4
84:10
184:23
199:12

**24th**  133:24

**25**  205:8

**25-year**
209:1

**26.5**  98:13,
23 199:13

**27**  98:13,23
199:12,13

**28**  64:12,
14,15,22,
23,24
65:14 66:4
70:18,20
71:15
82:22
83:16
85:4,9,11,
15 88:20
94:17
109:20
110:7,22
111:22
113:5,7
114:18
137:18

**29**  64:24
66:4
76:16,17,
21,22
77:5,7,11
82:23
83:16
94:17
96:11,12
110:22
111:22

113:5
114:18
137:18
225:23
226:7

**29th**  245:9

**2nd**  116:6,7
118:10,16
119:3,10,
17,20
120:10,16,
22

_____

**3**

_____

**3**  84:17
95:8
102:20
105:1,5,8,
12,17,20,
24 106:4
121:1
126:11
138:1,7
151:7
173:16
198:2,10,
16,22
200:5
201:15
205:17
206:10
207:5
208:2,4
209:12
217:9,10
259:6,9,17

**3,000**  166:2,
6

**3.10**  113:3

**3.59**  120:19
121:18,25
122:12
123:14,21
124:5
125:23

**30**  62:22
63:1,14,17
64:19,24
66:5
69:20,22
71:10,19
72:16
80:24 81:1
82:13,23
84:20
85:4,11,18
88:20
92:24
93:10,25
109:18
137:18,20
138:7
145:16
158:10
163:19
164:5
184:21
187:9
205:8

**31**  62:22
63:2,15
64:24 66:5
76:15,17,

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018**                    **Index: 32..6.32**

19  77:22,
25  79:5
80:2,20
82:13,23
84:20
92:24
93:10,25
96:12,13
137:18
145:16
150:10,24
151:2,11
155:13
156:6
157:21
158:10
160:20
161:19,22
163:19
164:5
176:20
184:22
187:9

**32**  115:14,
15  133:18
137:13
167:12
176:8

**33**  115:21,
22  119:11
121:13
124:18,21,
25  125:9
127:17
129:6

**34**  128:24,
25  129:10

130:9

**35**  65:15
85:9

————————
————————
**4**

**4**  82:25

**4,600**  151:1

**4,603**  150:17

**4.26**  159:3

**4.47**  159:5

**41813.856**
167:16

**42667**  167:18

**45**  259:22

————————
**5**

**5**  69:7
109:11,14
122:11
194:14
197:6,13,
14,19,22
198:8,15
202:11
204:17,18
205:5,6,7,
18  206:2,
3,11,13,
16,24,25
207:16,25
208:3,11,
24  211:18
216:21

218:10
219:14,19,
23,25
220:16
224:25
255:18,21

**5-minute**
112:24
186:18

**5-month**
219:12

**5-year**
205:16,18
206:8,11,
19  207:4,
14,23
208:1

**5.00**  256:11

**5.2**  153:23
154:6,7,13

**5.31**  186:19

**5.4**  148:14,
18  151:23
154:2,14
155:6,18
159:14
160:8
167:15

**5.55**  186:21

**5.6**  149:18
152:23
153:4
159:15
160:9
167:15

**5.8**  151:23

**54**  195:16
196:10
197:1

**56**  193:19,
22  205:3,
12  206:8
209:9
210:7,9

**57**  241:17,
18  245:9

**5th**  120:19
121:10,14,
19,25
123:14,21
124:5
125:23
126:20
128:20

————————
**6**

**6**  133:23
137:14
194:14
200:21
204:17,18
208:11,24
211:17
216:21
219:19

**6.21**  202:5

**6.22**  202:13

**6.23**  202:7

**6.32**  202:15

**6th** 124:19
  125:10,13,
  14,16
  128:23

---

**7**

**7** 106:25
  200:24
  219:23,25
  220:16
  224:25
  238:9,12

**7.02** 224:18

**7.09** 224:20

**7th** 125:12
  128:7,15

---

**8**

**8** 176:15,17
  194:16
  195:7
  198:8
  208:15
  255:18,21
  256:8
  259:23

**8.08** 261:11

**8.5** 176:6,
  19 177:11

**80** 148:22

**823** 160:20

**82355** 156:14
  160:19

161:2

**82360** 150:15
  151:3
  155:14
  156:7,23
  157:2
  160:20
  161:18

**83** 160:19

**83260** 156:15

**83789.3**
  148:22
  149:9
  155:8
  157:17
  159:16
  160:12

**8379** 156:14

**84,000** 156:1

**84,035**
  161:3,24

**84,040**
  161:17

**84035** 156:2,
  4,22
  157:2,12

**8440** 161:11

**85,498**
  155:10,14

**850** 167:22,
  23,24

**85498** 149:15

**86,963** 150:8

**86963** 151:6,
  10,12

**8th** 129:11,
  17 130:4

---

**9**

**9** 176:16,17

**9.21** 128:7

**98** 148:24,
  25 149:12,
  19 155:8
  156:13,18,
  23 157:20
  160:11
  161:2,12
  163:7
  164:21
  165:2,23
  166:14
  167:15,19

---

**A**

**ability**
  227:16,17

**absolutely**
  82:10
  223:12,23
  254:16

**abstract**
  232:15

**acceptable**
  72:5

**access**
  122:2,10

144:4
  210:19
  211:15
  212:14

**accident**
  238:6

**account**
  97:18,21
  98:20
  102:13
  173:25
  203:22
  220:1,15
  224:24
  255:3

**accumulated**
  211:1

**accumulation**
  212:6

**accurate**
  98:18
  153:21

**accurately**
  104:2

**acknowledge**
  170:9

**action**
  202:20

**activity**
  113:15
  187:14
  226:6,24
  227:5,6,9
  230:4
  232:20

233:21,25
234:10
248:10

**actual**
133:19

**adapt** 236:19

**add** 149:9
159:17
160:17
166:1
167:25

**added** 126:22
127:3

**addition**
144:7

**additional**
110:6,18
111:12
112:5
166:6
167:24
202:25
222:15

**addressed**
80:10
81:10

**adjourned**
261:11

**adjust** 190:2
208:11
236:19

**adjusted**
188:7
189:2,3,6,

12 225:1

**adjustment**
170:1
183:18
219:8,9

**administrative**
94:13

**admission**
166:21

**admit** 73:11

**admitted**
166:20
232:18

**admonish**
141:4
142:18

**admonished**
140:10

**admonishing**
140:8
141:1

**advised** 67:7
75:20
248:14

**affect**
177:23
178:4,7
256:12,15

**afraid**
214:19
236:25

**Aframax**
197:7

**age** 188:5
195:8
200:18,25
201:1,25
204:9
206:17
208:11,17,
21 220:1,
16 223:12
224:25
225:1
258:12,14

**aged**
195:13,14

**ages** 195:12
223:12

**agree** 140:17
150:16
199:22
219:1,5,6
223:5
225:20
231:13

**agreed** 84:9,
10,19
122:9

**agreeing**
230:1

**agreement**
238:6
260:15

**ahead** 111:15
116:22
122:16
125:5

135:6
140:23
141:5
151:18
162:9
166:11
173:1
188:23
189:9
198:12
199:9
200:10,13
201:19
207:11
243:9

**alleged**
148:1

**allowed**
117:13

**ambiguous**
97:9 98:6,
15 99:14
100:2,15
106:21
107:21
112:14
122:16
139:3
150:19
151:17
200:1,9
206:15
207:18
208:6
223:17,25
243:3,4
251:17

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018      Index: America..assessed**

253:15

**America**
134:13
135:24
244:25

**amount**
108:24
157:7
160:2
161:17
182:6

**analogy**
60:15

**analysis**
213:20
217:2
240:24
241:1

**analyzed**
181:7

**Andrew**
141:17

**Angeles**   59:8
250:13

**Anne-marie**
94:7

**annual**
193:15
195:18,24
199:20

**annum**
204:19,20
205:8
216:22

**answering**
64:2
192:24
195:5
215:17

**answers**
159:7
210:5
244:9

**anticipated**
252:18

**Apavoo**   94:8

**apologies**
59:15
62:18
90:12
116:9
125:17

**apologise**
68:25
121:3
176:10
256:10

**apologize**
162:17,19

**apparently**
231:18

**appearing**
59:12
202:19
261:3

**appears**
185:4

**apples**

157:23
201:23

**Applications**
102:5,7,
12,16,19,
22

**applied**
67:17 68:2
204:23

**applies**
169:19

**apply**   67:20,
25 167:14
219:19

**approach**
245:23

**approximate**
214:5

**approximately**
162:2
167:21
224:25
252:5

**April**   115:9
210:23

**arbitration**
117:23

**Arcachon**
81:19

**areas**   202:25

**argue**   231:21

**argumentative**
95:2 99:14

100:1
112:14
118:22
132:12
140:15
158:2
200:9

**arrest**
245:15
247:25
248:13
250:19

**arrested**
244:7
245:20
246:24
247:13
248:2,4,7
250:13

**arrive**
223:15

**arrived**
218:14

**arriving**
236:4
259:4

**articles**
241:1

**articulated**
105:8

**aspects**
258:15

**assessed**
96:5

**assessment**
  97:3
  104:20

**asset**  225:22

**assets**
  243:19

**assistants**
  94:3,4
  96:9

**assume**
  105:5,6,11
  178:15
  204:5
  210:24
  211:25
  215:5

**assumed**
  139:21

**Assumes**
  106:12
  159:19
  201:19

**assuming**
  161:6
  198:21

**assumption**
  155:17

**attach**
  147:23

**attached**
  124:24
  125:9
  129:5
  159:12

  167:12
  176:7

**attachments**
  93:8

**attempt**
  105:1

**attention**
  149:17

**attributes**
  204:6

**August**  66:17
  78:2
  80:12,20
  81:16,23
  82:7 83:6,
  24 84:4,20
  86:1,13,24
  87:13 88:9
  90:25 91:3
  92:18
  93:11,18,
  22 94:25
  95:6,18
  97:4,24
  98:14
  101:2
  105:4
  106:5
  109:23
  120:18
  133:24
  134:4,13,
  16 137:21
  144:23
  145:3,8
  146:8,11

  158:11
  164:6,16
  165:12
  166:7
  168:1,15,
  20 171:16
  173:8
  175:25
  176:24
  180:4,25
  181:7
  182:10,14
  183:5
  184:1,19
  185:14
  187:6,8,25
  189:14
  190:4,22
  191:13
  192:13
  199:5,19
  201:8,13
  203:17
  210:21
  211:2
  212:10,15
  215:20
  216:1
  217:1,15,
  22 218:2,
  8,15,18
  239:21
  241:8
  254:9,19
  255:14

**average**
  194:15,17,
  20 195:8

  198:19
  204:9
  209:10

**aware**  177:20
  213:15,19
  247:2,19,
  24

─────────
    **B**
─────────

**back**  61:24,
  25 63:24
  75:13,14
  76:20 83:1
  86:4,6
  88:25
  90:18
  91:13
  92:24
  93:4,21
  109:18
  129:16,19
  133:18
  134:24
  135:1,5,7
  137:13,17
  141:23
  150:5
  169:10,13
  181:20
  186:22
  202:12
  215:25
  218:5
  220:24
  233:5,6
  234:7
  245:25

250:1
254:12
260:1

**background**
178:24
179:5

**bad** 171:5

**Ballpark**
196:3

**bank** 102:24
134:13
135:24
243:1
244:24

**Bar** 140:19
142:8

**based** 76:4
125:22
161:13
208:24
213:20
218:12
223:14
237:4
240:15,19
247:5

**basically**
110:3
145:21
208:25
236:19

**basis**
111:12,17
112:8,17
146:14

195:24
205:7
231:3
232:7,10

**bear** 203:1

**bearing**
131:24
154:24

**beg** 73:15

**believed**
190:12

**belong**
236:18

**benchmark**
107:7
188:16,18
190:12
191:20
192:16
237:3

**benchmarks**
96:6
212:19

**bid** 229:3,
5,6,7,8,15
230:6
232:17,18
233:22

**bids** 226:14

**big** 217:6

**bigger**
179:14,17

**birth** 61:13
121:6

128:12

**bit** 86:3
99:1 154:3
162:18
178:23
182:22
189:24
200:17
203:1,4
209:18
211:11
226:21
235:6
248:17,22

**blanket**
236:22

**block** 163:20

**bloody**
151:21

**blurred**
209:19

**blurry**
209:21

**born** 128:18

**bosses** 90:21

**bottle** 119:6

**bottom**
124:22
209:8

**Bouckly** 94:7

**Bownass** 94:6

**brake** 177:6,
8,17

**brand** 194:8
197:18

**break** 82:18
112:24
159:2
186:18
224:17
256:2,8

**breakfast**
59:16

**bring** 250:20

**broke** 169:11

**broker**
224:11

**brokers** 64:4
184:10
240:8,18
241:2
248:25
249:1

**BRS** 64:24
75:1 92:14
102:1,2,3
103:16,22
117:1
122:19,22,
23 123:19
124:12
126:2,7
132:20,21,
23 135:18
144:4
145:7
153:20
168:8

Case 2:17-cv-09010-AGR Document 296-2 Filed 08/24/18 Page 222 of 270 Page ID #:9733
TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA
Mr. Gregory Wauthier on 05/15/2018          Index: BRS'S..call

175:6,11,
16 181:21
185:1,7,9
191:17
195:18
198:23
199:19
200:4
204:24
205:15
209:15
210:6,10,
14 214:5,
24 215:2
221:10
223:13
235:21
236:4
237:23
239:3
243:23
244:12,20
246:9,20
247:4,8,9
253:23
257:10

**BRS'S** 115:11
123:9
201:15
209:7
215:2
216:12
230:16

**BRS/I** 130:7

**Brucculeri**
59:13
65:5,19

79:16
139:8,24
140:16,25
142:5,20
146:19
169:8
178:20
179:4
193:12
202:10,16,
18 205:21,
25 206:22
207:2,21
208:7
210:1
223:19
224:2,21
228:5
233:4,16
238:11,14
241:16,22
243:5,10
251:18
253:18
255:19,22
256:6
259:20
260:10,22
261:5,9

**build** 193:25
194:2,3,4,
6,7,11,12,
13,16
195:7
198:1,7,17
200:5,21
204:3

**building**
67:5

**builds** 195:6

**built** 170:21
173:22
179:23

**Burlington**
134:17
135:24

**business**
103:2

**businesses**
103:3

**buy** 223:22
235:15

**buyer** 111:2,
25 112:8,
18 223:15,
21 230:7
232:9
234:18,24
236:8,16
245:22
250:3

**buyer/willing**
111:12,17,
20 112:11
114:8
230:12,23
231:3,8
232:3,7
235:16
236:5,7,22
237:1

**buyers**

240:17
247:1,2,6,
10,12,23
248:9,15,
20

_____

C
_____

**Cadiou** 67:3
128:5

**calculate**
98:20
150:8

**calculated**
99:5
156:22
157:11

**calculation**
98:9 99:5
149:8
150:6,20,
23 155:9
161:3
209:2

**calculations**
163:16
164:21
201:15

**calculator**
97:18
149:4

**California**
59:9 90:12
142:8

**call** 71:5
80:4

119:1,17
120:5
175:22
185:5,16
195:24
212:19
219:8
227:11
249:10,11,
12 250:7
251:19
252:9
253:11
254:1

**called** 59:7
84:8
102:4,24,
25 107:19
108:3
117:17
119:24
137:4
138:20
144:10
193:15
247:21
249:11
250:9

**calls** 81:13,
21 82:6
84:12
214:4

**camera**
141:23

**cancelled**
260:5

**capable**
239:13

**capacity**
148:20,24,
25 149:2,
23 150:1,
13 151:3,
5,25
152:19,22
153:12
154:1,15
155:8,19,
20,21,24
156:5,6,14
157:9,24
158:12,16
159:8
160:11
163:3
165:18
166:6
167:17,20
176:19,22
177:12
259:3

**capital**
145:22

**career**
101:23
103:9

**cargo** 148:21
150:2
151:24
152:19,22
153:6,7,8
154:1,14,
17,18

157:12
166:17,19,
22 167:5,
6,9 173:14

**cargoes**
225:17

**cargos**
259:13

**carry** 138:9,
16 153:6,8
166:17,19,
22 167:5,
6,9 259:12

**carrying**
165:18
166:6

**case** 67:18
72:12 80:6
89:12
118:7
130:14
141:13
173:23
194:9
201:24
208:17
216:10
253:3

**cases** 86:8,
18 112:16
184:15
242:9
243:20

**cash** 108:5,
9,16,19,25

**categories**
180:14
197:9
208:21

**category**
169:19
170:14
197:8
204:9

**cent** 69:6,
7,8 97:13,
15 99:1,7
109:11,15
148:24,25
149:1,9,
10,20,23
150:1,5,6,
13,23
151:3,11
153:12
155:8,10,
24 156:5,
6,13,16,
18,19,21,
23 157:11,
20,22,23
160:11
161:2,3,
13,23
163:7
164:21
165:2,23
166:14,15
167:15,17,
20 197:15,
19,23
198:2,5,9,

Case 2:17-cv-09010-AGR Document 296-2 Filed 08/24/18 Page 224 of 270 Page ID #:9735
TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA
Mr. Gregory Wauthier on 05/15/2018 Index: centralized..Charvet

10,15,16,
23 199:2,
14,18
200:6,7
201:12,15
204:17,18
205:6,8,9,
16,17,18
206:2,9,
10,13,17,
25 207:4,
5,16,25
208:1,2,3,
4,11,24
209:12
216:15,21
218:17
219:3,20,
22,23,25
220:16

centralized
114:24

centre
163:19

CEO 67:1,4
75:1

certificate
92:6 96:8
145:12,13
153:10,11
154:17,23
156:11,21
158:5,19
164:1,8
181:4
184:15
217:20

239:3

certificates
156:10
184:3
186:3

certify
234:17,24

cetera 167:1
169:18
187:14

chain 197:16

challenged
148:3

chance
216:25
217:4,7
260:21

change 67:8,
11 74:17,
22 75:2,7,
10,20
76:6,10
88:25 89:6
90:19,23
91:19
92:7,14
147:11
170:4,8
205:6,14
206:18,23
207:25
213:7
214:15
216:25
217:5,9,

14,18,25
218:7,9,13
219:2,5,9
225:8,9,11

changed 84:7
110:14
164:23
185:23
207:4
208:1
213:4
219:20,22,
25 224:23

changing
91:21

characteristic
163:14
164:7
180:3

characteristic
s 153:24
163:18,22,
24 164:4
168:9,13
171:11
176:23

characterize
86:25

charge
245:24
250:2

Charles
65:11
116:2,17,
18 123:14
125:1,19

129:12
146:14

chart 198:18
205:3,12
206:4,7,12
207:24
209:7
210:8
212:4,9

charter
225:20

Chartered
101:10

chartering
108:21
186:13
187:14
253:23

charts
208:20

Charvet 75:6
79:20,22
80:2 81:21
82:7,12
83:13,24
92:18
93:25 94:2
95:9,13
122:7,8,14
123:5
124:11
126:20
127:19,22
128:4
129:13
132:8,25

Case 2:17-cv-09010-AGR   Document 296-2   Filed 08/24/18   Page 225 of 270   Page ID
#:9736
TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA
Mr. Gregory Wauthier on 05/15/2018  Index: Charvet's..comparable

142:15
185:12

**Charvet's**
81:3,6
132:18
133:15

**check** 104:22
244:5

**checked**
243:25

**child** 61:14
121:6
128:12,18

**choice**
238:18,23,
25

**chose** 136:25

**chosen**
136:19

**circumstances**
250:21

**clarify** 95:3
117:21
148:1
157:10
159:7

**clarifying**
67:24
159:1

**class** 123:6
138:10,18,
22

**Claudia**
93:17

260:3,6

**clause**
113:21
114:11
115:12

**clear** 67:10
69:5
105:16
129:8
140:20
179:25

**clients**
115:11

**close** 173:4
208:17
239:10

**closely**
225:8

**closer** 258:1

**closest**
188:4

**CMA** 243:17

**co-workers**
240:18

**coated**
172:2,6

**coating**
169:4
171:13,14,
15,20,22,
24 172:3,
20

**collaboration**
61:9

**collaborative**
80:5 104:8
222:6

**colleague**
214:8

**colleagues**
61:9 70:16
79:19,25
80:9 93:7
240:9
248:17
251:13,15
253:16

**colloquy**
140:10,25

**coloured**
193:14

**column**
196:13
197:1,12,
22 198:22
200:4

**columns**
197:6
198:9

**comfortable**
99:17

**comment**
139:12
220:3
235:8
241:4

**comments**
122:18,19,
22 124:12

125:18,19

**commission**
249:6

**commit** 247:1

**common** 225:8

**communicated**
76:6 89:6
118:15

**communication**
119:22

**communications**
214:4
242:17

**company**
66:12,20,
24 67:12
74:22 80:3
82:6
102:4,8
137:3
153:17
195:24

**comparable**
180:9,11,
25 181:3,6
182:14
186:14
187:1,20,
23 188:9,
18,20
191:22
192:15,23
212:21
215:11
222:1,23

223:5,10,
11 236:23
254:11,16,
17

comparables
182:9,23,
24 183:7
187:12,13
203:23
221:2,8
222:12
227:21
228:12,13,
20,22

compare
70:19
109:21
130:1
157:22
170:20
174:24
201:23
204:2
257:12

compared
170:18
175:3
182:19
186:7
189:15
204:12

comparing
172:19
201:25
203:24
257:10,17,
24 258:5,

14

compatriots
246:9
247:9

compiled
210:15

complain
115:12
209:20

completely
251:1
254:23,25

complex
174:18

compound
168:18

computer
123:13
243:24

concerned
67:23
153:20

concise
256:19

conclusion
219:24
220:19,20

concur
237:17,19,
20

condition
111:20
138:11

conditions
86:20
87:24
96:22
99:20
113:14,21
226:5,23
227:3,14
229:24
230:13
232:16
233:20
237:6
238:16,21
253:24
258:20,22

conduct
138:24
142:9

conducted
141:9

conference
260:8

confirm
137:22
138:23
210:3

confirmed
201:6

confirms
121:13

conflict
225:14

conflicting
70:14

confused
90:9 136:2
142:15
154:4
166:11

confusing
110:19,22
111:11
112:7,20
113:9
114:7

confusion
90:14
162:18
231:1,13
235:18

connection
169:9
202:20
212:15
242:11

consideration
98:8
107:10
108:15
170:22
174:3
191:20
200:19
208:11
211:6
215:19
235:9
237:2
256:22
259:3

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018    Index: considered..correct**

considered
  71:25 72:8
  165:17
  168:8
  170:12
  187:24
  188:24
  190:5,7,
  22,24
  191:8,17
  192:9,16
  193:2
  195:10
  215:9
  221:8
  225:7
  236:3,7
  239:24
  258:13
  259:1,7,17

considers
  199:20

Consistent
  214:15

consistently
  218:14

construction
  169:2
  170:5
  171:2

consumption
  177:22,24
  178:3,5,8,
  13,15
  179:14,15

contact

119:4
120:11
135:24
184:10
244:5
247:5
248:18

contacted
  100:6
  184:6,7,12
  248:23

container
  243:16

contemplated
  139:17

content
  123:15
  125:7,8
  214:17

contents
  130:12

context
  140:3
  203:2
  232:6
  256:24

continue
  169:14

contrary
  230:18,21

contrast
  71:9

convenience
  203:13

convenient
  168:22
  256:2,4

conversation
  92:17
  131:16
  240:15,16,
  17 246:3
  249:19,21
  252:13,16
  253:5,6,9

conversations
  82:3 83:23
  95:9
  240:18
  242:8,25
  251:24

conversion
  177:20

convey
  231:17,20
  235:13
  239:23

copies
  65:11,17
  85:7

copy  79:14
  146:15
  176:11
  193:15
  260:25
  261:1

correct  63:6
  67:15 68:4
  71:3,4,7,

8,11,12
73:13,20,
22,24
74:4,13,19
77:1,16,
17,20,21
78:14 79:8
80:21
81:4,8
83:8,9,13,
14 84:1
85:1,2,16,
17,20
86:14
87:9,13
89:3,8,9
91:14
92:1,2
93:22,23
94:25
95:6,9,11,
14,19,20,
23 97:1,2,
14 99:11,
12,25
103:19
104:10,11,
16,17
105:9,18,
21 106:24
108:11
111:2,3,6,
7 118:17,
24 119:16
120:11,20
121:3,4,22
122:7,8,14
123:10

124:13
125:23
126:6,7,8
127:7
133:15,16,
17 135:15
136:1
137:23,24
138:3
139:1
143:11,23,
24 144:1,2
146:2,3,5,
6,8,9
147:22
148:9,24,
25 152:3,
4,7,8,12
153:24
154:2,6
155:9,10,
11 156:23
157:18,22
158:13,14,
16,21
159:16
160:12,15,
19 161:4,
24 163:23
164:6
165:3,8,
19,20,24
166:3,8,
13,20
167:3,6,10
168:1,2,6,
11 170:17
171:12

172:16
174:23
177:9,10
182:19,20
184:25
187:21
193:6,25
197:20,21,
24,25
198:5
199:6,24
201:16
203:19
204:4
206:4
207:6
209:6
213:24
215:21,22
216:23
217:2,11,
16,24
218:19
221:3,5,
12,15
224:6,7
226:17,18
227:22
228:15,24
230:9,17,
24 231:11
232:5,19,
20 236:1
240:20,21
242:1,2,6
245:11,12
246:6
249:23

250:11
251:15
253:7,8
254:12,20,
21

correctly
75:3 84:11
86:12
92:11
157:13
158:10
187:3

correlation
258:12,17
259:10

cost  178:14

counsel
142:5,10
193:16
256:9

count  137:9

counting
155:21

couple  84:9,
12,15
183:11
190:3

courses
101:20,22

court  62:12
63:23
65:25
69:13 83:2
87:3 98:2
193:12,17,

22 246:18
251:2
261:2,8

courts
140:20
141:10

cover  202:24

covering
202:23

create
222:12

created
114:18
231:1

creates
222:14
224:8

creating
231:12

crooked
176:11

crude  196:20

cubic
148:20,22
149:19,21
150:8,17,
24 151:10,
12 154:15
155:8,10,
18 157:4,
6,7,17
161:14
162:2
163:2,6

165:1,6,18
166:2,6
167:16,20,
24 168:4

**current** 67:4
75:1 86:20
113:14
226:5,23
229:24
233:20

**custom**
109:13
215:3

**cut** 209:18

———————

**D**

———————

**data** 143:22
158:5
178:2
187:13
189:25
192:20
200:14
202:1
209:14,15
210:6,11,
19 211:14,
21,23
212:1,3,6,
7,9,12,13
215:8,12
239:18
240:20,23,
24 243:24
255:6

**database**
143:15,17,
18,22
144:4,8,9,
22 145:7,
14,22
153:15
156:9,10,
17 158:6,
7,13,15,
17,24
163:25
168:8
175:14,19,
21 185:5
214:1,3
221:7
244:11

**databases**
144:6

**date** 116:5
128:19
183:17
216:1

**dated** 146:10
245:9

**dates** 119:4
214:12
252:7

**dating**
227:14

**Davidson**
137:4,7

**day** 113:25
121:8

144:15
240:13

**days** 217:9,
10 252:6
260:23,24

**de** 157:7
162:3,12,
20,21

**dead** 254:23
255:1

**deadweight**
126:11,25
164:10

**deal** 224:5

**dealing**
82:22
214:24

**deals** 192:15

**dealt** 111:24

**December**
146:11
196:19
197:3,17
205:15
209:11

**decide** 78:22
81:13
169:25
216:7
254:7

**decided** 66:9
67:12
86:16 96:9
110:20

112:21
173:24
180:15
188:25
213:5
235:8

**deciding**
96:7

**decision**
66:11,13,
21,23,25
75:4 76:2
89:10

**decisions**
257:2

**declaration**
125:9
127:12,14,
18,23
129:4,6,21
133:19
142:14
144:14
146:1,4
147:23
148:16
154:9
159:12
167:12
176:7

**declines**
196:20

**deconstruct**
220:12

**decrease**

206:10
225:1,5,8

**decreased**
186:2
201:22

**deduct**
159:15
160:18

**deem**  107:16

**deemed**  218:3

**deep**  173:13
174:15,17,
18 258:6,
16,23,25

**definable**
78:8

**define**  68:8,
20 73:5

**defined**
72:22
208:21

**definition**
72:4,18
74:15

**delay**  59:19

**delete**  131:5
132:10,11,
24

**deleted**
131:8,12
132:3,14
133:8,11

**deleting**

132:6

**deletion**
132:9

**delivering**
121:16

**Delphine**
94:6

**delta**
205:14,18
257:10,16,
24 258:4
259:10,11

**demand**
225:16,19

**demolition**
108:24

**demonstrates**
210:10

**department**
67:6
103:16,22

**Depending**
237:6

**depends**
172:18
173:19
195:4
258:11

**deposition**
59:23
60:4,25
65:10 99:6
120:4
141:8,18

155:3
251:2
260:14,16
261:11

**depositions**
142:21

**depreciation**
208:23,25

**depressed**
222:21

**Derek**  242:23

**describe**
73:21
75:10
152:6,10,
11,14,15
166:13

**describes**
154:23

**describing**
126:24

**description**
114:4
145:12
177:1

**desktop**
138:20

**detail**  63:11
160:2
164:11
184:14
211:12

**details**
145:20

163:21
200:11

**determined**
109:15

**developer**
103:3

**device**
123:17,20

**dictate**
256:3

**difference**
60:15,22
73:3 88:15
96:21
99:10
109:25
110:2
131:24
132:6
133:6
150:17
157:1,16
161:12,16
163:7
165:1,3
167:19
172:7,10
173:15
174:14
185:13
187:5
203:14,15
204:10
205:2,5,9
206:2,11,
23 207:14,

22,25
208:3
216:22
217:7
218:17

**differences**
147:8
219:21
224:10

**differential**
165:24

**difficult**
229:24

**difficulty**
229:25

**dig** 181:21

**diligence**
138:8,24

**diminution**
220:17

**dining** 60:16

**diploma**
101:11,13

**direct**
242:17

**directly**
242:11
249:12

**disagree**
202:2
223:5

**disclaimer**
62:2

110:7,18
112:6
114:1,3,
12,24
115:3
138:5,7
225:25
227:13
230:25
235:3
237:15

**disclose**
117:13

**discount**
108:18
237:4

**discounted**
108:5,9

**discrepancies**
148:2

**discuss**
81:22
92:20
107:17

**discussed**
171:9,12
175:9
180:12,24
181:1

**discussing**
61:10

**discussion**
81:12 96:4
115:2
117:11

156:13
160:21
188:8
214:18,19
217:19
220:5
249:24
260:12

**discussions**
82:11 96:5
100:11
240:8
246:8

**disparity**
255:8

**dispute**
117:24
118:1,14
119:2,13,
18,23
120:1,5,8

**disrespectful**
140:11

**dissuade**
232:12

**distress**
236:9

**distressed**
255:2

**divestment**
257:1

**Divide**
149:12

**Dockyard**

170:6,12

**document**
70:2 79:8
80:2 83:20
110:9
115:18,24
121:4
139:5
148:1
150:13
159:24
176:11
193:14
195:17,20,
23 196:1,
5,8 200:16
209:7
210:8,14,
16,22
235:21

**documentation**
74:21
84:23
92:14
122:3
131:11
250:3

**documents**
85:7
93:12,15,
17 94:5
96:10
110:1
129:8
175:19
245:22,24
250:8

251:21

**dollar**  68:18
69:4,18
70:10
71:2,6
78:19

**dollars**
73:24
77:19

**dones**  212:19

**doubt**  93:5,6
131:14

**dozed**  248:11

**draft**  123:24
124:3,7,
17,24
125:9,21
126:5,10,
12 127:10,
18,23
129:5,6,7,
21,22
130:1,2,3,
7,12,16,
21,24
131:3,6,9,
13,16,17,
20 132:2,
7,11
133:4,9,12

**drafted**
123:7,9

**drafts**
123:18
125:20

**drastic**
217:9

**draw**  149:17

**driven**
225:14

**drives**
225:12

**driving**
256:18

**drop**  209:23
216:21

**dropped**
209:12
216:15

**due**  61:13,
15 138:8,
24

**duly**  59:2

**dynamic**
170:2

**dynamics**
86:9 107:6
169:22
185:20
186:12,25
187:10,15
189:21
192:10,12
210:6
222:17

**dynamism**
225:19

---
**E**
---

**earlier**
73:14,16
74:16
192:2
199:11
200:2
224:3
231:4,23
237:18
241:4,5
244:19
254:10

**early**  59:14
256:10

**easier**  85:8

**eating**  59:15

**effect**
200:25
201:1

**efficient**
202:22

**effort**  104:8

**element**
170:22
189:21
236:9

**elements**
107:16,17
169:16,23
189:18
192:20
211:6
213:6

222:17

**email**  65:12
93:4,7
100:10
116:25
118:16
119:3,10,
21 120:10
121:25
122:7,9,
11,17,18
123:9,12,
16,25
124:5,10
125:22
126:19
127:3,10,
19 128:6
129:11,13,
14,15,17
130:8,13
133:25
241:13
245:8,10,
13 246:23
249:11,22
251:24
252:6,8
253:20

**emails**
123:25
124:3,7

**emphasis**
222:15,16

**employment**
108:22

empty  167:5,
9

enable  62:8

enclosed
130:6

end  62:6,13
133:5
190:4
203:3
206:20
210:15
211:1,2
212:10
242:15
249:12
260:15,16

ended  190:13
238:5

ending
226:11

ends  74:8
78:9,23

engaging
139:9

engine
176:18,22
177:5,12
178:4,10
179:15,18,
21  180:3

engines
179:24

England
141:11

enter  70:16
195:3

entering
139:17

entire  60:19
115:24
219:11

entitled
60:6

epoxy  172:4,
6,8,13,16,
23

equal  258:13
259:17

equally
256:10

Equasis
144:10,11,
12,22

equates
85:25

equation
62:7
208:16

Erich  64:13
65:8
125:17
139:8,24
176:10
241:12
259:24

eroded
185:24
186:2,9,25

error  224:9

essentially
214:3
216:23
217:14,25
218:6

established
218:16
226:10

estimate
60:16,22
68:7 84:9,
13 101:17
118:10
214:10
221:20

estimated
108:23

estimation
216:13

evaluating
106:18
107:4
171:11
219:16,18

evaluation
67:13
77:15,19
175:6,24
201:13

evaluations
64:24 68:3
82:7 95:13
176:4

evaluator

139:21
236:3,14

evaluators
203:22

event  116:14

evidence
159:20
214:3

evolution
196:18

evolved
187:17

exact  61:17
64:5 99:4
116:5
196:9
224:4
242:5

exam  101:14

Examined
59:4

exams  101:19

exceedingly
253:5

exchanged
116:25
157:14

exclude
120:5

excluded
111:4,9

excluding
119:13

excuse   135:2

exemplify
  155:1

exercise
  80:4,5
  160:3
  165:16
  183:9
  184:4
  189:23
  213:1
  254:15

exhaustive
  164:19

exhibit
  62:22
  63:1,2
  64:2,12,15
  65:13 66:4
  69:20,22
  70:18
  71:10,15,
  19 72:16
  76:15,16
  77:11,22
  79:5,15
  80:2,20,24
  81:1 85:4,
  15,18
  88:20
  92:24
  96:11,12
  109:18,20
  110:7,22
  114:18
  115:14,15,
  21,22

119:11
121:1,13
124:18,20,
21,25
125:9
127:17
128:24,25
129:6,10
130:9
133:18
137:13,20
138:7
146:1
148:15
150:10,24
151:2,11
155:13
156:6
157:21
160:20
161:19,22
163:19
167:12
176:8,13,
20 193:19
205:3,12
206:8
210:7,9
225:23
226:7
241:18
245:9
249:25

exhibited
  79:14

exhibits
  62:23

63:3,8,10
64:4 65:9,
12 66:5
82:13
83:16
84:20
85:11
93:25
94:17
109:22
111:22
113:5
137:18
145:16
158:10
164:5
184:21
187:9
193:13

existence
  227:7

experience
  225:4
  240:9

expertise
  220:21

explain
  62:21 66:3
  108:14
  187:4
  241:6

explained
  154:20
  249:25

explaining
  171:18

explains
  92:14

express
  67:21

expression
  162:13

extend  73:8
  78:7

extended
  72:20 74:6

extends
  74:11

extensively
  65:9

extent   72:21
  88:1 94:20
  104:7
  175:22
  188:21
  200:20
  216:8,18
  220:4
  227:12
  254:4

extract
  145:11,13,
  22 153:14
  156:10
  175:13

extracted
  163:25

---

**F**

face   230:22

**facilities**
  260:6

**fact**  104:12
  182:17
  212:25
  223:10
  237:5,7
  247:4
  250:19
  251:21

**facts**  106:12
  159:19
  201:19

**fail**
  192:18,19

**failure**
  107:12

**fair**  60:12
  99:8
  103:5,7
  105:7
  128:11,13
  129:7
  147:18
  148:4
  219:24
  221:20
  222:20
  228:5
  249:6,7
  251:6
  254:22

**fairly**  194:2
  220:20
  223:13,21
  231:7

**faith**  145:20

**fall**  72:3,
  19 73:12
  197:9

**falls**  198:22

**familiar**
  155:3
  172:12,13
  229:10

**families**
  179:24

**fashion**
  203:4

**faster**  174:5
  178:11

**fastest**
  179:18

**February**
  116:6,7,
  21,23
  117:3
  118:10,13,
  16,20
  119:3,10,
  17,20
  120:10,16,
  19,22
  121:10,14,
  19,25
  122:11
  123:14,21
  124:5
  125:11,12,
  14,17,23
  126:20

**128:7**
  129:11
  130:4
  146:5
  210:25

**fed**  153:16

**federal**
  140:3,19
  142:9

**feeding**
  156:17

**feel**  253:2

**feeling**
  183:20
  240:14

**feelings**
  240:19

**Feldman**
  137:11
  241:25
  242:4,8,
  11,18
  243:13,25
  244:4
  245:10,14,
  15 246:1,
  3,15
  247:5,21
  249:10
  251:24
  253:11

**Feldman's**
  244:25

**field**  68:20,
  23 73:5,13

**figure**  88:17
  110:6
  215:7
  251:3,7

**figures**
  155:2,5
  157:15
  160:4
  213:19
  215:10,13
  221:11

**file**  146:15
  175:16,19,
  23 176:3
  191:16
  193:5
  213:24,25
  221:6
  239:16
  243:23
  244:10

**files**  131:12

**fill**  166:15

**finalized**
  210:25

**find**  110:21
  130:6
  141:24
  205:1
  214:3,7
  256:1

**finding**
  229:25

**fine**  63:25
  79:16,17

146:20
205:15

**finish** 142:2
190:9
228:1
256:7
260:3

**finished**
205:21

**firm** 59:7

**fit** 170:14
198:17

**fits** 169:1

**fitted**
179:24

**fleet**
117:11,12

**flipping**
65:9

**flow** 108:6,
9,17,25

**flows**
108:16,19

**folks** 205:15

**follow**
147:17
168:20
257:2

**foot** 103:4

**forced**
111:1,24
234:15,22,
23 236:2,

6,10,14,
18,21,25
237:5

**forge** 254:5

**forged** 240:7

**form** 70:17
119:5
125:7

**formal** 201:8
226:14

**format** 114:4

**formula** 62:8

**forward**
112:22
139:14
141:2,5

**forwarded**
123:19
126:21

**found** 92:1
226:17
248:2,6

**foundation**
75:22
88:11 95:2
97:9 99:14
100:2
106:12,21
112:14
132:13
135:8
136:8
140:15
158:2

159:19
199:9
200:9
201:19
205:20
206:15
207:18
208:6
253:15

**France**
81:17,18
83:8

**Francois**
67:3 128:5

**Frank** 202:18
209:24
259:24
260:14
261:3

**frankly**
140:10

**free** 172:11

**French**
102:24
103:3
239:9

**frequent**
184:8

**front** 63:3,
9,18
64:10,19
69:12,16,
21 70:20
76:19
77:5,7

78:1,3
85:5
96:12,15,
16 146:23

**frustrating**
65:6

**full** 226:2

**fully** 172:2
173:25
237:3
246:18

**future**
108:16,24,
25

─────────

G

─────────

**gain** 196:22
198:25
199:21
208:1
217:10

**gap** 216:6

**gave** 68:10
69:15
72:25
73:2,4,23
85:15,19
87:7
98:17,24
215:10,19
228:19
241:14
244:20

**general**
171:19

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018      Index: generalities..handy**

221:21
240:14,19

**generalities**
190:19

**generally**
193:2
195:3
203:5
206:9
208:23
233:11,23
257:5
260:2

**generate**
249:8

**generates**
225:19

**generator**
256:18

**generically**
233:10

**girl** 199:24

**girls** 198:5

**give** 60:4,
14,21
68:12,13,
18 69:3,
10,15
87:12,18,
24 88:17
90:20
98:11
104:2
110:17
112:5

194:7
200:17
221:19,25
222:24
241:25
256:20
258:10
260:23

**giving** 64:5,
9 66:10
192:23
202:21
214:22
257:4

**glean** 220:12

**gleaning**
217:12
220:15

**glitch** 179:7

**Global**
133:25
134:4
137:15

**goal** 249:4

**gold**
147:12,15

**good** 59:5,
10 60:21
72:10
104:5,7,15
141:22
145:20
170:9,12,
24 172:19
195:15

224:5
229:12
254:4

**gossip**
239:18

**governed**
142:8,10

**grade**
172:14,16

**grades**
259:13

**Greek** 117:17
119:2,13,
18,22
120:5,7

**Greg** 59:1
251:20

**group** 80:4
93:16
94:19
95:14,23
100:7
195:18
242:4
243:13,25
244:25
246:15

**guarantee**
145:21

**guess** 60:6,
15,19
177:15
210:13
216:20

**guessed**
216:22

**guessing**
82:15

**guys** 135:4
146:16
255:24
259:21

---

**H**

---

**half** 71:2,6
73:1,6,24
77:19
85:19,23
87:11,18,
21 97:7
102:20
116:10,11,
13 173:5
176:12
216:1
227:15
238:9,12
259:21

**Hamburg**
109:4,7

**hand** 123:20
193:15

**handed** 63:13

**handheld**
123:17

**hands** 94:23
95:3

**handy** 169:1,

21 185:16,
17,18,19
191:21

**happened**
74:19
114:6
123:23
124:15
180:13
191:25
192:1
217:21
220:8,10

**happening**
233:8

**happy** 130:7,
12 203:9

**hard** 85:7
221:14
241:2

**Harris** 90:3,
6,10

**head** 67:5
75:6

**headed**
126:11

**heading**
93:17
155:13
172:15

**hear** 59:17,
18 84:11
124:2
135:3
146:18,19

190:19
213:9
233:2
234:5

**heard** 76:9
89:21
90:22
91:3,21
107:18,24
108:2,5,8
109:1,4,9,
13 119:21

**hearing**
90:11
260:20

**helpful**
162:11

**helping**
103:3

**higher** 97:14
179:15

**highest**
184:11

**hindsight**
111:18
212:5

**hmm** 108:10
176:21

**hold** 65:4
87:1
200:14

**holiday**
80:5,11,
16,20

81:21 82:8
83:6,25
84:5 92:19
95:6,18
145:2

**holidays**
61:15

**home** 122:1,
3,23
123:10
128:12
230:7

**Honami** 61:2,
8,11 69:22
70:19,24
77:4 80:24
81:23
83:8,16,25
84:20
85:14
86:14
87:9,13
88:16
92:19
94:18 96:1
100:8,24
105:14
106:1,6,9
109:22
111:5,23
113:6,22
117:7
123:7
134:22
135:19
136:2,20
137:21

164:17
167:11
168:1,14,
21,25
169:21
170:10
172:21
173:7
175:17,25
180:4,8,21
182:13,15,
22 184:22,
23 185:15
186:8
187:9
191:13
192:5,8,13
193:1
194:24
195:6
210:20
235:11
244:2,6,13

**honest**
251:10

**honestly**
119:7

**horsepower**
177:6,8,17
178:12
179:20

**hospital**
121:15,18
128:14,22

**hour** 259:22

**house** 60:17,

20 124:6
129:18

Hurricane
250:10,15

hypothetically
223:9

Hyundai
170:6,11,
19

---

**I**

i.e. 96:4
108:23
247:1

idea 68:23
82:4 95:17
107:13
243:18

identical
258:14

identification
193:19
241:18

identified
163:10
164:12
165:15

identify
141:15
241:13

ignore
153:2,5

immaterial
133:7

IMO 259:2,
5,6,7,8,9,
12,17

impact 163:4
165:7
171:24
172:24
217:1
218:4

impacts
204:15

imply 201:3

important
60:3
112:12,15
147:16,22,
25 148:11

importantly
211:24

improvement
209:21

in-house
210:16

inaccuracy
156:25

inappropriate
139:12,16,
25 140:14,
19,20

include
78:10
87:17
118:20
152:18

included
111:23
240:23

including
122:3
181:3

income 109:1
225:21

inconsistency
201:10,11

inconsistent
202:1

incorporate
87:17

incorrect
153:11
156:21
166:9

incorrectly
105:19

increase
86:16
170:17
172:17,23
178:14
179:19
198:9
206:9

increased
168:5
179:20
197:23

increases
174:22

incur 178:13

indicating
215:23

indication
215:8

indicative
236:2

indicator
254:5

industry
109:14
138:19
147:13
177:19
184:8
204:22

infer 208:14

informal
184:2
185:2,7
201:6
217:19
220:5
244:1,12
245:1

informally
215:25
244:4,5,21

information
125:22
126:1,6
143:5
144:1,3
145:16
153:17,19,

Case 2:17-cv-09010-AGR   Document 296-2   Filed 08/24/18   Page 240 of 270   Page ID
#:9751
TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA
Mr. Gregory Wauthier on 05/15/2018     Index: informed..Jamieson

25 154:22
156:17
158:12,17
180:10
181:22
183:4
189:20
196:7
210:14
215:3
239:23
246:10,22
248:19,21
250:18
251:15,19
254:1,7

**informed**
222:6
247:12
248:9

**inherent**
183:13

**input**
122:21,24
196:4,7

**inspection**
137:23
138:3,9,
17,22,25

**instance**
117:22
164:2
175:24
183:9
190:15
239:4

**Institute**
101:10

**instruction**
133:25
134:3
137:25

**instructions**
59:22
134:12,16
135:14
137:15

**intelligence**
211:1

**intelligent**
221:18

**intended**
237:14
239:14

**Interact**
258:3

**interested**
246:4,15

**interjection**
142:6

**internal**
143:18,22
144:8
145:7
168:8
185:2

**internally**
96:5
213:1,2
246:23

253:20

**interpreted**
178:24

**interrupt**
62:19
162:11

**interrupted**
90:13
111:15

**introduced**
202:17

**investment**
257:1

**Investments**
59:8

**involved**
94:16
200:15
213:10,11

**involvement**
94:23

**involving**
117:24

**irrelevant**
88:4
106:12

**Isabelle**
94:7

**issuance**
80:14

**issue**   64:5
66:8
107:17

111:11,16
184:15
200:18
214:16
223:18,20

**issued**   78:21
80:7
111:21
112:7,17
114:23
181:4
184:3,19
195:23
210:23
228:8
231:2
235:21
237:23
239:20

**issuing**
76:12 80:3
93:3
107:10

———————
J
———————

**Jackson**
137:12
242:21
243:17

**Jackson's**
242:22

**Jamieson**
79:13
96:15 98:4
117:15
136:21,23

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018**          Index: January..knew

140:24
141:6,17,
18,21
142:1,12
146:22
149:3,12
150:4
162:6,10,
16,25
178:23
179:6
227:25
238:9,12
255:17,20
256:1

**January**
116:21,23
117:3
118:13
196:19
197:3,17
205:14
209:11
245:9

**Japanese**
171:3
173:22

**job**  247:18

**Jody**  193:17

**joined**
102:1,2

**July**  181:19

**jumping**
203:3

**June**  181:19

184:13,17
201:7
213:2,12
217:1,17,
21  218:15
244:21

**jurisdiction**
141:10

**justify**
213:7
217:18

**juxtaposition**
76:16

─────────
|    **K**    |
─────────

**keeping**
245:24

**Kempner**
137:4,7

**key**  102:13

**kicked**
128:21

**kilowatts**
177:15,16

**kind**  140:18
146:17
209:14,15
225:10
248:19
257:5
260:17

**Kingdom**
141:10

**Klein**  59:4,
5,6,7,11
61:23
62:17
63:15,21
64:21,23
65:8,23
66:2
69:19,24
75:17,23
77:1,9
79:17,21
82:17,22,
25  83:3,4
85:10,13
87:6  88:6,
14  90:11,
16  95:4
96:19
97:10
98:10,17,
22  99:15
100:4,18
106:14,22
107:23
112:23
113:4
118:23
119:15
121:2
122:20
124:21
125:16
132:16
134:24
135:9
136:10,14,
17  137:1

138:15
141:14,21
142:4,13,
23  147:3
149:7,16
150:9,21
151:22
158:8
159:6
160:5
162:7,14,
23  163:1
168:19
170:3
176:10,17
179:2,8,12
186:17,22,
23  190:17
191:4
193:23
199:10
200:3,13
202:3,8,24
203:6
205:13
211:5
233:13
241:23
261:6

**Klein's**
210:5
215:17
239:22

**knew**  60:20
86:20
91:19
163:13,14

165:15
168:9
171:20
172:25
173:2
183:12
189:25
237:5
241:24,25
248:24
250:9,13

**knowledge**
107:11
164:9
179:20

**Korea**  170:7,
12

**Korean**
170:24

**KW**  177:14

_____

**L**
_____

**lack**  88:10
95:1  97:8
106:11
135:8
136:8
158:1
159:19
199:8
201:18
205:19
206:15
225:18
240:11
253:15

**lacks**  75:21
99:14
100:2
106:21
112:14
132:13
140:15
200:9
207:18
208:6

**lag**  62:18
257:3,5

**language**
110:25
111:4
114:12
115:3
225:25
226:1,11,
16,19
229:13
230:15,16,
21  231:5,
9,20,24
232:1,4

**laptop**  63:13

**large**  208:19
210:9
225:5

**larger**
180:14,16
185:25
186:4,10

**late**  256:9

**latest**

146:16

**laughing**
142:18,21
178:19,20,
25  179:2,9

**law**  140:8

**lawyer**  116:2
118:5
259:25

**layer**  110:18
112:5

**learned**
248:12

**leave**  121:6
235:5

**left**  203:13

**left-hand**
196:13

**legal**  229:10

**lender**
243:14,22

**lenders**
104:22
105:20

**length**  60:20

**lesser**  99:21
100:3

**letters**
145:22
163:20

**letting**
238:13

**level**  234:16

**lieu**  261:1

**life**  85:7
209:1

**light**  200:18

**limited**
113:14
226:5,23
227:5,9
232:16,19,
21,23
233:3,7,
20,24,25

**linear**  203:4
208:12

**link**  220:4

**list**  245:21
246:1

**listed**
197:10

**listing**
65:13
143:19

**lists**  250:8

**litigation**
59:8
117:18,19,
22,24

**live**  160:3
227:14

**load**  153:24

**loan**  104:23
105:20

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018**                Index: log..make

log  214:7,
  19  215:1
  244:19,24

logged  182:4

logic  256:2

London  76:4,
  6  80:7
  89:7
  116:16
  202:18

London-based
  80:6

long  60:16
  86:3
  102:18
  114:2
  173:22
  213:5
  216:7
  235:14
  240:13
  249:14,17
  251:5
  253:13

longer
  252:18

looked  96:6
  144:21
  145:7
  163:10,18
  169:2,3
  171:10
  172:21
  180:1
  181:2
  183:15

184:13
186:25
187:10
188:15
189:17
205:3,12
212:10
244:18
254:10,13

Los  59:8
  250:13

lose  217:10

lost  89:22,
  23  121:4
  165:9
  169:8
  208:2
  218:24
  224:13

lot  85:8
  210:25
  217:10
  255:17,20,
  23

low  189:1
  190:13
  227:6
  254:25
  255:1

lower  87:25
  225:20,21

LR  164:10
  169:20
  173:21
  175:2,6

181:10,22
182:6,10,
18,19,25
185:16
186:6
188:4,11,
13  190:7
191:5,21
193:10
194:9
197:11,12,
15  199:20
200:4
204:6
205:4,13
206:7
209:9,12
212:14,20
216:14
222:21
224:23
254:23
257:11,17

LR1  197:8

LR2  197:7

LRS  181:22

lube  151:20

_____

M

_____

machine
  179:1

Madam  193:12

made  66:21,
  23  67:1
  75:2,5

79:4 89:10
113:21
117:17
130:3
132:23
137:22
140:20
150:20
153:14
165:3
170:6,19
173:4
183:17
189:23
211:25
212:5
247:23
254:15
260:15

mail  120:16

main  105:2
  143:19
  147:10
  177:5,11
  180:2
  212:18

major  190:4

make  62:19
  66:11 98:9
  118:11
  129:20
  138:7
  143:21
  147:25
  150:6,22
  156:10
  159:9

Case 2:17-cv-09010-AGR   Document 296-2   Filed 08/24/18   Page 244 of 270   Page ID #:9755
**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018          Index: makes..matter**

160:1,3
161:8
169:18
174:14
191:23
192:21
208:8
212:9
220:4
234:8
245:21
247:2,18,
19 250:5

**makes** 85:7
201:1

**making** 65:16
141:11
190:14

**man** 221:18

**managed**
196:22
198:24
199:21

**manager**
102:13,14

**March** 124:19
125:10,11,
15 184:12,
17 196:3
201:7
210:23
213:2,12
216:16,25
217:15,17
218:1,7,9,
15,18

219:4,11
220:2,6,18
244:21

**Mardi** 125:15

**margin** 224:9

**mark-to-market**
107:19,23

**mark-to-model**
108:3

**marked** 63:1,
2 64:15
79:15
115:15,22
128:25
193:19,20
226:7
241:18
245:8

**market** 84:7
86:9,20
87:23
96:5,22
99:20
103:4
104:3,6,15
107:5,6,15
108:22
109:11,15
113:14,20
143:15
164:13
169:19,22
170:2
180:12
183:4,8
185:14,20

186:12,25
187:10,13,
15 188:21
189:19,21
192:8,9,
12,17,19,
20 195:1
201:14
208:18
210:6,11
212:13
215:11
216:8,14,
24 217:14
218:1
219:3,8,
20,22,24
220:17
221:20
222:17,21
223:13,23
224:23
225:12,15
226:5,23
227:2,4,5,
6,14
229:24
230:3,13,
24 231:7
232:16,19
233:20,25
234:10
236:3,8,19
238:3,16,
21 239:17,
18,24,25
240:3,6,
10,15,22,

24 246:25
247:24
252:19
253:12,23
254:22
255:6,8
256:12,15,
17 257:4
258:19,20,
22

**marketplace**
222:2
227:21
228:22
229:25
248:8,14,
16,22

**markets**
195:19
217:8
258:1

**matches**
154:18

**material**
131:24
132:6

**maths** 98:5

**matter** 70:17
112:21
117:19,24
118:13
123:6
154:21
160:21
215:12
248:7

TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA
Mr. Gregory Wauthier on 05/15/2018          Index: max..minus

max   185:17

Mckasson
  59:7

meaning
  125:6
  142:6

means   60:5
  173:13
  225:20
  229:19
  232:24
  239:12

meant   127:25
  229:13
  241:6

meantime
  216:19

mechanical
  201:1

medium
  194:12

meet   116:24

meeting
  118:20
  119:2

Megacore
  61:8,11

member   101:9

membership
  101:12

mention
  113:24
  211:24

mentioned
  94:10
  159:22
  169:24
  175:12
  179:14
  181:10
  183:2
  187:15
  193:10
  212:20
  245:16

mentioning
  163:16
  188:3
  201:6
  214:8

menu   146:22

merchant
  143:19,22
  144:8
  145:7

message
  214:22,25

met   116:13
  117:1
  118:5,12,
  19

meter   149:21
  163:3
  165:1

meterage
  149:19
  150:24

meters

148:23
150:8,17
151:10,12
155:9,10
157:4,6,7,
17 161:14
162:2
163:6
165:6,18
166:2,7
167:16,20,
25 168:4

method
107:25
108:3,6,9,
14 109:1

methodology
107:3,18
108:20

methods
106:18
107:3

microphone
233:14

middle   90:8
120:25
127:17
130:24
169:9,11
195:13,14
197:1
198:19
226:1

million
70:4,12
71:1,2,6,

10,14,15,
24 72:4,5,
7,14,17,19
73:1,9,12,
24 74:3,12
77:13,19
78:4,7,11,
14,21
85:16,20,
25 86:1,
23,25
87:8,12,17
88:2,8,19,
21,22
96:25
97:1,15
98:13,23,
24 184:23
190:25
191:14
199:12,13
251:4

mind   62:9,
15 105:2
251:4

minimal
147:8,9
156:24

minimus
157:7
162:3,12,
20,21

minus   150:23
197:14
198:5,10,
16,22
205:17

206:10
207:5
209:12

minute   64:20
65:4

minutes
178:11
202:4,11
249:16
255:18,21
259:22

Mipo   170:6,
11

misleading
239:9,11

misrepresentin
g   104:12

missed   62:13
97:25
247:15

mistake
235:5

misunderstand
188:10

misunderstood
194:18

Mmm   108:10
176:21

mock   214:16

modern
194:14,22
195:12
196:21
198:24

199:20
200:2
235:9,12
237:8,10

moment   211:7

month   218:10
254:12

months   73:1,
6  85:19,23
87:11,18,
21  97:7
118:7
119:24
175:8
188:4
190:3
211:17
216:1
219:14

mood   186:16
187:1
241:5,7

morning
59:5,10,14
241:16
256:11

move   119:6
217:4,8

moved   141:23
216:9

movement
246:25
255:15

movements
240:11

moving
112:21

MR2   197:8

multiply
149:9

_____

N

Natixis
102:25
103:1,6

nature
236:10

nearer   216:4

necessarily
68:19  76:8
86:10,12
147:20
152:20
205:2
227:18

needed
251:21

negative
186:16
187:2
208:4
241:6,7

negotiation
107:12
226:15
232:1

negotiations
192:17

Neil   59:6
186:23

networking
116:14

newer   195:8
204:13

news   253:1

night   241:14

no-one   104:9
179:3

noise   178:24
179:5
242:14

Noix   94:7

non-existent
232:24
233:8

normal
242:24

notably
123:6

notation
244:24
259:5

note   150:6
206:2

notes   191:16

notice   85:14
205:13

notify
89:11,14,
16

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018** Index: notion..office

| | | | |
|---|---|---|---|
| notion | object | objections | 215:18 |
| 114:8,25 | 118:22 | 139:10 | 216:10,16 |
| | 159:18 | 140:6 | 218:9,13, |
| notwithstandin | | 243:6 | 19,21 |
| g 145:4 | objection | | 219:4,11 |
| 169:16 | 75:21 | objective | 220:2,5,17 |
| | 88:4,10 | 232:8 | 221:3,12 |
| Novell 59:7 | 95:1 97:8 | | 222:3,22 |
| | 99:13 | occasion | 223:6 |
| number 77:5 | 100:1,14 | 242:10,16 | 224:24 |
| 98:19 | 106:11,20 | | 225:24 |
| 105:19,20 | 107:20 | occur 250:1 | 227:4 |
| 149:10 | 112:13 | 252:4 | 231:19 |
| 151:12 | 118:18,21 | | 237:23 |
| 152:22 | 119:12 | occurred | 239:21 |
| 154:14,16, | 122:15 | 89:3 100:9 | |
| 18 159:15 | 132:12 | | odd 205:1 |
| 161:15 | 135:8 | occurring | |
| 164:15 | 136:9 | 232:25 | offer 229:3, |
| 165:5 | 139:2,11, | 235:14 | 5,7,15 |
| 169:3 | 23 140:1, | | 232:17 |
| 171:9,10 | 4,5,17,18, | October | 233:22 |
| 208:19 | 22 141:12 | 70:24 | 255:13 |
| 210:4 | 150:18 | 77:11 | |
| 225:16 | 158:1 | 83:16 | offering |
| 241:17 | 191:2 | 85:25 | 255:9 |
| 242:6 | 199:8,25 | 86:13,22 | |
| | 200:8 | 87:7 88:8 | offers |
| numbers | 201:18 | 94:24 | 226:14 |
| 65:13 | 205:19,22 | 95:22 97:4 | 249:8 |
| 73:18 | 206:14 | 98:12 | |
| 90:20 99:4 | 207:1,17 | 100:20 | office 61:12 |
| 159:10 | 208:5 | 105:4,14, | 66:20 |
| 161:9,22 | 223:16,24 | 25 109:23 | 75:15,19 |
| | 228:7 | 172:22 | 76:3,4,5,7 |
| numerous | 243:2 | 176:3 | 80:7 89:8 |
| 211:10 | 251:16 | 185:14 | 94:21 |
| | 253:14 | 187:5 | 95:22 |
| ———————— | | 199:18 | 120:1 |
| O | | 201:13 | 121:6,7, |
| ———————— | | 203:17 | 10,21 |
| oath 59:24 | | 210:21 | |

122:3
123:10,13
128:8
129:16,19
179:3,10

**offices**
117:1,2
118:6,12
119:1

**official**
148:1

**oily**  167:1

**older**  194:4
201:21
203:18,24,
25 204:13
216:18,20
219:6,10,
14,15,17

**oldest**
196:21

**on-going**
107:12

**open**  93:7

**opened**  93:2

**opinion**
61:21
78:20
104:2
156:16
164:23
173:25
181:4
187:16
189:25

192:21
213:7
222:25
226:13
230:15
240:8
244:2,12

**opinions**
62:6
180:15

**opposed**
229:7

**option**  151:7

**oral**  92:3

**orally**  89:7
92:10

**order**  155:18
193:21
210:15
219:2

**ourself**
246:20

**outcome**
120:1

**outlined**
231:25

**output**  177:4

**overlap**
258:2

**overly**
122:24,25
123:4

**overnight**

193:13

**overview**
114:21

**owned**
250:10,15

**owner**
104:21,25
117:17
184:7,8
189:24
213:13
214:5,25

**owner's**
105:19
256:19

**owners**  184:9
202:19
214:11,22,
24 215:25
225:20
240:9,16
244:20
247:1,19
248:18,24
249:2,3
250:14
251:8

_____

**P**
_____

**package**
250:6

**Pamela**  90:16
159:2

**Panamax**
197:8

206:7

**paper**  79:13

**paragraph**
110:7,11,
12,14
111:13
113:7,17,
19,24
126:10,16,
23 130:21,
23,25
131:19
132:2
133:2,23
137:14
138:7,12
142:14,25
144:13,17,
20 147:6
148:14,18
151:23
153:4,23
154:5,6,7,
10,13,14
155:7
159:12,14
160:8
176:6
196:13,23
226:2
228:3
235:4
237:7,14,
22

**parameters**
138:2
147:11

paramount
  246:22

pardon   73:15

Paris   76:3,5
  80:7,8,9
  89:7,11
  93:3 94:3,
  4, 21 95:22

part   62:1
  70:14,15
  98:7 110:5
  138:4
  159:25
  164:13
  187:11
  190:14
  228:25
  240:4
  244:9
  247:15
  254:18
  260:4

partly   254:5

party   242:25

pass   241:17

past   163:12
  216:11
  238:9,12

patience
  202:22

pause   63:16,
  20 64:18
  65:2,18
  89:25
  96:14

98:25
126:14
130:19
146:24
161:10
178:17
224:13,15
233:12,15

pay   223:22

paying
  101:12

peg   99:3

penalty
  260:17

pencilled
  88:1

pending
  63:22
  65:24

people   62:5
  93:3,5
  94:9
  147:18
  155:3
  230:1
  247:18
  258:21,23

perceived
  178:22

percentage
  68:10,11,
  12,13
  71:21
  97:6,23
  98:3,11,21

196:22
198:25
199:21
204:7,14
207:15,25
208:25
225:1
258:17

perception
  213:3

period   80:24
  101:2
  199:3,4
  218:10
  219:12,23
  223:8
  225:2,6

person   75:1
  139:17
  214:23
  215:2,9

personally
  139:7
  185:6
  213:11
  251:11

perspective
  256:21

pertains
  148:5

pertinent
  181:3

pessimistic
  225:21

pheno

172:16,22

phenolic
  172:13

Philomena
  61:3,8,12
  76:24
  77:4,12,20
  78:2,6
  79:1 81:22
  83:8,17,25
  84:21
  92:20
  94:18 96:2
  99:22
  100:8,24
  105:14
  106:1,5,10
  111:5,23
  113:6,22
  117:7
  134:22
  135:20
  136:3,20
  144:17,21,
  23 145:8
  146:7
  148:21
  150:14,25
  151:16
  152:1
  153:3
  159:14
  160:9
  162:3
  164:16
  165:2,7,
  12,19

166:7
168:14,19
169:20
170:11
171:16,25
173:7,13
174:1
175:10,17,
25  176:8
180:4,8,
21,23
181:7
182:10,20
184:22,24
185:15
186:7
187:10,19,
24  189:1,
3,13,17
190:23
193:9,24
194:24
195:7
197:9
198:21
199:17,22
202:20
203:16
204:7,11
209:16
210:20
212:16
216:15
217:15
218:18
221:2
222:2
223:6,11

225:24
227:3
237:10
242:1
244:3,6,7,
14  245:16
246:6
254:9,20,
23  255:10,
14

**philosophies**
174:8

**philosophy**
174:6

**phone**  81:13,
20  82:2,5,
6  84:12
213:22
214:4
253:10

**phrase**  187:3
222:16
233:18
241:5

**physical**
137:22
138:3,10,
17,22,25
176:3

**physically**
80:8  94:21

**picture**
141:22

**place**  115:2
181:17,18,

23  189:1
228:4

**places**
202:11

**pm**  65:20,22
82:19,21
113:1,3
121:19,25
122:12
123:14,21
124:5
125:23
159:3,5
186:19,21
202:5,7,
13,15
224:18,20
261:11

**point**  72:2
104:4
110:9
130:2
140:2
141:6
209:15
210:13
214:19
220:19
222:22
231:17
247:10
254:24
255:8
256:2,4

**pointing**
201:5

**points**
145:19
190:1
196:22
198:25
199:21
200:14
211:24
212:1,3
215:8

**Pole**  102:4,
7,11,16,
19,22

**populating**
158:19

**portfolio**
104:21
105:19

**ports**  174:5

**position**
78:22,24
230:17
231:6
232:2
235:23
245:18
246:20
249:5

**positioning**
183:13

**positive**
198:15
208:3
245:22

**possibility**

245:17

**possibly**
185:12
246:16
247:25

**potential**
203:15
224:9
246:5
247:1,2,6,
10,12,23
248:9,10,
15,19
250:3,20
251:9
253:25

**potentially**
65:11  75:5
170:21
220:7
235:18

**practice**
109:14
215:3

**practised**
140:8

**Pramex**
102:24

**preceding**
61:25
75:14  86:6
90:18
119:20
135:1,7
169:13
233:6

234:7

**precise**  69:1
70:10
73:18
76:14

**predecessor**
242:21

**preparation**
94:17
124:4

**prepare**  96:1
100:7

**prepared**
61:20
80:21
93:25
94:3,5
96:9
120:17
122:6,9,13
123:19,25
124:4,17,
24  125:6,
21  126:3,
19  144:13
146:4

**preparing**
61:5,7
143:14
196:5

**present**  80:8
94:21
238:16

**pretty**  60:21
186:16

187:2

**previous**
141:18
147:1
164:19

**previously**
63:1,2
64:15
115:15,22
128:25
188:14
202:17
226:7

**price**  96:24
196:18
229:8
230:1,23
234:16
236:2,11,
15

**prices**
230:5,6
255:9,13

**prior**  62:23
87:18
90:17,25
96:7  102:3
119:10
134:3,11,
12,13,15
135:14,23,
25  137:2,
3,6,7
242:7

**private**
248:21

**procedure**
142:9

**proceeded**
100:16

**proceeding**
140:3

**proceedings**
141:8

**process**
67:8,11
74:17,23
75:2,8,11,
20,25
76:6,10
89:1,6
90:23
91:19,21
92:15
187:11
224:6
246:19
249:7,25
252:18
254:19

**processes**
66:8
114:21

**produced**
176:4

**producing**
200:16

**products**
259:14

**progress**
211:14

project
  102:14

projects
  243:16

proper   142:9

properly
  154:23
  223:13

prospective
  240:16,17

prove   82:2

provide
  65:11 66:5
  68:6 105:3
  125:8
  134:21
  135:25
  136:7,19
  138:21
  164:4
  212:6,11
  223:14,21
  231:7
  243:12

provided
  60:25 61:1
  67:14
  77:12
  105:13,18,
  25 106:4,
  15 125:7,
  19 180:6
  202:2
  214:11
  215:25
  220:13,14

221:11
224:10
241:1
242:9
243:15

provider
  102:9

providing
  61:16
  67:14
  138:18
  212:15
  213:10,12
  214:5,10
  215:9,10,
  20 236:15

pub   116:16

pump
  173:14,15,
  18,21
  174:5,15,
  17,19
  181:11,22
  183:1
  188:6
  190:11
  254:14
  258:6,7,
  15,21

pumps   169:17
  173:7,11,
  16 174:3
  175:1
  258:16

purchase
  67:5

103:16

purchases
  230:13

pure   172:4,
7

purport
  226:14

purpose
  104:1
  108:17
  110:17
  112:4
  155:2
  156:12
  166:24
  167:2,3,5,
  8 171:18
  230:24
  239:12
  250:6
  251:2

purposes
  99:6
  120:3,4
  126:24
  204:16
  219:16,18
  236:23
  261:1

pushed   87:24

put   64:9
  66:9 70:5,
  11 72:7
  81:14
  86:19 96:8
  110:16

113:21,25
120:6
127:9
156:11
163:25
164:8
183:15
184:9
210:15
217:20
222:13
225:15
249:9
258:9

putting
  69:11
  215:3

_____

Q

Q88   122:4
  143:11,25
  144:3,7
  145:23
  146:1,10,
  15 147:5,
  12,22
  148:7,11,
  15,22
  151:4,24
  152:21,24
  153:3,22
  154:7
  155:1,6,7,
  25 156:5
  157:24
  158:3,13,
  16,18

159:11,14
160:6,8
161:14,23
167:11
176:7

**Q88s**  84:25
146:13
147:19

**qualifications**
206:24

**qualified**
238:19,25

**qualifying**
101:14,19

**quality**
153:18
169:2
174:1,25

**quarter**
91:16

**question**
60:8
61:24,25
63:21,23
64:1 65:24
66:3
75:14,24
81:9,12
86:3,4,6,
21 87:5
88:18
89:24
90:8,17,18
97:11
98:16

99:16
101:1
104:6
116:20
118:21
124:23
134:25
135:1,6,7,
10 136:4
139:6,16,
22,25
140:14
141:12
147:17
153:1,18
160:25
161:1,21
162:1,5
167:14,23
175:16
176:2
189:8,10
192:25
203:7
205:22
206:1,5,6
208:23
209:18,25
210:24
211:4,23
212:13
215:17
218:6
223:2
229:9
231:23
233:17
234:4,9,20

236:13,20
238:20
239:23
242:15
243:9
244:8,9,
10,16,17,
23 250:8

**questioning**
90:13
256:7

**questions**
72:9,10
77:3
120:20
124:12
140:6
196:16
202:9,25
203:2
210:5
250:12
255:24,25

**quick**  114:21
186:18

**quickly**
174:6
203:6
217:13

——————————
——————————
        **R**
——————————

**range**  64:5,
7,8,9
66:5,10
67:14
68:7,8,16,

23 69:1,6,
11,15
71:4,5,6
72:17,19,
25 73:3,7,
19,23
77:18
85:15
86:23 87:7
88:23 89:1
91:22
96:25
97:21
98:8,12,
18,24 99:7
194:8,10
198:9
199:13
214:12,18,
22,25
215:1

**rates**  225:20

**reach**  62:8
181:3
192:21
219:24
222:6,17
256:4
257:12

**reaching**
191:7,13

**read**  61:23,
25 63:23
75:12,14
77:10
86:4,6
90:18

126:15
129:23,25
134:24
135:1,5,7
150:4
154:5
169:10,13
196:15
226:20
228:18
233:4,6
234:7
260:24

**reading**
130:19

**ready**  247:17

**real**  219:25

**realize**
90:13 99:4
144:19

**realized**
110:19
111:19
112:6
114:7,20,
22

**rearrange**
256:5

**reason**  62:4
64:6 93:1,
6 105:10
153:17,18
160:22
169:6,12,
15 192:19

203:7
230:19
231:14
234:18
243:3,6
247:23

**reasonable**
221:18

**reasoning**
218:25

**reasons**
89:18,20,
22 104:19
105:2,5,8,
13,17,24
106:4
229:23

**recall**  59:22
61:5,7,10
63:22 64:1
74:18 75:7
92:9 93:20
101:16
132:6,8
144:15
173:12,20,
23 180:24
184:16
188:8
191:15
193:2,3,4,
9,11
199:14
221:1
222:7
223:7
250:24

252:5,13,
16,22,24,
25 254:18
255:3,12

**receive**
134:12,15
166:24

**received**
100:17
101:13
133:24
134:4
137:14
138:1
260:23

**recent**  183:7
188:2
191:25

**recess**  65:21
82:20
113:2
159:4
186:20
202:6,14
224:19

**recognize**
141:25
239:16
256:9

**recollect**
103:10
134:19
135:16
162:22
181:11
183:19

188:3
192:6

**recollection**
60:5,7
66:15
76:14
91:8,20
118:24
119:7
120:13
123:22
180:18
181:8,9
183:1
187:2,3
221:25
249:20
251:6

**reconstruct**
220:11
221:9,14

**reconstruction**
220:7

**record**
65:19,20,
22 77:14
82:19,21
83:1
105:17
113:1,3
139:11,12
141:7,15,
19 159:3,5
186:19,21,
23 202:3,
5,7,13,15
224:18,20

228:19
241:19
260:11,12

**records**
 66:19
 82:2,5
 138:10,18,
 22 150:5
 175:5,11
 181:21
 185:1

**reduce**  85:22
 86:16

**reduced**
 96:24
 199:2,17
 200:5,6

**reduction**
 86:7,12
 87:21
 97:6,23
 98:3,11
 99:7,9,11,
 18,24
 198:10
 199:12
 201:12
 204:8

**Reed**  116:2,
 8 118:5
 125:2
 126:4
 127:3,19

**refer**  129:4,
 6 141:7
 143:14

144:21
145:15
147:9
154:6
163:11
177:3
218:20

**reference**
 147:25

**referenced**
 124:18
 154:9
 176:23

**references**
 109:14

**referred**
 113:8
 130:4
 147:5,6
 168:7
 175:3
 210:4
 249:22

**referring**
 65:14
 105:17
 120:25
 143:7,17
 145:17
 151:13
 157:8,9
 187:18
 212:4
 241:8
 254:18

**refers**

120:17
152:21,25
155:7
157:21

**refinancing**
 105:1,20
 254:15

**reflect**
 151:11
 175:6
 185:2
 193:5
 205:17
 221:7
 226:14
 243:24
 244:11

**reflected**
 174:20
 185:21
 187:9
 205:2
 206:12
 207:24
 208:24
 211:14
 213:23
 215:1,13
 236:10
 249:11

**reflecting**
 227:18

**reflection**
 232:2

**reflective**
 236:16

**reflects**
 74:22
 210:14
 239:17
 240:2

**reformatted**
 125:20

**refrain**
 139:9,13
 141:2
 178:19

**regard**
 165:13
 209:9
 212:14
 227:2
 234:21
 242:18
 254:8

**regarded**
 173:19

**region**  68:9,
 11,15 69:7
 71:17,22,
 23 72:13
 73:5,8
 74:8 78:5,
 6,9,23,25
 91:23

**regular**
 104:22
 146:14
 261:4

**reiterate**
 168:24

rejects
  167:1

relate  86:10
  206:17

related
  86:18
  206:1,20

relating
  175:20,24

relation
  117:6,9,
  10,16
  120:19

relay  207:20

relevant
  75:18 96:6
  107:7,16
  112:1
  189:20
  190:6
  211:6
  212:18
  216:8
  237:3
  250:2
  253:24
  254:2,3

relied  155:6
  161:22
  162:8
  164:4,8

rely  157:24
  158:4,5
  159:13,22,
  23 254:6

relying
  139:18
  153:22
  154:1,12,
  14,21

remain  68:19

remainder
  104:23

remaining
  146:15

remember
  67:9
  84:22,24
  90:24
  91:1,25
  100:8,10
  115:1
  116:3
  119:8,14,
  16,19
  123:5
  124:15
  127:5,8
  128:10
  129:24
  131:7,18
  133:1
  134:9,10
  173:5
  175:4
  180:22
  181:13,16,
  17 182:6,
  12,16,17,
  23 192:1,3
  221:4
  222:9

249:15
250:25
252:11
253:22
255:15

remind  59:24
  141:12

remotely
  65:3 261:3

remove
  110:20
  112:21
  115:2

removed
  113:8
  114:8,25
  230:11,19,
  25 231:14

repeat  61:22
  86:2
  89:19,24
  102:6
  110:3
  124:23
  134:23
  209:18,24
  228:16
  233:17
  242:15

repeated
  189:19
  211:10

repeating
  195:9
  212:17

rephrase
  60:9 61:22
  86:21
  135:12

replace
  227:13

replied
  158:23
  211:5

reply  70:14,
  15 78:12
  81:9,11
  164:19
  186:11
  191:3
  198:20
  209:4
  237:25
  256:20
  257:7,19,
  20

replying
  210:24

report
  211:15

reported
  175:8

Reporter
  62:12
  63:23
  65:25
  69:13 83:2
  87:3 98:2
  193:13,17,
  22 203:8

261:2,8

**represent**
59:7
202:19

**represented**
208:20

**represents**
76:1
108:19,25
109:10
251:5

**reputation**
170:25
171:6

**request**
80:13
100:17
132:15,17,
18,19,20,
23 133:13,
14,15
183:17
189:24
250:5

**requesting**
93:5

**requires**
236:15

**resale**
197:13,15,
17,19

**residual**
108:23
151:20

**residues**
166:25

**resolved**
120:8

**respect**
138:10

**responded**
120:18
128:1

**responding**
127:23

**response**
120:15
127:18
253:1

**rest**  82:18
211:4

**result**
113:14
226:5,23
233:20
246:2
253:10

**resume**  90:15

**retrospect**
111:18

**returned**
95:18

**revenue**
256:17

**review**  66:7
123:12
126:21
193:15

195:18,25
199:20
217:23
240:24
260:24

**reviewed**
123:15
130:6,11
133:21
145:25
163:23
191:7

**reviewing**
123:6

**rhetorical**
79:2

**right-hand**
196:25

**rightly**
211:5

**rise**  215:10

**risk**  212:17

**Ritsos**
185:12

**room**  60:17
82:18
173:15,18,
22 174:15,
17 258:7,
15

**roomer**
174:19
181:11,22
183:1

188:6
190:11
254:14

**roomers**
258:21

**rotation**
178:11

**rough**  261:3

**roughly**
166:2

**round**  59:23
156:15

**RPMS**  179:18

**rule**  142:22
208:16
257:9,14,
16,21,23
258:2,4,9
259:11

**rules**  142:11

**run**  184:4
213:1

―――――――

**S**

―――――――

**S&p**  75:6

**sake**  195:5
203:13

**sale**  67:5
103:16
107:8
108:23
111:1,24
173:21

Case 2:17-cv-09010-AGR   Document 296-2   Filed 08/24/18   Page 258 of 270   Page ID #:9769
**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018**          Index: sales..sentiment

175:8,9,12
181:10,17,
22 182:6,
18 185:15
188:18,25
190:6
191:20
234:15,22,
23 235:14
236:2,7,
10,15,18,
21,25
237:5
241:3
245:17
246:5
249:5,6,7,
25 250:20,
21 251:9

**sales**  180:9,
12,13,16,
25 181:3,6
182:14
186:15
187:1,21,
23 189:20
191:22
192:3,15
211:24
212:18
215:11
221:13
222:1,23
223:5,10,
11 230:12
254:14
255:2

**Sandya**  94:7

**Saturday**
142:2

**science**
61:17
62:5,10,16
64:6,8
69:2 70:10
224:4

**scrap**  195:3

**scrapped**
194:10
195:2

**screen**
146:18

**screens**
63:14

**secondhand**
196:20

**secretarial**
94:14

**section**
147:10
153:23
154:6
197:4

**security**
110:18
112:5,6

**segment**
169:1

**segments**
169:23
196:21

**segregations**
173:17

**sell**  235:15
238:18,23,
25 245:18
246:18

**seller**
111:1,12,
17,20
112:9,11,
18 114:8
223:15,22
230:8,12,
23 231:3,8
232:3,7,10
235:16
236:5,8,
17,23
237:1

**seller/willing**
111:25
234:17,24

**sellers**
234:19
238:17,22,
24 240:16,
17

**selling**
230:5
246:16

**send**  93:7
129:13,17

**sending**
245:13

**sense**  172:18

201:1
208:8
234:8

**sentence**
98:1
104:11
126:22
127:4
131:5,9,13
132:7,10,
24 133:11
134:1
143:2,8,9
145:19
159:22
169:10,11
226:12,20
227:13
228:3,7
229:16
234:3,14
235:7
238:15

**sentences**
131:22

**sentiment**
180:13
183:8
185:24
186:1,9,12
187:1,16
192:20
231:13,16
239:17,24,
25 240:3
241:11
254:5

256:18

**separate**
143:25
175:23
214:4

**separately**
168:22
220:19

**services**
102:10

**set** 103:3
163:18
175:1
260:2

**shared**
180:14
251:7,14

**shed** 200:17

**ship** 81:14
86:19
94:10 97:3
99:19
101:20,22
102:15
103:5,9,
21,24
104:1,3,
10,14,23
106:24
107:9,13
108:16,22
109:2,4,7
114:1,5
134:12,16,
21 135:15,

19,25
136:7
137:3
145:12
147:13,19
148:6,7
151:21
154:19,23
156:8
158:6
163:13,14
164:9
166:13,15
167:1
168:9
169:18
170:1,5,
18,20
171:21
172:5,25
173:3
175:22
176:4
182:2
184:7
185:5
188:20
197:19
200:20,23
201:20,25
209:16
212:20
214:1
216:18
219:6,10
220:21
241:3
245:17,19,

20 246:24
247:13
250:18
252:19
253:12,24
254:14
257:4
259:1,7,8,
9,12,15,18

**ship's**
258:11

**shipbroker**
220:21
245:18
247:18

**Shipbrokers**
101:10

**Shipbuilding**
195:19

**shipping**
102:9,10
103:18
118:14
153:16
155:4
195:19
217:8

**ships** 81:14
104:19
106:19
107:4
143:19,23
144:8
145:8
152:14
163:12

168:18,25
173:15,18
179:22,25
182:22
183:10,14
184:11,14
194:14
196:22
198:24
199:21
204:24
208:16
217:9
225:16
243:13,24
246:5
258:5,14,
24

**shopping**
184:9

**short** 82:17
202:2
224:16
253:5,6,8

**shorter**
225:6

**shortly**
252:8

**show** 63:8
64:13
66:19
79:13 82:6
155:1
156:9
176:11
186:3

191:17
244:15
255:7

**showed**
196:20
200:16

**shows**  198:3
200:4
202:1
235:3

**sic**  155:20

**side**  138:5
195:8
197:1
225:19
256:19,25

**sign**  80:1,
2,8 83:15
260:24

**signature**
79:7,11
81:1,3
115:17
228:8

**signatures**
83:19

**signed**  78:21
80:21
83:12
94:1,2,22
95:13,23
96:10
127:12,14
133:19
260:19

261:1

**significant**
163:3
213:6
217:18
218:7,8

**signing**
260:17

**signs**  80:9

**similar**
107:9
188:5
244:24

**similarly**
165:5

**simple**
136:4,6,9
234:18

**Simply**
223:12

**single**
237:15,22
250:6

**singular**
254:11

**sit**  82:10
134:20
182:5
221:1
224:22

**sitting**
60:18

**situation**
227:18

231:6
235:16
247:3,22
248:15

**size**  108:16
168:25
169:1,21
178:4
179:21
180:3
185:18,19,
25 186:4,
10 188:21
191:21
194:12

**sizes**  183:7

**slight**  62:18

**slightly**
62:6 87:25
97:14
180:13
225:21

**slop**
149:18,19
150:2
151:5
152:3,6,
12,18,22,
25 153:2
155:20,21
156:14
157:8
159:15
160:14
165:6,11,
22 166:16

168:3

**slow**  79:12
203:8

**small**  93:17
103:3
164:20

**smaller**
168:25
180:14

**Smith**  116:2,
8 118:5
125:3
126:4
127:3,20

**so-called**
147:12

**sold**  182:3
188:4,14
247:25

**solicit**
247:10,12

**solutions**
151:8

**sort**  209:1

**sound**  209:24

**sounds**  73:17
253:4

**source**
143:16
158:3
248:13
253:25

**sources**

143:4,7,
13,15
144:12
158:4

**Space** 102:4,
7

**span** 206:11

**speak** 203:5
242:11
246:12,13,
22 247:2,6
249:14,15,
16 251:11

**speakers**
239:10

**speaking**
123:6
139:10
203:5
206:9
233:23

**specialists**
94:10,11

**specially**
202:19

**specific**
65:13
91:24
93:14
111:13
115:7
175:16
183:1,10
212:13
228:22

**specifically**
113:25
134:20
135:18
139:4
144:16
145:17
173:12,20
187:20
190:21,23
191:6,12
193:1
203:16
210:8
216:13
224:23
226:20
231:24
234:21
240:1,23

**specifics**
170:1

**speed** 246:21

**spoke** 62:13
116:1,8,10
118:15
251:8

**spoken** 120:8

**spot** 186:12
256:12,14,
17 257:4

**spread**
229:3,15
232:17
233:21

**stability**
201:4

**staff** 94:14

**stage** 115:4
195:2
248:2

**stand** 177:14
205:22
243:7

**standard**
109:5,7
114:11
115:2
138:5,19
147:13,15,
16 177:19

**standards**
147:10
179:23

**stands**
140:22

**Star** 102:4,
7,12,16,
19,22

**start** 64:2
83:1 91:16
97:25
159:22
195:11
201:23
203:12
206:19
211:2
226:25
249:24

252:19

**starting**
72:15
110:12
197:7
218:24
226:3,11

**starts** 72:23
74:8 78:9,
23 88:23
110:23
113:12,16
120:25
131:22
249:8

**state** 139:10
140:3,5,6,
16,19

**stated**
154:16
159:23
165:14
166:16
235:10

**statement**
217:24
223:4
227:2,10,
12 228:11,
18 229:1
232:22
233:11,24
234:9
235:18
238:24

**statements**

232:15

**states**
198:23

**sticking**
78:13

**stipulated**
251:12

**stipulation**
260:13,15,
18,22

**stop** 140:9,
11 142:18
178:16
234:20
252:20
253:13,17
259:21

**stops** 72:22

**strictly**
129:24
180:18

**strike**
237:11

**strongly**
230:20
231:5

**stumble**
222:13,14

**stumbling**
222:9

**subject**
203:3,4
260:5

**subjective**
61:21
187:12
190:14
240:4,19

**subjectiveness**
224:5

**subjects**
202:23

**submarkets**
208:19,20

**subsequent**
251:23

**subsidiary**
102:23

**substantial**
219:2,6,9

**substantiated**
241:24

**substract**
155:20
156:13

**substraction**
160:1

**subtracting**
157:19

**success**
107:13

**Suezmax**
197:7

**suggest**
142:7
237:11

**suggesting**
142:10

**suggestion**
205:7

**suggests**
230:18,20,
22 231:6,
11 237:13

**summer**
126:25
183:11,14,
16,21,22,
25 189:24
190:3
213:8

**Superior**
170:13

**supply**
225:15

**supply/demand**
225:14

**supposed**
100:12

**surveys**
240:25

**swing** 71:3
77:19
109:11,15
198:15

**switch**
202:10

**sworn** 59:2

**system** 65:3
124:9

179:6
213:16
214:23
215:2,13

_____

|   T   |
| --- |

**T-a-r** 172:11

**table** 60:17,
19,20

**tackle** 257:1

**taking**
200:19
212:17
220:1,15

**talk** 99:6
176:18
180:23
187:19
211:11
226:19,21

**talked** 76:13
84:6,7
133:16
173:24
250:22
259:25

**talking**
90:10
112:19
123:5
129:8
141:24
144:16
148:8
173:4

179:13
180:20
182:21
194:23
200:20
239:20
241:10
253:17

**talks**  111:1

**tangible**
241:3

**tank**  151:24
152:19,22
154:1
155:20,21
156:14
158:12,16
163:3
172:1
173:14

**tanker**  194:8
201:14
204:6
238:3

**tankers**
148:6,9
169:22
195:2
196:20
216:14
222:22
224:24

**tanks**  131:2
148:21
149:2,18,
19 150:2,

24 151:3,
4,5,13,15,
19,20,21,
25 152:3,
6,7,8,11,
12,14,18,
22,25
153:3,6,7,
12 154:15,
17,18
155:12,13,
19,24
156:6
157:12
159:8,15
160:14,18
161:23
164:15,22
165:2,6,
12,18,23,
24 166:17,
18,25
167:2,8
168:3
169:3,4
171:9,10,
13,14
172:2,5

**tar-free**
172:8,11

**team**  104:7,
15 122:18,
22 126:19
145:6
180:25
192:22

**technical**

102:10
153:23

**telephone**
83:23
119:17
131:15
260:8

**telephonic**
242:17

**telling**  83:5
153:25
154:13

**template**
114:3,4
227:13
235:2

**templates**
114:22

**tend**  128:16
258:8

**term**  205:18
229:10
237:8,10
239:5

**termed**  226:1

**terminology**
79:3 89:2
107:8
109:9
194:21

**terms**  70:1
170:5
171:15
174:11

178:11
180:11
189:20
198:7
204:23
219:25
220:24
221:6,21
235:18

**test**  98:5

**testified**
59:3 68:24
74:2,16
80:19
81:20
83:22
89:2,5
95:5,16,21
104:13
113:12
118:18
135:13,23
163:17
167:4
168:7
189:11
191:6,19
199:11

**testifying**
74:10
165:21

**testimony**
59:25 68:1
69:5 81:25
86:22
93:24
104:9,16

105:23
106:3
120:11
159:8
168:10
192:7
202:21
213:9
220:12,14
237:18

**text**
214:21,25

**theoretical**
61:21

**Thierry** 75:6
79:20 84:6
127:19
128:4
129:13

**thing** 190:6
217:21
229:7
260:17

**things** 76:1
123:7
158:4
169:17
183:9
204:1
258:13
259:7,16,
18

**thinking**
174:9

**third-party**

153:16

**thought**
67:25 84:7
89:23
111:10
147:24
154:19
162:14,17
163:17
188:11
215:16
217:20
224:14
243:8

**thumb** 257:9,
14,16,21,
23 258:2,
4,10
259:11

**tier**
170:15,16,
19

**time** 59:13
62:13,18
63:19 66:7
67:4,11
68:3 80:6,
13,20,24
83:6,7
85:4 86:9
89:3 90:22
91:2 92:23
100:15
101:1
102:1
103:8
104:4

105:1
111:18
114:20
116:1,8,9
118:4,25
119:18,22,
25 120:2,9
128:6
131:17
148:2
160:1
171:19
173:2,3
176:4
180:11
183:4
190:5
194:10
199:3,4
211:19
213:4
216:5,6
219:23
221:14
222:7,24
225:2
227:19,21
228:11,19,
23 234:19
238:13
239:19
244:6,13
245:1
248:3
250:9
255:16
260:20,25

**times** 84:9
104:22
149:13
183:11
189:18
191:10
210:4
211:11
244:1

**TMF** 61:1
93:16
94:1,18
95:14,23
100:6,11,
19 101:2,6
106:10
120:18
133:25
134:4
135:15,18,
24 136:20
137:15

**today** 59:12
60:25 68:1
74:10
91:12
108:17
142:8
189:19
199:12
202:21
221:1
224:22
238:17
239:20

**today's**
195:1

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018**          Index: told..understand

| | | | |
|---|---|---|---|
| told   190:21 | train   224:14 | trouble | unclear |
| 246:4 | trained | 64:17 | 91:18 |
| 247:22 | 103:24 | true   120:12 | underlined |
| 252:17 | 104:10 | 223:1,10 | 110:24 |
| 253:11,16 | training | 227:2,8, | 113:13 |
| tomorrow | 104:4 | 10,11 | 226:4,22 |
| 260:1,3 | transact | 228:11,19 | 231:25 |
| tonnage | 230:8 | 232:15,22 | 233:19 |
| 235:9 | 236:17 | 233:11,23 | underlying |
| 237:8,10 | transaction | 234:9,21 | 243:18 |
| tool   143:19 | 139:18 | 238:21,24 | undermined |
| top   110:13 | 234:23 | trust   93:2 | 232:5 |
| 138:1 | transactions | truth   59:25 | undermines |
| 176:15 | 232:24 | 60:1 | 230:17 |
| 197:13 | 233:8 | Tuesday | 231:5 |
| 217:22 | transcript | 125:15 | 232:1,6 |
| topics   256:2 | 261:4 | turns   178:11 | undermining |
| total   148:20 | transition | twist   139:20 | 111:13,19 |
| 149:25 | 183:16 | type   148:7 | understand |
| 150:3 | 187:5 | 172:2 | 60:1,7,9, |
| 151:5 | translate | 185:15 | 22 61:3 |
| 154:15 | 177:16 | 248:19 | 67:22 68:1 |
| 155:7 | Transmed | 258:7,15 | 69:14 |
| 205:6 | 117:17 | 259:14 | 75:2,24 |
| totally | transported | types   106:17 | 80:18 |
| 140:14 | 225:17 | 173:6 | 84:15 |
| touching | trend | | 86:11 87:5 |
| 233:13 | 211:16,22 | —————— | 89:5 92:10 |
| track   165:9 | 212:13 | U | 97:11 |
| 210:10 | trends | —————— | 104:14 |
| trades | 210:11 | UK   103:4 | 107:21 |
| 173:20 | 240:10 | 128:17 | 108:13 |
| trading | trial   260:20 | 255:21 | 118:11 |
| 174:19 | | ultimately | 135:10,11, |
| | | 231:10 | 17 138:6 |
| | | 249:4 | 151:9 |

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
Mr. Gregory Wauthier on 05/15/2018 Index: understanding..valuation

153:1
157:12
158:10
159:9
162:5,20
203:7
206:5
207:19
211:9
213:3
223:3
229:13,16,
18 233:9,
10 235:20,
22,24
236:12
239:12
244:16
255:22
259:23

**understanding**
104:6
114:10
120:10
125:24
168:10
239:4
246:19

**understood**
60:11
98:16
104:16
143:21
162:13
204:7,14,
22,23
215:16

217:11
237:11

**undertook**
189:16

**unfortunate**
231:2
235:2

**United** 141:9

**units** 196:21

**unrealistic**
234:17

**unreasonable**
220:22

**unsigned**
260:25

**updated**
146:13

**upped** 174:2

**upwards**
189:2,3,
12,13

**usual** 64:4
127:1
229:3,14
233:21

_____

**v**
_____

**vacation**
81:15
92:25
93:10,21

**vague** 97:9
98:6,15

99:13
100:2,14
106:20
107:20
112:13
122:15
139:2
150:18
151:17
199:25
200:8
206:14
207:17
208:5
223:16,24
243:2,3
251:16
253:14

**valuable**
259:9,17

**valuation**
61:11,16,
20 66:4
68:18
69:12
70:1,20,24
71:10,18
72:11 73:2
74:12
77:10,11
78:1,6,10,
20,25
79:4,23
80:3,9,10,
14,15,18
81:7,10
85:16,19,

23,24
86:19,24
87:12,21
90:20
91:22
92:21
93:3,5
94:10,11
96:8,21
97:7,16,
23,24
98:13
99:21
100:16,19,
23 101:3,
6,7 103:9,
21 104:14,
19 105:4,
13 106:15,
17 107:17,
19,24
108:2,18
109:5,7,
10,16
110:4,5
111:24
112:11,20
113:22
117:25
118:2,14
119:2
120:17
131:25
134:5
135:15
137:18,21
138:2,18,
20,21

139:19
143:14
144:13,22
146:7
147:13
148:2
149:5
162:3
163:4
165:3,7,13
167:25
170:4,23
171:18,25
173:23
174:2,11,
16,21,23
175:10
176:24
177:23
179:19
180:6
181:7
182:2
183:17
187:11,24
188:7
189:13,17
190:15,20,
22 191:7,
14 199:1,
5,18,19
200:6
203:14,15,
17 204:15
211:19
212:6,11,
16 213:11
214:11,16

216:2
218:1,2,
13,21
222:3,18
223:14,18,
21 224:5
225:24
226:17
228:7,20
230:16
231:2,8,
10,19
232:2,3
234:15,22
236:5,15
237:16,23
238:6
240:2,5
243:1,21
244:13
245:1
254:19
257:13
259:4

**valuations**
61:1,2,6,
7,20 64:5,
6,10,25
66:6,8
67:18,19
69:17
76:12,24
77:3 80:7
81:22
82:12
83:7,11,
12,15
84:4,19

86:8
87:15,25
88:16 93:9
94:22,24
95:10,17,
23 96:1,4
99:12
100:7,13
101:20,23
102:15
103:6,19,
25 104:1,
8,10
105:25
106:5,9,24
107:3,10
109:2
111:5,11,
16,22
112:8,17
113:6
114:13,23
117:16
134:12,17,
21 135:19,
25 136:7,
19 137:2,
3,6 146:12
147:19
148:6
150:1
158:11
163:13
164:5
176:2
180:8
183:5,25
184:2,16,

21 185:2,
7,22 186:2
187:8
194:11
201:7
211:8,25
213:12,16
215:11,19,
20,24
218:14
221:5,11
225:1
239:12,19
241:8
242:1,4,8,
13,19
243:12,15
244:5,20
250:18
254:8
256:13,15

**valued** 92:19
94:18
147:21
158:15
173:8
200:21,23
212:21
213:4

**valuer**
220:21

**values** 70:17
84:10
99:19
180:15
214:22,25
224:10

225:22
254:7

**valuing**
163:8,15
164:2
165:19
173:2,3
253:24

**vastly** 195:4

**verbal** 89:10

**verbally**
76:3

**versatility**
174:20

**version**
260:19

**versions**
62:7

**versus** 60:19
73:19
88:16
186:10

**vessel** 61:2,
16 62:24,
25 78:18
88:21
118:2
126:25
131:2
137:23
138:9,17,
25 145:19
150:25
152:10,19
163:4,8,9,

20,22
164:2,15,
24 165:13,
15,19
168:5
170:17
171:11,24
172:17,23
173:8
174:17,18,
19,23,25
177:23
178:5
179:20
180:3
181:14,24
185:19
188:12
190:24
192:8
193:1
194:7,8
197:23
198:15,17
202:20
203:18,25
204:9,12,
15 205:6
206:8,10
207:23,24
209:1
214:5
240:2
246:16
247:24
250:10
251:9
259:3

**vessel's**
220:1,16
248:13

**vessels**
64:25
117:11,12
134:5
175:20
180:16
183:25
184:17
185:16
186:5,10
199:23
203:23
205:16,17
206:3
207:4,5,
14,15
208:1,2
209:9,12
214:23
222:24
223:6,11
227:3
241:9
245:1
255:9,13

**vetting**
147:9

**vicinity**
72:1 97:13

**video** 260:9

**view** 86:19
183:13
225:22

228:10,17
229:22
256:13

**views** 84:7

**VLCC** 197:7

**voice** 59:19
90:2,7,12

**voiced** 228:6

**volatile**
217:8

**volume** 233:2

———————————

**W**

———————————

**Wait** 96:15

**waiting** 64:1

**Wales** 141:11

**wanted** 98:23
231:17
243:17
246:19
250:5

**wanting**
239:14

**warm** 247:14

**washing**
166:25

**water** 151:19
194:13

**Wauthier**
59:1,6
62:21
63:22

65:12
67:10
72:24 77:2
83:5 88:7
98:10
99:2,3
101:9
106:23
113:4
120:4
127:13
142:15,24
159:6
162:15
168:23
176:12
179:9
186:22
190:8,18
192:24
193:24
202:8,16
241:24

**website**
126:1,7

**wedding**
142:2

**week** 249:12

**weeks** 118:7,
19 119:25
202:18

**Weller**
116:2,8
118:5,12
119:1,4,
11,21

120:9
124:13
125:1,19,
21 126:4,7
127:6,19,
23 129:12
130:5
131:8,16
132:11,14,
24 133:13
146:14

**Weller's**
120:16

**whatsoever**
120:12
221:5

**whilst**
110:17

**wholly**
139:11
140:18

**wide** 229:3,
15 232:18
233:22
248:17,22
255:8

**wife** 121:15

**willing'**
238:19

**Wise** 59:22
63:8,12,17
64:16,22
65:1,7,16
69:22
75:21

76:19,23
77:7 79:10
82:24 85:6
87:1 88:4,
10 90:3,7
95:1 97:8
98:6,15
99:13
100:1,14
106:11,20
107:20
112:13,25
117:14
118:18
119:12
120:21,24
122:15
124:20
125:12,14
132:12
135:4
136:8,12,
16 138:12
139:2,15
140:13,22
141:3
142:11,17
146:17,21,
25 150:18
151:17
158:1
159:18
168:17
176:14
178:18,21
190:9
191:1
193:20

199:8,25
200:8
201:18
205:19,24
206:14
207:1,17
208:5
209:23
223:16,24
224:16
241:15,20
243:2,8
251:16
253:14
259:24
260:13
261:10

**Wise's**
118:23

**withdraw**
118:21

**witness's**
62:14

**wondering**
65:10

**WOOD** 85:9
89:25
90:5,10,14
125:11,13

**word** 62:23
66:6
67:13,19
68:2,6
71:14,18
73:4,18
74:1,6,11,

**TMF TRUSTEE LIMITED -v- M/T MEGACORE PHILOMENA**
**Mr. Gregory Wauthier on 05/15/2018     Index: wording..younger**

17 75:25
77:15
87:16
91:22
92:20
99:17
109:15
114:4
162:24
163:20
176:13
232:4
247:11

**wording**
110:19,21
111:19,23
112:19
132:3,5
133:4
162:15

**words** 87:16
158:17
163:21
164:25
167:7
174:22
204:10
221:8
227:9
259:7

**work** 96:3
101:25
102:3,18,
21 151:8
240:5
242:12

**working**
102:23
103:2,15

**works** 179:16
208:16

**world** 246:21

**worries**
210:2

**worst** 260:7

**worth** 258:18

**write** 72:5

**writing**
92:4,9

**written** 70:1
78:20
150:23

**wrong**
156:20,24
162:17,19
209:6
216:24
217:12
229:4
236:1
239:4,8
251:1

**wrote** 121:24

───────────
        **Y**
───────────

**yard** 164:10
169:3
170:9,13,
15,16,18,
19,21

195:3

**yards**
170:13,14,
24 171:3

**year** 91:9,
10,11,17
115:8,9
116:10,11,
13 173:5
194:16
195:11
197:23
198:1,4,8,
15,16
200:5
203:18,24
204:3,8,
10,13
205:5
206:3,19,
20 208:2,
13,14,15,
23 209:11
210:15,23
211:2,3,16
216:1
219:7,11,
15,17,20
227:14

**year's**
196:18

**yearly**
195:24

**years** 102:20
106:25
116:11

140:7
163:12
173:4
194:14
195:5,7
197:13,14
198:8
200:21,24
203:24,25
206:12,16,
18,21,24,
25 211:18
221:19

**yesterday**
65:13

**younger**
204:1