1           IN THE UNITED STATES DISTRICT COURT
2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3    _____ :
     TMF TRUSTEE LIMITED,                :  CASE NO:
4                                        :  2:17-CV-9010
                         Plaintiff       :  IN ADMIRALTY
5                                        :
                          -v-            :
6                                        :
     M/T MEGACORE PHILOMENA,             :
7    her engines, boilers, tackles       :
     and other appurtenances, et         :
8    cetera, in rem, HURRICANE           :
     NAVIGATION INC, a Marshall          :
9    Islands Corporation, in             :
     personam                           :
10                                       :
                         Defendants      :
11   _____:

12                       Deposition

13                          Of

14                  Mr Greg Wauthier

15

16           On Wednesday, May 16th 2018

17

18              Commencing at 4.14 pm

19                     Taken at:

20                    Reed Smith
                 The Broadgate Tower
21                20 Primrose Street
                  London EC2A 2RS
22                United Kingdom

23

24                     Vol III

25   Reported by: Miss Pamela Henley
     Job No.  203224

```
1                    A P P E A R A N C E S

2

3    On behalf of the Plaintiff:

4            FLYNN, DELICH & WISE LLP

5            One World Trade Center

6            Suite 1800

7            Long Beach, CA 90831-1800

8            Telephone:  562 733 2373

9            Email: erichw@fdw-law.com

10                   BY:  MR ERICH P WISE

11

12           REED SMITH

13           The Broadgate Tower

14           20 Primrose Street

15           London EC2A 2RS

16           United Kingdom

17           Telephone:  +44(0)20 3116 3473

18           Email: jrwood@reedsmith.com

19                   BY:  MR JODY R I WOOD

20

21

22

23

24

25
```

```
 1   On behalf of the Defendant Hurricane:

 2          KAYE, ROSE & PARTNERS, LLP

 3          9100 Wilshire Boulevard

 4          Suite 420W

 5          Beverley Hills, CA 90212

 6          Telephone:  310 551 6555

 7          Email: fbrucculeri@kayerose.com

 8                 BY:  MR FRANK C BRUCCULERI

 9                 (Via video conference)

10

11   On behalf of the Witness:

12          Andrew Jamieson

13          Claims Director & Legal Advisor

14          International Transport Intermediaries

15          Management Company Limited

16          90 Fenchurch Street

17          London EC3M 4ST

18

19   In Attendance:      Mr C Loukopoulos

20                       (Via telephone)

21

22   Court Reporter:     Miss Pamela Henley

23

24

25
```

```
 1                    I N D E X
 2  DEPONENT
 3  Mr Gregory Wauthier
 4  Examination:                          Page No:
 5  Examination by Mr Brucculeri          270
 6  _____
 7                    EXHIBIT INDEX
 8
 9  Number                                Page No:
10  Exhibit 58                            306
11             (Previously marked)
12  Exhibit 28                            295
13  Exhibit 29                            295
14
15
16
17
18
19
20
21
22
23
24
25
```

1          MR BRUCCULERI:  Mr Wauthier, thank

2   you for showing up again for a now third day for

3   your deposition.  And per our agreement we are

4   going to finish today and get you out by 6.00 pm

5   local time UK as promised.

6          Q.    I want to remind you before we

7   begin that you took an oath yesterday to tell the

8   truth, and that oath still applies today, do you

9   understand that?

10         A.    I do. Good morning, Frank.

11         Q.    Are we getting a lag there again

12  today?  I just want to make sure that you guys let

13  me know early if there is an issue so that way I

14  can attend to that and not create undue hardship

15  for the Court Reporter.

16         MR WISE:  Your voice seems linked

17  up with your mouth as we see it.

18         MR BRUCCULERI:  All right.  Good. I

19  did not realize you were having a problem because

20  there was not one in the room yesterday and I do

21  not --

22         MR WISE:  It just was the end of

23  the day.  I do not know what it was, it was just

24  at the end of the day yesterday something

25  happened.

```
 1                  MR BRUCCULERI:  All right. Very
 2  good. Thanks. Right.
 3          Q.      I want to speak with you a little
 4  bit to start out with about your history, and
 5  course of dealing with the DK people, and you
 6  understand what I mean by DK?  Davidson Kempner?
 7          A.      I do.
 8          Q.      Okay.  Good.  When did you first
 9  start doing any kind of work for them?
10          A.      It is going back 6 or 7 years, I
11  would say 7 years, 2011.
12          Q.      Okay. And do you remember what the
13  first contact concerned?  Why they had contacted
14  BRS?
15          A.      Yes, I do.
16          Q.      And what was it?
17          A.      BRS is also the owner of a maritime
18  intelligence company in the container ship sector
19  called Alphaliner.  This is a subscription-based
20  service.  DK Partners were subscribers to the
21  Alphaliner service, so basically receiving market
22  research on container ships.
23                  They wanted to dig at the time on a
24  project with a French liner operator, CMA, and
25  they contacted Alphaliner to understand better
```

1  some market dynamics in the container ship and to

2  get an idea of valuation on some ships.  And

3  Alphaliner not being brokers could not do so and

4  referred them to us.  And now I started a

5  relationship.  I started talking to Mr Derek

6  Jackson.

7          Q.     And you were the one primarily

8  assisting on that initial project in -- with

9  Mr Jackson?

10          A.     Yes, I was the -- taking care of

11  that relationship.

12          Q.     And for how long did that project

13  last approximately?

14          A.     Not very long.  I would say a

15  couple of months.

16          Q.     And how was BRS financially

17  remunerated for that work?

18          A.     We invoiced for the valuations at

19  the time, so about I would say 9,000 euros at a

20  time.

21          Q.     9,000 euros total for the

22  valuations?

23          A.     About, yes.

24          Q.     Okay, very good.  And approximately

25  how many valuations did that cover?

```
 1              A.      A bit more than 10.
 2              Q.      Did you understand what Mr Jackson
 3     in DK's position was relative to the CMA vessels?
 4              A.      Yes.
 5              Q.      What was it?
 6              A.      They wanted to see whether an
 7     approach to CMA would make sense to buy some of
 8     their ships and lease them back on to them.
 9              Q.      And to the best of your knowledge
10     did they ever engage in any arrangement with CMA
11     to purchase any of their ships and lease them
12     back?
13              A.      No, they did not.
14              Q.      Okay. What was the next time that
15     you or BRS that you are aware of had occasion to
16     work for on behalf of Mr Jackson, Mr Feldman or
17     the DK Partners Group?
18              A.      I do not know when it started, but
19     we have been doing valuations for 3 vessels that
20     they own, or co-own, on a quarterly basis, and as
21     far as I understand it is for their internal
22     procedures.
23              Q.      Okay. What are the names of those 3
24     vessels? Sorry, I cut you off. Please.
25              A.      And I am sorry because this might
```

```
 1   not be -- because I do not exactly know when it
 2   started.  I do not know exactly -- I do not know
 3   the start date of that.  But it is a few years
 4   back already.
 5              The 3 vessels are the Zim Chicago,
 6   Zim Los Angeles and Zim Djibouti.
 7         Q.    And they would have those values as
 8   a matter of course 3 times a year you said?
 9         A.    4 times a year.  On a quarterly
10   basis.
11         Q.    4 times a year. And what did -- how
12   was BRS financially remunerated, or how are they
13   financially remunerated in connection with those
14   quarterly valuations on those 3 ships?
15         A.    We invoice twice 850 euros and once
16   425 euros because one of the ships is a sister
17   ship to the other, so that is ...
18         Q.    So annually can you give me -- I
19   think you -- just annually what the value of those
20   services invoiced would be, if you would,
21   Mr Wauthier, thank you?
22         A.    8,500 euros annually.
23         Q.    And for approximately how many
24   years have you undertaken to do that at BRS for
25   them?
```

```
 1          A.     3 or 4 years.

 2          Q.     Okay. I understand that is an

 3    estimate and I thank you for that.

 4          A.     Yes.

 5          Q.     Did you want to add something?

 6          A.     No. No.

 7          Q.     Okay. I felt like I might have cut

 8    you off there. How do you undertake to provide

 9    those valuations?  The ones that we just talked

10    about, the quarterlies for the -- on the 3 Zim

11    ships?

12          A.     Yes, with some of my colleagues

13    internally that are a bit more focussed on the

14    container sector, we discussed about the values

15    and I issued them.

16          Q.     Did you sign-off on all those

17    valuations, or were they signed-off by someone

18    else at BRS?

19          A.     Both my colleagues may have

20    signed-off, and I have signed-off some of them.

21          Q.     What is your focus, let me step

22    back a minute, what department handled the

23    valuations on the container sector Zim ships for

24    DK?

25          A.     I am sorry, say again.
```

```
 1          Q.    What department -- what department
 2   at BRS handled the valuations for these container
 3   ships for DK?
 4          A.    My department, the sale and
 5   purchase and new building department.
 6                      (Pause)
 7          Q.    What, if anything, was your focus
 8   or BRS's focus in providing those valuations on
 9   those container ships?
10          A.    I am sorry, can you repeat the
11   question?
12          Q.    Well, let me put it another way,
13   did you have an understanding of what the purpose
14   of the valuations was?  Why they were using them?
15          A.    Yes.
16          Q.    And what was that?
17          A.    Ensuring internally for their
18   internal procedures that they had regular
19   assessments made on the assets they own.
20          Q.    Okay. Did you have a specific --
21   strike that.
22                It sounds to me like the dealing
23   with valuations on container ships is a particular
24   subset of providing valuations that a number of
25   people in your department have more experience
```

```
 1   than you with, is that right?

 2         A.    It is right.

 3         Q.    And do you have a speciality or

 4   focus in terms of valuations there like, for

 5   example, in the dry bulk sector or the tanker

 6   sector?

 7         A.    I am asset agnostic.  I do not have

 8   a speciality as such.

 9         Q.    You feel like you are in all

10   respects competent then to handle valuations on

11   ships in any sector given your experience and

12   training to date at BRS?

13         A.    Definitely to the extent that it is

14   not only my training, but all valuations are

15   always the result of discussions within various

16   members of the team.

17         Q.    The -- in terms of that process,

18   that collaborative process that you have described

19   over the course of the last 3 times, is there ever

20   a time where you cannot reach a consensus about a

21   range or a value to be provided for a certain

22   valuation amongst the group?

23         A.    I do not remember this to have ever

24   happened.

25         Q.    During the course of providing
```

```
 1   those -- during the course of providing those --
 2   strike that.
 3                During the course of providing
 4   those valuations quarterly on the 3 Zim ships for
 5   DK did you have occasion to have regular contact,
 6   or to speak with anyone there at DK?
 7        A.    Yes.
 8        Q.    And you would have spoken with
 9   whom?
10        A.    I would have spoken with Greg
11   Feldman. And Darrell Leong, working with him.
12        Q.    Again, if you can provide an
13   estimate approximately how many times annually
14   during the 3 or 4 years you have handled the
15   quarterly valuations of those 3 ships did you have
16   occasion to speak with either of those gentlemen?
17        A.    We speak on a number of other
18   occasions, so on average it is several times a
19   month.
20        Q.    And why so many contacts monthly
21   given the fact that you are only doing the
22   valuations quarterly?
23        A.    Because this is where we started a
24   discussion, but it is not the only work I am doing
25   with DK.
```

**MR. GREG WAUTHIER on 05/16/2018**

1          Q.     Let us -- all right, then let us

2     talk about the other work that you are doing for

3     them. In addition to the work you have already

4     described what additional work do you do for DK,

5     or have you done for DK?

6          A.     I sold 2 ships that they owned or

7     co-owned 3 years ago.

8          Q.     What were the names of those two

9     ships?

10         A.     Bonnie and Clyde.

11         Q.     What kinds of ships were they?

12         A.     Those were container ships.

13         Q.     And do you recall the approximate

14    sales price for each of those vessels?

15         A.     It was an unblocked transaction and

16    it -- they went for about, from memory, about

17    $31 million.

18         Q.     All together?

19         A.     The two of them all together, yes.

20         Q.     Okay.

21         A.     I am sorry, it might be 30 and a

22    half or 31 and a half.  I do not remember.  I am

23    sorry.

24         Q.     Great. And, again, I appreciate

25    that things that happened 3 or 4 years are not

1    going to be readily accessible in your memory as

2    perfect, so just indicate where you give an

3    estimate.  I understood that was an estimate.  So

4    understood. Thank you.

5              A.     Okay.

6              Q.     And how was BRS financially

7    remunerated for the assistance in selling those 2

8    ships?

9              A.     We received the 1 per cent

10   commission paid by the sellers, so about $310,000.

11             Q.     US?

12             A.     US.

13             Q.     And were you personally involved in

14   those sales?

15             A.     Yes, I was.

16             Q.     And do you recall whether or not

17   the -- you provided any assistance presale in

18   valuing those two ships? In other words, did you

19   provide valuations to the DK people and their

20   co-owners in advance of your attempts to assist

21   them in selling them?

22             A.     Not that I recall, no, I do not

23   think so I did. I do not think I did.

24             Q.     Other than the contacts and work

25   that you described to date for DK what other work

```
 1   have you done, or are you doing for them?
 2         A.     Last year in the course of a sales
 3   procedure we sold a ship owned by a Singaporean
 4   company called Seacastle, a container ship again.
 5   Davidson Kempner was one of the lenders.
 6         Q.     Did you assist them in any way in
 7   that respect as a client?
 8         A.     They -- well, they helped me
 9   position myself to try and sell the ship because
10   we did not have access to the owners.
11         Q.     Okay. And did you ultimately assist
12   in getting the ship sold?
13         A.     Yes, we participated in the
14   transaction.
15         Q.     And that was thanks to the referral
16   by DK?
17         A.     Yes.
18         Q.     Did BRS provide valuations on that
19   vessel in advance of the sale?
20         A.     No.
21         Q.     Why not? If you know.
22         A.     No, I do not know why not.
23         Q.     Did you have occasion to see other
24   valuations on those ships as part of your efforts
25   to sell them in advance of the actual sales
```

```
 1   transaction?
 2          A.     No.
 3          Q.     And how was BRS financially
 4   remunerated for that work, and by whom?
 5          A.     We received a commission paid by
 6   the sellers, so Seacastle.  It was about
 7   $9.5 million, so $95,000 US.
 8          Q.     Other than what you described
 9   already, what other contacts, transactions or work
10   have you done with or for DK, or are you doing?
11          A.     The 3 Zim vessels I have just
12   mentioned, we are in the market trying to sell
13   them at the moment with another broker.
14          Q.     And who is the other broker?
15          A.     It is a company called Hilberg
16   based in Germany.
17          Q.     And for how long have you been
18   in -- assisting in that respect?
19          A.     Since early February I would say.
20          Q.     Okay.
21          A.     Of this year.
22          Q.     And if you were successful in
23   getting those ships sold you end up getting a
24   commission of 1 per cent of the sales price, is
25   that right?
```

```
 1              A.      No, half a per cent on this one.
 2              Q.      What is the approximate asking
 3   price for those vessels?
 4              A.      120 million.
 5              Q.      Do you value any other ships for DK
 6   currently?
 7              A.      Not that I know of.
 8              Q.      Any other work that you have not
 9   already told us about that you have undertaken on
10   their behalf, or are currently undertaking on
11   their behalf or working with them on?
12              A.      Well, apart from those which were
13   sale transactions, or which I hope are anticipated
14   transactions, we have regular exchanges to talk
15   about the market.  So we talk about ships.  We
16   talk about sentiment. We talk about various
17   different things.
18              Q.      And those regular exchanges, are
19   they by email, or are they by telephone or both?
20              A.      Mostly telephone.
21              Q.      Did you have regular exchanges with
22   the DK folks in 2016?
23              A.      In 2016, at the time I would only
24   talk to Greg.  The exchanges were regular, but not
25   as -- let us say our relationship has grown, so
```

**MR. GREG WAUTHIER on 05/16/2018**

```
 1   not that much, no. We just knew other at the time.
 2        Q.     Have you ever met Mr Feldman or
 3   Mr Leong or Mr Jackson?
 4        A.     I met Mr Jackson, and I met
 5   Mr Feldman.  I have never met Mr Leong.
 6        Q.     On how many occasions have you met
 7   in person with Mr Jackson or Mr Feldman?
 8        A.     I met Mr Jackson a couple of times,
 9   i.e. 2.  And I met Mr Feldman, I would say, about
10   4 or 5 times.
11        Q.     And where did those meetings occur?
12        A.     They occurred either in their
13   offices in New York.  In London.  Sorry.  Once
14   during a networking event in London, and I had
15   once dinner with Mr Feldman in London, and once
16   dinner in New York.
17        Q.     And when were those dinners
18   approximately?
19        A.     Middle of 2016, one last year.  No,
20   no, sorry, middle 2015, and middle of 2017. I am
21   not sure for 2015 about the date.  I am sure about
22   2017, because it was during a conference in New
23   York.  So it was the first week of June.  Third
24   week of June.
25        Q.     Thanks for letting me know your
```

1    confidence level about providing those estimates.

2            Did you propose a certain market

3    for them to invest in during these conversations

4    and meetings that occurred regularly?

5        A.    At the start of our relationship,

6    yes.  As brokers we try.  And then you soon

7    realize --

8        Q.    What market --

9        A.    -- I do not remember trying to push

10   tankers or dry bulk or sale and lease backs.  But

11   very rapidly I realized that they knew exactly

12   what they wanted to do and that I can -- I could

13   just try and follow them.

14       Q.    Okay.  So you did initially make

15   recommendations to them for the markets in which

16   you thought it was best for them to invest,

17   correct?

18       A.    I would not say so like that.  I

19   tried to push opportunities and deals. Basically I

20   just pushed ships and told them it would be good

21   for them to buy as a broker.  That was not

22   followed.

23       Q.    You understand -- do you understand

24   that DK, along with Bank of America, purchased the

25   loans for the vessels involved here, Honami and

```
 1   Philomena, from Bank of Scotland?
 2          A.      I understand.
 3          Q.      Did you provide an opinion or
 4   assist the -- either Bank of America or DK in
 5   making a decision in any way to purchase those
 6   loans?
 7          A.      No.
 8          Q.      Were you consulted at all about --
 9   either formally or informally about the purchase
10   of those loans?
11          A.      Not that I remember.
12          Q.      How regular were the contacts with
13   Mr Feldman and the DK Group in the year 2017?
14          A.      I would say that I spoke to him
15   twice a month on average.
16          Q.      And were those scheduled calls or
17   impromptu calls?
18          A.      Impromptu.
19          Q.      Were they at any time preceded or
20   followed by emails covering subjects or responding
21   to questions?
22          A.      No, I do not think so.  Not often.
23          Q.      But there are some emails that
24   would reflect conversations or course of dealings
25   between you and the DK people in the years 2016
```

1   and '17?

2          A.     We talked about '17. There may be,

3   yes.

4          Q.     Do you consider BRS to be the

5   brokers of choice for DK currently?

6          A.     In our language I would say that I

7   know we have a good relationship.  But I think I

8   am on the panel of brokers of choice.

9          Q.     Who else is on the panel?

10         A.     I am using this word, but I do not

11  know who else is on the panel, meaning that there

12  are others there.

13         Q.     Okay, very good. You mentioned

14  yesterday that following the conversation or the

15  interchange that you had with Mr Feldman in late

16  January of 2018, that the vessel, Philomena, was

17  offered to owners potentially for sale, do you

18  know to which owners the vessel was potentially

19  marketed, or marketed?

20                MR WISE:  Lack of foundation.

21  Assumes facts.  And misstates his prior testimony.

22         A.     I remember our conversation of

23  yesterday and my email that was shown. As I said

24  yesterday, when we found out that the vessel was

25  arrested I circulated information internally, and

1   my colleagues informed some people in the markets.

2   I am not sure they were as such pushed for sale.

3            The only 2 names that come to mind

4   that I think we proposed them to, which are Prime

5   Tankers, a Greek owner, and Tsakos Energy

6   Navigation, a Greek owner as well.

7   BY MR BRUCCULERI:

8            Q.    And why do those two names come to

9   mind specifically?

10           A.    Because those are owners, first of

11   all, that we know.  We did not want to use or to

12   talk to another broker at this stage in view of

13   the youth of the information.

14                And, secondly, you do not have that

15   many buyers for such type of ship at the time.

16           Q.    Interesting. Since our deposition

17   concluded yesterday have you enquired with anyone

18   at BRS further about the nature and extent of

19   BRS's efforts or your compatriots, associates'

20   efforts at BRS to contact owners about this ship

21   following the contact with Mr Feldman in January

22   of 2018?

23           A.    No, I have not.

24           Q.    Okay.  Did you review any

25   additional emails or records of any kind to

 1    further prepare for answering any of my questions
 2    here today?
 3         A.    No, I did not.
 4         Q.    Did these two owners that you
 5    mentioned, Prime and Tsakos Navigation, did they
 6    already know about the vessel, if you know?
 7         A.    I do not remember which of the two,
 8    but one of the two owners knew about the vessel
 9    already, yes.
10         Q.    And how do you know that?  Did you
11    speak with them personally, or is this information
12    you received from one of your associates?
13         A.    Information received from one of my
14    associates, indeed.
15         Q.    And what were you told specifically
16    in that respect? In other words, what did they
17    know about the vessel?
18         A.    They knew about the vessel, and I
19    think they had tried to buy the vessel earlier in
20    the year.  I mean during the last quarter of 2017.
21         Q.    Did they -- did you suggest the
22    $17 million price, or do you know if the $17
23    million price that was mentioned yesterday was
24    suggested to them as the price at which the vessel
25    might be purchased?

```
1            A.     This is a value I remember I talked
2    about, yes.
3            Q.     Do you know whether or not that
4    value was shared?  That evaluation was shared with
5    either of the two owners you just mentioned, Prime
6    Tankers and Tsakos Navigation?
7            A.     I do not know.
8            Q.     Then who would know?
9            A.     My colleagues who talked to those
10   two owners.
11           Q.     Do you know who those colleagues
12   are, Mr Wauthier?
13           A.     That would be Nicos Ritsos and
14   Harry Oiknine.
15           Q.     Do you know which of those
16   gentlemen spoke with Tsakos?
17           A.     Harry usually speaks to Tsakos.
18           Q.     Okay. And do you know if Nikos was
19   the person who had previously assisted owners with
20   informal valuations of the two ships?
21           A.     Assisted? Yes, Nicos -- you mean
22   the ones in 2017?
23           Q.     Correct, yes.  Was he the gentleman
24   who had informal discussions with owners about
25   valuations of the two ships in March -- in June?
```

```
 1           A.      He is the one who discussed them
 2   with the owner, yes.
 3           Q.      And how do you know that?
 4           A.      Because in the log, in our
 5   database, I can see the initials of the person who
 6   made the log, and his initials were present.
 7           Q.      Very good. Mr Wauthier, how are you
 8   compensated for your work and endeavors at BRS?
 9   Do you receive an annual salary, or are you
10   compensated on a commission basis, or is there a
11   combination of those two things?
12           A.      It is a combination of salary,
13   bonuses and dividends.
14           Q.      And are the bonuses paid to you on
15   an annual basis?
16           A.      Yes, they are.
17           Q.      Are they based upon your personal
18   work in terms of bringing in revenue on behalf of
19   the BRS's clients?
20           A.      It is a combination of efforts and
21   results. There are no equation.
22           Q.      Understood. I guess the question I
23   have is, are your bonuses tied to your effort and
24   the results of your work, or are they tied to the
25   overall efforts and work of the entire department?
```

1          A.      The entire department.

2          Q.      Or both?

3          A.      It is both, but there is a majority

4    on the personal basis.

5          Q.      Do you feel that you profited

6    personally by way of a bonus or dividend from any

7    of the work that you have done on behalf of DK?

8          A.      Yes.

9          Q.      Can you say with absolute certainty

10   that the fact that you benefitted from that work

11   personally financially does not bias you in any

12   way in providing information to them, or on their

13   behalf in connection with valuations provided on

14   ships?

15         A.      I can affirm that, yes.

16         Q.      Let me talk about what, if

17   anything, you know or can recall about the tanker

18   market in 2016, annually, are you familiar enough

19   with the historical trend to tell me what the

20   tanker market was like in 2016 for the year?

21         A.      Not really.

22         Q.      Okay. I know -- and I have looked

23   and, obviously, can find information internally

24   like the report, annual report we looked at

25   yesterday for that period of time, the annual

```
 1   reports that BRS puts out in that respect as we

 2   looked at yesterday should reflect BRS's

 3   intelligence about the tanker sector on an annual

 4   basis, correct?

 5           A.    Yes.

 6           Q.    And they make an effort when they

 7   provide those annual reviews to provide an

 8   accurate assessment of what the information that

 9   they have, and intelligence they have had over the

10   course of a year suggests about market trends?

11           A.    I am very sorry, Frank, can you

12   repeat the questions?  Can you make them slightly

13   shorter.

14           Q.    Yes. I will try. Thanks. All

15   together too many words as my wife would say,

16   Mr Wauthier.

17           A.    We share that.

18           Q.    What I want to know is if, to the

19   best of your knowledge and ability, it would be

20   fair for the member of the general public, or

21   certainly for me to rely on the information

22   provided in the BRS annual reports as being the

23   best information they would have on the market

24   sector?

25           A.    I think it reflects more than the
```

```
1   best information.  It reflects general opinion of
2   us as brokers when we are looking at the full year
3   in hindsight.
4           Q.    Do you know anything else about --
5           A.    Sorry, one sec.
6           (Clarification by the reporter)
7           Q.    After a couple of days I am
8   understanding you perfectly now.
9                 From what you understood about the
10  contacts between BRS and Tsakos Navigation
11  concerning the Philomena, did they want, or were
12  they looking at a potential deal as a special
13  project like chartering or for something else, or
14  do you know?
15          A.    I have no clue.
16          Q.    Okay. How about with regard to the
17  year 2017, when we were talking about tanker
18  market, are you familiar with what the general
19  trend was for that year in terms of the market?
20          A.    Yes, I could concisely talk about
21  it.
22          Q.    Please tell what you understand to
23  be what the market trend was for 2017, and if
24  possible compare it to what was going on in 2016,
25  to the extent you know?
```

```
 1          A.     It was bad. Very bad.  And
 2   potentially worse than 2016.
 3          Q.     Looking back at the disclaimer
 4   language that we talked about yesterday that was
 5   contained in the 2016 valuations of the Honami and
 6   the Philomena, and I am speaking specifically
 7   about Exhibits 28 and 29, second page, the
 8   language that we previously discussed, looking
 9   back at that overnight I am struck again by the
10   use of the term in the fourth line from the bottom
11   of that paragraph that reads:  "Especially for
12   modern tonnage such as above", and really my
13   question is this, as you sit here today are you
14   certain that this language was not intended,
15   whether in this valuation or some other, to deal
16   with market conditions and a certain ship, as
17   opposed to a general disclaimer that was thrown
18   into this valuation?
19               (Exhibit 28 previously marked)
20               (Exhibit 29 previously marked)
21          A.     I do not know the exact origin of
22   that paragraph and that sentence in particular.
23   However, I know that it should not have been
24   there.
25          Q.     I understand that is your opinion
```

```
 1   that it should have been there, and I get that,
 2   but you are saying you are not certain whether or
 3   not it was taken from a previous valuation or
 4   another valuation in the sector, and cut and paste
 5   into this valuation when it should not have been?
 6           A.      Well, it was cut and paste.  This
 7   is how we ended up with it.  But we do not have
 8   different disclaimers for different sectors et
 9   cetera, so this will have no bearing.
10           Q.      Okay. Did the -- in your experience
11   in terms of the number of years you have done
12   valuations have you ever seen a disclaimer
13   tailored to a specific sector or a specific market
14   or a specific vessel?
15           A.      Yes.
16           Q.      Okay. And as you sit here today you
17   cannot say for certain whether or not the
18   disclaimer language that we are looking at here in
19   the valuations, Exhibits 28 and 29, was not
20   designed to deal with a specific vessel and a
21   specific sector, is that right?
22           A.      That is right.
23           Q.      If the market had been very strong
24   in a specific sector would the disclaimer language
25   that we see here that we are looking at on
```

```
 1    Exhibits 28 and 29 have still been used
 2    irrespective of the strength of the market?
 3            A.     Yes, it would have.
 4            Q.     So if we were to go back and look
 5    at, for example, valuations issued by BRS during
 6    the calendar year 2016, would we find this
 7    language used on all of the valuations?  This
 8    disclaimer language?
 9            A.     I assume so.
10            Q.     You do not know one way or the
11    other?
12            A.     I do not know one way or the other.
13    As I said yesterday, we realized that we had,
14    unfortunately, several disclaimers and several
15    templates.  And this is why it triggered the
16    change.
17            Q.     With regard to Exhibits 28 and 29
18    we previously confirmed that you did sign both
19    those valuations, correct?
20            A.     Correct.
21            Q.     Did you have a custom and practice
22    at the time that Exhibits 28 and 29 were prepared
23    and signed of reading through the valuations for
24    either accuracy or content or some other purpose
25    before signing them?
```

```
 1            A.      We will check the ship and the
 2    value we gave to the assistants, but did not read
 3    through the whole thing.
 4            Q.      So you did not have a custom and
 5    practice of reading through the entire valuations
 6    prior to signing them such that -- well, strike
 7    that.
 8                    Just leave it at that.  You did not
 9    have a custom and practice of reading through
10    every line of text in the valuation before signing
11    them, correct?
12            A.      Correct.
13            Q.      Just one more question about the
14    disclaimer language that we previously highlighted
15    on Exhibits 28 and 29 on the second page, that
16    language refers to situations where there is a
17    very limited market, and where there are potential
18    forced sales, does it strike you as odd that that
19    language would be used as a disclaimer language
20    even in situations where there was a particularly
21    strong market and no forced sales?
22            A.      I am sorry, Frank, can you repeat
23    the question?
24            Q.      Yes.  I, obviously, find it odd
25    that a company like BRS would allow a valuation to
```

1    go out with disclaimer language that specifically

2    dealt with conditions involving a very limited

3    market and a forced -- potential valuations based

4    on forced sales when the market did not reflect

5    that activity, is my scepticism warranted?

6                   In other words, is it odd to you

7    that they use that kind of language across the

8    board even where it might be appropriate or

9    relevant to the market?

10                   MR WISE:  Objection, lack of

11   foundation.

12         A.     It is odd.  And we made a process

13   mistake.  So this is the reason.  Otherwise I

14   realize it is not an excuse.

15                   MR BRUCCULERI:  Okay. Very good.

16         Q.     Do you know whether there were any

17   material changes in the market from 2016 or 2017

18   with regard to the tanker sector?

19                   MR WISE:  Objection, vague and

20   ambiguous.

21         A.     Well, the trend was generally

22   downwards.

23   BY MR BRUCCULERI:

24         Q.     And, again, I think you said

25   earlier you do not recall whether 2016 was worse

1   in terms of percentage change in the market than

2   2017, is that right?

3                   MR WISE:  Objection, vague and

4   ambiguous.

5        A.    I am of the opinion that 2017 got

6   worse than 2016, as we said earlier.

7                   MR BRUCCULERI:  Okay.  Very good.

8        Q.    Do you have the ability to tell me

9   what the spot chartering market conditions were in

10  October of 2016?

11                  MR WISE:  Objection, vague and

12  ambiguous.

13       A.    No.

14  BY MR BRUCCULERI:

15       Q.    How about in November of 2016?

16       A.    No, I do not remember.

17       Q.    How about March of 2017?

18       A.    Neither.

19       Q.    Can you say from your experience or

20  recollection whether there was a change, and, if

21  so, what change in the spot chartering market

22  between October 2016 and March 2017, in the tanker

23  sector?

24                  MR WISE:  Objection, vague and

25  ambiguous.

```
 1          A.    No.
 2    BY MR BRUCCULERI:
 3          Q.    Would that -- would your answer be
 4    the same if I ask you to differentiate between the
 5    LR 1s and MR 1s? In other words, it would not make
 6    a difference whether I ask you to differentiate
 7    amongst different types of tankers?
 8          A.    That is correct.
 9          Q.    Based on upon your experience and
10    recollection of the industry what were the buyers'
11    ideas in 2000 -- October 2016, or potential buyers
12    for vessels like the Philomena?
13          A.    I do not have the specifics in
14    mind.
15          Q.    How about for vessels like the
16    Honami, October 2016?  What were buyers looking
17    for at that time, if anything?
18          A.    I do not have those specifics in
19    mind. In both cases, although I do not have the
20    specifics in mind my reply would be very, very
21    close to the valuation we have given. This is
22    where a deal would have been struck as a willing
23    buyer/willing seller basis.
24          Q.    And is your answer the same for
25    August 2017?
```

```
 1           A.      Yes.
 2           Q.      Who were the potential sellers of
 3   vessels like Philomena in October of 2016?
 4           A.      I do not remember those specifics.
 5           Q.      Who were the potential sellers for
 6   vessels like the Honami in October 2016?
 7           A.      I do not remember.
 8           Q.      How about the same questions with
 9   regard to potential sellers for the Philomena and
10   vessels like her in August of 2017?
11           A.      Same reply.
12           Q.      How about for the Honami August of
13   2017?
14           A.      Same reply.
15           Q.      Do you know of the brokerage called
16   Clarksons?
17           A.      I know her.
18           Q.      And do they have a reputation, or
19   are you aware of their reputation in the industry
20   as shipbrokers?
21           A.      They are a renowned shipbroker.
22           Q.      And do you have an opinion, based
23   upon your experience with them, about Clarksons as
24   a shipbroker and/or ship evaluator?
25           A.      Not specifically.
```

MR. GREG WAUTHIER on 05/16/2018

```
 1          Q.     During the efforts to 2016 to value
 2    the vessels on behalf of DK and Bank of America
 3    via TMF did you talk to -- strike that.
 4                 Do you recall which brokers you may
 5    have spoken to about the market?  Outside of BRS
 6    that is?
 7          A.     No.
 8          Q.     By the way, when you received the
 9    instruction from TMF in October of 2016, to
10    provide valuations for Honami and Philomena you
11    knew that the lenders were DK and Bank of America,
12    correct?
13          A.     No, I did not.
14          Q.     Are you telling me you had no
15    conversations with Mr Feldman about their
16    involvement with these two ships prior to
17    October 2016?
18          A.     Not that I remember.
19          Q.     So notwithstanding the breadth of
20    your consistent contacts with Mr Feldman and DK on
21    other matters, your several and personal meetings
22    with him and Mr Jackson, you want me to believe
23    that you never talked about the fact that they had
24    these two vessels in their portfolio before they
25    asked you to value them in October 2016?
```

```
 1                    MR WISE:  Objection, again, lack of
 2     foundation.
 3            A.     Indeed.
 4     BY MR BRUCCULERI:
 5            Q.     And is that also true in 2017?  In
 6     other words, did you have no knowledge that DK was
 7     involved as lenders for these two ships, Honami
 8     and Philomena, before giving the valuations in
 9     2017?
10            A.     No, in 2017 I knew.
11            Q.     And why is it that you knew at that
12     point and not before?
13            A.     Because after we had issued the
14     valuations in October 2016, at the request of TMF,
15     Greg Feldman gave me a call, and he was
16     relaying -- he was a bit upset and relaying the
17     criticism the owners had raised on the valuation,
18     and I remember that conversation because he wanted
19     to make sure I had taken some elements into
20     consideration.
21                    I confirmed to him I had, and he
22     was, therefore, happy because I clearly remember
23     him saying that he did not want the valuations to
24     be up or down, he just wanted it to be fair.
25            Q.     When did you have this conversation
```

```
 1   with Mr Feldman if you can recall approximately?

 2          A.     Towards the end of 2016, but I

 3   cannot be more precise.

 4          Q.     You said toward the end of 2016?

 5          A.     This is what I think.

 6          Q.     Okay.  Very good.

 7          A.     Here, I am very sorry, it is just a

 8   guess.

 9          Q.     I do not want you to guess, but if

10   you estimate around that time give or take that is

11   fine. If you have to guess then it is no use to

12   us.

13          A.     Well, it is my estimate.

14          Q.     Very good. Did Mr Feldman send you

15   any emails or any documents for you to review and

16   consider in connection with the characteristics

17   and attributes of the ship that he wanted to make

18   sure you had taken into account in providing the

19   October 2016 valuations?

20          A.     I do not think so.

21                 MR BRUCCULERI:  Counsel, I do not

22   know what -- I think I had the Court Reporter

23   bring a copy of -- I do not know if we previously

24   marked it, but I am referring to a letter dated

25   November 1, 2016.  They were amongst the documents
```

1  that were sent to the Court Reporter to be

2  exhibits.  She should have two copies of them

3  there. It is the letter from TMF -- I mean to TMF

4  from Fire Navigation and Hurricane Navigation, and

5  OD Investments dated 1 November 2016, and signed

6  by ... it does not show who it is signed by, but

7  3 pages long, signature on the third page.

8            Can we go off the record?  I want

9  to see if the Court Reporter can fish that out.

10            MR WISE:  I have got it. She has

11  it.

12            MR BRUCCULERI:  Let us attach that

13  as the next in line, is that 57 or 58?

14            THE COURT REPORTER:  It is 58.

15      (Exhibit 58 Marked for identification)

16            MR BRUCCULERI:  All right. Thank

17  you. So we will attach that as 58. Can you take a

18  moment, if you would, Mr Wauthier, and please look

19  at the exhibit marked as Exhibit 58, this letter

20  dated 1 November 2006.  And do so with an eye

21  towards telling me whether or not you recall ever

22  having seen it before.

23            (Pause for reading)

24      A.    Do you want me to read it all? I

25  have never seen this.

1          Q.     I wanted you to look at it simply

2    for the purposes of determining whether or not you

3    had seen it before.

4          A.     I have never seen it before.

5          Q.     Thank you. You will note that

6    halfway, or 3 quarters of the way down the

7    page there are numeric paragraphs 1 and 2 relating

8    to Honami and Philomena, can you take a moment to

9    read those through.  I have some specific

10   questions for you about the information contained

11   in those paragraphs 1 and 2, noting that 2 goes to

12   the next page.

13                (Pause for reading)

14         A.     Mmm hmm.

15         Q.     Thank you. What, if any, of the

16   information contained in paragraphs 1 and 2 on

17   Exhibit 58 was conveyed to you by Mr Feldman in

18   the conversations which you just previously

19   referred in some time late 2016 by your estimate?

20         A.     When he called I believe, indeed,

21   this is the elements he mentioned.

22         Q.     Is there anything missing from

23   the -- well, strike that.

24                Did he provide you all of the

25   information contained in 1 and 2?

```
1           A.     I do not remember. I do not
2    remember, sorry. But I think so.
3           Q.     And as you recall you did not send
4    him an email covering these issues? Or do you
5    recall one way or the other?
6           A.     I do not recall one way or the
7    other.
8           Q.     So is it your testimony as you sit
9    here today that at the time he called you to
10   relate to you the information about these two
11   ships contained in paragraphs 1 and 2 on Exhibit
12   58 that you were already aware of those
13   characteristics of these vessels specifically that
14   differentiated them from the tanker market
15   generally?
16              MR WISE:  Objection, lack of
17   foundation.
18           A.     Yes.
19   BY MR BRUCCULERI:
20           Q.     And what was the source of your
21   knowledge about these specific characteristics of
22   the vessels at that time?
23           A.     I was saying "yes", and then I was
24   saying apart from the last line on paragraph 2
25   when we value a ship we do not go inside that much
```

1    detail, but this would be absolutely not material

2    when we value a ship.

3           Q.     And what are you speaking to

4    specifically that would not be material?  The

5    value of -- the cost of those items on build or

6    the radar mast or what?

7           A.     Exact.

8           Q.     Of the items addressed in paragraph

9    2 which, if any, of them would be taken into

10   account in -- as material in providing a valuation

11   of the ship?

12          A.     As we specified yesterday we mostly

13   look at whether the vessel or deep well or pump

14   room, the coating, the yard, elements that can be

15   considered of the main description.

16          Q.     And what was your source of the

17   information, to the extent you already had it,

18   when you spoke to Mr Feldman in 2016?  How did you

19   know this information about the Honami and

20   Philomena?

21          A.     Our internal database.

22          Q.     To the best of your knowledge was

23   your internal database updated in any way

24   following your conversation with Mr Feldman in

25   late 2016, about these additional characteristics?

1          A.      No, I do not think I have.

2          Q.      And as you sit here today you are

3    saying your internal database at BRS currently

4    contains the information set forth in paragraphs 1

5    and 2 on Exhibit 58 concerning these two vessels?

6          A.      No, that is not what I said.  It

7    does not get to the stern tube, composite boiler,

8    radar mast, double plate bellmouth.

9          Q.      Yes, with the exception of the last

10   paragraph, those items, does your system currently

11   contain the details set forth in paragraph 1 and

12   2?  With the exception of the items you just

13   mentioned at the end of paragraph 2?

14         A.      Yes, our system does reflect it.

15         Q.      And did it reflect it at the time

16   that you spoke to Mr Feldman?

17         A.      Yes, it did.

18         Q.      And it is your testimony that you

19   took those factors into account in terms of

20   providing valuations for these ships, both in

21   2016, October, and, again, in August 2017?

22         A.      Yes, it is.

23         Q.      Which means specifically that you

24   would have been looking for comparable sales in

25   the marketplace, the vessels with similar material

1   attributes?

2          A.      And --

3          Q.      At least as the first line of

4   potential valuation?

5          A.      -- yes, indeed.

6          Q.      And as you sit here today can you

7   recall whether there were any comparable sales in

8   October 2016, for vessels with the same or very

9   similar attributes as the Honami and Philomena?

10         A.      As I said, I do not recall.

11         Q.      And how about for 2017, with the

12   exception of the 1 -- LR 1 vessel that you

13   mentioned yesterday?

14         A.      I have nothing more than we

15   answered yesterday.

16                 MR BRUCCULERI:  Let us take a

17   2-minute break so I can use the rest room.  Give

18   the Court Reporter 5 minutes and we will come back

19   if that is okay.

20                 MR WISE:  Right, off the record.

21             (Off the record at 5.19 pm)

22                    (Recess taken)

23             (On the record at 5.29 pm)

24                 MR JAMIESON:  Are we good to go

25   because it is half past 5 here in London?

1              MR BRUCCULERI:  Understood.  Thank
2    you. Let us go back then.
3              Q.    Looking, again, at the attributes
4    of the vessel Philomena described in the last
5    set -- lines of Exhibit 58, starting with air seal
6    tube seals, inert gas generator, composite boiler,
7    double plate bellmouth and a radar mast, can you
8    tell me whether you understand that those items,
9    those attributes or characteristics are
10   characteristics that cost a good deal of money, or
11   certainly add to the expense of building a ship
12   like the Philomena in the first instance?
13             A.    There would -- the assumption that
14   this would add to the building cost is fair. It
15   does not mean, however, that will be a material
16   change to the value of a secondhand ship.
17             Q.    Understood.  I just wanted to make
18   sure that you understood that there was value in
19   the first instance in the build, and you have
20   confirmed that.  Thank you.
21             The -- that said, after your
22   conversation with Mr Feldman in late 2016, where
23   he conveyed to you these additional concerns or
24   attributes that owners were questioning, did you
25   go back and look at the marketplace to confirm

1    whether or not there were any changes, or whether

2    or not any vessels with these attributes had been

3    sold, were moving in the market such that you

4    might need to reassess the valuations you had

5    given before?

6          A.    No, he asked me that -- he wanted

7    to make sure the valuation was fair, and this is

8    why I confirmed to him and I stood by it.

9          Q.    Did you go back and look at

10   comparable vessels you might have considered back

11   in October of 2016, to see whether or not they had

12   the attributes that were listed here in Exhibit 58

13   in these two paragraphs?

14               In other words, did you go back and

15   check to see if, perhaps, you might have missed

16   something?

17         A.    No.

18         Q.    Okay. Why not?

19         A.    Because I knew we were exhaustive

20   in our review of the asset at the time of doing

21   the valuation, and I did not feel I had to do it

22   again.

23         Q.    Did you by chance review or read

24   the valuation again that you provided, or

25   valuations, in October 2016, to check on their

```
 1   accuracy?
 2          A.     I did not.
 3          Q.     I think you testified earlier that
 4   you were aware that DK and Bank of America had
 5   purchased the loans for these ships from Bank of
 6   Scotland at some point, correct?
 7          A.     No, I did not say that.
 8          Q.     No? Was the first time you were
 9   aware then that DK was involved in connection with
10   the financing of these ships when you heard from
11   Mr Feldman in late 2016, in the call that you have
12   testified about a few minutes ago?
13          A.     Yes.
14          Q.     Were you surprised?
15          A.     A little bit, but --
16          Q.     Why?
17          A.     -- well, just to know that he was
18   behind the request that was made by TMF.
19          Q.     Okay. Did Mr Feldman raise with you
20   the issue of the disclaimer language that we have
21   been speaking about on the second page of Exhibits
22   28 and 29?
23          A.     Not that I remember.
24          Q.     If he had done so would you have
25   considered reissuing the valuations and removing
```

1   that language, if you know?

2          A.     This is something I would have

3   discussed with my management.

4          Q.     Did Mr Feldman ever make you aware

5   at any time after you became aware that DK was

6   involved with the financing of these two ships,

7   did he ever make you aware that Braemar had

8   provided valuations in 2016, for the same ships in

9   October?

10         A.     So DK did not make me aware

11  afterwards because, I mean, he made me aware with

12  the call he made after we issued the valuations.

13  And I did not know about Braemar's involvement.

14         Q.     Have you ever seen the valuations

15  that Braemar issued for these two ships in

16  October 2016?

17         A.     I think I may have seen them

18  recently, but in the course of the last few weeks.

19         Q.     And for what purpose would you have

20  seen them?

21         A.     I am not ... maybe they were --

22         Q.     I am sorry?

23         A.     -- no, I am trying to recollect.

24  Maybe they were in a file somewhere because I do

25  not remember.

```
 1          Q.     Just to refresh your recollection
 2  do you recall that the Braemar folks valued the
 3  Honami in October 2016 at $21.5 million?
 4          A.     Okay. I did not know.  Okay.
 5          Q.     Did that -- does that refresh your
 6  recollection of a document that you saw recently?
 7          A.     No.
 8          Q.     Ring a bell?  No?  Okay. Can you
 9  explain how Braemar and other well-known and
10  reputed, apparently, shipbrokers came up with the
11  valuation of the Honami that was significantly in
12  the order of $3.5 to $4 million higher than that
13  provided by BRS for the Honami at the same time?
14          A.     No, I do not.
15          Q.     Is it -- I understand that it is a
16  subjective, you know, thing to provide a ship
17  valuation, and that different brokers can provide,
18  you know, different valuations as set forth in
19  your disclaimers, but does that amount of
20  discrepancy with regard to the Honami in the same
21  period of time shock you at all, or surprise you?
22                 MR WISE:  Objection, irrelevant.
23          A.     I do not know what to reply.  It is
24  a difference, but it is just reflecting two
25  different opinions at the time.
```

1   BY MR BRUCCULERI:

2            Q.      Well, it is a substantial

3   difference, is it not?  I mean, from a percentage

4   perspective, we are not talking about a few

5   percentage points. We are talking about a

6   substantial difference in a market -- in,

7   essentially, a market that you described as a very

8   down market.  Is it surprising to you that they

9   would be that much higher?

10                   MR WISE:  Objection, irrelevant.

11  Vague and ambiguous.

12           A.      Yes, it surprises me of the

13  difference if you -- this is what you want to say.

14  I do not know if it is substantial.

15  BY MR BRUCCULERI:

16           Q.      You do not think a difference on a

17  $20 million ship of $3 and a half million is a

18  substantial difference?

19                   MR WISE:  Objection, now you are

20  arguing with him. I mean, you know -- go ahead.

21  You can answer it. Irrelevant.

22           A.      I do not know when substantial

23  stops and ends.

24  BY MR BRUCCULERI:

25           Q.      Do you recall seeing that the

1    Braemar valuation for the Philomena in

2    October 2016 was $30 million?

3          A.    No, I do not.

4          Q.    All right. Given the fact that the

5    BRS -- your valuation was $3 to $3.5 million less

6    over the same period of time, again, would that

7    surprise you?  That they were $3 and a half, $3 to

8    $3 and a half million higher than you on the

9    Philomena at the same time in the same market?

10         A.    I do not know what to reply.  Same

11   as before.

12         Q.    Well, I think you said it did

13   surprise you.  Did it surprise you as well for the

14   Philomena to see that kind of a difference?

15         A.    That is reflecting two different

16   opinions at the same time.

17         Q.    A substantial difference of

18   opinion, again, though, correct?

19               MR WISE:  Objection, vague and

20   ambiguous.  Lack of foundation. Argumentative.

21   Irrelevant.

22         A.    I have commented on substantial.

23   BY MR BRUCCULERI:

24         Q.    With regard to the conversation you

25   had with Mr Feldman at the end of January 2018,

1  you indicated earlier that a figure that came to

2  mind for a potential valuation of the vessel

3  whilst she was under wraps was 17 million, can you

4  tell me why you would have valued the vessel at 17

5  million at that point when you had just in August

6  of the previous year said she was worth 24

7  million?

8        A.    "Value" is a strong word.  It was a

9  verbal estimate.  And the reason for that is I do

10 not exactly remember going into the valuation

11 exercise, but I also do remember telling him that

12 now that the ship had been arrested she would be

13 what I called tainted, and that they would not

14 attract market level offers.

15       Q.    And that would explain why the drop

16 of, roughly, $7 million from the valuation 3 or

17 4 months previously?  Simply the tainting by her

18 arrest would account for the entirety of that

19 discrepancy?

20       A.    Age.  She is a year older.

21       Q.    So she is -- okay. Did you make

22 it -- sorry.

23       A.    And the other elements we talked

24 about during this deposition on market -- on ship

25 valuation.

```
 1          Q.    Did you make an effort at the time
 2  you spoke with him to make a separate evaluation
 3  again in coming up with that figure?
 4                In other words, did you go back and
 5  look at the marketplace and go through your
 6  standard methodology with regard to valuing the
 7  ship prior to suggesting that number?  That figure
 8  of 17 million?
 9          A.    No, that was a quick exercise.
10          Q.    With regard to the valuations
11  issued in August of 2017, can you tell me, and I
12  am not sure you answered this question fully, but
13  in any event do me the courtesy of answering
14  again, why did you include in your valuation the
15  description including the deadweight tonnage,
16  draft, year built, yard built, classification
17  society, length overall, beam, double hull, number
18  of tanks, capacity, engine make and capacity by
19  horsepower?
20          A.    That is the extract made by default
21  when we take the details of a ship from our
22  database.
23          Q.    Are those the main elements or
24  attributes for distinguishing or identifying a
25  vessel for purposes of providing the value?
```

```
 1                    MR WISE:  Objection, that is
 2   compound.  But go ahead.
 3         A.    Not only.
 4   BY MR BRUCCULERI:
 5         Q.    But they are material elements,
 6   correct?
 7         A.    They are important elements, yes.
 8         Q.    And what are the other elements in
 9   addition to those that are material and affecting
10   the value of a vessel?
11                    MR WISE:  Objection, lack of
12   foundation.
13         A.    The main ones are present.
14   BY MR BRUCCULERI:
15         Q.    And what -- you indicated among
16   others, I wondered if you have any others in mind?
17   Other material considerations or characteristics?
18         A.    Not that I can think of.
19         Q.    Do you believe that the process and
20   methodology at BRS for valuing ships is better, or
21   should I should say produces accurate valuations?
22                    MR WISE:  Objection, argumentative.
23   Lacks foundation.  Go ahead.
24         A.    The process itself is what it is.
25   And the ship is described the way it is described
```

1   on the certificate. When we run the exercise of

2   valuing the ship we know what we are talking

3   about. We are careful about it.  So from that

4   respect I completely trust the process we are

5   undertaking, yes.

6   BY MR BRUCCULERI:

7        Q.     Do you know whether or not the

8   process used at BRS differs in any respect to the

9   other -- the process used by other shipbrokers to

10  value ships?

11       A.     I do not know.

12       Q.     Have you ever done any course work

13  or attended any seminars with regard to ship

14  valuation --

15            MR JAMIESON:  Asked and answered.

16            MR BRUCCULERI:  Sorry?

17            MR JAMIESON:   That was asked

18  yesterday and answered yesterday.

19            MR BRUCCULERI:  Usually, counsel,

20  we reserve that objection when someone is

21  badgering the witness.  And I do not think I am

22  remotely badgering the witness.  I am --

23            MR JAMIESON:  We are running on an

24  agreed time.  I will withdraw it because it is not

25  of any great materiality.  But we did give a time

 1  and you are running it quite lengthy.

 2           MR BRUCCULERI:  Okay.

 3       A.    No.

 4       Q.    Is there an industry standard for

 5  providing methodology for providing valuations, in

 6  your understanding?

 7       A.    Standards as such?  No.  Practices?

 8  Yes.

 9       Q.    Do you have any direct contact

10  presently with Bank of America with regard to the

11  two ships, Honami and Philomena?

12       A.    No.

13       Q.    Have you had any course of prior

14  dealings at all with the Bank of America folks

15  with regard to any other ships?

16       A.    With regard to what?  Sorry.

17       Q.    Any other ships that might have

18  been owned or financed by Bank of America?

19       A.    On the previous transactions I

20  mentioned on Bonnie and Clyde and the Seacastle

21  ship they were, as far as I understand, co-owners

22  or co-lenders.

23       Q.    And other than that you have not

24  had any other dealings with -- dealings with or on

25  behalf of Bank of America?

```
1          A.      Not that I am aware of.

2          Q.      With regard to your 2017 valuations

3   BRS issued for these two ships we already noted

4   that the term, "about" was used, did you use

5   the -- did BRS when it made a change using "about"

6   do so in all sectors, or just in the product

7   tanker market?

8          A.      I do not know.

9          Q.      Who would know?

10         A.      Our assistants in Paris and our

11  management.

12         Q.      Is there any person to whom I would

13  spoke to who would know the answer to that

14  question in your experience?

15         A.      Mr Charvet.

16         Q.      Thank you. Your certificates issued

17  in 2017, indicate on their face that:  "The

18  particulars of the vessels are those supplied to

19  us", does that ring a bell?

20         A.      Sorry, say again. Which?

21         Q.      The certificates issued for the two

22  vessels in August of 2017, say:  "The particulars

23  of the vessels are those supplied to us"?

24         A.      Yes, that is what it says.

25         Q.      And were the particulars of the
```

```
 1   vessel supplied to BRS?

 2          A.      Yes, they were.

 3          Q.      By whom?

 4          A.      By the third-party provider of our

 5   database.

 6          Q.      They were not provided to you by

 7   the customer, TMF, or DK or Bank of America,

 8   though, right?

 9          A.      No, they were not.

10          Q.      In the valuations, again, in 2017

11   state:

12                  "Any person contemplating...

13   relying [on] this valuation should satisfy

14   themselves by exercising appropriate due diligence

15   with respect to such perceived values and carry

16   out inspection of the vessel and her class records

17   with regard to her physical condition."

18                  Do you see that?

19          A.      I do.

20          Q.      Are you familiar with that

21   language?  Okay.  Do you know why that language is

22   used?

23          A.      We are providing what is called a

24   desktop valuation, meaning as the certificate say,

25   we do not inspect the vessel herself or the class
```

1    records.  That means that we have not seen the

2    actual condition of the ship.

3         Q.    Do you know whether lenders

4    exercised further due diligence on the values

5    provided in the August 2017, valuations?

6              MR WISE:  Objection, vague and

7    ambiguous.  Can I have that question back?

8    BY MR BRUCCULERI:

9         Q.    Do you know whether the lenders

10   exercised further due diligence on such values in

11   connection with the valuation provided in

12   August 2017, on these two ships?

13             MR WISE:  Objection, vague and

14   ambiguous.  Lacks foundation.

15        A.    What do you mean by due diligence?

16             MR BRUCCULERI:  I mean the same

17   thing by due diligence that BRS meant when it used

18   the term in its valuation as a disclaimer.

19        A.    Okay. No, I do not know.

20        Q.    Have you ever given valuations on

21   dry bulk ships?

22        A.    Yes, I have.

23        Q.    With regard to BRS's change to the

24   use of the word, "about" in its valuations do you

25   have an understanding as to whether or not that

```
 1   term has some legal definition or meaning in
 2   either France or the UK?
 3                 MR WISE:  Lack of foundation.  Go
 4   ahead.
 5           A.   I do not.
 6   BY MR BRUCCULERI:
 7           Q.   And that decision was made by
 8   someone else at BRS, obviously, to make that
 9   change, correct?
10           A.   Correct.
11           Q.   And you were not consulted on that
12   change?
13           A.   No.
14                 MR WISE:  You have got 6 minutes,
15   Frank.
16                 MR BRUCCULERI:  I know.  I can read
17   the clock.  Thank you very much, though.
18           Q.   How long did it take you in
19   October 2016, to prepare the valuation of the 2
20   ships in terms of time?
21           A.   I do not remember, but I would
22   estimate about an hour.
23           Q.   How about for the August 2017
24   valuations, given the fact that you were on
25   vacation?  How much time did you personally spend
```

1    in connection with the issuance and creation of

2    those valuations?

3            A.    My input was about -- again, I do

4    not remember, but I would estimate 20 minutes to

5    30 minutes.

6            Q.    Were you ever questioned by DK,

7    Bank of America or TMF about the use of the word,

8    "about" in the August 2017 valuations?

9            A.    Not that I remember of.

10           Q.    Give me a second to check my notes.

11   See if I have anything else. I think we are at the

12   end of this (pause).

13                 MR JAMIESON:  Well, we have got

14   4 minutes left.

15   BY MR BRUCCULERI:

16           Q.    Did you indicate -- yes, thanks.

17                 With regard to the collaborative

18   process and methodology for providing valuations

19   at BRS that you have testified to, are there

20   certain specified people that you always speak to

21   in coming up with a valuation of a vessel, or it

22   just happened to be whoever is around at the time?

23           A.    It is both. All of us can have, and

24   have, an opinion on the value of vessels, and if

25   you have the accumulated experience over the

1   market.

2           And then depending on the ship

3   types some of us have deeper expertise.

4           Q.    Who has the deeper expertise, if

5   anyone, with regard to the tanker sector at BRS?

6   And I am talking about in October 2016.

7           A.    Mr Charvet, Mr Fatemi.

8           Q.    Is it fair to say then that you

9   would also have consulted with them about the

10  valuations you issued in connection with the

11  Honami and Philomena in October 2016 and in

12  August 2017?

13          A.    I do not -- yes, 2017, we have

14  already mentioned that. In 2016, I remember

15  talking to my colleague, Mr Fatemi, and to some

16  other, but that is too far away.

17          Q.    How many valuations, if you can

18  give me an estimate, did you do for ships in 2016?

19          A.    I do not remember.

20          Q.    Can you give me an estimate?

21          A.    10 to 15.  10.

22          Q.    Total? Okay. And in how many of

23  those, if you can tell me, did you include a range

24  of values.

25          A.    I am not able to answer that.

```
 1          Q.     Is it --
 2          A.     10 that were addressed to me.  But
 3   as I said earlier the process being collaborative
 4   I also participate to a large number of valuations
 5   that I issued under my colleagues' names.
 6          Q.     -- can you give me an estimate of
 7   approximately how many you were involved in on a
 8   collaborative basis during 2016?
 9          A.     No, that is too -- I would not be
10   able to reply to that.
11          Q.     Can you give me an estimate of what
12   percentage of the ones you participated in or the
13   ones that were addressed to you contained a range
14   of values as opposed to a set value?
15          A.     No, I cannot.
16          Q.     Can you tell me whether or not you
17   used ranges of values on valuations depending upon
18   what sector the valuations were in?
19                 In other words, where ranges were
20   provided in the tanker sector as opposed to the
21   dry bulk sector or container sector?
22          A.     No, it is not sector-related.
23          Q.     On how many occasions have you been
24   to the United States?
25          A.     Since when?
```

```
 1        Q.     Ever.

 2               MR WISE:  Well, that is, sort of,

 3    irrelevant in terms of, you know, in what

 4    capacity?

 5               MR BRUCCULERI:  Again, counsel,

 6    state an objection if you have one.  Can I get an

 7    answer to the question?

 8               MR WISE:  Irrelevant.

 9        A.     I estimate that to be 10 to 15

10    times. 15 times.

11    BY MR BRUCCULERI:

12        Q.     How many times have you been to the

13    United States on official or formal business on

14    behalf of BRS?

15        A.     Maybe 6.

16               MR JAMIESON:  Okay. 6 o'clock.

17               MR BRUCCULERI:  All right, counsel,

18    I will stick to my word. Thank you, Mr Wauthier, I

19    appreciate your time.  Counsel, thank you for your

20    time.  I will see you guys at I guess 1.15 or so,

21    1.20 am my time to finish up with Mr Twort.  And

22    I -- my preliminary estimate that is a 2 to 3-hour

23    process at most.

24               MR WISE:  He is available for that.

25    Same stipulation?
```

```
 1                    MR BRUCCULERI:  Same stipulation.
 2                    THE COURT REPORTER:  Is the order
 3    regular plus rough?
 4                    MR BRUCCULERI:  Yes, please, thank
 5    you.
 6                    THE COURT REPORTER:  Same for you,
 7    Mr Wise?
 8                    MR WISE:  Yes.
 9          (The deposition concluded at 6.02 pm)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                CERTIFICATE OF WITNESS

 2

 3

 4

 5

 6              I, Greg Wauthier, am the witness in

 7    the foregoing deposition. I have read the

 8    foregoing deposition and, having made such changes

 9    and corrections as I desired, I certify that the

10    transcript is a true and accurate record of my

11    responses to the questions put to me on Wednesday,

12    May 16th 2018.

13

14

15

16

17    Signed_____

18        Greg Wauthier

19    Dated this _____ day of_____ 2018

20

21

22

23

24

25
```

```
 1              CERTIFICATE OF COURT REPORTER

 2

 3              I, Pamela E Henley, Court Reporter,

 4    do hereby certify that I took the stenotype notes

 5    of the foregoing deposition and that the

 6    transcript thereof is a true and accurate record

 7    transcribed to the best of my skill and ability

 8              I further certify that I am neither

 9    counsel for, related to, nor employed by any of

10    the parties to the action in which this deposition

11    was taken, and that I am not a relative or

12    employee of any attorney or counsel employed by

13    the parties hereto, nor financially or otherwise

14    interested in the outcome of the action.

15

16

17

18

19

20

21              _____

22                   Pamela E Henley

23

24

25
```

```
 1
 2                         ERRATA
 3    (Please make any amendments or corrections on the
 4    errata sheet and not on the original deposition)
 5   CORRECTION                                    PAGE
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22   _____        _____
23
24   Signature                      Date
25
```

MR. GREG WAUTHIER on 05/16/2018

Index: $17..29

_____

    Exhibits

_____

WautheirG 58
 268:10
 305:15,19
 306:17
 307:11,12
 309:5
 311:5
 312:12

_____

      $

_____

$17   288:22

$20   316:17

$21.5   315:3

$3   316:17
 317:5,7,8

$3.5   315:12
 317:5

$30   317:2

$31   278:17

$310,000
 279:10

$4   315:12

$7   318:16

$9.5   281:7

$95,000
 281:7

_____

      1

_____

1   279:9
 281:24

304:25
305:5,20
306:7,11,
16,25
307:11
309:4,11
310:12

1.15   330:20

1.20   330:21

10   272:1
328:21
329:2
330:9

120   282:4

15   328:21
330:9,10

17   286:1,2
318:3,4
319:8

1s   300:5

_____

      2

_____

2   278:6
 279:7
 283:9
 287:3
 306:7,11,
16,25
307:11,24
308:9
309:5,12,
13 326:19
330:22

2-minute

310:17

20   327:4

2000   300:11

2006   305:20

2011   270:11

2015
 283:20,21

2016
 282:22,23
 283:19
 285:25
 291:18,20
 293:24
 294:2,5
 296:6
 298:17,25
 299:6,10,
15,22
300:11,16
301:3,6
302:1,9,
17,25
303:14
304:2,4,
19,25
305:5
306:19
308:18,25
309:21
310:8
311:22
312:11,25
313:11
314:8,16
315:3
317:2

326:19
328:6,11,
14,18
329:8

2017
 283:20,22
 285:13
 288:20
 289:22
 293:17,23
 298:17
 299:2,5,
17,22
300:25
301:10,13
303:5,9,10
309:21
310:11
319:11
323:2,17,
22 324:10
325:5,12
326:23
327:8
328:12,13

2018   286:16
 287:22
 317:25

24   318:6

28   294:7,19
 295:19
 296:1,17,
22 297:15
313:22

29   294:7,20
 295:19

296:1,17,
22 297:15
313:22

---

**3**

---

3   272:19,23
273:5,8,14
274:1,10
276:19
277:4,14,
15 278:7,
25 281:11
305:7
306:6
318:16

**3-hour**
330:22

**30**   278:21
327:5

**31**   278:22

---

**4**

---

4   273:9,11
274:1
277:14
278:25
283:10
318:17
327:14

**425**   273:16

---

**5**

---

5   283:10
310:18,25

**5.19**   310:21

**5.29**   310:23

**57**   305:13

**58**   305:13,
14,15,17,
19 306:17
307:12
309:5
311:5
312:12

---

**6**

---

6   270:10
326:14
330:15,16

**6.00**   269:4

**6.02**   331:9

---

**7**

---

7   270:10,11

---

**8**

---

**8,500**   273:22

**850**   273:15

---

**9**

---

**9,000**
271:19,21

---

**A**

---

**ability**

292:19
299:8

**absolute**
291:9

**absolutely**
308:1

**access**
280:10

**accessible**
279:1

**account**
304:18
308:10
309:19
318:18

**accumulated**
327:25

**accuracy**
296:24
313:1

**accurate**
292:8
320:21

**activity**
298:5

**actual**
280:25
325:2

**add**   274:5
311:11,14

**addition**
278:3
320:9

**additional**
278:4
287:25
308:25
311:23

**addressed**
308:8
329:2,13

**advance**
279:20
280:19,25

**affecting**
320:9

**affirm**
291:15

**Age**   318:20

**agnostic**
276:7

**agreed**
321:24

**agreement**
269:3

**ahead**   316:20
320:2,23
326:4

**air**   311:5

**Alphaliner**
270:19,21,
25 271:3

**ambiguous**
298:20
299:4,12,
25 316:11
317:20

325:7,14

**America**
284:24
285:4
302:2,11
313:4
322:10,14,
18,25
324:7
327:7

**amount**
315:19

**and/or**
301:24

**Angeles**
273:6

**annual**
290:9,15
291:24,25
292:3,7,22

**annually**
273:18,19,
22  277:13
291:18

**answering**
288:1
319:13

**anticipated**
282:13

**apparently**
315:10

**applies**
269:8

**approach**

272:7

**approximate**
278:13
282:2

**approximately**
271:13,24
273:23
277:13
283:18
304:1
329:7

**arguing**
316:20

**argumentative**
317:20
320:22

**arrangement**
272:10

**arrest**
318:18

**arrested**
286:25
318:12

**assessment**
292:8

**assessments**
275:19

**asset**  276:7
312:20

**assets**
275:19

**assist**
279:20
280:6,11

285:4

**assistance**
279:7,17

**assistants**
297:2
323:10

**assisted**
289:19,21

**assisting**
271:8
281:18

**associates**
288:12,14

**associates'**
287:19

**assume**  296:9

**Assumes**
286:21

**assumption**
311:13

**attach**
305:12,17

**attempts**
279:20

**attend**
269:14

**attended**
321:13

**attract**
318:14

**attributes**
304:17
310:1,9

311:3,9,24
312:2,12
319:24

**August**
300:25
301:10,12
309:21
318:5
319:11
323:22
325:5,12
326:23
327:8
328:12

**average**
277:18
285:15

**aware**  272:15
301:19
307:12
313:4,9
314:4,5,7,
10,11
323:1

---

**B**

---

**back**  270:10
272:8,12
273:4
274:22
294:3,9
296:4
310:18
311:2,25
312:9,10,
14  319:4

325:7

**backs** 284:10

**bad** 294:1

**badgering**
321:21,22

**Bank** 284:24
285:1,4
302:2,11
313:4,5
322:10,14,
18,25
324:7
327:7

**based** 281:16
290:17
298:3
300:9
301:22

**basically**
270:21
284:19

**basis** 272:20
273:10
290:10,15
291:4
292:4
300:23
329:8

**beam** 319:17

**bearing**
295:9

**begin** 269:7

**behalf**
272:16

282:10,11
290:18
291:7,13
302:2
322:25
330:14

**bell** 315:8
323:19

**bellmouth**
309:8
311:7

**benefitted**
291:10

**bias** 291:11

**bit** 270:4
272:1
274:13
303:16
313:15

**board** 298:8

**boiler** 309:7
311:6

**Bonnie**
278:10
322:20

**bonus** 291:6

**bonuses**
290:13,14,
23

**bottom**
294:10

**Braemar**
314:7,15
315:2,9

317:1

**Braemar's**
314:13

**breadth**
302:19

**break** 310:17

**bring** 304:23

**bringing**
290:18

**broker**
281:13,14
284:21
287:12

**brokerage**
301:15

**brokers**
271:3
284:6
286:5,8
293:2
302:4
315:17

**BRS** 270:14,
17 271:16
272:15
273:12,24
274:18
275:2
276:12
279:6
280:18
281:3
286:4
287:18,20
290:8

292:1,22
293:10
296:5
297:25
302:5
309:3
315:13
317:5
320:20
321:8
323:3,5
324:1
325:17
326:8
327:19
328:5
330:14

**BRS'S** 275:8
287:19
290:19
292:2
325:23

**BRUCCULERI**
269:1,18
270:1
287:7
298:15,23
299:7,14
300:2
303:4
304:21
305:12,16
307:19
310:16
311:1
316:1,15,
24 317:23

320:4,14
321:6,16,
19 322:2
325:8,16
326:6,16
327:15
330:5,11,
17 331:1,4

**build**  308:5
311:19

**building**
275:5
311:11,14

**built**  319:16

**bulk**  276:5
284:10
325:21
329:21

**business**
330:13

**buy**  272:7
284:21
288:19

**buyer/willing**
300:23

**buyers**
287:15
300:11,16

**buyers'**
300:10

––––––––––––
**C**
––––––––––––

**calendar**
296:6

**call**  303:15
313:11
314:12

**called**
270:19
280:4
281:15
301:15
306:20
307:9
318:13
324:23

**calls**
285:16,17

**capacity**
319:18
330:4

**care**  271:10

**careful**
321:3

**carry**  324:15

**cases**  300:19

**cent**  279:9
281:24
282:1

**certainty**
291:9

**certificate**
321:1
324:24

**certificates**
323:16,21

**cetera**  295:9

**chance**
312:23

**change**
296:16
299:1,20,
21 311:16
323:5
325:23
326:9,12

**characteristic
s**  304:16
307:13,21
308:25
311:9,10
320:17

**chartering**
293:13
299:9,21

**Charvet**
323:15
328:7

**check**  297:1
312:15,25
327:10

**Chicago**
273:5

**choice**
286:5,8

**circulated**
286:25

**clarification**
293:6

**Clarksons**
301:16,23

**class**
324:16,25

**classification**
319:16

**client**  280:7

**clients**
290:19

**clock**  326:17

**close**  300:21

**clue**  293:15

**Clyde**  278:10
322:20

**CMA**  270:24
272:3,7,10

**co-lenders**
322:22

**co-own**
272:20

**co-owned**
278:7

**co-owners**
279:20
322:21

**coating**
308:14

**collaborative**
276:18
327:17
329:3,8

**colleague**
328:15

**colleagues**

274:12,19
287:1
289:9,11

colleagues'
329:5

combination
290:11,12,
20

commented
317:22

commission
279:10
281:5,24
290:10

company
270:18
280:4
281:15
297:25

comparable
309:24
310:7
312:10

compare
293:24

compatriots
287:19

compensated
290:8,10

competent
276:10

completely
321:4

composite
309:7
311:6

compound
320:2

concerned
270:13

concerns
311:23

concisely
293:20

concluded
287:17
331:9

condition
324:17
325:2

conditions
294:16
298:2
299:9

conference
283:22

confidence
284:1

confirm
311:25

confirmed
296:18
303:21
311:20
312:8

connection
273:13

291:13
304:16
313:9
325:11
327:1
328:10

consensus
276:20

consideration
303:20

considerations
320:17

considered
308:15
312:10
313:25

consistent
302:20

consulted
285:8
326:11
328:9

contact
270:13
277:5
287:20,21
322:9

contacted
270:13,25

contacts
277:20
279:24
281:9
285:12
293:10

302:20

contained
294:5
306:10,16,
25 307:11
329:13

container
270:18,22
271:1
274:14,23
275:2,9,23
278:12
280:4
329:21

contemplating
324:12

content
296:24

conversation
286:14,22
303:18,25
308:24
311:22
317:24

conversations
284:3
285:24
302:15
306:18

conveyed
306:17
311:23

copies   305:2

copy   304:23

correct
  284:17
  289:23
  292:4
  296:19,20
  297:11,12
  300:8
  302:12
  313:6
  317:18
  320:6
  326:9,10
cost  308:5
  311:10,14
counsel
  304:21
  321:19
  330:5,17,
  19
couple
  271:15
  283:8
  293:7
Court  269:15
  304:22
  305:1,9,14
  310:18
  331:2,6
courtesy
  319:13
cover  271:25
covering
  285:20
  307:4
create

  269:14
creation
  327:1
criticism
  303:17
custom
  296:21
  297:4,9
customer
  324:7
cut  272:24
  274:7
  295:4,6

_____

D
_____

Darrell
  277:11
database
  290:5
  308:21,23
  309:3
  319:22
  324:5
date  273:3
  276:12
  279:25
  283:21
dated  304:24
  305:5,20
Davidson
  270:6
  280:5
day  269:2,
  23,24

days  293:7
deadweight
  319:15
deal  293:12
  294:15
  295:20
  300:22
  311:10
dealing
  270:5
  275:22
dealings
  285:24
  322:14,24
deals  284:19
dealt  298:2
decision
  285:5
  326:7
deep  308:13
deeper
  328:3,4
default
  319:20
definition
  326:1
department
  274:22
  275:1,4,5,
  25 290:25
  291:1
depending
  328:2

329:17
deposition
  269:3
  287:16
  318:24
  331:9
Derek  271:5
description
  308:15
  319:15
designed
  295:20
desktop
  324:24
detail  308:1
details
  309:11
  319:21
determining
  306:2
difference
  300:6
  315:24
  316:3,6,
  13,16,18
  317:14,17
differentiate
  300:4,6
differentiated
  307:14
differs
  321:8
dig  270:23

MR. GREG WAUTHIER on 05/16/2018

diligence
  324:14
  325:4,10,
  15,17

dinner
  283:15,16

dinners
  283:17

direct  322:9

disclaimer
  294:3,17
  295:12,18,
  24  296:8
  297:14,19
  298:1
  313:20
  325:18

disclaimers
  295:8
  296:14
  315:19

discrepancy
  315:20
  318:19

discussed
  274:14
  290:1
  294:8
  314:3

discussion
  277:24

discussions
  276:15
  289:24

distinguishing
  319:24

dividend
  291:6

dividends
  290:13

Djibouti
  273:6

DK  270:5,6,
  20  272:17
  274:24
  275:3
  277:5,6,25
  278:4,5
  279:19,25
  280:16
  281:10
  282:5,22
  284:24
  285:4,13,
  25  286:5
  291:7
  302:2,11,
  20  303:6
  313:4,9
  314:5,10
  324:7
  327:6

DK'S  272:3

document
  315:6

documents
  304:15,25

double  309:8
  311:7

319:17

draft  319:16

drop  318:15

dry  276:5
  284:10
  325:21
  329:21

due  324:14
  325:4,10,
  15,17

dynamics
  271:1

_____

E

_____

earlier
  288:19
  298:25
  299:6
  313:3
  318:1
  329:3

early  269:13
  281:19

effort
  290:23
  292:6
  319:1

efforts
  280:24
  287:19,20
  290:20,25
  302:1

elements
  303:19

306:21
308:14
318:23
319:23
320:5,7,8

email  282:19
  286:23
  307:4

emails
  285:20,23
  287:25
  304:15

end  269:22,
  24  281:23
  304:2,4
  309:13
  317:25
  327:12

endeavors
  290:8

ended  295:7

ends  316:23

Energy  287:5

engage
  272:10

engine
  319:18

enquired
  287:17

Ensuring
  275:17

entire
  290:25
  291:1

297:5

**entirety**
318:18

**equation**
290:21

**essentially**
316:7

**estimate**
274:3
277:13
279:3
304:10,13
306:19
318:9
326:22
327:4
328:18,20
329:6,11
330:9,22

**estimates**
284:1

**euros**
271:19,21
273:15,16,
22

**evaluation**
289:4
319:2

**evaluator**
301:24

**event**   283:14
319:13

**exact**   294:21
308:7

**exception**
309:9,12
310:12

**exchanges**
282:14,18,
21,24

**excuse**
298:14

**exercise**
318:11
319:9
321:1

**exercised**
325:4,10

**exercising**
324:14

**exhaustive**
312:19

**exhibit**
294:19,20
305:15,19
306:17
307:11
309:5
311:5
312:12

**exhibits**
294:7
295:19
296:1,17,
22  297:15
305:2
313:21

**expense**
311:11

**experience**
275:25
276:11
295:10
299:19
300:9
301:23
323:14
327:25

**expertise**
328:3,4

**explain**
315:9
318:15

**extent**
276:13
287:18
293:25
308:17

**extract**
319:20

**eye**   305:20

---

**F**

---

**face**   323:17

**fact**   277:21
291:10
302:23
317:4
326:24

**factors**
309:19

**facts**   286:21

**fair**   292:20

303:24
311:14
312:7
328:8

**familiar**
291:18
293:18
324:20

**Fatemi**
328:7,15

**February**
281:19

**feel**   276:9
291:5
312:21

**Feldman**
272:16
277:11
283:2,5,7,
9,15
285:13
286:15
287:21
302:15,20
303:15
304:1,14
306:17
308:18,24
309:16
311:22
313:11,19
314:4
317:25

**felt**   274:7

**figure**   318:1

MR. GREG WAUTHIER on 05/16/2018

319:3,7

**file**  314:24

**financed**
  322:18

**financially**
  271:16
  273:12,13
  279:6
  281:3
  291:11

**financing**
  313:10
  314:6

**find**  291:23
  296:6
  297:24

**fine**  304:11

**finish**  269:4
  330:21

**Fire**  305:4

**fish**  305:9

**focus**  274:21
  275:7,8
  276:4

**focussed**
  274:13

**folks**  282:22
  315:2
  322:14

**follow**
  284:13

**forced**
  297:18,21

298:3,4

**formal**
  330:13

**formally**
  285:9

**found**  286:24

**foundation**
  286:20
  298:11
  303:2
  307:17
  317:20
  320:12,23
  325:14
  326:3

**fourth**
  294:10

**France**  326:2

**Frank**  269:10
  292:11
  297:22
  326:15

**French**
  270:24

**full**  293:2

**fully**  319:12

—————————
        **G**
—————————

**gas**  311:6

**gave**  297:2
  303:15

**general**
  292:20

293:1,18
294:17

**generally**
  298:21
  307:15

**generator**
  311:6

**gentleman**
  289:23

**gentlemen**
  277:16
  289:16

**Germany**
  281:16

**give**  273:18
  279:2
  304:10
  310:17
  321:25
  327:10
  328:18,20
  329:6,11

**giving**  303:8

**good**
  269:10,18
  270:2,8
  271:24
  284:20
  286:7,13
  290:7
  298:15
  299:7
  304:6,14
  310:24
  311:10

**great**  278:24
  321:25

**Greek**  287:5,
  6

**Greg**  277:10
  282:24
  303:15

**group**  272:17
  276:22
  285:13

**grown**  282:25

**guess**  290:22
  304:8,9,11
  330:20

**guys**  269:12
  330:20

—————————
        **H**
—————————

**half**  278:22
  282:1
  310:25
  316:17
  317:7,8

**halfway**
  306:6

**handle**
  276:10

**handled**
  274:22
  275:2
  277:14

**happened**
  269:25
  276:24

MR. GREG WAUTHIER on 05/16/2018

Index: happy..involved

278:25
327:22

**happy** 303:22

**hardship**
269:14

**Harry**
289:14,17

**heard** 313:10

**helped** 280:8

**higher**
315:12
316:9
317:8

**highlighted**
297:14

**Hilberg**
281:15

**hindsight**
293:3

**historical**
291:19

**history**
270:4

**hmm** 306:14

**Honami**
284:25
294:5
300:16
301:6,12
302:10
303:7
306:8
308:19

310:9
315:3,11,
13,20
322:11
328:11

**hope** 282:13

**horsepower**
319:19

**hour** 326:22

**hull** 319:17

**Hurricane**
305:4

———————
**I**
———————

**i.e.** 283:9

**idea** 271:2

**ideas** 300:11

**identification**
305:15

**identifying**
319:24

**important**
320:7

**impromptu**
285:17,18

**include**
319:14
328:23

**including**
319:15

**industry**
300:10

301:19
322:4

**inert** 311:6

**informal**
289:20,24

**informally**
285:9

**information**
286:25
287:13
288:11,13
291:12,23
292:8,21,
23 293:1
306:10,16,
25 307:10
308:17,19
309:4

**informed**
287:1

**initial**
271:8

**initially**
284:14

**initials**
290:5,6

**input** 327:3

**inside**
307:25

**inspect**
324:25

**inspection**
324:16

**instance**
311:12,19

**instruction**
302:9

**intelligence**
270:18
292:3,9

**intended**
294:14

**interchange**
286:15

**Interesting**
287:16

**internal**
272:21
275:18
308:21,23
309:3

**internally**
274:13
275:17
286:25
291:23

**invest**
284:3,16

**Investments**
305:5

**invoice**
273:15

**invoiced**
271:18
273:20

**involved**
279:13

284:25
303:7
313:9
314:6
329:7

**involvement**
302:16
314:13

**involving**
298:2

**irrelevant**
315:22
316:10,21
317:21
330:3,8

**irrespective**
296:2

**issuance**
327:1

**issue**  269:13
313:20

**issued**
274:15
296:5
303:13
314:12,15
319:11
323:3,16,
21 328:10
329:5

**issues**  307:4

**items**  308:5,
8 309:10,
12 311:8

---
**J**
---

**Jackson**
271:6,9
272:2,16
283:3,4,7,
8 302:22

**JAMIESON**
310:24
321:15,17,
23 327:13
330:16

**January**
286:16
287:21
317:25

**June**
283:23,24
289:25

---
**K**
---

**Kempner**
270:6
280:5

**kind**  270:9
287:25
298:7
317:14

**kinds**  278:11

**knew**  283:1
284:11
288:8,18
302:11
303:10,11

312:19

**knowledge**
272:9
292:19
303:6
307:21
308:22

---
**L**
---

**lack**  286:20
298:10
303:1
307:16
317:20
320:11
326:3

**Lacks**  320:23
325:14

**lag**  269:11

**language**
286:6
294:4,8,14
295:18,24
296:7,8
297:14,16,
19 298:1,7
313:20
314:1
324:21

**large**  329:4

**late**  286:15
306:19
308:25
311:22
313:11

**lease**  272:8,
11 284:10

**leave**  297:8

**left**  327:14

**legal**  326:1

**lenders**
280:5
302:11
303:7
325:3,9

**length**
319:17

**lengthy**
322:1

**Leong**  277:11
283:3,5

**letter**
304:24
305:3,19

**letting**
283:25

**level**  284:1
318:14

**limited**
297:17
298:2

**liner**  270:24

**lines**  311:5

**linked**
269:16

**listed**
312:12

loans  284:25
  285:6,10
  313:5

local  269:5

log  290:4,6

London
  283:13,14,
  15 310:25

long
  271:12,14
  281:17
  305:7
  326:18

looked
  291:22,24
  292:2

Los  273:6

LR  300:5
  310:12

―――――――――
        M
―――――――――

made  275:19
  290:6
  298:12
  313:18
  314:11,12
  319:20
  323:5
  326:7

main  308:15
  319:23
  320:13

majority
  291:3

make  269:12
  272:7
  284:14
  292:6,12
  300:5
  303:19
  304:17
  311:17
  312:7
  314:4,7,10
  318:21
  319:1,2,18
  326:8

making  285:5

management
  314:3
  323:11

March  289:25
  299:17,22

maritime
  270:17

marked
  294:19,20
  304:24
  305:15,19

market
  270:21
  271:1
  281:12
  282:15
  284:2,8
  291:18,20
  292:10,23
  293:18,19,
  23 294:16
  295:13,23

296:2
  297:17,21
  298:3,4,9,
  17 299:1,
  9,21 302:5
  307:14
  312:3
  316:6,7,8
  317:9
  318:14,24
  323:7
  328:1

marketed
  286:19

marketplace
  309:25
  311:25
  319:5

markets
  284:15
  287:1

mast  308:6
  309:8
  311:7

material
  298:17
  308:1,4,10
  309:25
  311:15
  320:5,9,17

materiality
  321:25

matter  273:8

matters
  302:21

meaning
  286:11
  324:24
  326:1

means  309:23
  325:1

meant  325:17

meetings
  283:11
  284:4
  302:21

member
  292:20

members
  276:16

memory
  278:16
  279:1

mentioned
  281:12
  286:13
  288:5,23
  289:5
  306:21
  309:13
  310:13
  322:20
  328:14

met  283:2,
  4,5,6,8,9

methodology
  319:6
  320:20
  322:5
  327:18

middle
  283:19,20

million
  278:17
  281:7
  282:4
  288:22,23
  315:3,12
  316:17
  317:2,5,8
  318:3,5,7,
  16 319:8

mind  287:3,
  9 300:14,
  19,20
  318:2
  320:16

minute
  274:22

minutes
  310:18
  313:12
  326:14
  327:4,5,14

missed
  312:15

missing
  306:22

misstates
  286:21

mistake
  298:13

Mmm  306:14

modern

294:12

moment
  281:13
  305:18
  306:8

money  311:10

month  277:19
  285:15

monthly
  277:20

months
  271:15
  318:17

morning
  269:10

mouth  269:17

moving  312:3

———————

N

———————

names  272:23
  278:8
  287:3,8
  329:5

nature
  287:18

Navigation
  287:6
  288:5
  289:6
  293:10
  305:4

networking
  283:14

Nicos
  289:13,21

Nikos  289:18

note  306:5

noted  323:3

notes  327:10

noting
  306:11

notwithstandin
g  302:19

November
  299:15
  304:25
  305:5,20

number
  275:24
  277:17
  295:11
  319:7,17
  329:4

numeric
  306:7

———————

O

———————

oath  269:7,
  8

objection
  298:10,19
  299:3,11,
  24 303:1
  307:16
  315:22
  316:10,19
  317:19

320:1,11,
  22 321:20
  325:6,13
  330:6

occasion
  272:15
  277:5,16
  280:23

occasions
  277:18
  283:6
  329:23

occur  283:11

occurred
  283:12
  284:4

October
  299:10,22
  300:11,16
  301:3,6
  302:9,17,
  25 303:14
  304:19
  309:21
  310:8
  312:11,25
  314:9,16
  315:3
  317:2
  326:19
  328:6,11

OD  305:5

odd  297:18,
  24 298:6,
  12

MR. GREG WAUTHIER on 05/16/2018

offered
  286:17

offers
  318:14

offices
  283:13

official
  330:13

Oiknine
  289:14

older  318:20

operator
  270:24

opinion
  285:3
  293:1
  294:25
  299:5
  301:22
  317:18
  327:24

opinions
  315:25
  317:16

opportunities
  284:19

opposed
  294:17
  329:14,20

order  315:12
  331:2

origin
  294:21

overnight
  294:9

owned  278:6
  280:3
  322:18

owner  270:17
  287:5,6
  290:2

owners
  280:10
  286:17,18
  287:10,20
  288:4,8
  289:5,10,
  19,24
  303:17
  311:24

———————
      P
———————

pages  305:7

paid  279:10
  281:5
  290:14

panel  286:8,
  9,11

paragraph
  294:11,22
  307:24
  308:8
  309:10,11,
  13

paragraphs
  306:7,11,
  16  307:11
  309:4

312:13

Paris  323:10

part  280:24

participate
  329:4

participated
  280:13
  329:12

particulars
  323:18,22,
  25

Partners
  270:20
  272:17

past  310:25

paste  295:4,
  6

pause  275:6
  305:23
  306:13
  327:12

people  270:5
  275:25
  279:19
  285:25
  287:1
  327:20

perceived
  324:15

percentage
  299:1
  316:3,5
  329:12

perfect
  279:2

perfectly
  293:8

period
  291:25
  315:21
  317:6

person  283:7
  289:19
  290:5
  323:12
  324:12

personal
  290:17
  291:4
  302:21

personally
  279:13
  288:11
  291:6,11
  326:25

perspective
  316:4

Philomena
  285:1
  286:16
  293:11
  294:6
  300:12
  301:3,9
  302:10
  303:8
  306:8
  308:20

310:9
311:4,12
317:1,9,14
322:11
328:11

physical
324:17

plate  309:8
311:7

pm  269:4
310:21,23
331:9

point  303:12
313:6
318:5

points  316:5

portfolio
302:24

position
272:3
280:9

potential
293:12
297:17
298:3
300:11
301:2,5,9
310:4
318:2

potentially
286:17,18
294:2

practice
296:21

297:5,9

Practices
322:7

preceded
285:19

precise
304:3

preliminary
330:22

prepare
288:1
326:19

prepared
296:22

presale
279:17

present
290:6
320:13

presently
322:10

previous
295:3
318:6
322:19

previously
289:19
294:8,19,
20  296:18
297:14
304:23
306:18
318:17

price  278:14
281:24
282:3
288:22,23,
24

primarily
271:7

Prime  287:4
288:5
289:5

prior  286:21
297:6
302:16
319:7
322:13

problem
269:19

procedure
280:3

procedures
272:22
275:18

process
276:17,18
298:12
320:19,24
321:4,8,9
327:18
329:3
330:23

produces
320:21

product
323:6

profited
291:5

project
270:24
271:8,12
293:13

promised
269:5

propose
284:2

proposed
287:4

provide
274:8
277:12
279:19
280:18
285:3
292:7
302:10
306:24
315:16,17

provided
276:21
279:17
291:13
292:22
312:24
314:8
315:13
324:6
325:5,11
329:20

provider
324:4

**providing**
275:8,24
276:25
277:1,3
284:1
291:12
304:18
308:10
309:20
319:25
322:5
324:23
327:18

**public**
292:20

**pump** 308:13

**purchase**
272:11
275:5
285:5,9

**purchased**
284:24
288:25
313:5

**purpose**
275:13
296:24
314:19

**purposes**
306:2
319:25

**push** 284:9,
19

**pushed**
284:20

287:2

**put** 275:12

**puts** 292:1

———————
**Q**
———————

**quarter**
288:20

**quarterlies**
274:10

**quarterly**
272:20
273:9,14
277:4,15,
22

**quarters**
306:6

**question**
275:11
290:22
294:13
297:13,23
319:12
323:14
325:7
330:7

**questioned**
327:6

**questioning**
311:24

**questions**
285:21
288:1
292:12
301:8

306:10

**quick** 319:9

———————
**R**
———————

**radar** 308:6
309:8
311:7

**raise** 313:19

**raised**
303:17

**range** 276:21
328:23
329:13

**ranges**
329:17,19

**rapidly**
284:11

**reach** 276:20

**read** 297:2
305:24
306:9
312:23
326:16

**readily**
279:1

**reading**
296:23
297:5,9
305:23
306:13

**reads** 294:11

**realize**
269:19

284:7
298:14

**realized**
284:11
296:13

**reason**
298:13
318:9

**reassess**
312:4

**recall**
278:13
279:16,22
291:17
298:25
302:4
304:1
305:21
307:3,5,6
310:7,10
315:2
316:25

**receive**
290:9

**received**
279:9
281:5
288:12,13
302:8

**receiving**
270:21

**recently**
314:18
315:6

**recess**

310:22

**recollect**
314:23

**recollection**
299:20
300:10
315:1,6

**recommendation
s** 284:15

**record** 305:8
310:20,21,
23

**records**
287:25
324:16
325:1

**referral**
280:15

**referred**
271:4
306:19

**referring**
304:24

**refers**
297:16

**reflect**
285:24
292:2
298:4
309:14,15

**reflecting**
315:24
317:15

**reflects**

292:25
293:1

**refresh**
315:1,5

**regard**
293:16
296:17
298:18
301:9
315:20
317:24
319:6,10
321:13
322:10,15,
16  323:2
324:17
325:23
327:17
328:5

**regular**
275:18
277:5
282:14,18,
21,24
285:12
331:3

**regularly**
284:4

**reissuing**
313:25

**relate**
307:10

**relating**
306:7

**relationship**

271:5,11
282:25
284:5
286:7

**relative**
272:3

**relaying**
303:16

**relevant**
298:9

**rely** 292:21

**relying**
324:13

**remember**
270:12
276:23
278:22
284:9
285:11
286:22
288:7
289:1
299:16
301:4,7
302:18
303:18,22
307:1,2
313:23
314:25
318:10,11
326:21
327:4,9
328:14,19

**remind** 269:6

**remotely**

321:22

**removing**
313:25

**remunerated**
271:17
273:12,13
279:7
281:4

**renowned**
301:21

**repeat**
275:10
292:12
297:22

**reply** 300:20
301:11,14
315:23
317:10
329:10

**report**
291:24

**reporter**
269:15
293:6
304:22
305:1,9,14
310:18
331:2,6

**reports**
292:1,22

**reputation**
301:18,19

**reputed**
315:10

request
  303:14
  313:18

research
  270:22

reserve
  321:20

respect
  280:7
  281:18
  288:16
  292:1
  321:4,8
  324:15

respects
  276:10

responding
  285:20

rest  310:17

result
  276:15

results
  290:21,24

revenue
  290:18

review
  287:24
  304:15
  312:20,23

reviews
  292:7

ring  315:8
  323:19

Ritsos
  289:13

room  269:20
  308:14
  310:17

rough  331:3

roughly
  318:16

run  321:1

running
  321:23
  322:1

─────────────
         S
─────────────

salary
  290:9,12

sale  275:4
  280:19
  282:13
  284:10
  286:17
  287:2

sales  278:14
  279:14
  280:2,25
  281:24
  297:18,21
  298:4
  309:24
  310:7

satisfy
  324:13

scepticism
  298:5

scheduled
  285:16

Scotland
  285:1
  313:6

Seacastle
  280:4
  281:6
  322:20

seal  311:5

seals  311:6

sec  293:5

secondhand
  311:16

sector
  270:18
  274:14,23
  276:5,6,11
  292:3,24
  295:4,13,
  21,24
  298:18
  299:23
  328:5
  329:18,20,
  21

sector-related
  329:22

sectors
  295:8
  323:6

sell  280:9,
  25  281:12

seller

300:23

sellers
  279:10
  281:6
  301:2,5,9

selling
  279:7,21

seminars
  321:13

send  304:14
  307:3

sense  272:7

sentence
  294:22

sentiment
  282:16

separate
  319:2

service
  270:20,21

services
  273:20

set  309:4,
  11  311:5
  315:18
  329:14

share  292:17

shared  289:4

ship  270:18
  271:1
  273:17
  280:3,4,9,
  12  287:15,

20 294:16
297:1
301:24
304:17
307:25
308:2,11
311:11,16
315:16
316:17
318:12,24
319:7,21
320:25
321:2,13
322:21
325:2
328:2

**shipbroker**
301:21,24

**shipbrokers**
301:20
315:10
321:9

**ships** 270:22
271:2
272:8,11
273:14,16
274:11,23
275:3,9,23
276:11
277:4,15
278:6,9,
11,12
279:8,18
280:24
281:23
282:5,15
284:20

289:20,25
291:14
302:16
303:7
307:11
309:20
313:5,10
314:6,8,15
320:20
321:10
322:11,15,
17 323:3
325:12,21
326:20
328:18

**shock** 315:21

**shorter**
292:13

**show** 305:6

**showing**
269:2

**shown** 286:23

**sign** 296:18

**sign-off**
274:16

**signature**
305:7

**signed**
296:23
305:5,6

**signed-off**
274:17,20

**significantly**
315:11

**signing**
296:25
297:6,10

**similar**
309:25
310:9

**simply** 306:1
318:17

**Singaporean**
280:3

**sister**
273:16

**sit** 294:13
295:16
307:8
309:2
310:6

**situations**
297:16,20

**slightly**
292:12

**society**
319:17

**sold** 278:6
280:3,12
281:23
312:3

**sort** 330:2

**sounds**
275:22

**source**
307:20
308:16

**speak** 270:3
277:6,16,
17 288:11
327:20

**speaking**
294:6
308:3
313:21

**speaks**
289:17

**special**
293:12

**speciality**
276:3,8

**specific**
275:20
295:13,14,
20,21,24
306:9
307:21

**specifically**
287:9
288:15
294:6
298:1
301:25
307:13
308:4
309:23

**specifics**
300:13,18,
20 301:4

**spend** 326:25

**spoke** 285:14
289:16

308:18
309:16
319:2
323:13

**spoken**
277:8,10
302:5

**spot**  299:9,
21

**stage**  287:12

**standard**
319:6
322:4

**Standards**
322:7

**start**  270:4,
9  273:3
284:5

**started**
271:4,5
272:18
273:2
277:23

**starting**
311:5

**state**  324:11
330:6

**States**
329:24
330:13

**step**  274:21

**stern**  309:7

**stick**  330:18

**stipulation**
330:25
331:1

**stood**  312:8

**stops**  316:23

**strength**
296:2

**strike**
275:21
277:2
297:6,18
302:3
306:23

**strong**
295:23
297:21
318:8

**struck**  294:9
300:22

**subjective**
315:16

**subjects**
285:20

**subscribers**
270:20

**subscription-
based**  270:19

**subset**
275:24

**substantial**
316:2,6,
14,18,22
317:17,22

**successful**
281:22

**suggest**
288:21

**suggested**
288:24

**suggesting**
319:7

**suggests**
292:10

**supplied**
323:18,23
324:1

**surprise**
315:21
317:7,13

**surprised**
313:14

**surprises**
316:12

**surprising**
316:8

**system**
309:10,14

─────────

**T**

─────────

**tailored**
295:13

**tainted**
318:13

**tainting**
318:17

**taking**
271:10

**talk**  278:2
282:14,15,
16,24
287:12
291:16
293:20
302:3

**talked**  274:9
286:2
289:1,9
294:4
302:23
318:23

**talking**
271:5
293:17
316:4,5
321:2
328:6,15

**tanker**  276:5
291:17,20
292:3
293:17
298:18
299:22
307:14
323:7
328:5
329:20

**tankers**
284:10
287:5
289:6
300:7

tanks 319:18

team 276:16

telephone
  282:19,20

telling
  302:14
  305:21
  318:11

templates
  296:15

term 294:10
  323:4
  325:18
  326:1

terms 276:4,
  17 290:18
  293:19
  295:11
  299:1
  309:19
  326:20
  330:3

testified
  313:3,12
  327:19

testimony
  286:21
  307:8
  309:18

text 297:10

thing 297:3
  315:16
  325:17

things

278:25
282:17
290:11

third-party
  324:4

thought
  284:16

thrown
  294:17

tied
  290:23,24

time 269:5
  270:23
  271:19,20
  272:14
  276:20
  282:23
  283:1
  285:19
  287:15
  291:25
  296:22
  300:17
  304:10
  306:19
  307:9,22
  309:15
  312:20
  313:8
  314:5
  315:13,21,
  25 317:6,
  9,16 319:1
  321:24,25
  326:20,25
  327:22

330:19,20,
21

times 273:8,
  9,11
  276:19
  277:13,18
  283:8,10
  330:10,12

TMF 302:3,9
  303:14
  305:3
  313:18
  324:7
  327:7

today 269:4,
  8,12 288:2
  294:13
  295:16
  307:9
  309:2
  310:6

told 282:9
  284:20
  288:15

tonnage
  294:12
  319:15

total 271:21
  328:22

training
  276:12,14

transaction
  278:15
  280:14
  281:1

transactions
  281:9
  282:13,14
  322:19

trend 291:19
  293:19,23
  298:21

trends
  292:10

triggered
  296:15

true 303:5

trust 321:4

truth 269:8

Tsakos 287:5
  288:5
  289:6,16,
  17 293:10

tube 309:7
  311:6

Twort 330:21

type 287:15

types 300:7
  328:3

─────────

U

─────────

UK 269:5
  326:2

ultimately
  280:11

unblocked
  278:15

**MR. GREG WAUTHIER on 05/16/2018**

understand
269:9
270:6,25
272:2,21
274:2
284:23
285:2
293:22
294:25
311:8
315:15
322:21

understanding
275:13
293:8
322:6
325:25

understood
279:3,4
290:22
293:9
311:1,17,
18

undertake
274:8

undertaken
273:24
282:9

undertaking
282:10
321:5

undue   269:14

United
329:24
330:13

updated
308:23

upset   303:16

_____
_____
V
_____

vacation
326:25

vague   298:19
299:3,11,
24 316:11
317:19
325:6,13

valuation
271:2
276:22
294:15,18
295:3,4,5
297:10,25
300:21
303:17
308:10
310:4
312:7,21,
24 315:11,
17 317:1,5
318:2,10,
16,25
319:14
321:14
324:13,24
325:11,18
326:19
327:21

valuations
271:18,22,
25 272:19

273:14
274:9,17,
23 275:2,
8,14,23,24
276:4,10,
14 277:4,
15,22
279:19
280:18,24
289:20,25
291:13
294:5
295:12,19
296:5,7,
19,23
297:5
298:3
302:10
303:8,14,
23 304:19
309:20
312:4,25
313:25
314:8,12,
14 315:18
319:10
320:21
322:5
323:2
324:10
325:5,20,
24 326:24
327:2,8,18
328:10,17
329:4,17,
18

valued   315:2
318:4

values   273:7
274:14
324:15
325:4,10
328:24
329:14,17

valuing
279:18
319:6
320:20
321:2

verbal   318:9

vessel
280:19
286:16,18,
24 288:6,
8,17,18,
19,24
295:14,20
308:13
310:12
311:4
318:2,4
319:25
320:10
324:1,16,
25 327:21

vessels
272:3,19,
24 273:5
278:14
281:11
282:3
284:25
300:12,15
301:3,6,10
302:2,24

**MR. GREG WAUTHIER on 05/16/2018**

Index: view..Zim

307:13,22
309:5,25
310:8
312:2,10
323:18,22,
23 327:24

view  287:12

voice  269:16

---

**W**

wanted
270:23
272:6
284:12
303:18,24
304:17
306:1
311:17
312:6

warranted
298:5

Wauthier
269:1
273:21
289:12
290:7
292:16
305:18
330:18

week
283:23,24

weeks  314:18

well-known
315:9

whilst  318:3

wife  292:15

Wise
269:16,22
286:20
298:10,19
299:3,11,
24 303:1
305:10
307:16
310:20
315:22
316:10,19
317:19
320:1,11,
22 325:6,
13 326:3,
14 330:2,
8,24
331:7,8

withdraw
321:24

wondered
320:16

word  286:10
318:8
325:24
327:7
330:18

words  279:18
288:16
292:15
298:6
300:5
303:6
312:14

319:4
329:19

work  270:9
271:17
272:16
277:24
278:2,3,4
279:24,25
281:4,9
282:8
290:8,18,
24,25
291:7,10
321:12

working
277:11
282:11

worse  294:2
298:25
299:6

worth  318:6

wraps  318:3

---

**Y**

yard  308:14
319:16

year  273:8,
9,11 280:2
281:21
283:19
285:13
288:20
291:20
292:10
293:2,17,

19 296:6
318:6,20
319:16

years
270:10,11
273:3,24
274:1
277:14
278:7,25
285:25
295:11

yesterday
269:7,20,
24 286:14,
23,24
287:17
288:23
291:25
292:2
294:4
296:13
308:12
310:13,15
321:18

York
283:13,16,
23

youth  287:13

---

**Z**

Zim  273:5,6
274:10,23
277:4
281:11