

| ASSETS |

TMF GROUP
6 St Andrew Street,
London, EC4A 3AE,
United Kingdom

Mrs Claudia Small

Neuilly Sur Seine, 25th August 2017

Dear Madam,

We refer to your request as to our opinion as to the market value of the following vessel:

=MEGACORE PHILOMENA= MAI FLAG

ABOUT 74,574 DWT ON 14.5M
BUILT OCTOBER 2010 HYUNDAI MIPO DOCKYARD CO LTD- KOREA
LR 100A1 CLASS - IMO No 9456915
228.48M LOA 32.23M BEAM - DOUBLE HULL
12 TKS- 82360 100 pct - / SBT / COW / COATED
MAIN ENGINE: MAN-B&W 6S60MC-C 18,436

(All details given in good faith but without guarantee)

We consider that the current value of this vessel is:

About U.S. $ 24,000,000.00
(About US Dollars Twenty Four Million)

The above figure relates to our opinion of the market value as of the date of this letter and should not be taken to apply to any other date.

This valuation assumes that this vessel is for sale for prompt charterfree delivery, for cash payment on normal commercial terms between a willing seller and a willing buyer and also assumes that this vessel has her class fully maintained, free of recommendations, undamaged, fully equipped and in good working order and running condition.

.../...

This valuation is not for circulation or publication without our written prior consent and no responsibility can be accepted to any other person.

**DEPARTMENTS**

**NEWBUILDING**
newbuilding@brsbrokers.com
TEL. : +33 1 41 92 13 00

**SALE & PURCHASE**
snp@brsbrokers.com
TEL. : +33 1 41 92 15 00

**OFFSHORE**
offshore@brsbrokers.com
TEL. : +33 1 41 92 14 00

**LNG PROJECTS**
lpling@brsbrokers.com
TEL. : +33 1 41 92 13 41

**TANKER CHARTERING**
tankerchartering@brsbrokers.com
TEL. : +41 1 41 92 12 92

**LINER CHARTERING**
liner@brsbrokers.com
TEL. : +33 1 41 92 15 15

**DRYBULK CHARTERING**
bulkgroup@brsbrokers.com
TEL. : +33 1 41 92 14 14

**CHEMICAL CHARTERING**
chemical@brsbrokers.com
TEL. : +33 1 41 92 14 92

**GAS CHARTERING**
gas@brsbrokers.com
TEL. : +33 1 41 92 13 13

**MARKET INTELLIGENCE**
research@brsbrokers.com
TEL. : +33 1 41 92 12 34

BARRY ROGLIANO SALLES S.A.S.
11, boulevard Jean Mermoz - 92522 Neuilly-sur-Seine, cedex - France - TEL. : +33 1 41 92 12 34
S A S. AU CAPITAL DE 1 975 506 € - 399 070 820 RCS NANTERRE - SIRET 39907082000036 - CODE NAF 5229 B - TVA : FR 60 399070820
www.brsbrokers.com





ASSETS

We have not made any physical inspection of this vessel nor have we examined her class records. The particulars of this vessel are those supplied to us, and we accept no responsibility for their accuracy.

This valuation may not be taken as a statement of fact and represents our theoretical and subjective opinion only and no assurance can be given that such values can be sustained or realised in actual transactions.

Any person contemplating entering into a transaction or otherwise relying upon this valuation should satisfy themselves by exercising appropriate due diligence with respect to such perceived values and carry out inspection of the vessel and her class records with respect to her physical condition.

This valuation has been provided solely for the private use of the person who commissioned it. It is not for circulation, publication, disclosure to third parties or use in a share offering prospectus or any other financial document used for fund raising in public markets by way of IPO or any other means, without our written prior consent and no responsibility can be accepted by the company and/or its directors and/or the undersigned to any other person and/or company.

Notwithstanding the above, please note that all values provided are subject but not limited to the following:

i) Valuations may be based on brokers' estimates or subjective brokers' opinions (especially where no comparable ship has been sold recently) supplied to BRS;

ii) Valuations from other brokers may vary from BRS;

iii) Valuations may be based on theoretical calculations out of other vessels which BRS, in its sole discretion consider the most comparable vessels at the given time;

iv) BRS terms and conditions as per www.brsbrokers.com

Whilst BRS has taken reasonable care in the compilation of the valuations, the compilation of data is inherently subject to limited audit and validation procedures and may therefore contain errors or omissions.

.../...

This valuation is not for circulation or publication without our written prior consent and no responsibility can be accepted to any other person.



BARRY ROGLIANO SALLES S.A.S.
11, boulevard Jean Mermoz - 92522 Neuilly-sur-Seine, cedex - France - TEL. : +33 1 41 92 12 34
S.A.S. AU CAPITAL DE 1 975 506 € - 399 070 820 RCS NANTERRE - SIRET 399070820 00036 - CODE NAF 5229 B - TVA : FR 60 399070820
www.brsbrokers.com



ASSETS

BRS, its agents, officers and employees cannot accept liability for any loss suffered in consequence of reliance on such information or in any other manner.

Accordingly, whilst BRS will at all times use reasonable endeavours to ensure that all information it provides to the client is accurate and comprehensive, the provision of such information shall not obviate any need for the client and/or third parties to make appropriate further enquiries.

The commissioning party agrees and hereby undertakes to hold BRS, its parent and affiliated companies, its agents, officers and employees ("Indemnified Parties") harmless against all demands, actions, claims, liabilities, losses, costs, charges and expenses (together "claims") incurred by BRS arising out of and/or in connection with BRS's provision of valuations for any purpose, provided, however, that this undertaking (i) shall apply only to the extent that the Valuation is actually used and the Indemnified Parties or any of them are named , or threatened with being so named, in an action or proceeding and (ii) shall not apply to any claims arising from the Indemnified Parties' lack of good faith, recklessness or wilful misconduct.

Yours faithfully,

Gregory WAUTHIER

This valuation is not for circulation or publication without our written prior consent and no responsibility can be accepted to any other person.

BARRY ROGLIANO SALLES S.A.S.
11, boulevard Jean Mermoz - 92522 Neuilly-sur-Seine, cedex - France - TEL. : +33 1 41 92 12 34
S A S AU CAPITAL DE 1 975 506 C - 399 070 820 RCS NANTERRE - SIRET 399070820 00036 - CODE NAF 5229 B - TVA : FR 60 399070820
www.brsbrokers.com