1  Erich P. Wise/State Bar No. 63219
   erichw@fdw-law.com
2  Nicholas S. Politis/State Bar No. 92978
   nicholasp@fdw-law.com
3  Zachary J. Politis/State Bar No. 306310
   zackp@fdw-law.com
4
5  Peter F. Black/State Bar No. 317524
   peterb@fdw-law.com
6  FLYNN, DELICH & WISE LLP
7  One World Trade Center, Suite 1800
8  Long Beach, CA 90831
   Telephone:  (562) 435-2626
9  Facsimile:  (562) 437-7555

10
11 Attorneys for Plaintiff
   TMF TRUSTEE LIMITED
12
13          IN THE UNITED STATES DISTRICT COURT
14
15    CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

16 | TMF TRUSTEE LIMITED, | ) | **CASE NO.:** CV 17-9010 PA (AGRx)
17 |  | ) |
18 |              Plaintiff, | ) | IN ADMIRALTY
19 |       vs. | ) | **DECLARATION OF GREGORY**
20 |  | ) | **WAUTHIER IN SUPPORT OF TMF**
21 | M/T MEGACORE PHILOMENA, her | ) | **TRUSTEE LIMITED'S**
   | engines, boilers, tackles, and other | ) | **OPPOSITION TO SPECIALLY**
22 | appurtenances, etc., *in rem,* | ) | **APPEARING CLAIMANTS TO THE**
23 | HURRICANE NAVIGATION INC., a | ) | **VESSEL, HURRICANE**
   | Marshall Islands Corporation, *in* | ) | **NAVIGATION INC.'S MOTION TO**
24 | *personam,* | ) | **VACATE VESSEL ARREST**
25 |  | ) |
26 |              Defendants. | ) | Date:        February 13, 2018
   |  | ) | Time:        10:00 a.m.
27 |  |  | Courtroom:  B
28 |  |  | Judge:       Hon. Alicia G. Rosenberg

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

DECLARATION OF GREGORY WAUTHIER IN SUPPORT OF TMF TRUSTEE
LIMITED'S OPPOSITION TO SPECIALLY APPEARING CLAIMANTS
TO THE VESSEL, HURRICANE NAVIGATION INC.'S MOTION TO
VACATE VESSEL ARREST                         CASE NO. CV 17-9010 PA (AGRx)

EPW
COPY

EXHIBIT
3 2
4/25/18
PENGAD 800-631-6989

I, Gregory Wauthier, hereby certify and declare as follows:

**PERSONAL BACKGROUND**

1.     I am partner and broker at Barry Rogliano Salles S.A.S, also known as BRS Group ("BRS"), based in the London office at Suite 465, 2nd Floor Salisbury House, London Wall, London, EC2M 5QQ.

2.     I have worked for BRS since September 2010.  From September 2010 until September 2015, I was with BRS Paris, and from October 2015 to date, I have been based at BRS in London.

3.     The BRS Group is a global shipping services business with ship broking at its core, tracing its roots back to 1856 in France.  As well as Shipbroking and Yacht Brokerage, the Group's activities include Freight Derivatives, Software Technology, Market Intelligence and Maritime Consulting. The Group also holds financial investments in Data Management and Chartering Software provider, AXSMarine.

4.     On the Shipbroking side, BRS Group is one of the largest full-service ship broking firms in the world, with more than 150 years of experience. Our coverage of the market includes Newbuilding, Sale and Purchase, and Chartering activities in all the major shipping segments: Tanker, Dry Bulk, Chemical, LNG, LPG, Offshore, Liner and Yachting.  These Shipbroking services are provided via 17 offices: Paris, Geneva, Shanghai, Beijing, London, Athens, Hamburg, Dubai,

1

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

1  Singapore, Jakarta, Madrid, Mumbai, New Delhi, Rio de Janeiro, Stamford,

2  Houston and Monaco.

3       5.     On the sale and purchase side of shipbroking, BRS currently has a

5  total of around 20 brokers in the market, nine in Paris, four in Hamburg, two in

6  London, one in Athens, one in Shanghai and three in Geneva.  As S&P brokers,

7  ship valuations are part of the services we very frequently undertake for clients,

9  who include shipowners, banks and other financial institutions, all over the world.

10 We are often asked to perform initial market analysis, going on to the identification

12 and choice of vessel, and then the eventual negotiation and contract signing, up to

13 completion of the transaction. Furthermore, BRS publishes an annual report for its

15 clients which include various information relating to S&P markets.

## VALUATION INSTRUCTIONS

19      6.     On 24 August 2017, I received email instructions from TMF Global

20 Services (UK) Limited.  The instructions email stated as follows:

23      *"We, as Agent on the instructions of the lenders, would wish to appoint you, as a*

24 *reputable sale and purchase shipbroker, to provide valuations for the following vessels*

25 *on the basis of the parameters set out below.*

26 *In the first instance and before we confirm your appointment, please confirm (i) that you*

27 *will be able to provide the valuations before the end of August 2017 and (ii) what the cost*

28 *for each valuation would be.*

2

*Vessels*

- *Megacore Philomena, Marshall Islands flag*
- *Megacore Honami, Marshall Islands flag*

*The parameters for the valuations are the following:*

- *The valuations to be in Dollars*
- *Without physical inspection;*
- *Showing the value of the relevant vessel as at the date of, or at a date no earlier than 10 days prior to, the valuation;*
- *On the basis of:*
    - *a sale for prompt delivery*
    - *for cash*
    - *on normal arm's length commercial terms*
    - *as between a willing seller and a willing buyer*
    - *free of charter or any other contract of employment*

*Please address your valuations to us, TMF Global Services (UK) Limited as agent, at 6 St Andrew Street, London, EC4A 3AE.*

*Should you require further information please do not hesitate in contacting us".*

7.    The Vessels were the same two Vessels in respect of which I had previously provided valuations to TMF on 6 October 2016.

8.    I can confirm that I followed these instructions when preparing the valuations sent to TMF on 25 August 2017. I valued the MT *"Megacore Philomena"* at US$24,000,000 and the MT *"Megacore Honami"* at US$17,500,000 as at the date of the valuations, being 25 August 2017.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 495-2833

3

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

## THE VALUATIONS

9.    I have been informed that the Owners of each of the Vessels have alleged that the valuations we prepared on 25 August 2017 contain *"valuation errors"* due to certain *'material discrepancies'*.

### Philomena Valuation

### Deadweight

10.    I understand it is alleged that we incorrectly identified the draft of the *Philomena* as 14.5 metres when it is 14.2 metres.   One of my sources for information in preparing the valuation was the Intertanko Standard Tanker Chartering Questionnaire 88 (the 'Q88' form) as obtained from the Website Q88.com for the Vessel, which at section 5.2 includes vessel technical characteristics [**Exhibit 1 hereto**].   The figures for draft and deadweight vary depending on whether the reference point is summer or winter deadweight.  Whilst the *Philomena* is recorded in the Q88 as having a draft of 14.2 metres on a winter deadweight of 72,507 mt, the *Philomena* is also recorded as having a draft of 14.5 metres on a summer deadweight of 74,574 mt.  For the purposes of describing the Vessel, I used the summer deadweight, which is usual.

4

DECLARATION OF GREGORY WAUTHIER IN SUPPORT OF TMF TRUSTEE LIMITED'S OPPOSITION TO SPECIALLY APPEARING CLAIMANTS TO THE VESSEL, HURRICANE NAVIGATION INC.'S MOTION TO VACATE VESSEL ARREST

CASE NO. CV 17-9010 PA (AGRx)

<u>Cargo / Slop Tanks</u>

11.   I also understand that it is said that I was wrong to describe the Vessel has having 12 tanks with 82,360 m³ total capacity, instead of 14 cargo tanks with 85,499 m³ total capacity.

12.   As is typical for a tanker, the *Philomena* has cargo tanks and slop tanks. They are not the same thing. Depending where and when they are trading, tanker vessels can or cannot use their slops tanks for carrying additional cargo. If the Vessel is not carrying slops then it might be able to use the slop tanks for cargo. The valuation refers to *"12 tanks"* but it could also have stated *"12 cargo tanks + 2 slop tanks"* or *"14 tanks (incl 2 slop tanks)"*. The valuation also refers to a cargo capacity of 82,360 m³. The 12 cargo tanks we refer to have a total capacity together of 82,354 m³ at 98%, which is the capacity figure excluding slop tanks. This is therefore the total capacity figure of 83,789.3 m³ total less the capacity of 1,434.6 m³ for the slop tanks.

13.   I note that there is one minor discrepancy in our certificate, where we refer to the capacity at 100% although it should have been at 98% (as this is how the Q88 shows its numbers for this vessel). Nevertheless, this would have had no bearing on the valuation.

5

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

Case 2:17-cv-09010-PA-AGR   Document 70   Filed 02/08/18   Page 7 of 8   Page ID #:1765

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

1
2  Engine Brake Horsepower

3      14.   I also understand that it is said that we were wrong to describe the

4  Vessel has having 18,436 BHP instead of 14,443.6 BHP at MCR [maximum

5
6  continuous rating].   The main engine output is always relative to the engine

7  revolutions per minute ('RPM').  A BHP of 18,436 would be at 106 RPM, whereas

8
9  14,443 BHP would be at 97 RPM.  In any event, the BHP rating for the Vessel

10
11  would have had no bearing on the valuation.

12  *Honami Valuation*

13  Class

14
15      15.   The valuation refers to the Vessel being classed with "AB" (an

16  abbreviation for American Bureau of Shipping) whereas the Owners say it is

17
18  classed with Lloyds Register.  Looking at section 1 of the Q88 Form for this

19  Vessel [**Exhibit 2 hereto**], I can see that the Classification Society changed from

20  American Bureau of Shipping to Lloyds Register in 2016, and there is a

21
22  typographical error in the valuation.  However, both American Bureau of Shipping

23  and Lloyds Register Classification Societies are members of the International

24  Association of Classification Societies and are among the most renown and

25
26  recognised Classification Societies in the world. The change in Classification

27
28

6

DECLARATION OF GREGORY WAUTHIER IN SUPPORT OF TMF TRUSTEE
LIMITED'S OPPOSITION TO SPECIALLY APPEARING CLAIMANTS
TO THE VESSEL, HURRICANE NAVIGATION INC.'S MOTION TO
VACATE VESSEL ARREST                                    CASE NO. CV 17-9010 PA (AGRx)

1  Society from American Bureau of Shipping to Lloyds Register has no effect on the

2  valuation we have provided.

3

4  Cargo / Slop Tanks

5      16.    Again, I understand that it is said that I was wrong to describe the

6  Vessel has having 12 tanks with 40,764 $m^3$ capacity, instead of 14 cargo tanks of

7  42,667.2 $m^3$ capacity.   The explanation is the same as for the *Philomena*:  the

8  Owners have 'counted' the Vessel's slop tanks as cargo tanks, but they are

9

10  different things.

11

12      17.    As is set out at section 5.4 of the Q88 Form for the *Honami*, the

13  Vessel is recorded there as having a total cargo capacity of 41,813.856 $m^3$, made

14  up of 40,761.63$^3$ (the 12 cargo tanks) and 1,049.286 $m^3$ (the 2 slop tanks).

15

16      18.    I declare under penalty of perjury under the laws of the United States

17  and the State of California that the foregoing is true and correct.

18

19

20  Executed this 8th day of February 2018, in the City of London,

21

22

23                                               Gregory Wauthier

24

25

26

27

28                                          7

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

# EXHIBIT 1

Version 4

**INTERTANKO'S STANDARD TANKER CHARTERING QUESTIONNAIRE 88 (Q88)**

| 1. | VESSEL DESCRIPTION | | | |
|---|---|---|---|---|
| 1.1 | Date updated: | Dec 12, 2017 | | |
| 1.2 | Vessel's name (IMO number): | Megacore Philomena (9456915 ) | | |
| 1.3 | Vessel's previous name(s) and date(s) of change: | Not Applicable | | |
| 1.4 | Date delivered / Builder (where built): | Oct 21, 2010 / Hyundai Mipo Dockyard Co,Ltd | | |
| 1.5 | Flag / Port of Registry: | Marshall Islands / Majuro | | |
| 1.6 | Call sign / MMSI: | V7VA4 / 538004071 | | |
| 1.7 | Vessel's contact details (satcom/fax/email etc.): | Tel: 870773208710 | | |
| | | Fax: 870783961051 | | |
| | | Email: megacore.philomena@globeemail.com | | |
| 1.8 | Type of vessel (as described in Form A or Form B Q1.11 of the IOPPC): | Oil Tanker | | |
| 1.9 | Type of hull: | Double Hull | | |
| **Classification** | | | | |
| 1.10 | Classification society: | Lloyds Register | | |
| 1.11 | Class notation: | LR, +100A1, DOUBLE HULL OIL TANKER, ESP,CSR,SHIPRIGHT (CM),+LMC,UMS,LI,IGS,COW,SCM,EP(P),*IWS,SPM,VECS,SHIP -RIGHT (ACS(B)) | | |
| 1.12 | Is the vessel subject to any conditions of class, class extensions, outstanding memorandums or class recommendations? If yes, give details: | No N/A | | |
| 1.13 | If classification society changed, name of previous and date of change: | , Not Applicable | | |
| 1.14 | IMO type, if applicable: | N/A | | |
| 1.15 | Does the vessel have ice class? If yes, state what level: | No , n/a | | |
| 1.16 | Date / place of last dry-dock: | Sep 16, 2015 / Damen Vlissingen-Netherlands | | |
| 1.17 | Date next dry dock due / next annual survey due: | Oct 20, 2020 | Sep 27, 2016 | |
| 1.18 | Date of last special survey / next special survey due: | Sep 27, 2015 | Oct 20, 2020 | |
| 1.19 | If ship has Condition Assessment Program (CAP), what is the latest overall rating: | No , (N/A) | | |
| 1.20 | Does the vessel have a statement of compliance issued under the provisions of the Condition Assessment Scheme (CAS)? If yes, what is the expiry date? | N/A Not Applicable | | |
| **Dimensions** | | | | |
| 1.21 | Length overall (LOA): | | | 228.19 m |
| 1.22 | Length between perpendiculars (LBP): | | | 219.00 m |
| 1.23 | Extreme breadth (Beam): | | | 32.20 m |
| 1.24 | Moulded depth: | | | 20.90 m |
| 1.25 | Keel to masthead (KTM)/ Keel to masthead (KTM) in collapsed condition, if applicable: | | 47.82 m | 47.818 m |
| 1.26 | Bow to center manifold (BCM) / Stern to center manifold (SCM): | | 114.30 m | 113.89 m |
| 1.27 | Distance bridge front to center of manifold: | | | 76.26 m |

| 1.28 | Parallel body distances: | Lightship | Normal Ballast | Summer Dwt |
|---|---|---|---|---|
| | Forward to mid-point manifold: | 47.02 m | 57.37 m | 61.33 m |
| | Aft to mid-point manifold: | 39.61 m | 52.03 m | 72.21 m |
| | Parallel body length: | 86.636 m | 109.403 m | 133.547 m |
| 1.29 | FWA/TPC at summer draft: | | 326.00 mm | 68.60 MT |
| 1.30 | Constant (excluding fresh water): | | | MT |
| 1.31 | What is the company guidelines for Under Keel Clearance (UKC) for this vessel? | OPEN SEA - exceed 50% of the current max static draft CONFINED WATERS - 10% of the current max static draft FAIRWAYS - not less than 0.6 mtrs WHLIST MOORED AT TERMINALS/SBMT - minimum 15% of the current max static draft | | |

**EXHIBIT 1**

8

| | | not falling short of 1.5 mtrs. ALONGSIDE - not less then 0.3mtrs | |
| --- | --- | --- | --- |
| | | Full Mast | Collapsed Mast |
| 1.32 | What is the max height of mast above waterline (air draft) | 45.082 m | 45.08 m |
| | Lightship: | 41.13 m | 41.128 m |
| | Normal ballast: | 33.298 m | 33.296 m |
| | At loaded summer deadweight: | | |
| **Tonnages** | | | 22056.00 |
| 1.33 | Net Tonnage: | 42208.00 | 34403 |
| 1.34 | Gross Tonnage / Reduced Gross Tonnage (if applicable): | 44523.24 | 39875.32 |
| 1.35 | Suez Canal Tonnage - Gross (SCGT) / Net (SCNT): | | 34866.00 |
| 1.36 | Panama Canal Net Tonnage (PCNT): | | |
| **Ownership and Operation** | | | |
| 1.37 | Registered owner - Full style: | Hurricane Navigation Inc. AJELTAKE ROAD, AJELTAKE ISLAND, MAJURO, MARSHALL ISLANDS MH 96960 Greece Tel: +302104139130 Fax: +302104220230 Email: contact@oxygenmaritime.com Company IMO#: 5712247 | |
| 1.38 | Technical operator - Full style: | Oxygen Maritime Management Inc. 61, Vasilisis Sofias str. 115-21, Athens Greece Greece Tel: +302104139130 Fax: +302104220230 Telex: N/A Email: CONTACT@OXYGENMARITIME.COM Web: N/A Company IMO#: 5712247 | |
| 1.39 | Commercial operator - Full style: | O2 Trading Inc. 3, MPIGLISTAS STREET , 16121 KAISARIANI, ATHENS Greece Tel: +302104139140 Fax: +30210 4220230 Telex: n/a Email: OPS@O2TRADING.COM | |
| 1.40 | Disponent owner - Full style: | O2 TRADING LTD. 3, Mpiglistas, 16121 Athens Greece Tel: +302104139140 Fax: +30 2104132305 Telex: n/a Email: ops@O2trading.com Chartering@O2trading.com | |

| 2. | CERTIFICATION | Issued | Last Annual | Expires |
| --- | --- | --- | --- | --- |
| 2.1 | Safety Equipment Certificate (SEC): | Sep 27, 2015 | Sep 27, 2015 | Oct 20, 2020 |
| 2.2 | Safety Radio Certificate (SRC): | Sep 27, 2015 | Sep 27, 2015 | Oct 20, 2020 |
| 2.3 | Safety Construction Certificate (SCC): | Sep 27, 2015 | Sep 27, 2015 | Oct 20, 2020 |
| 2.4 | International Loadline Certificate (ILC): | Sep 27, 2015 | Sep 27, 2015 | Oct 20, 2020 |
| 2.5 | International Oil Pollution Prevention Certificate (IOPPC): | Sep 27, 2015 | Sep 27, 2015 | Oct 20, 2020 |
| 2.6 | ISM Safety Management Certificate (SMC): | Feb 13, 2014 | Not Applicable | Dec 19, 2018 |
| 2.7 | Document of Compliance (DOC): | Nov 05, 2013 | Sep 28, 2015 | Jun 30, 2018 |
| 2.8 | USCG Certificate of Compliance (COC): | Mar 27, 2015 | Mar 28, 2017 | Mar 27, 2017 |
| 2.9 | Civil Liability Convention (CLC) 1992 Certificate: | Feb 20, 2016 | Not Applicable | Feb 20, 2017 |
| 2.10 | Civil Liability for Bunker Oil Pollution Damage Convention (CLBC) Certificate: | Feb 05, 2016 | Not Applicable | Feb 20, 2017 |
| 2.11 | Ship Sanitation Control (SSCC)/Ship Sanitation Control Exemption (SSCE) Certificate: | Dec 22, 2015 | Not Applicable | Jun 22, 2016 |

**EXHIBIT 1**

9

| 2.12 | U.S. Certificate of Financial Responsibility (COFR): | Feb 01, 2014 | Not Applicable | Feb 01, 2017 |
|---|---|---|---|---|
| 2.13 | Certificate of Class (COC): | Sep 27, 2015 | Sep 27, 2015 | Oct 20, 2020 |
| 2.14 | International Sewage Pollution Prevention Certificate (ISPPC): | Sep 27, 2015 | Not Applicable | Oct 20, 2020 |
| 2.15 | Certificate of Fitness (COF): | Not Applicable | Not Applicable | Not Applicable |
| 2.16 | International Energy Efficiency Certificate (IEEC): | | Not Applicable | Not Applicable |
| 2.17 | International Ship Security Certificate (ISSC): | Feb 13, 2014 | Not Applicable | Dec 19, 2018 |
| 2.18 | International Air Pollution Prevention Certificate (IAPPC): | Sep 27, 2015 | Sep 27, 2015 | Oct 20, 2020 |
| 2.19 | Maritime Labour Certificate (MLC): | Dec 20, 2013 | Not Applicable | Dec 19, 2018 |

| **Documentation** | | |
|---|---|---|
| 2.20 | Owner warrant that vessel is member of ITOPF and will remain so for the entire duration of this voyage/contract | Yes |
| 2.21 | Does vessel have in place a Drug and Alcohol Policy complying with OCIMF guidelines for Control of Drugs and Alcohol Onboard Ship? | Yes |
| 2.22 | Is the ITF Special Agreement on board (if applicable)? | N/A |
| 2.23 | ITF Blue Card expiry date: | Not Applicable |

| **3.** | **CREW** | |
|---|---|---|
| 3.1 | Nationality of Master: | Russian |
| 3.2 | Number and Nationality of Officers: | 9 Russian, Ukrainian, Georgian, Latvian |
| 3.3 | Number and Nationality of Crew: | 12 GEORGIAN / PHILIPINO / RUSSIAN |
| 3.4 | What is the common working language onboard: | ENGLISH |
| 3.5 | Do officers speak and understand English: | Yes |
| 3.6 | If Officers/Crew employed by a Manning Agency - Full style: | Officers:<br>COSMOS MARINE MANAGEMENT SA<br>74,EPAMINONDAS STR 17674 kALLITHEA, ATHENS,GREECE<br>Tel: +302109409771<br>Fax: +302109409770<br>Telex: 214346-214347 COSM<br>Email: MAIL@COSMOSMARINE.COM<br><br>Crew:<br>COSMOS MARINE MANAGEMENT SA<br>74,EPAMINONDAS STR 17674 kALLITHEA, ATHENS,GREECE<br>Tel: +302109409771<br>Fax: +302109409770<br>Telex: 214346 - 214347 COSM<br>Email: MAIL@COSMOSMARINE.COM |

| **4.** | **FOR USA CALLS** | |
|---|---|---|
| 4.1 | Has the vessel Operator submitted a Vessel Spill Response Plan to the US Coast Guard which has been approved by official USCG letter? | Yes |
| 4.2 | Qualified individual (QI) - Full style: | O BRIEN'S RESPONSE MANAGEMENT<br>2000 Old Spanish Trail Suite 210 Slidell, Luisiana 70458-8680 USA<br>Tel: +1 985 781 0804<br>Fax: +1 985 781 0580<br>Telex: 49617361 oops ui<br>Email: commandcenter@oopsusa.com |
| 4.3 | Oil Spill Response Organization (OSRO) - Full style: | National Response Corporation ( NRC)<br>3500 Sunrise Highway, Suite T103 Great River, NY 11739 USA<br>Tel: +1 631 224 9141<br>Fax: +1 631 224 9086<br>Email: iocdo@nrcc.com |

EXHIBIT 1
10

| 5. | CARGO AND BALLAST HANDLING | | | | |
|---|---|---|---|---|---|
| | **Double Hull Vessels** | | | | |
| 5.1 | Is vessel fitted with centerline bulkhead in all cargo tanks? If Yes, solid or perforated: | | Yes , Solid | | |

**Loadline Information**

| | | Freeboard | Draft | Deadweight | Displacement |
|---|---|---|---|---|---|
| 5.2 | Loadline | | 14.520 m | 74574 MT | 89415 MT |
| | Summer: | 6.414 m | 14.218 m | 72507 MT | 87348 MT |
| | Winter: | 6.716 m | 14.822 m | 76.661 MT | 91492 MT |
| | Tropical: | 6.112 m | 2.74 m | Not Applicable | 14841.00 MT |
| | Lightship: | 18.16 m | 6.65 m | 23422.00 MT | 38263.00 MT |
| | Normal Ballast Condition: | 14.28 m | | | |
| 5.3 | Does vessel have multiple SDWT? If yes, please provide all assigned loadlines: | | Yes | | |

**Cargo Tank Capacities**

| 5.4 | Number of cargo tanks and total cubic capacity (98%): | | | 83789.3 m3 |
|---|---|---|---|---|
| 5.5 | Capacity (98%) of each natural segregation with double valve (specify tanks): | Seg#1: 25662.4 m3 (1 - 5 Wings) Seg#2: 27954.7 m3 (2 - 6 Wings) Seg#3: 15787 m3 (3 Wings - Slops P/S) Seg#4: 14385.2 m3 (4 Wings) | | |
| 5.6 | Number of slop tanks and total cubic capacity (98%): | | | 1434.6 m3 |
| 5.7 | Specify segregations which slops tanks belong to and their capacity with double valve: | | | 398.6 m3 |
| 5.8 | Residual/Retention oil tank(s) capacity (98%), if applicable: | | | |
| 5.9 | Does vessel have Segregated Ballast Tanks (SBT) or Clean Ballast Tanks (CBT): | SBT | | |

**SBT Vessels**

| 5.10 | What is total SBT capacity and percentage of SDWT vessel can maintain? | | 25701.80 m3 | 34.50 % |
|---|---|---|---|---|
| 5.11 | Does vessel meet the requirements of MARPOL Annex I Reg 18.2: | Yes | | 4 |

**Cargo Handling and Pumping Systems**

| 5.12 | How many grades/products can vessel load/discharge with double valve segregation: | | | Yes | |
|---|---|---|---|---|---|
| 5.13 | Are there any cargo tank filling restrictions? If yes, specify number of slack tanks, max s.g., ullage restrictions etc.: | | | 1) SG up to 1.025 2)Max Filling rate for each individual tank, 1-6Wings = 1800 m3 /Hr and slop tanks = 500 m3/hr | |

| 5.14 | Pumps: | No. | Type | Capacity | At What Head (sg=1.0) |
|---|---|---|---|---|---|
| | Cargo Pumps: | 12 | SUBMERGED CENTRIFUGAL | 900 M3/HR | 125 Meters |
| | | 2 | SUBMERGED | 300 M3/HR | 125 Meters |
| | | 1 | PORTABLE | 150 M3/HR | |
| | Cargo Eductors: | | | m3/hr | m |
| | Stripping: | | | m3/hr | m |
| | Ballast Pumps: | 2 | SUBMERGED | 1500 m3/hr | 30 m |
| | Ballast Eductors: | 1 | | 175 m3/hr | m |
| 5.15 | Max loading rate for homogenous cargo per manifold connection: | | | | 1500 m3/hr (Max load rate 6000 m3/hr) |
| 5.16 | Max loading rate for homogenous cargo loaded simultaneously through all manifolds: | | | | 6000.00 m3/hr |
| 5.17 | How many cargo pumps can be run simultaneously at full capacity: | | | | 6 |

**Cargo Control Room**

| 5.18 | Is ship fitted with a Cargo Control Room (CCR)? | | Yes |
|---|---|---|---|

EXHIBI

| | | Yes | | |
|---|---|---|---|---|
| 5.19 | Can tank innage / ullage be read from the CCR? | | | |
| **Gauging and Sampling** | | Yes | | |
| 5.20 | Can cargo be transferred under closed loading conditions in accordance with ISGOTT 11.1.6.6? | | | |
| 5.21 | What type of fixed closed tank gauging system is fitted: | Radar | | 4 |
| 5.22 | Number of portable gauging units (example- MMC) on board: | Yes , All | | |
| 5.23 | Are overfill (high) alarms fitted? If Yes, indicate whether to all tanks or partial: | Yes , All | | |
| 5.24 | Are cargo tanks fitted with multipoint gauging? If yes, specify type and locations: | Yes , | | |
| 5.25 | Is gauging system certified and calibrated? If no, specify which ones are not calibrated: | Yes , | | |
| **Vapor Emission Control System (VECS)** | | | | |
| 5.26 | Is a Vapour Emission Control System (VECS) fitted? | Yes | | 355.6 mm |
| 5.27 | Number/size of VECS manifolds (per side): | 2 | | |
| 5.28 | Number / size / type of VECS reducers: | 14"x16" - 4 14"x12" - 2 14"x10" - 1 | | |
| **Venting** | | | | |
| 5.29 | State what type of venting system is fitted: | INDIVIDUAL P/V VALVES | | |
| **Cargo Manifolds and Reducers** | | Yes | | |
| 5.30 | Does vessel comply with the latest edition of the OCIMF 'Recommendations for Oil Tanker Manifolds and Associated Equipment'? | | | |
| 5.31 | Total number / size of cargo manifold connections on each side: | 4 / 400.00 mm | | |
| 5.32 | What type of valves are fitted at manifold: | Butterfly | | |
| 5.33 | What is the material/rating of the manifold: | SUS316L / 1-2-3-4 | | |
| 5.34 | Does the vessel have a Common Line Manifold connection? If yes, describe: | | | 2500.00 mm |
| 5.35 | Distance between cargo manifold centers: | | | 4500.00 mm |
| 5.36 | Distance ships rail to manifold: | | | 4600.00 mm |
| 5.37 | Distance manifold to ships side: | | | 700.00 mm |
| 5.38 | Top of rail to center of manifold: | | | 2100.00 mm |
| 5.39 | Distance main deck to center of manifold: | | | 900.00 mm |
| 5.40 | Spill tank grating to center of manifold: | | | 8.51 m |
| 5.41 | Manifold height above the waterline in normal ballast / at SDWT condition: | 16.38 m | | |
| 5.42 | Number / size / type of reducers: | 4 x 406.4/203.2mm (16/8") 4 x 406.4/254.0mm (16/10") 4 x 406.4/304.8mm (16/12") ANSI | | |
| 5.43 | Is vessel fitted with a stern manifold? If yes, state size: | No , mm | | |

| **Heating** | | Type | Coiled | Material |
|---|---|---|---|---|
| 5.44 | Cargo / slop tanks fitted with a cargo heating system? | | | SS |
| | Cargo tanks: | Heating coils | Yes | SS |
| | Slop tanks: | Heating coils | Yes | 57.222 °C / 135 °F |
| 5.45 | Maximum temperature cargo can be loaded / maintained: | | 70.0 °C / 158.0 °F | |
| 5.46 | Minimum temperature cargo can be loaded / maintained: | | | |

| **Coating / Anodes** | | Coated | Type | To What Extent | Anodes |
|---|---|---|---|---|---|
| 5.47 | Tank Coating | | | | No |
| | Cargo tanks: | Yes | Pure Epoxy (THA 702/703, tha 700/703) | WHOLETANK | Yes |
| | Ballast tanks: | Yes | Tar Free Epoxy (BUFF 3362, GREY 1128) | Whole Tank | |

EXHIBI

| Stop tanks: | Yes | Pure Epoxy Coating (THA 702/703 - THA 702/703) | Whole Tank | | No |
|---|---|---|---|---|---|

| 6. | INERT GAS AND CRUDE OIL WASHING | | Yes / Yes | |
|---|---|---|---|---|
| 6.1 | Is a Crude Oil Washing (COW) installation fitted / operational? | | Yes / Yes | |
| 6.2 | Is an Inert Gas System (IGS) fitted / operational? | | | |
| 6.3 | Is IGS supplied by flue gas, inert gas (IG) generator and/or nitrogen: | | IG Generator | |

| 7. | MOORING | | | | | |
|---|---|---|---|---|---|---|
| 7.1 | Wires (on drums) | No. | Diameter | Material | Length | Breaking Strength |
| | Forecastle: | 4 | 30.00 mm | GALVANIZED STEEL | 200.00 m | 60.00 MT |
| | Main deck fwd: | 4 | 30.00 mm | GALVANIZED STEEL | 200.00 m | 60.00 MT |
| | Main deck aft: | 2 | 30.00 mm | GALVANIZED STEEL | 200.00 m | 60.00 MT |
| | Poop deck: | 6 | 30.00 mm | GALVANIZED STEEL | 200.00 m | 60.00 MT |
| 7.2 | Wire tails | No. | Diameter | Material | Length | Breaking Strength |
| | Forecastle: | 4 | 65.00 mm | NYLON | 11.00 m | 82.00 MT |
| | Main deck fwd: | 4 | 65.00 mm | NYLON | 11.00 m | 82.00 MT |
| | Main deck aft: | 2 | 65.00 mm | NYLON | 11.00 m | 82.00 MT |
| | Poop deck: | 6 | 65.00 mm | NYLON | 11.00 m | 82.00 MT |
| 7.3 | Ropes (on drums) | No. | Diameter | Material | Length | Breaking Strength |
| | Forecastle: | | mm | | m | MT |
| | Main deck fwd: | | mm | | m | MT |
| | Main deck aft: | | mm | | m | MT |
| | Poop deck: | | mm | | m | MT |
| 7.4 | Other lines | No. | Diameter | Material | Length | Breaking Strength |
| | Forecastle: | 6 | 60 mm | PP 60% & PE 40% | 200 m | 62 MT |
| | Main deck fwd: | 8 | 60 mm | PP, PL D-Flex | 220 m | 79.8 MT |
| | Main deck aft: | 2 | 60 mm | PL / MaxiGold | 220 m | 89.3 MT |
| | Poop deck: | | mm | | m | MT |
| 7.5 | Winches | No. | No. Drums | Motive Power | Brake Capacity | Type of Brake |
| | Forecastle: | 2 | Double Drums | Hydraulic power | 48.00 MT | Manual |
| | Main deck fwd: | 2 | Double Drums | Hydraulic power | 48.00 MT | Manual |
| | Main deck aft: | 1 | Double Drums | Hydraulic power | 48.00 MT | Manual |
| | Poop deck: | 3 | Double Drums | Hydraulic power | 48.00 MT | Manual |
| 7.6 | Bitts, closed chocks/fairleads | No. Bitts | SWL Bitts | No. Closed Chocks | SWL Closed Chocks |
| | Forecastle: | 6 | 63 MT | 8 | 64 MT |
| | Main deck fwd: | 10 | 63 MT (8bitts with SWL 63MT 2bitts with SWL 25MT 2bitts with SWL 55MT) | 16 | 63 MT |
| | Main deck aft: | 20 | 63 MT | 10 | 63 MT |

EXHIE

| | | | | | |
|---|---|---|---|---|---|
| | | | | 12 | 63 MT |
| Poop deck: | | 8 | 63 MT (6 bits with SWL 63MT 2 bits with SWL 46MT) | | |

| | Anchors/Emergency Towing System | | 13 / 12 | |
|---|---|---|---|---|
| | | | | 200 MT |
| 7.7 | Number of shackles on port / starboard cable: | TONGUE TYPE, ETS 4000 FSR-RJ | | 200 MT |
| 7.8 | Type / SWL of Emergency Towing system forward: | KBET S 4000AS-SJ | | |
| 7.9 | Type / SWL of Emergency Towing system aft: | | | |

| | Escort Tug | | 200.00 MT |
|---|---|---|---|
| 7.10 | What is size / SWL of closed chock and/or fairleads of enclosed type on stern: | 1060x470x695(H) mm | |
| 7.11 | What is SWL of bollard on poop deck suitable for escort tug: | | 200.00 MT |

| | Bow/Stern Thruster | |
|---|---|---|
| 7.12 | What is brake horse power of bow thruster (if fitted): | No , bhp |
| 7.13 | What is brake horse power of bow thruster (if fitted): | No , bhp |

| | Single Point Mooring (SPM) Equipment | Yes | |
|---|---|---|---|
| 7.14 | Does the vessel meet the recommendations in the latest edition of OCIMF 'Recommendations for Equipment Employed in the Bow Mooring of Conventional Tankers at Single Point Moorings (SPM)'? | | |
| 7.15 | If fitted, how many chain stoppers: | 1 | 200.00 MT |
| 7.16 | State type / SWL of chain stopper(s): | Tongue type | 76.00 mm |
| 7.17 | What is the maximum size chain diameter the bow stopper(s) can handle: | | 2780 mm |
| 7.18 | Distance between the bow fairlead and chain stopper/bracket: | | |
| 7.19 | Is bow chock and/or fairlead of enclosed type of OCIMF recommended size (600mm x 450mm)? If not, give details of size: | Yes 0 | |

| | Lifting Equipment | | |
|---|---|---|---|
| 7.20 | Derrick / Crane description (Number, SWL and location): | Cranes: 1 x 15.00 Tonnes Center | |
| 7.21 | What is maximum outreach of cranes / derricks outboard of the ship's side: | | 7.80 m |

| | Ship To Ship Transfer (STS) / Helicopter Operations | Yes |
|---|---|---|
| 7.22 | Does vessel comply with recommendations contained in OCIMF/ICS Ship To Ship Transfer Guide (Petroleum, Chemicals or Liquified Gas, as applicable)? | |
| 7.23 | Can the ship comply with the ICS Helicopter Guidelines? If Yes, state whether winching or landing area provided and diameter of the circle provided: | Yes , Winching 6.00 m |

| 8. | MISCELLANEOUS | | | |
|---|---|---|---|---|
| | Engine | | Maximum | Economic |
| 8.1 | Speed | | 16 Kts (WSNP) | 13 Kts (WSNP) |
| | Ballast speed: | | 15 Kts (WSNP) | 12 Kts (WSNP) |
| | Laden speed: | | HFO Viscosity up to 380 cst at 50 Deg C | HFO Viscosity up to 380 cst at 50 Deg C |
| 8.2 | What type of fuel is used for main propulsion? | | | |
| 8.3 | Type / Capacity of bunker tanks: | | Fuel Oil: 1688 m3 Diesel Oil: 419.7 m3 Gas Oil: 292.7 m3 | |

| 8.4 | Is vessel fitted with fixed or controllable pitch propeller(s): | Fixed | | Make/Type |
|---|---|---|---|---|
| 8.5 | Engines | No | Capacity | |
| | Main engine: | 1 | 10620 Kw | Hyundai-B&W 6S60MC-C8 |
| | Aux engine: | 3 | 880 Kw | HIMSEN-6H21 |
| | Power packs: | | m3 | |

**EXHIBI**

| | | | | 20.00 MT/Hr | KANGRIM |
|---|---|---|---|---|---|
| | Boilers: | | 1 | | |

**Emissions**

| | | | Tier II |
|---|---|---|---|
| 8.6 | Main engine IMO NOx emission standard: | | |
| 8.7 | Energy Efficiency Design Index (EEDI) rating number: | | |

**Insurance**

| 8.8 | P & I Club - Full Style: | WEST OF ENGLAND<br>The West of England Ship Owners Mutual Insurance Association (Luxembourg), R.C.S.<br>Luxembourg 104783, 33 Boulevard Prince Henri, L-1724 Luxembourg, Luxembourg<br>Tel: +352 4700671<br>Fax: +352 225253<br>Email: mail@westpandi.com | | |
|---|---|---|---|---|
| 8.9 | P & I Club pollution liability coverage / expiration date: | | 1000000000 US\$ | Feb 20, 2017 |
| 8.10 | Hull & Machinery insured by - Full Style: | Italian, Norvegian & London Market | | |
| 8.11 | Hull & Machinery insured value / expiration date: | | 36000000 US\$ (H&M : 28.000.000+<br>IV: 8.000.000) | Nov 29, 2016 |

**Recent Operational History**

| 8.12 | Date and place of last Port State Control inspection: | May 05, 2016 / Mamonal |
|---|---|---|
| 8.13 | Any outstanding deficiencies as reported by any Port State Control? If yes, provide details: | No<br>N/A |
| 8.14 | Has vessel been involved in a pollution, grounding, serious casualty or collision incident during the past 12 months? If yes, full description: | Pollution: No , N/A<br>Grounding: No , N/A<br>Casualty: No , N/A<br>Collision: No , N/A |
| 8.15 | Last three cargoes / charterers / voyages (Last / 2nd Last / 3rd Last): | |
| 8.16 | Date/place of last STS operation: | 26th Sept 2017 at Malta |

**Vetting**

| 8.17 | Date of last SIRE inspection: | Aug 16, 2017 |
|---|---|---|
| 8.18 | Date of last CDI inspection: | Not Applicable |
| 8.19 | Recent Oil company inspections/screenings (To the best of owners knowledge and without guarantee of acceptance for future business)*:<br><br>*"Approvals" are not given by Oil Majors and ships are accepted for the voyage on a case by case basis. | Contact owner for details. |

**Additional Information**

| 8.20 | Additional information relating to features of the ship or operational characteristics: | |
|---|---|---|

Version 4 (INTERTANKO / Q88.com)

EXHIBI

EXHIBIT 2

Version 4

INTERTANKO'S STANDARD TANKER CHARTERING QUESTIONNAIRE 88 (Q88)

| 1. | VESSEL DESCRIPTION | | | |
|---|---|---|---|---|
| 1.1 | Date updated: | Feb 21, 2017 | | |
| 1.2 | Vessel's name (IMO number): | Megacore Honami (9466070 ) | | |
| 1.3 | Vessel's previous name(s) and date(s) of change: | Not Applicable | | |
| 1.4 | Date delivered / Builder (where built): | Feb 25, 2010 / HYUNDAI MIPO DOCKYARD, ULSAN, KOREA | | |
| 1.5 | Flag / Port of Registry: | Marshall Islands / MAJURO | | |
| 1.6 | Call sign / MMSI: | V7TQ4 / 538003859 | | |
| 1.7 | Vessel's contact details (satcom/fax/email etc.): | Tel: +870-765047045 / +870-765047046 (INMARSAT F77)<br>Fax: +870-765047047 ( INMARSAT F77 )<br>Email: mpster.megacorehonami@globeemail.com | | |
| 1.8 | Type of vessel (as described in Form A or Form B Q1.11 of the IOPPC): | Oil Tanker | | |
| 1.9 | Type of hull: | Double Hull | | |
| | Classification | | | |
| 1.10 | Classification society: | Lloyds Register | | |
| 1.11 | Class notation: | +100A, Double Hull Oil and Chemical Tanker, Ship Type 2, CSR, ESP, Shipright(ACS(B)), *IWS,LI,SPM +LMC,IGS,UMS /ShipRight (E,SCM,VECS-L) | | |
| 1.12 | Is the vessel subject to any conditions of class, class extensions, outstanding memorandums or class recommendations? If yes, give details: | No<br>Not Applicable | | |
| 1.13 | If classification society changed, name of previous and date of change: | American Bureau of Shipping , Mar 11, 2016 | | |
| 1.14 | IMO type, if applicable: | 3 | | |
| 1.15 | Does the vessel have ice class? If yes, state what level: | No , Not Applicable | | |
| 1.16 | Date / place of last dry-dock: | May 30, 2015 / ASRY/BAHRAIN | | |
| 1.17 | Date next dry dock due / next annual survey due: | Feb 24, 2020 | Mar 11, 2017 | |
| 1.18 | Date of last special survey / next special survey due: | Mar 30, 2015 | Feb 24, 2020 | |
| 1.19 | If ship has Condition Assessment Program (CAP), what is the latest overall rating: | No , (N/A) | | |
| 1.20 | Does the vessel have a statement of compliance issued under the provisions of the Condition Assessment Scheme (CAS)? If yes, what is the expiry date? | N/A<br>Not Applicable | | |
| | Dimensions | | | |
| 1.21 | Length overall (LOA): | | | 184.38 m |
| 1.22 | Length between perpendiculars (LBP): | | | 176.00 m |
| 1.23 | Extreme breadth (Beam): | | | 27.40 m |
| 1.24 | Moulded depth: | | | 17.20 m |
| 1.25 | Keel to masthead (KTM)/ Keel to masthead (KTM) in collapsed condition, if applicable: | 46.80 m | | m |
| 1.26 | Bow to center manifold (BCM) / Stern to center manifold (SCM): | 92.64 m | | 91.69 m<br>56.94 m |
| 1.27 | Distance bridge front to center of manifold: | Lightship | Normal Ballast | Summer Dwt |
| 1.28 | Parallel body distances: | 37.11 m | 42.30 m | 44.69 m |
| | Forward to mid-point manifold: | 28.24 m | 42.57 m | 54.97 m |
| | Aft to mid-point manifold: | 65.35 m | 84.87 m | 99.66 m |
| | Parallel body length: | | 253.00 mm | 45.17 MT |
| 1.29 | FWA/TPC at summer draft: | | | MT |
| 1.30 | Constant (excluding fresh water): | | | |
| 1.31 | What is the company guidelines for Under Keel Clearance (UKC) for this vessel? | Ocean Passages 60% of the sttic draft. Confined waters min 10%of the max static draft but not less 1mtrs considering dynamic factors. Fairways / channels 1.5% of the moulded breadth but not less 0.6 mtrs considering dynamic factors. Alongside 1.5% of the moulded breadth but not less 0.3 mtrs | | |

EXHIBI

| | | considering dynamic factors | |
|---|---|---|---|
| | | Full Mast | Collapsed Mast |
| 1.32 | What is the max height of mast above waterline (air draft) | | 0 m |
| | | 44.36 m | |
| | Lightship: | | 0 m |
| | | 40.25 m | |
| | Normal ballast: | | 0 m |
| | | 35.485 m | |
| | At loaded summer deadweight: | | |
| | | | 9625.00 |

| Tonnages | | | |
|---|---|---|---|
| 1.33 | Net Tonnage: | 23225.00 | |
| 1.34 | Gross Tonnage / Reduced Gross Tonnage (if applicable): | 24511.52 | 21073.10 |
| 1.35 | Suez Canal Tonnage - Gross (SCGT) / Net (SCNT): | | 19347.00 |
| 1.36 | Panama Canal Net Tonnage (PCNT): | | |

| Ownership and Operation | | |
|---|---|---|
| 1.37 | Registered owner - Full style: | FIRE NAVIGATION INC. C/O Oxygen Maritime Management Inc 61, Vasilissis Sofias Ave. 115 21 Athens Greece Greece Tel: +30 210 4139 130 Fax: +30 210 4220 230 Telex: Not Applicable Email: contact@oxygenmaritime.com Company IMO#: 5712247 |
| 1.38 | Technical operator - Full style: | Oxygen Maritime Management Inc 61, Vasilissis Sofias Ave. 115 21 Athens Greece Greece Tel: +30 210 4193 130 Fax: +30 210 4220 230 Telex: Not Applicable Email: contact@oxygenmaritime.com Company IMO#: 5712247 |
| 1.39 | Commercial operator - Full style: | OXYGEN MARITIME MANAGEMENT INC 61, Vasilissis Sofias Ave. 115 21 Athens Greece Greece Tel: + 30 210 4139130 Fax: +30 210 4220230 Telex: Not Applicable Email: contact@oxygenmaritime.com |
| 1.40 | Disponent owner - Full style: | |

| 2. | CERTIFICATION | Issued | Last Annual | Expires |
|---|---|---|---|---|
| 2.1 | Safety Equipment Certificate (SEC): | Mar 22, 2016 | Mar 11, 2016 | Feb 24, 2020 |
| 2.2 | Safety Radio Certificate (SRC): | Jul 22, 2016 | Mar 11, 2016 | Feb 24, 2020 |
| 2.3 | Safety Construction Certificate (SCC): | Mar 11, 2016 | Mar 11, 2016 | Feb 24, 2020 |
| 2.4 | International Loadline Certificate (ILC): | Mar 11, 2016 | Mar 11, 2016 | Feb 24, 2020 |
| 2.5 | International Oil Pollution Prevention Certificate (IOPPC): | Mar 11, 2016 | Mar 11, 2016 | Feb 24, 2020 |
| 2.6 | ISM Safety Management Certificate (SMC): | Oct 21, 2013 | Aug 06, 2016 | Aug 29, 2018 |
| 2.7 | Document of Compliance (DOC): | Nov 05, 2013 | Sep 20, 2015 | Jun 30, 2018 |
| 2.8 | USCG Certificate of Compliance (COC): | Apr 24, 2012 | Aug 29, 2013 | Apr 24, 2014 |
| 2.9 | Civil Liability Convention (CLC) 1992 Certificate: | Feb 20, 2017 | Not Applicable | Feb 20, 2018 |
| 2.10 | Civil Liability for Bunker Oil Pollution Damage Convention (CLBC) Certificate: | Feb 20, 2017 | Not Applicable | Feb 20, 2018 |
| 2.11 | Ship Sanitation Control (SSCC)/Ship Sanitation Control Exemption (SSCE) Certificate: | Nov 17, 2016 | Not Applicable | May 17, 2017 |
| 2.12 | U.S. Certificate of Financial Responsibility (COFR): | Mar 01, 2013 | Not Applicable | Mar 01, 2019 |
| 2.13 | Certificate of Class (COC): | Apr 12, 2016 | Mar 11, 2016 | Feb 24, 2020 |
| 2.14 | International Sewage Pollution Prevention Certificate (ISPPC): | Mar 11, 2016 | Not Applicable | Feb 24, 2020 |
| 2.15 | Certificate of Fitness (COF): | Aug 04, 2016 | Mar 11, 2016 | Feb 24, 2020 |
| 2.16 | International Energy Efficiency Certificate (IEEC): | Mar 11, 2016 | Not Applicable | Not Applicable |

EXHIBI

| | | Aug 06, 2016 | Not Applicable | Aug 29, 2018 |
|---|---|---|---|---|
| 2.19 | Maritime Labour Certificate (MLC): | | | |

| | **Documentation** | | |
|---|---|---|---|
| 2.20 | Owner warrant that vessel is member of ITOPF and will remain so for the entire duration of this voyage/contract: | | Yes |
| 2.21 | Does vessel have in place a Drug and Alcohol Policy complying with OCIMF guidelines for Control of Drugs and Alcohol Onboard Ship? | | Yes |
| 2.22 | Is the ITF Special Agreement on board (if applicable)? | | N/A |
| 2.23 | ITF Blue Card expiry date: | | Not Applicable |

| **3.** | **CREW** | |
|---|---|---|
| 3.1 | Nationality of Master: | Georgian |
| 3.2 | Number and Nationality of Officers: | 9 Ukrainian, Georgian, Latvian |
| 3.3 | Number and Nationality of Crew: | 12 Filipino, Ukrainian, Georgian |
| 3.4 | What is the common working language onboard? | English |
| 3.5 | Do officers speak and understand English: | Yes |
| 3.6 | If Officers/Crew employed by a Manning Agency - Full style: | Officers: International Maritime Group International Maritime Group Batumi, Georgia 12/6 Baratashvili Str. Tel: +995 422 21 90 11 Fax: +995 422 27 16 97 Telex: Not Applicable Email: crew@imgsm.com Web: www.imgsm.com  Crew: COSMOS MARINE MANAGEMENT SA 74, Epaminondas Str., 176 74 Kallithea, Athens, Greece Tel: +30 210 9409771 Fax: +30 210 9409770 Telex: 214346 - 214347 COSM Email: mail@cosmosmarine.com |

| **4.** | **FOR USA CALLS** | |
|---|---|---|
| 4.1 | Has the vessel Operator submitted a Vessel Spill Response Plan to the US Coast Guard which has been approved by official USCG letter? | Yes |
| 4.2 | Qualified individual (QI) - Full style: | O'Brien's Response Management Inc. O'Brien's Response Management Inc. New Jersey Office 103 Morgan Lane. Suite 103 Plainsboro, NJ 08536, USA Tel: +1-985-781-0804 / +1 Fax: +1-985-781-0580 Email: commandcenter@obriensrm.com |
| 4.3 | Oil Spill Response Organization (OSRO) - Full style: | National Response Corporation (NRC) National Response Corporation (NRC) 3500 Sunrise Highway, Suite T103 Great River, NY 11739, USA Tel: +1-631-224-9141 Fax: +1-631-224-9086 Email: iocdo@nrcc.com |

| **5.** | **CARGO AND BALLAST HANDLING** | | |
|---|---|---|---|
| | **Double Hull Vessels** | | |
| 5.1 | Is vessel fitted with centerline bulkhead in all cargo tanks? If Yes, solid or perforated: | | Yes , Solid |

| | **Loadline Information** | Freeboard | Draft | Deadweight | Displacement |
|---|---|---|---|---|---|
| 5.2 | Loadline Summer: | 5.91 m | 11.32 m | 36955 MT | 45670 MT |

**EXHIBIT**

| | | Oct 21, 2013 | Aug 08, 2016 | Aug 29, 2018 |
|---|---|---|---|---|
| 2.17 | International Ship Security Certificate (ISSC) | Mar 11, 2016 | Mar 11, 2016 | Feb 24, 2020 |
| 2.18 | International Air Pollution Prevention Certificate | | | |

| | | | | | 44609 MT |
|---|---|---|---|---|---|
| Winter: | | 6.15 m | 11.08 m | 35894 MT | 46732 MT |
| Tropical: | | 5.68 m | 11.55 m | 38017 MT | 8715.00 MT |
| Lightship: | | 14.79 m | 2.44 m | Not Applicable | 28096.00 MT |
| Normal Ballast Condition: | | 10.68 m | 6.55 m | 16381.00 MT | |
| 5.3 | Does vessel have multiple SDWT? If yes, please provide all assigned loadlines: | | | No | |
| **Cargo Tank Capacities** | | | | | 41813.856 m3 |
| 5.4 | Number of cargo tanks and total cubic capacity (98%): | | | Seg#1: 5057.29 m3 (1P & 1S) | |
| 5.5 | Capacity (98%) of each natural segregation with double valve (specify tanks): | | | Seg#2: 7131.362 m3 (2P & 2S) Seg#3: 7273.168 m3 (3P & 3S) Seg#4: 7273.168 m3 (4P & 4S) Seg#5: 7273.168 m3 (5P & 5S) Seg#6: 6753.474 m3 (6P & 6S) Seg#7: 1049.286 m3 (SLOP-P & SLOP-S) | |
| | | | | | 1049.286 m3 |
| 5.6 | Number of slop tanks and total cubic capacity (98%): | | | | |
| 5.7 | Specify segregations which slops tanks belong to and their capacity with double valve: | | | | 75.068 m3 |
| 5.8 | Residual/Retention oil tank(s) capacity (98%), if applicable: | | | | |
| 5.9 | Does vessel have Segregated Ballast Tanks (SBT) or Clean Ballast Tanks (CBT): | | | SBT | |
| **SBT Vessels** | | | | 18115.00 m3 | 49.00 % |
| 5.10 | What is total SBT capacity and percentage of SDWT vessel can maintain? | | | N/A | |
| 5.11 | Does vessel meet the requirements of MARPOL Annex I Reg 18.2: | | | | 7 |
| **Cargo Handling and Pumping Systems** | | | | | |
| 5.12 | How many grades/products can vessel load/discharge with double valve segregation: | | | Yes | |
| 5.13 | Are there any cargo tank filling restrictions? If yes, specify number of slack tanks, max s.g., ullage restrictions etc.: | | | Yes Where S.G. is over 1.025 filling height for the cargo to be restricted in accordance with the formula in Trim & Stability booklet. For IMO Type 2 cargo quantity should not exceed 3000m3 in any one cargo tank. | |

| | | No. | Type | Capacity | At What Head (sg=1.0) |
|---|---|---|---|---|---|
| 5.14 | Pumps: | | | 500 M3/HR | 130 Meters |
| | Cargo Pumps: | 10 | DEEPWELL | 300 M3/HR | 130 Meters |
| | | 2 | DEEPWELL | 200 M3/HR | 130 Meters |
| | | 2 | DEEPWELL | 70 M3/HR | 130 Meters |
| | | 1 | DEEPWELL | | 130 Meters |
| | | | | | 130 Meters |
| | | | | | 70 Meters |
| | | | | m3/hr | m |
| | Cargo Eductors: | | N/A | m3/hr | m |
| | Stripping: | | N/A | 750 m3/hr | m |
| | Ballast Pumps: | 2 | SUBMERGED | 150 m3/hr | m |
| | Ballast Eductors: | 1 | VENTURI | | 1470 m3/hr |
| 5.15 | Max loading rate for homogenous cargo per manifold connection: | | | | 3600.00 m3/hr |
| 5.16 | Max loading rate for homogenous cargo loaded simultaneously through all manifolds: | | | | 6 |
| 5.17 | How many cargo pumps can be run simultaneously at full capacity: | | | | |
| **Cargo Control Room** | | | | Yes | |
| 5.18 | Is ship fitted with a Cargo Control Room (CCR)? | | | Yes | |
| 5.19 | Can tank innage / ullage be read from the CCR? | | | | |
| **Gauging and Sampling** | | | | Yes | |
| 5.20 | Can cargo be transferred under closed loading conditions in accordance with ISGOTT 11.1.6.6? | | | TANK RADAR | |
| 5.21 | What type of fixed closed tank gauging system is fitted: | | | | 2 |
| 5.22 | Number of portable gauging units (example- MMC) on board: | | | | |

EXHIB

| | | |
|---|---|---|
| 5.23 | Are overfill (high) alarms fitted? If Yes, indicate whether to all tanks or partial: | Yes , All |
| 5.24 | Are cargo tanks fitted with multipoint gauging? If yes, specify type and locations: | N/A . |
| 5.25 | Is gauging system certified and calibrated? If no, specify which ones are not calibrated: | Yes . |

**Vapor Emission Control System (VECS)**

| | | | |
|---|---|---|---|
| | | | 300 mm |
| 5.26 | Is a Vapour Emission Control System (VECS) fitted? | Yes | |
| 5.27 | Number/size of VECS manifolds (per side): | 2 | |
| 5.28 | Number / size / type of VECS reducers: | 12' x12" - 4 pcs 12" x 16" - 2 pcs | |

**Venting**

| | | |
|---|---|---|
| 5.29 | State what type of venting system is fitted: | PV Valves |

**Cargo Manifolds and Reducers**

| | | |
|---|---|---|
| 5.30 | Does vessel comply with the latest edition of the OCIMF 'Recommendations for Oil Tanker Manifolds and Associated Equipment'? | Yes |
| 5.31 | Total number / size of cargo manifold connections on each side: | 7 / 400 mm |
| 5.32 | What type of valves are fitted at manifold: | BUTTERFLY TYPE |
| 5.33 | What is the material/rating of the manifold: | STAINLESS STEEL / ANSI |
| 5.34 | Does the vessel have a Common Line Manifold connection? If yes, describe: | 2000.00 mm |
| 5.35 | Distance between cargo manifold centers: | 4600.00 mm |
| 5.36 | Distance ships rail to manifold: | 4600.00 mm |
| 5.37 | Distance manifold to ships side: | 660.00 mm |
| 5.38 | Top of rail to center of manifold: | 2056.00 mm |
| 5.39 | Distance main deck to center of manifold: | 900.00 mm |
| 5.40 | Spill tank grating to center of manifold: | 7.97 m |
| 5.41 | Manifold height above the waterline in normal ballast / at SDWT condition: | 12.73 m |
| 5.42 | Number / size / type of reducers: | 12 x 300/400mm (12/16")<br>6 x 300/200mm (12/8")<br>6 x 300/250mm (12/10")<br>2 x 200/400mm (8/16")<br>1 x 200/250mm (8/10")<br>ANSI |
| 5.43 | Is vessel fitted with a stern manifold? If yes, state size: | No , mm |

**Heating**

| | | Type | Coiled | Material |
|---|---|---|---|---|
| 5.44 | Cargo / slop tanks fitted with a cargo heating system? | | | |
| | Cargo tanks: | Steam Heat Exchanger for COT | N/A (Deck heat exchangers) | SS |
| | Slop tanks: | Heating coils | Yes | SS |
| 5.45 | Maximum temperature cargo can be loaded / maintained: | | 70.0 °C / 158.0 °F | 60 °C / 140 °F |
| 5.46 | Minimum temperature cargo can be loaded / maintained: | | | |

**Coating / Anodes**

| | | Coated | Type | To What Extent | Anodes |
|---|---|---|---|---|---|
| 5.47 | Tank Coating | | | | No |
| | Cargo tanks: | Yes | PHENOLIC EPOXY | 100% | No |
| | Ballast tanks: | Yes | TAR FREE EPOXY | 100 % | No |
| | Slop tanks: | Yes | PHENOLIC EPOXY | Whole Tank | |

| | | | |
|---|---|---|---|
| 6. | INERT GAS AND CRUDE OIL WASHING | | Yes / Yes |
| 6.1 | Is a Crude Oil Washing (COW) installation fitted / operational? | | Yes / Yes |
| 6.2 | Is an Inert Gas System (IGS) fitted / operational? | | |
| 6.3 | Is IGS supplied by flue gas, inert gas (IG) generator and/or nitrogen: | | IG Generator |

| | | | | | | Length | Breaking Strength |
|---|---|---|---|---|---|---|---|
| 7. | MOORING | | | Diameter | Material | | |
| 7.1 | Wires (on drums) | No. | | | | | |

**EXHIB**

| | No. | Diameter | Material | Length | Breaking Strength |
|---|---|---|---|---|---|
| Forecastle: | 4 | 28.00 mm | GALVANIZED STEEL | 200.00 m | 51.70 MT |
| Main deck fwd: | 2 | 28.00 mm | GALVANIZED STEEL | 200.00 m | 51.70 MT |
| Main deck aft: | 2 | 28.00 mm | GALVANIZED STEEL | 200.00 m | 51.70 MT |
| Poop deck: | 4 | 28.00 mm | GALVANIZED STEEL | 200.00 m | 51.70 MT |

| | | No. | Diameter | Material | Length | Breaking Strength |
|---|---|---|---|---|---|---|
| 7.2 | Wire tails | | | | | |
| | Forecastle: | 4 | 65.00 mm | NYLON | 11.00 m | 82.00 MT |
| | Main deck fwd: | 2 | 65.00 mm | NYLON | 11.00 m | 82.00 MT |
| | Main deck aft: | 2 | 65.00 mm | NYLON | 11.00 m | 82.00 MT |
| | Poop deck: | 4 | 65.00 mm | NYLON | 11.00 m | 82.00 MT |
| 7.3 | Ropes (on drums) | No. | Diameter | Material | Length | Breaking Strength |
| | Forecastle: | | mm | Not Applicable | m | MT |
| | Main deck fwd: | | mm | Not Applicable | m | MT |
| | Main deck aft: | | mm | Not Applicable | m | MT |
| | Poop deck: | | mm | Not Applicable | m | MT |
| 7.4 | Other lines | No. | Diameter | Material | Length | Breaking Strength |
| | Forecastle: | 4 | 60.00 mm | NYLON | 220.00 m | 70.50 MT |
| | Main deck fwd: | | mm | | m | MT |
| | Main deck aft: | | mm | | m | MT |
| | Poop deck: | 4 | 60.00 mm | NYLON | 220.00 m | 70.50 MT |

| | | No. | No. Drums | Motive Power | Brake Capacity | Type of Brake |
|---|---|---|---|---|---|---|
| 7.5 | Winches | | | | | |
| | Forecastle: | 2 | DOUBLE DRUM | Hydraulic | 31.00 MT | |
| | Main deck fwd: | 1 | Double Drums | Hydraulic | 31.00 MT | |
| | Main deck aft: | 1 | Double Drums | Hydraulic | 31.00 MT | |
| | Poop deck: | 2 | Double Drums | Hydraulic | 31.00 MT | |

| | | No. Bitts | SWL Bitts | No. Closed Chocks | SWL Closed Chocks |
|---|---|---|---|---|---|
| 7.6 | Bitts, closed chocks/fairleads | | | | 49 MT |
| | Forecastle: | 4 | 49 MT | 6 | 49 MT |
| | Main deck fwd: | 9 | 49 MT | 13 | 49 MT |
| | Main deck aft: | 2 | 49 MT | 10 | 49 MT |
| | Poop deck: | 8 | 49 MT | 12 | 49 MT |

| Anchors/Emergency Towing System | | 11 / 11 |
|---|---|---|
| 7.7 | Number of shackles on port / starboard cable: | 200 MT |
| 7.8 | Type / SWL of Emergency Towing system forward: | TONGUE TYPE STOPPER / 100 MT |
| 7.9 | Type / SWL of Emergency Towing system aft: | TANKTEC |

| Escort Tug | | | |
|---|---|---|---|
| 7.10 | What is size / SWL of closed chock and/or fairleads of enclosed type on stern: | 1160 x504x1130mm | 100.00 MT |
| 7.11 | What is SWL of bollard on poop deck suitable for escort tug: | | 100.00 MT |

| Bow/Stern Thruster | | |
|---|---|---|
| 7.12 | What is brake horse power of bow thruster (if fitted): | N/A , bhp |
| 7.13 | What is brake horse power of bow thruster (if fitted): | N/A , bhp |

| Single Point Mooring (SPM) Equipment | | N/A | |
|---|---|---|---|
| 7.14 | Does the vessel meet the recommendations in the latest edition of OCIMF 'Recommendations for Equipment Employed in the Bow Mooring of Conventional Tankers at Single Point Moorings (SPM)'? | | |
| 7.15 | If fitted, how many chain stoppers: | 1 | |
| | | TONGUE TYPE | 200.00 MT |
| 7.16 | State type / SWL of chain stopper(s): | | 76.00 mm |
| 7.17 | What is the maximum size chain diameter the bow stopper(s) can handle: | | 360 mm |
| 7.18 | Distance between the bow fairlead and chain stopper/bracket: | Yes | |
| 7.19 | Is bow chock and/or fairlead of enclosed type of OCIMF recommended size (600mm x 450mm)? If not, give details of size: | Not Applicable | |

EXHIBIT

| Lifting Equipment | | | | |
|---|---|---|---|---|
| 7.20 | Derrick / Crane description (Number, SWL and location): | | Cranes: 1 x 10.00 Tonnes Center | |
| 7.21 | What is maximum outreach of cranes / derricks outboard of the ship's side: | | | 7.30 m |

| Ship To Ship Transfer (STS) / Helicopter Operations | | | | |
|---|---|---|---|---|
| 7.22 | Does vessel comply with recommendations contained in OCIMF/ICS Ship To Ship Transfer Guide (Petroleum, Chemicals or Liquified Gas, as applicable)? | | Yes | |
| 7.23 | Can the ship comply with the ICS Helicopter Guidelines? If Yes, state whether winching or landing area provided and diameter of the circle provided: | | Yes , Winching 5.00 m | |

| 8. | MISCELLANEOUS | | | | |
|---|---|---|---|---|---|
| **Engine** | | | | Maximum | Economic |
| 8.1 | Speed | | | 15.7 Kts (WSNP) | 13.1 Kts (WSNP) |
| | Ballast speed: | | | 15.4 Kts (WSNP) | 12.6 Kts (WSNP) |
| | Laden speed: | | | I.F.O. | IFO |
| 8.2 | What type of fuel is used for main propulsion? | | | Fuel Oil: 4126.4 m3 | |
| 8.3 | Type / Capacity of bunker tanks: | | | Diesel Oil: 199 m3 Gas Oil: 32.2 m3 | |
| 8.4 | Is vessel fitted with fixed or controllable pitch propeller(s): | | | Fixed | |
| 8.5 | Engines | No | Capacity | Make/Type | |
| | Main engine: | 1 | 7860 Kw | HYUNDAI-MAN B&W; Model/Type: 6S46MC-C7 | |
| | Aux engine: | 3 | Kw | HIMSEN; Model/Type: 5H21/32 | |
| | Power packs: | 4 | 3000 m3 | CUMINS INC. USA; Model/Type: KTA-19-D(M1) RAD 570 | |
| | Boilers: | 1 | 18.00 MT/Hr | KANGRIM | |

| Emissions | | | |
|---|---|---|---|
| 8.6 | Main engine IMO NOx emission standard: | | |
| 8.7 | Energy Efficiency Design Index (EEDI) rating number: | | |

| Insurance | | | |
|---|---|---|---|
| 8.8 | P & I Club - Full Style: | WEST OF ENGLAND The West of England Ship Owners Mutual Insurance Association (Luxembourg). R.C.S. Luxembourg 104783, 33 Boulevard Prince Henri, L-1724 Luxembourg, Luxembourg Tel: +44 (0)20 7716 6000 Fax: +44 (0)20 7716 6000 Email: mail@westpandi.com Web: www.westpandi.com | |
| 8.9 | P & I Club pollution liability coverage / expiration date: | 1000000000 US$ | Feb 20, 2018 |
| 8.10 | Hull & Machinery insured by - Full Style: | Henschien Insurance OLE LANDMARKSVEI 14 5053 BERGEN - NORWAY Tel: +47 55 38 98 00 Fax: +47 55 38 98 01 | |
| 8.11 | Hull & Machinery insured value / expiration date: | 31000000 US$ (H&M 25 Mil + IV 6 mil = 31,000,000 US$ ) | May 29, 2017 |

| Recent Operational History | | |
|---|---|---|
| 8.12 | Date and place of last Port State Control inspection: | Nov 30, 2016 / Rotterdam, Holland |
| 8.13 | Any outstanding deficiencies as reported by any Port State Control? If yes, provide details: | No Not Applicable |
| 8.14 | Has vessel been involved in a pollution, grounding, serious casualty or collision incident during the past 12 months? If yes, full description: | Pollution: No , Not Applicable Grounding: No , Not Applicable Casualty: No , Not Applicable Collision: No , Not Applicable |
| 8.15 | Last three cargoes / charterers / voyages (Last / 2nd Last / 3rd Last): | |

**EXHIBIT**

| | | 26.04.2013/ Lome |
|---|---|---|
| 8.16 | Date/place of last STS operation: | Dec 01, 2016 |
| **Vetting** | | Not Applicable |
| 8.17 | Date of last SIRE inspection: | |
| 8.18 | Date of last CDI inspection: | Contact owner for details. |
| 8.19 | Recent Oil company inspections/screenings (To the best of owners knowledge and without guarantee of acceptance for future business)*: | |
| | **"Approvals"** are not given by Oil Majors and ships are accepted for the voyage on a case by case basis. | |
| **Additional Information** | | |
| 8.20 | Additional information relating to features of the ship or operational characteristics: | Version 4 (INTERTANKO / Q88.com) |

EXHIBI