# Weller, Charles G.

**From:** Weller, Charles G.
**Sent:** 07 February 2018 10:46
**To:** 'Thierry Charvet'; Gregory Wauthier; Francois Cadiou; Francois Cadiou Private
**Cc:** Wilkins, Robert A.; Wood, Jody R.; BRS SNP
**Subject:** RE: "Megacore Philomena" + "Megacore Honami"

Thank you very much Thierry. We are obliged to file the Declaration by the end of tomorrow, Californian time.

Kind regards

**Charles Weller**
**Partner**
**Shipping Group**
+00 (44) 20 3116 3632

**Reed Smith**
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

---

**From:** Thierry Charvet [mailto:Thierry.Charvet@brsbrokers.com]
**Sent:** 07 February 2018 9:21 AM
**To:** Weller, Charles G.; Gregory Wauthier; Francois Cadiou; Francois Cadiou Private
**Cc:** Wilkins, Robert A.; Wood, Jody R.; BRS SNP; Thierry Charvet
**Subject:** RE: "Megacore Philomena" + "Megacore Honami"

Charles

Well received. Looking into same and reverting.

Brgds
TC

**De :** Weller, Charles G. [mailto:CWeller@ReedSmith.com]
**Envoyé :** mardi 6 février 2018 19:31
**À :** Gregory Wauthier <Gregory.Wauthier@brsbrokers.com>
**Cc :** Wilkins, Robert A. <RWilkins@ReedSmith.com>; Wood, Jody R. <JRWood@ReedSmith.com>; BRS SNP <snp@brsbrokers.com>; Thierry Charvet <Thierry.Charvet@brsbrokers.com>
**Objet :** RE: "Megacore Philomena" + "Megacore Honami"

We attach a draft of the Declaration for your review.

Kind regards



1

Charles Weller
Partner
Shipping Group
+00 (44) 20 3116 3632

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com


**From:** Weller, Charles G.
**Sent:** 05 February 2018 11:11 PM
**To:** Gregory Wauthier
**Cc:** Wilkins, Robert A.; Wood, Jody R.; BRS SNP; Thierry Charvet; Gregory Wauthier
**Subject:** Re: "Megacore Philomena" + "Megacore Honami"


Greg

We all wish you and your wife the very best. Let us have further news about the birth when you can!

Kind regards


Charles Weller
Partner
Shipping Group
+00 (44) 20 3116 3632

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

**From:** Gregory Wauthier
**Sent:** Monday, 5 February 2018 17:25
**To:** Weller, Charles G.
**Cc:** Wilkins, Robert A.; Wood, Jody R.; BRS SNP; Thierry Charvet; Gregory Wauthier
**Subject:** Re: "Megacore Philomena" + "Megacore Honami"

Charles - Thierry (BRS) / Greg,

Apologies for the reply all like this (I thought better in view of urgency) but I am at the hospital where my wife is delivering and won't be able to assist further.

If I can let you liaise with each other thanks.

Greg

Greg W.
+44 (0)74 64 92 68 23

On 5 Feb 2018, at 16:28, Weller, Charles G. <CWeller@ReedSmith.com> wrote:

> Thank you Greg. This very useful. Please would you be able to sign a Declaration confirming the below, for the purposes of US proceedings in Los Angeles? We can prepare the draft for your review, but would be grateful for your confirmation.
>
> Kind regards
>
> **Charles Weller**
> **Partner**
> **Shipping Group**
> +00 (44) 20 3116 3632
>
> Reed Smith
> The Broadgate Tower
> 20 Primrose Street
> London EC2A 2RS
> T: +44 (0)20 3116 3000
> F: +44 (0)20 3116 3999
> DX1066 City / DX18 London
> reedsmith.com
>
> **From:** Gregory Wauthier [mailto:Gregory.Wauthier@brsbrokers.com]
> **Sent:** 05 February 2018 3:59 PM
> **To:** Weller, Charles G.
> **Cc:** Wilkins, Robert A.; Wood, Jody R.; BRS SNP
> **Subject:** RE: "Megacore Philomena" + "Megacore Honami"
>
> Dear Charles,
>
> In respect of your request for comments as per your message dated February 2nd 2018, whereby you indicated that the Owners said discrepancies listed were material to the valuation, we would like to highlight the following points:
>
> "Megacore Philomena"
>
> 1. Draft: the Valuation records the draft as 14.5m, but the Owners say that the draft is 14.2m.
>    – Draft of 14.5m is correct.
>
> *BRS Comments: This refers to the corresponding summer dwt of 74574 tons which is the dwt shown in the valuation letter. The daft of 14.2m corresponds to a winter dwt of 72507 tons (see the attached Q-88, under 5.2 Loadline Information) ie if owners "prefer" to use a draft of 14.2m then the dwt in the valuation certificate should (be reduced) read 72507 tons. With all due respect, we cannot see how this so called "discrepancy" is material to the valuation.*
>
> 2. Tanks: the Valuation records 12 cargo tanks with a capacity of 82,360 cbm, but the Owners say that she has 14 with a capacity of 85,499 cbm.

3

*BRS Comments: Motor Tankers have "Cargo tanks" and "Slop tanks". Depending where and when, vessels can or cannot use their slops tanks to add additional cargo. The valuation letter refers to "12 tanks". It could also state "12 cargo tanks + 2 slop tanks" or "14 tanks (incl 2 slop tanks)". The valuation letter also refers to a capacity of "82.360 cbm" instead of the other capacity of "83789,3 cbm" (as per Q88 under 5.4 Cargo Tank capacities). If one goes in details of the various tanks breakdown, the 12 Cargo Tanks we refer to are together at 98 % representing 82354 cbm (excluding the slop tanks, ie 83789.3 cbm total in 12 cargo tanks minus 1434.6 cbm slops ). Therefore our certificate refers to the cargo tanks capacity without the slop tank capacity. When slops tanks are used for what they were built for, (i.e. full of slops) they cannot be used to load extra cargo. With all due respect, we cannot see how this so called "discrepancy" is material to the valuation. In fact and to be fully precise, there is one discrepancy and this is that our certificate refers to the capacity at 100 per cent although it should have been at 98 per cent (as this is how the Q88 shows its numbers). Nevertheless, and with all due respect, we cannot see how this so called "discrepancy" is material to the valuation.*

3. M/E: the Valuation records a BHP of 18,436, but the Owners say it is 14,443 cbm.

*BRS Comments: Main Engine output is always relative to the engine RPM. Please note that "the BHP of 18,436" is at 106 rpm whereas the "14,443" figure refers to an engine rpm of 97. What is relevant is the Main Engine Brand and Type. With all due respect, we cannot see how this so called "discrepancy" is material to the valuation.*

++

### "Megacore Honami"

1. Class: the Valuation records AB (American Bureau of Shipping), but the Owners say that it is LR.

*BRS Comments: both class societies are members of IACS . Both are being among the best and most renown Class Societies used in the world. With all due respect, we cannot see how this so called "discrepancy" is material to the valuation.*

2. Tanks: the Valuation records 12 cargo tanks with a capacity of 40,764 cbm, but the Owners say that she has 14 with a capacity of 42,667 cbm.

*BRS Comments: Again and as we all know very well Motor Tankers have "Cargo tanks" and "Slop tanks". Depending where and when, vessels can or cannot use their slops tanks to add additional cargo. The valuation letter refers to "12 tanks". It could also state "12 cargo tanks + 2 slop tanks" or "14 tanks (incl 2 slop tanks)". The valuation letter also refers to a capacity of "40,764 cbm" instead of the other capacity of "41,813cbm" (as per Q88 under 5.4 Cargo Tank capacities). If one goes in details of the various tanks breakdown, the 12 Cargo Tanks we refer to are indeed 40761.63 cbm (these are 41813.856 cbm total minus 1049,286 cbm for slops) and the additional 2 slops tanks have a capacity of 1,049.286 cbm. Therefore our certificate refers to the cargo tanks capacity without the slop tank capacity. When slops tanks are used for what they were built for, (i.e. full of slops) they cannot be used to load extra cargo. With all due respect, we cannot see how this so called "discrepancy" is material to the valuation.*

We hope the above clarified the matters.
---

Thank you,
Kind regards

4

Greg W.
M +44 74649 268 23

**From:** Weller, Charles G. [mailto:CWeller@ReedSmith.com]
**Sent:** 02 February 2018 14:33
**To:** Gregory Wauthier <Gregory.Wauthier@brsbrokers.com>
**Cc:** Wilkins, Robert A. <RWilkins@ReedSmith.com>; Wood, Jody R. <JRWood@ReedSmith.com>
**Subject:** "Megacore Philomena" + "Megacore Honami"

Greg

We refer to the valuations you prepared for TMF in respect of the above vessels on 25 August 2017. As they also reflect the same vessel characteristics discussed below, we also refer to the valuations you prepared on 6 October 2016. Rather belatedly, the Owners have taken issue with these valuations, in the following limited respects:

*"Megacore Philomena"*

1. Draft: the Valuation records the draft as 14.5m, but the Owners say that the draft is 14.2m.
2. Tanks: the Valuation records 12 cargo tanks with a capacity of 82,360 cbm, but the Owners say that she has 14 with a capacity of 85,499 cbm.
3. M/E: the Valuation records a BHP of 18,436, but the Owners say it is 14,443 cbm.

*"Megacore Honami"*

1. Class: the Valuation records AB (American Bureau of Shipping), but the Owners say that it is LR.
2. Tanks: the Valuation records 12 cargo tanks with a capacity of 40,764 cbm, but the Owners say that she has 14 with a capacity of 42,667 cbm.

The Owners say that these discrepancies are material to the valuation.

Please could you check your records and let us have your comments. Please feel free to call so that we can discuss further.

Kind regards

**Charles Weller**
**Partner**
**Shipping Group**
+00 (44) 20 3116 3632

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

Reed Smith LLP is a limited liability partnership registered in England (registered no. OC303620) with its registered office at The Broadgate Tower, 20 Primrose Street, London, EC2A 2RS, England. Reed Smith owns companies which provide corporate, pension and trusteeship services. Reed Smith, and those companies, are authorised and regulated by the Solicitors Regulation Authority.

A list of members of Reed Smith LLP, and their professional qualifications, is available at the registered office. Any reference in this email to a partner of Reed Smith LLP is to a person who is a member of Reed Smith LLP, or a partner of an associated entity, or an employee of equivalent standing. Reed Smith LLP is associated with Reed Smith LLP of Delaware, USA.

This e-mail is confidential and may be protected by legal privilege. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation. Please contact us on +44 (0)20 3116 3000 if you need assistance.

Disclaimer Version RS.UK.201.407.03

---

The information contained in this email message may be privileged and confidential. If the reader is not the intended recipient, or the agent of the intended recipient, any unauthorised use, disclosure, copying, distribution or dissemination is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephoning +33141921234 or it@brsbrokers.com and return this message to the above address. BRS works in accordance with terms and conditions set out in our web site www.brsbrokers.com. BRS or one of their group companies may or may not record conversations.

---

The information contained in this email message may be privileged and confidential. If the reader is not the intended recipient, or the agent of the intended recipient, any unauthorised use, disclosure, copying, distribution or dissemination is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephoning +33141921234 or it@brsbrokers.com and return this message to the above address. BRS works in accordance with terms and conditions set out in our web site www.brsbrokers.com. BRS or one of their group companies may or may not record conversations.

---

The information contained in this email message may be privileged and confidential. If the reader is not the intended recipient, or the agent of the intended recipient, any unauthorised use, disclosure, copying, distribution or dissemination is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephoning +33141921234 or it@brsbrokers.com and return this message to the above address. BRS works in accordance with terms and conditions set out in our web site www.brsbrokers.com. BRS or one of their group companies may or may not record conversations

[*Draft* / **BROKERS' DECLARATION**]

I, Gregory Wauthier, hereby declare as follows:

**PERSONAL BACKGROUND**

1. I am partner and broker at Barry Rogliano Salles S.A.S, also known as BRS Group ("BRS"), based in the London office at Suite 465, 2nd Floor Salisbury House, London Wall, London, EC2M 5QQ.

2. I have worked for BRS since September 2010. From September 2010 until September 2015, I was with BRS Paris, and from October 2015 to date, I have been based at BRS in London.

3. The BRS Group is a global shipping services business with ship broking at its core, tracing its roots back to 1856 in France. As well as Shipbroking and Yacht Brokerage, the Group's activities include Freight Derivatives, Software Technology, Market Intelligence and Maritime Consulting. The Group also holds financial investments in Data Management and Chartering Software provider, AXSMarine.

4. On the Shipbroking side, BRS Group is one of the largest full-service ship broking firms in the world, with more than 150 years of experience. Our coverage of the market includes Newbuilding, Sale and Purchase, and Chartering activities in all the major shipping segments: Tanker, Dry Bulk, Chemical, LNG, LPG, Offshore, Liner and Yachting. These Shipbroking services are provided via 17 offices: Paris, Geneva, Shanghai, Beijing, London, Athens, Hamburg, Dubai, Singapore, Jakarta, Madrid, Mumbai, Oslo, Rio de Janeiro, Stamford, Houston and Monaco.

5. On the sale and purchase side of shipbroking, BRS currently has a total of around 18 brokers in the market, nine in Paris, three in Hamburg, two in London, three in Athens, two in Shanghai. As S&P brokers, ship valuations are part of the services we very frequently undertake for clients, who include shipowners, banks and other financial institutions, all over the world. We are often asked to perform initial market analysis, going on to the identification and choice of vessel, and then

the eventual negotiation and contract signing, up to completion of the transaction. Furthermore, BRS publishes an annual report for its clients which includes various information relating to S&P markets.

**VALUATION INSTRUCTIONS**

6. On 24 August 2017, I received email instructions from TMF Global Services (UK) Limited. The instructions email stated as follows:

> "We, as Agent on the instructions of the lenders, would wish to appoint you, as a reputable sale and purchase shipbroker, to provide valuations for the following vessels on the basis of the parameters set out below.
>
> In the first instance and before we confirm your appointment, please confirm (i) that you will be able to provide the valuations before the end of August 2017 and (ii) what the cost for each valuation would be.
>
> **Vessels**
>
> - Megacore Philomena, Marshall Islands flag
>
> - Megacore Honami, Marshall Islands flag
>
> The parameters for the valuations are the following:
>
> - The valuations to be in Dollars
>
> - Without physical inspection;
>
> - Showing the value of the relevant vessel as at the date of, or at a date no earlier than 10 days prior to, the valuation;
>
> - On the basis of:
>   -a sale for prompt delivery
>   -for cash
>   -on normal arm's length commercial terms
>   -as between a willing seller and a willing buyer
>   -free of charter or any other contract of employment

> Please address your valuations to us, TMF Global Services (UK) Limited as agent, at 6 St Andrew Street, London, EC4A 3AE.
>
> Should you require further information please do not hesitate in contacting us".

7. The Vessels were the same two Vessels in respect of which I had previously provided valuations to TMF on 6 October 2016.

8. I can confirm that I followed these instructions when preparing the valuations sent to TMF on 25 August 2017. I valued the MT *"Megacore Philomena"* at US$24,000,000 and the MT *"Megacore Honami"* at US$17,500,000 as at the date of the valuations, being 25 August 2017.

**THE VALUATIONS**

9. I have been informed that the Owners of each of the Vessels have alleged that the valuations we prepared on 25 August 2017 contain *"valuation errors"* due to certain '*material discrepancies*'.

*Philomena Valuation*

Deadweight

10. I understand it is alleged that we incorrectly identified the draft of the *Philomena* as 14.5 metres when it is 14.2 metres. One of my sources for information in preparing the valuation was the Intertanko Standard Tanker Chartering Questionnaire 88 (the 'Q88' form) for the Vessel, which at section 5.2 includes vessel technical characteristics provided by the Owners [Exhibit, X-X]. The figures for draft and deadweight vary depending on whether the reference point is summer or winter deadweight. Whilst the *Philomena* is recorded in the Q88 as having a draft of 14.2 metres on a winter deadweight of 72,507 mt, the *Philomena* is also recorded as having a draft of 14.5 metres on a summer deadweight of 74,574 mt. For the purposes of describing the Vessel, I used the summer deadweight, which is usual.

Cargo / Slop Tanks

11. I also understand that it is said that I was wrong to describe the Vessel has having 12 tanks with 82,360 m³ total capacity, instead of 14 cargo tanks with 85,499 m³ total capacity.

12. As is typical for a tanker, the *Philomena* has cargo tanks and slop tanks. They are not the same thing. Depending where and when they are trading, tanker vessels can or cannot use their slops tanks for carrying additional cargo. If the Vessel is not carrying slops then it might be able to use the slop tanks for cargo. The valuation refers to *"12 tanks"* but it could also have stated *"12 cargo tanks + 2 slop tanks"* or *"14 tanks (incl 2 slop tanks)"*. However, I would not have described the Vessel as having 14 cargo tanks. The valuation also refers to a cargo capacity of 82,360 m³. The 12 cargo tanks we refer to have a total capacity together of 82,354 m³ at 98%, which is the capacity figure excluding slop tanks. This is therefore the total capacity figure of 83,789.3 m³ total less the capacity of 1,434.6 m³ for the slop tanks.

13. I note that there is one minor discrepancy in our certificate, where we refer to the capacity at 100% although it should have been at 98% (as this is how the Q88 shows its numbers). Nevertheless, this is certainly not a material difference and would have had no bearing on the valuation.

Engine Brake Horsepower

14. I also understand that it is said that we were wrong to describe the Vessel has having 18,436 BHP instead of 14,443.6 BHP at MCR [maximum continuous rating]. The main engine output is always relative to the engine revolutions per minute ('RPM'). A BHP of 18,436 would be at 106 RPM, whereas 14,443 BHP would be at 97 RPM. In any event, the BHP rating for the Vessel would have had no bearing on the valuation.

*Honami Valuation*

Class

15. The valuation refers to the Vessel being classed with "AB" (an abbreviation for American Bureau of Shipping) whereas the Owners say it is classed with Lloyds Register. Looking at section 1 of the Q88 Form for this Vessel [Exhibit

X-X], I can see that the Classification Society changed from American Bureau of Shipping to Lloyds Register in 2016, and there is a typographical error in the valuation. However, both American Bureau of Shipping and Lloyds Register Classification Societies are members of the International Association of Classification Societies, and the difference between the two is immaterial.

Cargo / Slop Tanks

16. Again, I understand that it is said that I was wrong to describe the Vessel has having 12 tanks with 40,764 m³ capacity, instead of 14 cargo tanks of 42,667.2 m³ capacity. The explanation is the same as for the *Philomena*: the Owners have 'counted' the Vessel's slop tanks as cargo tanks, but they are different things.

17. As is set out at section 5.4 of the Q88 Form for the *Honami*, the Vessel is recorded there as having a total cargo capacity of 41,813.856 m³, made up of 40,761.63³ (the 12 cargo tanks) and 1,049.286 m³ (the 2 slop tanks).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this ___ day of February 2018, at _____,

_____
Gregory Wauthier