**Weller, Charles G.**

| | |
|---|---|
| **From:** | Weller, Charles G. |
| **Sent:** | 08 February 2018 10:50 |
| **To:** | 'Gregory Wauthier' |
| **Cc:** | Wilkins, Robert A.; Wood, Jody R.; BRS SNP; Thierry Charvet; Francois Cadiou |
| **Subject:** | RE: "Megacore Philomena" + "Megacore Honami" |

Thank you very much for turning this around Greg.  We shall revert with a version for signature.  Do you have the earlier Q88 for the "Philomena"?  The one you attach is the latest update, January 2018, and it would be better to attach the one in existence in August 2017.

Kind regards

**Charles Weller**
**Partner**
**Shipping Group**
+00 (44) 20 3116 3632

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T:  +44 (0)20 3116 3000
F:  +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

**From:** Gregory Wauthier [mailto:Gregory.Wauthier@brsbrokers.com]
**Sent:** 08 February 2018 10:23 AM
**To:** Weller, Charles G.
**Cc:** Wilkins, Robert A.; Wood, Jody R.; BRS SNP; Thierry Charvet; Francois Cadiou
**Subject:** RE: "Megacore Philomena" + "Megacore Honami"

Hi Charles,

Please find enclosed the reviewed draft BRS/I are happy with.

Many thanks,
Best
Greg

Greg W.
M +44 74649 268 23

**From:** Weller, Charles G. [mailto:CWeller@ReedSmith.com]
**Sent:** 06 February 2018 18:31
**To:** Gregory Wauthier <Gregory.Wauthier@brsbrokers.com>
**Cc:** Wilkins, Robert A. <RWilkins@ReedSmith.com>; Wood, Jody R. <JRWood@ReedSmith.com>; BRS SNP
<snp@brsbrokers.com>; Thierry Charvet <Thierry.Charvet@brsbrokers.com>
**Subject:** RE: "Megacore Philomena" + "Megacore Honami"

1



EXHIBIT

35

4/25/18 ᴅᴍ

We attach a draft of the Declaration for your review.

Kind regards

**Charles Weller**
**Partner**
**Shipping Group**
**+00 (44) 20 3116 3632**

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

**From:** Weller, Charles G.
**Sent:** 05 February 2018 11:11 PM
**To:** Gregory Wauthier
**Cc:** Wilkins, Robert A.; Wood, Jody R.; BRS SNP; Thierry Charvet; Gregory Wauthier
**Subject:** Re: "Megacore Philomena" + "Megacore Honami"

Greg

We all wish you and your wife the very best. Let us have further news about the birth when you can!

Kind regards

Charles Weller
Partner
Shipping Group
+00 (44) 20 3116 3632

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000
F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

**From:** Gregory Wauthier
**Sent:** Monday, 5 February 2018 17:25
**To:** Weller, Charles G.
**Cc:** Wilkins, Robert A.; Wood, Jody R.; BRS SNP; Thierry Charvet; Gregory Wauthier
**Subject:** Re: "Megacore Philomena" + "Megacore Honami"

Charles - Thierry (BRS) / Greg,

Apologies for the reply all like this (I thought better in view of urgency) but I am at the hospital where my wife is delivering and won't be able to assist further.

If I can let you liaise with each other thanks.

Greg


Greg W.
+44 (0)74 64 92 68 23

On 5 Feb 2018, at 16:28, Weller, Charles  G. <CWeller@ReedSmith.com> wrote:

> Thank you Greg.  This very useful.  Please would you be able to sign a Declaration confirming the below, for the purposes of US proceedings in Los Angeles?  We can prepare the draft for your review, but would  be grateful for your confirmation.
>
> Kind regards
>
>
>
> **Charles Weller**
> **Partner**
> **Shipping Group**
> +00 (44) 20 3116 3632
>
> Reed Smith
> The Broadgate Tower
> 20 Primrose Street
> London EC2A 2RS
> T:  +44 (0)20 3116 3000
> F:  +44 (0)20 3116 3999
> DX1066 City / DX18 London
> reedsmith.com
>
>
>
> **From:** Gregory Wauthier [mailto:Gregory.Wauthier@brsbrokers.com]
> **Sent:** 05 February 2018 3:59 PM
> **To:** Weller, Charles G.
> **Cc:** Wilkins, Robert A.; Wood, Jody R.; BRS SNP
> **Subject:** RE: "Megacore Philomena" + "Megacore Honami"
>
> Dear Charles,
>
> In respect of your request for comments as per your message dated February 2nd 2018,  whereby you indicated that the Owners said discrepancies listed were material to the valuation, we would like to highlight the following points:
>
> "Megacore Philomena"
>
> 1.  Draft: the Valuation records the draft as 14.5m, but the Owners say that the draft is 14.2m.
>     – Draft of 14.5m is correct .
>
> *BRS Comments: This refers to the corresponding summer dwt of 74574 tons which is the dwt shown in the valuation letter. The daft of 14.2m corresponds to a winter dwt of 72507 tons (see the attached Q-88 , under 5.2 Loadline Information) ie if owners "prefer" to use a draft of 14.2m then*

3

*the dwt in the valuation certificate should (be reduced) read 72507 tons. With all due respect, we cannot see how this so called "discrepancy" is material to the valuation.*

2.  Tanks: the Valuation records 12 cargo tanks with a capacity of 82,360 cbm, but the Owners say that she has 14 with a capacity of 85,499 cbm .

*BRS Comments: Motor Tankers have "Cargo tanks" and "Slop tanks". Depending where and when, vessels can or cannot use their slops tanks to add additional cargo. The valuation letter refers to "12 tanks". It could also state "12 cargo tanks + 2 slop tanks" or "14 tanks (incl 2 slop tanks)". The valuation letter also refers to a capacity of "82.360 cbm" instead of the other capacity of "83789,3 cbm" (as per Q88 under 5.4 Cargo Tank capacities). If one goes in details of the various tanks breakdown, the 12 Cargo Tanks we refer to are together at 98 % representing 82354 cbm (excluding the slop tanks, ie 83789.3 cbm total in 12 cargo tanks minus 1434.6 cbm slops ). Therefore our certificate refers to the cargo tanks capacity without the slop tank capacity. When slops tanks are used for what they were built for, (i.e. full of slops) they cannot be used to load extra cargo. With all due respect, we cannot see how this so called "discrepancy" is material to the valuation. In fact and to be fully precise, there is one discrepancy and this is that our certificate refers to the capacity at 100 per cent although it should have been at 98 per cent (as this is how the Q88 shows its numbers). Nevertheless, and with all due respect, we cannot see how this so called "discrepancy" is material to the valuation.*

3.  M/E: the Valuation records a BHP of 18,436, but the Owners say it is 14,443 cbm.

*BRS Comments: Main Engine output is always relative to the engine RPM. Please note that "the BHP of 18,436" is at 106 rpm whereas the "14,443" figure refers to an engine rpm of 97. What is relevant is the Main Engine Brand and Type. With all due respect, we cannot see how this so called "discrepancy" is material to the valuation.*

++

**"Megacore Honami"**

1.  Class: the Valuation records AB (American Bureau of Shipping), but the Owners say that it is LR.

*BRS Comments: both class societies are members of IACS . Both are being among the best and most renown Class Societies used in the world. With all due respect, we cannot see how this so called "discrepancy" is material to the valuation.*

2.  Tanks: the Valuation records 12 cargo tanks with a capacity of 40,764 cbm, but the Owners say that she has 14 with a capacity of 42,667 cbm.

*BRS Comments: Again and as we all know very well Motor Tankers have "Cargo tanks" and "Slop tanks". Depending where and when, vessels can or cannot use their slops tanks to add additional cargo. The valuation letter refers to "12 tanks". It could also state "12 cargo tanks + 2 slop tanks" or "14 tanks (incl 2 slop tanks)". The valuation letter also refers to a capacity of "40,764 cbm" instead of the other capacity of "41,813cbm" (as per Q88 under 5.4 Cargo Tank capacities). If one goes in details of the various tanks breakdown, the 12 Cargo Tanks we refer to are indeed 40761.63 cbm (these are 41813.856 cbm total minus 1049,286 cbm for slops) and the additional 2 slops tanks have a capacity of 1,049.286 cbm. Therefore our certificate refers to the cargo tanks capacity without the slop tank capacity. When slops tanks are used for what they were built for, (i.e. full of slops) they cannot be used to load extra cargo. With all due respect, we cannot see how this so called "discrepancy" is material to the valuation.*

4

We hope the above clarified the matters.
---

Thank you,
Kind regards

Greg W.
M +44 74649 268 23

**From:** Weller, Charles G. [mailto:CWeller@ReedSmith.com]
**Sent:** 02 February 2018 14:33
**To:** Gregory Wauthier <Gregory.Wauthier@brsbrokers.com>
**Cc:** Wilkins, Robert A. <RWilkins@ReedSmith.com>; Wood, Jody R. <JRWood@ReedSmith.com>
**Subject:** "Megacore Philomena" + "Megacore Honami"

Greg

We refer to the valuations you prepared for TMF in respect of the above vessels on 25 August 2017. As they also reflect the same vessel characteristics discussed below, we also refer to the valuations you prepared on 6 October 2016. Rather belatedly, the Owners have taken issue with these valuations, in the following limited respects:

*"Megacore Philomena"*

1. Draft: the Valuation records the draft as 14.5m, but the Owners say that the draft is 14.2m.
2. Tanks: the Valuation records 12 cargo tanks with a capacity of 82,360 cbm, but the Owners say that she has 14 with a capacity of 85,499 cbm.
3. M/E: the Valuation records a BHP of 18,436, but the Owners say it is 14,443 cbm.

*"Megacore Honami"*

1. Class: the Valuation records AB (American Bureau of Shipping), but the Owners say that it is LR.
2. Tanks: the Valuation records 12 cargo tanks with a capacity of 40,764 cbm, but the Owners say that she has 14 with a capacity of 42,667 cbm.

The Owners say that these discrepancies are material to the valuation.

Please could you check your records and let us have your comments. Please feel free to call so that we can discuss further.

Kind regards


**Charles Weller**
**Partner**
**Shipping Group**
+00 (44) 20 3116 3632

Reed Smith
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
T: +44 (0)20 3116 3000

F: +44 (0)20 3116 3999
DX1066 City / DX18 London
reedsmith.com

Reed Smith LLP is a limited liability partnership registered in England (registered no. OC303620) with its registered office at The Broadgate Tower, 20 Primrose Street, London, EC2A 2RS, England. Reed Smith owns companies which provide corporate, pension and trusteeship services. Reed Smith, and those companies, are authorised and regulated by the Solicitors Regulation Authority.

A list of members of Reed Smith LLP, and their professional qualifications, is available at the registered office. Any reference in this email to a partner of Reed Smith LLP is to a person who is a member of Reed Smith LLP, or a partner of an associated entity, or an employee of equivalent standing. Reed Smith LLP is associated with Reed Smith LLP of Delaware, USA.

This e-mail is confidential and may be protected by legal privilege. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation. Please contact us on +44 (0)20 3116 3000 if you need assistance.

Disclaimer Version RS.UK.201.407.03

The information contained in this email message may be privileged and confidential. If the reader is not the intended recipient, or the agent of the intended recipient, any unauthorised use, disclosure, copying, distribution or dissemination is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephoning +33141921234 or it@brsbrokers.com and return this message to the above address. BRS works in accordance with terms and conditions set out in our web site www.brsbrokers.com. BRS or one of their group companies may or may not record conversations.

The information contained in this email message may be privileged and confidential. If the reader is not the intended recipient, or the agent of the intended recipient, any unauthorised use, disclosure, copying, distribution or dissemination is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephoning +33141921234 or it@brsbrokers.com and return this message to the above address. BRS works in accordance with terms and conditions set out in our web site www.brsbrokers.com. BRS or one of their group companies may or may not record conversations.

The information contained in this email message may be privileged and confidential. If the reader is not the intended recipient, or the agent of the intended recipient, any unauthorised use, disclosure, copying, distribution or dissemination is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephoning +33141921234 or it@brsbrokers.com and return this message to the above address. BRS works in accordance with terms and conditions set out in our web site www.brsbrokers.com. BRS or one of their group companies may or may not record conversations.