Case 2:17-cv-09010-AGR Document 297-9 Filed 08/24/18 Page 1 of 8 Page ID #:9961

# Annual Review
# 2018



**BRS GROUP**

**SHIPPING AND SHIPBUILDING MARKETS**

EXHIBIT 56

# Contents

Shipbuilding .................. 05
Dry Bulk ........................ 33
Tanker ............................ 45
Chemicals &
Small Tankers ............... 59
LPG ................................ 65
LNG ................................ 71
Offshore ........................ 77
Cruise ............................ 85
Yachting ........................ 91
Containerships ............. 97
Ro-Ro ........................... 107
Car Carrier .................. 113



# Shipping & Shipbuilding Markets

**500**
Employees worldwide

**215**
Shipbrokers

**100**
Assets transactions per year

**3,500**
Chartering transactions per year

The BRS Group is a diversified global shipping services group offering a range of maritime activities which complement its core shipbroking business. In addition to Shipbroking and Yacht Brokerage, the Group's activities include Freight Futures (FFA's), Software Technology and Market Intelligence.



# Tanker

## The perfect storm

*"We must free ourselves of the hope that the sea will ever rest. We must learn to sail in high winds."* (Aristotle Onassis).

Over 2016, tanker owners faced a more unstable sea with increasing headwinds and dark clouds on the horizon, leading to 'the perfect storm' of 2017. Owners had to face a new reality.

**BW TAGUS**
LR1 tanker, 74,158 dwt, delivered in 2017 by STX to BW.

---
TANKER
MARKET OVERVIEW
---



2017 Tanker spot rates - TCE (S/day)

Legend: VLCC (TD3) — Suezmax Basket — Aframax Basket — LR2 (TC1) — LR1 (TC5) — MR Atlantic Basket

Crude tanker owners saw their Time Charter Equivalent (TCE) earnings fall by between 45% and 55% over the year. TCE earnings for petroleum product tankers declined by between 10% and 40% compared to 2016. The combination of lower freight rates and higher bunker costs (up by 40% compared with 2016) brought the perfect storm to shipowners.

Looking at fleet growth, 2017 mirrored 2016, as fleet expansion remained strong. A total of 261 crude and clean tankers (above 34,000 dwt) were delivered during the year which was only two vessels more than 2016, meaning the last two years were the strongest in term of deliveries since 2011.

On the other hand, the number of vessels removed from the fleet increased strongly to its highest level since 2013. 74 tankers were converted or scrapped during the year compared to only 25 in 2016. This contributed to reduce the net tanker fleet growth to 187 units, significantly down from 2016 (which, with 234 net deliveries, was the strongest net growth since 2009).

Moreover, on the demand side, ton-miles have increased compared with 2016. 2017 will go down as the year that oil trade became truly globalised, resulting in a boost to long-haul trade. However, positive demand side factors including soaring US crude exports, rising global refining activity and rapidly shrinking oil inventories, were not sufficient to absorb the strong wave of new tonnage which swamped the market.

Crude tanker demand, unfortunately, will continue to face steady headwinds for the first half of 2018, which could easily prevail over the remainder of the year. While Middle Eastern crude exports remain stable for the foreseeable future as OPEC and its partners should maintain their output at close to current levels until towards year end, there is very little scope for optimism. Additionally, as Russian production remains curbed and with increasing pipeline links between Russia and China, Russian seaborne crude exports will fall, especially from western outlets.

However, some glimpses of light appeared between the dark clouds of second-half 2017, which are likely to continue into 2018. Notably, soaring US crude exports which pushed tanker ton-miles higher. Furthermore, because incremental Canadian crude production will feed US Gulf Coast refineries, competing Latin American barrels will be increasingly backed out from the US and diverted towards Asia. We expect 1 million barrels per day of incremental supply growth from the US, the majority of which will be exported. Together with higher Brazilian exports and still-recovering Nigerian production, we therefore expect Atlantic basin tanker demand to rise which will help to underpin ton-mile demand, as much of this demand will be to ship these volumes to Asia. Nonetheless, these 'bright spots' of demand will be insufficient to negate supply pressures.

Product tankers, on the other hand, look to currently be in a better position as the New Year begins and as such we see more scope for rate gains than for their crude brethren. The product inventory overhang has largely been eroded over the past twelve months and we are now seeing a marked increase in demand. We expect the demand to ship middle distillate from East of Suez refiners to the Atlantic basin to intensify as the year progresses but the question remains, how much of this demand will be cannibalised by large newbuilding crude tankers. We also expect demand to be firm in the Atlantic basin as the import requirements of the Caribbean and Latin and Central America remain high amid ongoing refinery problems.

Elevated tanker scrapping, "we hope", is likely to be the theme of the year. Drivers this year are set to come from the rising number of older tankers, a persistent weak freight environment, higher scrap values and upcoming environmental regulations (the ballast water treatment system regulation for existing vessels in 2019 and the global cap on sulphur emissions in 2020). The elevated scrapping activity will help to partially offset new tanker deliveries which could touch their highest levels since 2010. Thus, while 2017 saw rates plunge to low levels, we would like to believe we can see some green shoots of a recovery in tanker rates for the latter half of 2018. Tanker players will still need to adjust to the persisting weak environment. As William Arthur Ward said, "The pessimist complains about the wind; the optimist expects it to change; the realist adjusts the sails."

## Elevated tanker scrapping is likely to be the theme of the year



Picture: MINERVA VERA, Suezmax, 158,023 dwt, delivered in 2009 by Hyundai Samho to Minerva.



Crude and petroleum products tanker deliveries and removals (N° of tankers)

Legend: Tanker Deliveries — Tanker Demolitions/Conversions — Tanker Fleet Net Growth



US seaborne crude exports (Million barrels/day)

Legend: 2014 — 2015 — 2016 — 2017 — 2018
source: EIA, AXSMARINE, BRS estimates

Global supply and demand balance (Million barrels/day)

Legend: Implied Stock Change (RHS) — Global Demand — Global Supply
source: Alphatanker

## CHARTERING

### Period

Tanker time charter rates declined steadily throughout 2017 while overall fixture activity followed a similar trend, albeit inconsistently. The first quarter was active, particularly in the VLCC and MR2 segments, while the second quarter and the beginning of the third quarter showed limited volumes. The latter half of the third and fourth quarters showed a gradual increase in activity, with strong demand for clean tonnage.

Market strategy and sentiment transitioned away from long term period structures - commonplace in 2014 and 2015 - towards short term period structures with optionality. The significant decline in time charter rates inevitably led to difficulty in bridging the rate expectations between charterers and owners.

Some owners decided to bite the bullet and accept lower fixed market rates. Others showed resistance, but eventually compromised by offering base rate plus profit sharing structures (either index linked or open book). This type of deal structure was increasingly promoted by charterers throughout the year enabling them to secure coverage at more manageable levels. An additional factor which hindered long term activity was the growing uncertainty regarding the new IMO 2020 cap on low sulphur emissions (0.5%), with both charterers and owners cautious on whether to install scrubbers and who will pay for it.

| Category | Period | 2017 TC Rate (average) $/day | 2016 vs. 2017 |
|---|---|---|---|
| VLCC | 12 months | 26,530 | -38.84% |
| | 36 months | 28,700 | -14.98% |
| SUEZMAX | 12 months | 18,220 | -47.06% |
| | 36 months | 22,500 | -16.44% |
| AFRAMAX | 12 months | 14,840 | -40.06% |
| | 36 months | 16,850 | -21.66% |
| LR2 | 12 months | 14,795 | -41.34% |
| | 36 months | 16,950 | -21.83% |
| LR1 | 12 months | 13,730 | -33.97% |
| | 36 months | 14,875 | -19.09% |
| MR2 | 12 months | 13,120 | -17.01% |
| | 36 months | 14,000 | -08.57% |
| MR1 | 12 months | 11,520 | -22.64% |
| | 36 months | 12,800 | -10.94% |

Looking forward, we anticipate that the 2018 period market will exhibit contrasting fortunes. There needs to be an alignment in clean and dirty markets to create a more favorable environment. The preference for short periods with optionality is likely to remain, with clean time charter rates likely to perform better compared to dirty. With 2020 looming there should be more progressive market volatility which may have a positive impact on rates.

### Crude Tankers

#### VLCC

VLCCs, the so-called 'supertankers', have certainly not proved to be a 'super' investment for owners in 2017. A market that has seen golden years in the past with ships performing only a handful of voyages to repay the full asset value, suffered last year with the average TCE of TD3 (260,000 tons Middle East Gulf/Japan) being $22,700/day compared to $41,800/day in 2016 and $67,800/day back in 2015.

Overall, the market has been flat throughout the year with limited volatility. The TD3 peak was back in January with TCE $41,900/day, and it bottomed out in September with TCE $10,700/day.

Compared to previous years, not only did the fleet increase by 50 ships in 2017 on top of an increase of 47 ships in 2016, but scrapping was not as active as predicted due to upcoming regulations such as the ballast water treatment system. This was even though scrap values increased from about $11 million back in January 2016 to around $18 million by December 2017.

Another reason that did not help rates was the fact that charterers watching the softer market re-delivered their relets rather than exercising additional optional periods, while they also stopped looking in the market for period business.

Port congestion in the Far East was not as important as 2016, whilst Chinese independent refineries did not import as much crude as expected following lower import quotas being issued by the Chinese administration.

Lower OPEC production contributed to an average of 133 monthly fixtures ex-Middle East Gulf compared with 136 during 2016. Inevitably, robust fleet growth of 5.5% applied downward pressure on rates.

The VLCC fleet growth will remain strong this year with more than 50 VLCCs expected to be delivered. However, the fleet is ageing rapidly with 21% of the fleet now over 15 years old and the average vessel age now 8.9 years compared to 8.7 years in early 2017.

On the positive side, we expect to see more ships heading for scrap (only 3 ships were demolished in 2016 and 12 ships in 2017). Many of the Far Eastern charterers have changed their requirements recently with a strong preference for vessels with a maximum age of 15 years. We need to wait to see whether these restrictions change in a more volatile market, as at the moment with rates depressed, the premium paid on modern vessels is relatively insignificant.

We do not expect a dramatic recovery in rates during the first half of 2018, especially after such a poor start. It goes without saying that owners will be trying to push the rates up in the second half of the year if we assume that several older units will already have been deleted and if OPEC will have opened the taps a little. Meanwhile, demand for long haul voyages should continue to increase and we expect owners to continue to slow steam.

#### Suezmax

The Suezmax market entered 2017 with relative confidence after its end-2016 recovery, but reality turned out to be a harsh one. On a year-on-year basis, earnings halved reaching around $12,400/day, due to lower rates and increased operating costs. At least the summer months - traditionally low in demand and especially in returns - did not go below operating expense (OPEX) levels this year, a small relief for owners.

The main issue the Suezmax market had to tackle in 2017 was the continuous and increasing competition by VLCCs, while Chinese actors implemented a maximum 15 year old age limit-no newbuilding-no ex-dry dock rule, making it more complicated for the 22% of the existing fleet which was over 15 years old.

On the demand side, Suezmax demand has decreased slightly due to the OPEC-led supply agreement which has curbed volumes leaving the Middle East Gulf. The exception was the Atlantic Basin where demand rose. Nigerian production rebounded in the second half of the year. Meanwhile, Brazilian exports to the Far East rose, while American crude deliveries to the UK-Continent, Mediterranean and especially the Far East soared. US and Brazilian exports contributed to an increased ton-miles ratio for the combined Suezmax fleet.

The downside of this concentration of activity in and from the Atlantic region was the vast volume of tonnage looking to position or re-position itself in the west. This trading pattern saw the MEG/west backhaul cargoes trade close to zero TCE and an endemic oversupply of modern tonnage in the west.

From a supply point of view, the Suezmax fleet got a little younger in 2017 with an average age of 9.1 years (down from 9.4 years in 2016). The year ended with 569 units, as 55 new ships were added throughout the year while 12 ships were scrapped. A sharp increase compared to 2015-2016 during which only 3 ships left the fleet.

The outlook for 2018 remains cloudy and earnings will remain in the low $10,000s/day for most of the year - at least until the third quarter - as demand is not expected to rise while the supply side pressures remain. We expect to see another 50 newbuildings enter the position list this year.

#### Aframax

2017 was one of the toughest years in recent history for Aframax owners in the west, with rates hitting rock bottom. To put things into perspective, the TD7 (North Sea/Continent, 80,000 tons) TCE average equated to $7,720/day for 2017, a 66% drop compared to 2016 while TD17 (Baltic/Continent, 100,000 tons) was not much better, averaging $10,085/day (57.5% less than 2016).

The severe market conditions can be attributed to two main factors: firstly, the decline in Russian oil production compared to end-2016. Russia's crude output decreased substantially especially out of the Baltic with 40 less stems from Primorsk and Ust Luga in 2017 (approximately 5% of the entire 2017 REBCO program ex-Baltic); and secondly, the increase of West Texas Intermediate (WTI) exports into North West Europe and the Mediterranean using Aframaxes, which added tonnage to a market that was already over-supplied throughout the year.

The main problem for 2018 will be new deliveries, 47 in total, which is almost as much as 2015 and 2016 combined. Interestingly, 25 Aframaxes were delivered in 2017 (with an additional 40 LR2s). Meanwhile there was the highest amount of scrapping/conversions since 2013 with 22 vessels deleted from the fleet. The impact of the elevated amount of deliveries will be partially offset by the 71 Aframaxes turning 15 years old in 2018.

At worst we hope 2018 will be similar to 2017 and that finally we see an upward freight curve for 2018 onwards. The increase in flat rates will not be enough but it will be a psychological improvement for owners more than anything. OPEC and Russia have already agreed to maintain their production cuts until end-2018, which means owners will not be able to bank on this yet.

The Mediterranean and Black Sea area was not much better unfortunately. As expected 2017 was a bad year, despite Libyan exports being almost back to normal; barring some spikes in January, June and November, the rest of the year traded at very low levels, often below OPEX. The oversupply of tonnage and a continued trend of LR2s dirtying up, meant that TD19 (Cross Mediterranean, 80,000 tons) saw a lot less volatility than 2016. Kurdish volumes remained steady for most of the year but halved in the fourth quarter due to the ongoing dispute between Baghdad and Erbil.

This year owners could not rely on the winter season to even partly offset their huge losses of 2017. An unexpectedly dull winter, one of the worst ever seen for Aframaxes in the Mediterranean, saw returns stuck at around $5,000-$6,000/day until the beginning of 2018. The outlook for the remainder of 2018 is not encouraging due to even more deliveries expected, which will probably maintain downward pressure on rates in the Mediterranean as well.



48  BRS - Annual review 2018

BRS - Annual review 2018  Picture: MAERSK TANGIER, MR2 tanker, 49,835 dwt, delivered in 2016 by Sungdong to Maersk Tankers.  49

## Product Tankers

### Fuel Oil

2017 started off in a similar fashion as 2016, with a depressed market which again succumbed to a decrease in Worldscale flat rates (20% on average) and low demand for dirty Handysize and MR vessels. On the Handysize, the average daily returns remained almost unchanged to 2016 floating from about $3,000 to $20,000 per day, with a year's average of $10,000 per day, barely covering OPEX.

Compared to 2016, the year varied in terms of how demand affected freight rates, however. Instead of brimming storage and a lack of demand keeping rates depressed, as was the case in 2016, we saw trading houses taking large positions for long haul voyages. This meant that, instead of Fuel Oil and VGO (Vacuum Gas Oil) moving in the local market, it went on larger vessels such as Suezmaxes and Aframaxes. Early reports of tenders being won by traders show a similar tendency to perform these types of trades again in 2018.

In 2016, we expected the surge of new deliveries to have a negative impact on the supply side, in that aged CPP vessels, and just a general oversupply of new tonnage, would push more vessels into the DPP market. Luckily, we did not witness as much of this as anticipated in 2017. Then again, one can say that we are still in the early phases of this phenomenon and therefore one could expect this to accelerate over the coming years.

The Panamax market also remained relatively unchanged from the previous year. This was mainly due to lacklustre demand, created by a well-saturated VGO market in the US Gulf, and also that product, exported from Europe, tended to move on larger Aframax-sized vessels. Therefore, TD12 (Antwerp-Rotterdam-Amsterdam (ARA)/US Gulf, 55,000 tons) tended to remunerate owners at between $5,000 and $30,000 per day. The average was well-below the median at about $11,500 per day. In the later part of the year, we saw a dramatic shift in demand to the Panamax market mainly due to bad weather affecting the Aframax market in the USG. Sentiment has so far been able to buttress rates, but this is just a seasonal occurrence. Overall the market seems to have reached a bottom. The ageing fleet seems to be the only respite for this year, especially if we do not see an uptick or change in demand.

**The ageing fleet seems to be the only respite for this year**

### Vegetable Oils Soya & Sunflower Oils + Biodiesel

Vegoil exports from South America fell in 2017, with approximately 6.5 million tons shipped, 10% lower than in 2016. Exports rose during the spring and summer periods, due to seasonally higher production, while volumes plummeted during the fourth quarter. Some 188 MR1s and MR2s have been chartered, of which 134 went to India, which remains the main importer of vegoil. Biodiesel flows saw an important change during the summer as the US imposed an anti-dumping tax for imports of Argentinian biodiesel. After an uncertain few weeks, Europe finally implemented a regulation encouraging the import of this displaced commodity. Approximately 1.5 million tons of SME (Soya Methyl Esther) were transported in 2017, of which 38% were shipped during the fourth quarter. Freight rates remained relatively stable throughout the year, varying between $35 and $45 per ton for 40,000 tons going to India. These rates produced daily returns of between $10,000 and $15,000 per day.

This year again, Black Sea sunflower oil exports increased and reached about 5.5 million tons. This market saw volumes shipped to various destinations on every segment from small tankers to MR2s. Almost 400 voyages were confirmed by year-end. Notably, MR1s discharging in India were fixed basis 30,000 tons at around high-$30s to mid-$40s per ton.

### Palm Oils

The palm oil market was again quite active in 2017 with around 270 MR2s and MR1s fixed into Mediterranean/Continent and the US. In 2017, 33 MR2 newbuildings (out of a total of 59 delivered in Asia) fixed palm oils on their maiden voyage; a similar number compared to 2016. Rates were relatively stable throughout the year, around $14,000 per day on average for the year, increasing slowly from $12,000 per day in August to $17,000 per day by December. Stena remained the main charterer with more than 50 MR2s fixed for time charter trips. Volumes are likely to remain steady in 2018; but there should be enough FOSFA (Federation of Oils, Seeds and Fats Associations) tonnage to absorb the demand. Rates will most likely depend on the clean petroleum market in Asia.

**Destinations of Argentinian SME** 


## Clean petroleum products - West

### MR1

Handysizes kicked off 2017 with a bang. As tonnage was short and activity rose, the market firmed even before the ice managed to solidify. This market remained strong throughout winter, which was important for owners as it partly offset their summer losses.

Indeed as the ice started to disappear so did owners' earnings. Weak rates persisted throughout the summer. The occasional disaster, such as pipeline outages in the US, and an active hurricane season, propelled MR rates higher, to levels for Handies to become competitive on certain routes. However, rates quickly dropped back, reflecting an oversupplied market. After several months of low rates owners finally started to see some upturn in December as activity increased.

Rates in the Mediterranean and the Black Sea remained under pressure in 2017 as these typically short voyages resulted in permanent tonnage availability. This almost systematically prevented rate gains. It is of note that there are only 404 MR1s of less than 15 years of age trading clean worldwide with only 8 newbuilding deliveries slated for 2018 and zero in 2019. Ships over 15 years of age are becoming extremely complicated to fix as safety regulations are becoming ever stricter.

### MR2

The first half of 2017 was marked by the open arbitrage to ship reformate from ARA to China as traders were encouraged to send product ahead of the expected implementation of new Chinese regulations in July, which were then postponed. The growing voyages to the east not only reduced the tonnage availability in the west, but also balanced out the MR market but for only a short period.

The oversupplied market was reflected during Hurricane Harvey at end-August when MR2 freight rates in the Continent spiked, anticipating stronger demand. But the rapid reopening of the Colonial Pipeline (transporting petroleum products from the Gulf Coast to the Atlantic Coast), reduced the need for imports into the US. As owners repositioned their tonnage from the east, MR2 Continent rates slumped to levels below where they stood before the Hurricane.

### LR1

The west LR1 market remained difficult in 2017. On a few occasions the market showed positive signs but failed to move higher. This led some owners to consider west cargoes as backhauls rather than Middle East Gulf (MEG)/Red Sea cargoes which boasted significantly lower returns. Also, LR1s have suffered from continuous competition from other segments: MRs for West Africa runs and LR2s for West/East runs. Overall this made it difficult for owners to yield value from their ships in the west except on a few short-lived occasions. On a more positive note, the second half of the year has seen a lot of MEG gasoline short voyages being covered on LR1s ex-ARA. The activity generated by this trade pattern absorbed tonnage and upheld freight rates.

### LR2

The west market has been frustrating for owners. The petrochemical industry still relies on cheap LPG as feedstock, and therefore Asian demand for Western naphtha remained low for much of the year. When the arbitrage window did open, it was too narrow to support any activity other than that of producers. The west and east markets were never strong at the same time. Owners tried to avoid having ships open in the west as those positions often ended up idle for too long and heavily impacted ships' returns. Only a handful of players having Red Sea programmes have been able to minimize their exposure. In this low activity environment, the main cargo flows were reformate to China in first-half 2017 and gasoline cargoes to MEG/Singapore. Middle distillate cargoes ex-Baltic have supported the segment throughout the year, together with West African demand which also played a modest but not insignificant role in absorbing tonnage for extended periods of time. Owners anticipate 2018 to be average in the west but remain hopeful for 2019 and 2020.

### MR/Handysize WAF

2017 kicked off with stable rates which were maintained through the first two months with the usual STS Lome/Lagos run floating between $150,000 and $170,000. However, 2017 saw less STS Lome or Abidjan to Lagos liftings considering that the majority of Nigerian imports were being fixed directly ex-ARA on MRs. We even saw our first LR1 berth in Lagos, which was shortly followed by a part-loaded LR2.

Congestion offshore Lagos was arguably less important in 2017. The average turnaround for MRs with gasoline off Lagos was 8-12 days through the year compared to previous years when the wait to discharge the full cargo could last up to a quarter of the year.

2017 saw more STS Lome to Congo (DRC) deliveries on Handies and MRs as owners were able to compete with small tankers (20,000 dwt). Though the rates had been fixed as low at $210,000-$215,000, these levels remained more attractive than a ballast north. Condensate/naphtha flows were maintained through the year, with a bonny NLNG cargo being exported in 30,000 ton lots every 15-20 days or so. We also saw the Tema oil refinery offering naphtha cargoes to traders for export, and also Soyo naphtha export cargoes in the market. Overall, the cross-West Africa market for MRs was reflective of the European market, and thus was weaker than 2016 as the volumes and returns from demurrages were lower.

———— TANKER ————
CHARTERING

### LR West to East Naphtha and Condensate voyages



■ LR1  ■ LR2



### Clean petroleum products - East

#### MR2

The east of Suez MR2 segment followed its usual cyclical pattern with a slight twist in 2017. The first quarter saw the residual activity from end 2016 contribute positively to earnings but things soon started to dip on the back of low volumes and tonnage oversupply. The second quarter saw yearly-lows as rates continued to dip. Overall the first half of 2017 averaged $9,000-$10,000 per day earnings for most operators. The third and fourth quarters saw activity counter-seasonally step up and be sustained until end-year which was unusual. This was mainly due, it is thought, to the knock-on effects of Hurricane Harvey which tightened demand in the west and subsequently deprived the area of tonnage. This translated to earnings around $14,000-$15,000 per day across the second half of the year. On average, earnings for MR2s over the whole year were $12,000-$13,000 per day, a 20% drop from 2016.

As anticipated in 2016 and like in the west, the segment suffered from competition from the bigger LR1s and LR2s on short-haul business. In view of this relative parity on freight, traders decided to stem up cargoes on longer runs, in order to increase the dollar per ton. 2018 is expected to follow a similar pattern than 2017, but market players seem slightly more optimistic as the world economy continues its recovery which is expected to increase demand for products, especially in the Middle East.

#### LR1

The LR1 segment probably suffered the most in 2017. As has always been said, LR1s have struggled to find their place as a hybrid tonnage option which falls in and out of favour, victim to the MR2 and LR2 segments. Indeed LR1s always seem to lose the battle for short-haul cargoes with MRs (unless they compete at similar freight) and with LR2s on long-haul cargoes as traders decided to move larger stem sizes due to extended periods of parity on freight, and margins being made on volume. The trend for MEG and Pakistan to source gasoline from western markets helped with backhaul earnings but also continued to supply the region with tonnage which added to the supply overhang. The average time charter equivalent earnings for the segment for the year was $11,000-$12,000 per day and this was based on TC5 voyages with backhaul combinations in the Far East. A straight TC5 (MEG/Japan, 55,000 tons) roundtrip voyage would probably earn roughly $7,000-$8,000 per day in 2017, so owners relied on a relatively active backhaul market in the Far East to improve earnings. Overall earnings dropped by 35%-40% compared to 2016.

2018 is expected to be better for the same reasons stated in MR2 segment, with few deliveries and the segment trying new trades which were previously exclusively dedicated to MRs as infrastructure improvements in terminals, notably in Iraq and East Africa, make the berthing of LR1s now possible.

#### LR2

The LR2 segment fared reasonably well in comparison to MR2s and LR1s in 2017 as the segment delivered the highest earnings with an average of $13,000-$14,000 per day across the year, only a 10% drop compared to 2016. This was mainly due to a resilient naphtha arbitrage in the west which kept tonnage employed and from ballasting back to the MEG market. Furthermore the Red Sea market was buttressed by increased Saudi refining capacities and increased long-haul voyages as the middle distillates arbitrage remained open to ship product westwards throughout the year. This was accentuated by Hurricane Harvey which increased US ULSD imports in the second half of the year. The segment also benefited from cannibalising the active LR1 backhaul market in the Far East when LR1s would overheat. Nevertheless, an excess of deliveries and a more depressed freight rate environment saw earnings decline. 2018 is expected to be better overall earnings-wise with an orderbook which peaked in 2017, and we anticipate global demand increasing which will help digest the flurry of tonnage delivered last year.

### FFA MARKET

On the 2017 FFA wet freight paper market, we observed an increase in the total volume traded of 7% compared to 2016, but this remained below the volume traded in 2015. Clean routes had slightly less (-2%) volume than last year whereas dirty routes traded 16% more. During Hurricane Harvey, TC2 (Continent/USAC, 37,000 tons) rates soared from WS120.6 to WS247.8 in the space of a week as TC14 (USG/Continent, 38,000 tons) slumped from WS127.8 to WS94.4.

During this period, we observed a spike in volumes traded on the TC2 market. Between late April and early May, a sudden drop in the TC2 rate of nearly WS55 points occurred due to lack of demand for gasoline imports. For that same period, we observed the same phenomenon for dirty routes. Notably, TC6 (Cross Mediterranean, 30,000 tons) has come back into fashion: it used to be an illiquid route, but was the most traded clean route during the two last months of last year.

Meanwhile, we started to observe illiquid routes being traded during the third and fourth quarters of the year, notably TD8 (Kuwait/Singapore, 80,000 tons) and TC12 (West Coast India/Japan, 35,000 tons) which we believe will be traded even more in 2018. Finally, TD19 (Cross Mediterranean, 80,000 tons) will soon be priced on the futures market, and we know that major players already have significant interest in trading this route.

**During 2017, on the second hand market, crude tanker owners had no other option but to remain 'undecided'**

### SECOND HAND MARKET

#### Crude Tankers

*"Indecision hurts all our successes; there is no good wind for the sailor who does not know which port he wants to call."* John Petit-Senn (1792-1870). The author was a Franco-Swiss writer and satirical poet based in Geneva. He is recognized for his humoristic and intelligent recollection of spiritual and moral thoughts.

During 2017, crude tanker owners had no other option but to remain 'undecided'. They faced too many uncertainties to be able to present clear strategies to their shareholders or to take actual decisions for themselves. There was no clear deadline on important technical issues such as the Ballast Water Treatment System - enforcement delayed by two years - and little visibility on future Low Sulfur Fuel Oil pricing and its availability in the years to come. Meantime, the clock is already ticking on the global 0.5% SOx cap on vessel emissions, to be introduced in January 2020.

Furthermore, how not be 'undecided' when you face contradictory commercial signals? Newbuilding prices were, and are still, low but have strengthened during the year helping to keep modern vessels' prices stable or firm. At the same time, low earnings and maintenance costs pushed the value of 10 to 15 year old units downwards, although prices for the oldest tankers were sustained by a strong demolition market. Demolition prices increased by $100/LT from January to December.

Further indecision was also provoked by the additional weight of Compliance responsibilities creeping into owners' daily work, and the US administration's failure to position itself towards the Joint Comprehensive Plan of Action signed in 2015 with Iran regarding their

52 — BRS - Annual review 2018

BRS - Annual review 2018 — Picture: RIDGEBURY ALICE M, Aframax Tanker, 105,745 dwt, delivered in 2003 by Sumitomo Yokosuka shipyard to Ridgebury Tankers. — 53

---
TANKER
SECOND HAND MARKET
---

nuclear programme. Shipping has been, and still is, a business mainly conducted in US dollars but the dollar's influence is decreasing in favour of the Euro, the Yuan and - sooner or later - cryptocurrencies.

**New orders 2012 to 2017**

| N° of Ships | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| VLCC | 15 | 40 | 42 | 64 | 15 | 63 |
| Suezmax | 6 | 5 | 43 | 62 | 20 | 31 |
| Aframax & LR2 | 18 | 67 | 44 | 109 | 19 | 43 |
| Panamax & LR1 | 3 | 0 | 28 | 33 | 3 | 7 |

**Units sold for scrap per year**

| N° of Ships | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| VLCC | 18 | 24 | 11 | 1 | 2 | 12 |
| Suezmax | 21 | 8 | 10 | 1 | 1 | 12 |
| Aframax & LR2 | 21 | 25 | 27 | 3 | 9 | 22 |
| Panamax & LR1 | 17 | 9 | 14 | 8 | 3 | 5 |

The few tanker owners who refused to remain 'undecided' took their chances and argued that one of the parameters was more important than another. Some felt newbuilding prices were too tempting not to take their chance, and this was clearly the case for VLCC owners since that segment saw a boom in 2017 with 63 new orders, as the table above shows. Others felt the pain of the low income received and opted to take advantage of strong scrap prices. While less than 15 large tankers were sold for scrap in 2015 and 2016, we finally saw a scrap revival with 51 units heading to the breakers in 2017.

This year's price evolution (value changes from January to December 2017) for second hand crude tankers showed further declines in all segments for the oldest units, while modern ships managed to gain a few percentage points.

Suezmax and Aframax values were hit particularly hard again this year, bearing in mind the dramatic drop they faced in 2016. One should remember, for example, that a 15 year old Suezmax was worth $27 million in January 2016, but worth only $14 million in December 2017. No surprise, this additional general price decrease was motivated by the low spot and time charter markets during the year. The table below shows the value changes and includes for comparison MR2 vessels. We can easily see that better spot and time charter market conditions enabled this segment to perform very differently.

**Baltic Exchange Sale & Purchase Assessments**
**5 year old ships**



— MR Product (51,000 dwt)   ······ Aframax (105,000 dwt)   — VLCC (305,000 dwt)

**Value changes from January 2017 to December 2017**

| N° of Ships | Resale | 5 years | 10 years | 15 years |
|---|---|---|---|---|
| VLCC | -2.5% | 1.5% | -5% | -6% |
| Suezmax | -3.5% | -8% | -9% | -12% |
| Aframax & LR2 | -1% | 7% | -5% | -15% |
| Panamax & LR1 | -5% | 2% | -3% | -16% |
| MR2 | 1.5% | 5% | 17% | -4.5% |

Finally in 2017 the volume of transactions picked up somewhat and reached 131 units compared to the 94 vessels which changed hands in 2016. These numbers represent the large tankers from VLCC to Panamax (LR2 and LR1 included) but exclude OBOs. The main award goes to the VLCC and Suezmax segments, both of which witnessed substantial enbloc or corporate transactions. The reality is even higher in fact, as these 131 units do not include the changes related to the sale of the Maersk Tankers and Wilbur Ross fleets.

**S&P activity for further trading**

| N° of Ships | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| VLCC | 26 | 60 | 51 | 55 | 28 | 48 |
| Suezmax | 9 | 20 | 34 | 38 | 19 | 29 |
| Aframax & LR2 | 33 | 41 | 67 | 52 | 39 | 42 |
| Panamax & LR1 | 10 | 25 | 22 | 18 | 8 | 12 |
| Total Number | 78 | 146 | 174 | 163 | 94 | 131 |



### VLCC

Activity was again spread quite evenly among the age classes. Among the 48 units sold, 24 VLCCs of less than 10 year old changed hands, with a similar number for vessels older than 10 years. Contrary to last year, we witnessed numerous spectacular transactions among the big players. We should highlight the enbloc sale of the BW Group's ten units to DHT Holdings, and the seven ships sold by Gener8 to International Seaways. There were several classic deals such as the sale of the **Crude Med** and **Crude Progress** (built 2017 at HHI) sold to Olympic Shipping for $80.5 million each. Among the older vintages, Dynacom also discreetly snapped up several units such as the **Gener8 Poseidon** (built 2002 at Daewoo) for a reported $22 million.

The VLCC fleet saw an extra 50 units delivered in 2017, against our forecast last year of 53 vessels. As of December 2017, the total VLCC orderbook remained high with no less than 112 units, 54 of which should start trading in 2018.

### Suezmax

There were several refinancing transactions seen in this category and all age classes were part of it. This includes the refinancing of the Palmali fleet with clients of Socar, and the sale of two Nordic American Tankers newbuilding resales ex Samsung for delivery in 2018 for $43.2 million each to clients of Ocean Yield against a ten year bareboat charter. This year saw several vessels being sold to Indian owners due to a change in regulations in India favoring imports on Indian flag vessels. We can illustrate this with the sale of the **Devon** and **Eugenie** (built Samsung in 2010 and 2011 respectively) sold enbloc for $75 to clients of Great Eastern.

We saw just 55 Suezmaxes entering the fleet this year (compared to our expectation of 70 vessels). The orderbook comprised 73 units at the end of 2017 and theoretically no fewer than 50 ships should hit the water in 2018.

### Aframax and Panamax

Older units made up the lion's share of sales this year as no less than 19 units aged 10 to 15 years changed hands out of a total number of 42 sales. Indonesian buyers were quite busy purchasing several units including the **Seaborne** (built Tsuneishi in 2003) for a price of $11.25 million. TMS Tankers also had an active year, purchasing at least three modern units including the five year old **Nissos Anafi** (built Samsung) for $28.5 million.

As for the Aframax (LR2 included), finally we saw 65 vessels enter the fleet in 2017 against an anticipated number of 83 units at 31 December 2016. The total orderbook at the end of 2017 consisted of 143 units, of which 75 are due in 2018.

The number of Panamax tanker sales marginally increased to 12 units in 2017 from 8 the previous year. While we saw Prime Marine regularly active in this segment in the past years, it appeared the tonnage on offer in 2017 did not capture its attention. Instead German owners or KG companies dominated the scene. Hellespont managed to refinance several vessels around ten years old, while Hansa Hamburg Shipping sold its **Jill Jacob** and **Tanja Jacob** (built Samsung in 2003) for around $9 million per vessel.

Of the 38 Panamax (LR1 included) we expected at the end of 2016 to be delivered during 2017, we saw just 21 ships hit the water. In 2018, we should see another 21 vessels delivered, while the total orderbook stood at 36 units at the end of 2017.

## 48 VLCCs changed hands in 2017