| | |
|---|---|
| **From:** | Gregory Wauthier <Gregory.Wauthier@brsbrokers.com> |
| **Sent:** | 29 January 2018 12:25 |
| **To:** | Gregory Feldman; Mulholland, Kevin - GCSS |
| **Cc:** | Pierre Tarantelli; Gregory Wauthier |
| **Subject:** | Technical documentation |

Good morning,

**Ref – MT Philomena**

Thanks for your call end of last week.

On the documents side, please see below what we believe should cover the matter:
- latest class Print-Out;
- updated Q88;
- recent photos if available;
- GA plan;
- Cap plan;
- cargo fitness list;
- last 20 cargoes;
- speed & consumption data;
- OCIMF questionnaire;
- hull & piping diagram;
- mid-ship section;

If any independent/class surveyor reviewed the coating recently, access to the report.
Finally, ensuring that the manager will enable/arrange online class records access through a general account for say 40 days with the relevant login provided.

Thank you,
Kind regards
Greg



www.brsbrokers.com

**Greg WAUTHIER**
Partner
Assets - S&P / N.B.
T +44 203 216 1034  - M +44 74649 268 23
gregory.wauthier@brsbrokers.com

BARRY ROGLIANO SALLES
BRS London Ltd
Suite 465, Salisbury House, London Wall, London EC2M 5QQ


EXHIBIT
57

The information contained in this email message may be privileged and confidential. If the reader is not the intended recipient, or the agent of the intended recipient, any unauthorised use, disclosure, copying, distribution or dissemination is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephoning +33141921234 or it@brsbrokers.com and return this message to the above address. BRS works in accordance with terms and conditions set out in our web site www.brsbrokers.com. BRS or one of their group companies may or may not record conversations.