# EXHIBIT A-6



EXHIBIT 58  
5/16/18

TO:  TMF GLOBAL SERVICES (UK) LIMITED
6 St Andrew Street
London EC4A 3AE
United Kingdom

FROM:  FIRE NAVIGATION INC.
HURRICANE NAVIGATION INC.
OD INVESTMENTS LTD.
Trust Company Complex
Ajeltake Road, Ajeltake Island
Majuro, Marshall Islands
MH 96960

1 November 2016

Dear Sirs

US$69,020,047 term loan facility agreement dated 29 June 2009, as amended, supplemented and restated from time to time (the "Loan Agreement"), now made between (1) Fire Navigation Inc and Hurricane Navigation Inc. as joint and several borrower (the "Borrowers"), (2) the banks and financial institutions listed in Schedule 1 thereto as lenders (the "Lenders"), (3) TMF Global Services (UK) Limited as agent (the "Agent") and (4) TMF Trustee Limited as security trustee

We refer to: (i) the Loan Agreement, (ii) your letter dated 13 October 2016 (the "TMF Letter"), (iii) our letter dated 25 October 2016 and (iv) your e-mail dated 25 October 2016 enclosing the valuations provided in respect of each Ship (the "Valuations"). Unless otherwise defined in this Letter, words and expressions defined in the Loan Agreement and the TMF Letter shall have the same meaning when used in this Letter.

We note the contents of the Valuations and would be grateful for your confirmation that each of the Valuations takes into account the modifications and optional additions which form part of each Ship and their bespoke construction specifications. As you will be aware, these modifications would differentiate the Ships (both in terms of efficiency and value) when compared to similar type and deadweight tonnage vessels. In particular, we draw your attention to the following:

1. Megacore Honami: this Ship is an IMO II vessel with phenolic epoxy tank coating giving the ability to carry a wider range of cargoes when compared to conventional IMO III type vessels. Its design and specification allow for a carrying capability of 7 different grades of cargo. It is estimated that the additional items on the Ship's specification exceed US$500,000 with additional chartering capabilities which are tangible and would ordinarily be accounted for in respect of any second-hand sale valuation conducted on a normal arm's-length basis.

2. Megacore Philomena: this Ship is a very high specification LR1 vessel with additional features including **Framo deep well type pumps** (compared to conventional pump room type LR1 vessels). Its design and specification allow for a carrying capability of 4 different grades of cargoes (compared to the standard 3 grades of cargo), together with a wide range of additional items and modifications when compared to standard construction specifications, including Air Seal Stern tube seals, Inert Gas Generator, Composite Boiler, Double plate bellmouth and a

radar mast modified for air draft minimization. It is estimated that the additional items on the Ship's specification exceed US$2,000,000 with additional chartering capabilities which are tangible and would ordinarily be accounted for in respect of any second-hand sale valuation conducted on a normal arm's-length basis.

As mentioned above, please confirm if the Valuations have considered each of the above specifications and modifications.

In addition, we note that the Valuations provided by the BRS Group specifically notes that the current market conditions result in: *"very limited activity and more often than not the usual spread between "offer and bid" is very wide"*. The Valuations provided by the BRS Group confirm that *"it is unrealistic to certify a willing seller / willing buyer value for the simple reason that there are few willing sellers at this time, especially for modern tonnage such as the above. In the present market conditions the only sellers today are those who have no other choice but to sell and therefore cannot be qualified as willing. The above opinion therefore does not purport to reflect normal bids and offers in any particular negotiation"*. Based on this assumption, it is uncertain whether the Valuations provided by the BRS Group follow the requirements set out at Clause 14.4 of the Loan Agreement.

In respect of the Valuations provided by the BRS Group, we also note that a range of values with a delta of US$500,000 in respect of each Ship has been confirmed. In view of the signification impact on any security cover calculation, it is common practice for the higher range of the valuation to be considered in respect of such calculations. We would kindly ask the Agent to clarify the basis on which it has elected to apply the lower part of such range.

For the reasons set out above (and in conjunction with other aspects of the Agent's calculations), it is unclear to the Borrowers whether the Valuations provided by the Agent on this occasion are an accurate reflection of the aggregate value of the Ships based on the methodology followed. The Borrowers belief is that the aggregate value of the Ships is higher than the Valuations obtained. With this in mind, it is essential to clarify that no manifest or obvious error has arisen in connection with the security cover calculation conducted by the Agent and that the correct calculation methodology has been followed in accordance with the Loan Agreement. As you will be aware, the calculations and the amount of any shortfall would have a significant impact on the business of the Borrowers and should be carefully and accurately formulated – as required by the Loan Agreement and by law.

For reference, the Borrowers note that they have acted in good faith at all times and have continued to meet all payment obligations under the Loan Agreement without fail. No amounts of principal, interest, costs or expenses are outstanding, and the Borrowers remain in compliance with all covenants to the best of their knowledge. With this in mind, in the spirit of mutual cooperation and transparency the Borrowers' strong preference remains to resolve this matter promptly and in cooperation with the Agent and the Lenders.

The Borrowers intend to comply with their obligations under the Loan Agreement and request that all applicable calculations are conducted fairly, precisely and in accordance with the correct and agreed parameters of the Loan Agreement. The Borrowers look forward to discussing with Lenders later today in order to agree and resolve all pending matters.

Yours faithfully

For and on behalf of
FIRE NAVIGATION INC.
HURRICANE NAVIGATION INC.
OD INVESTMENTS LTD.