1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11   TMF TRUSTEE LIMITED,                  )   Case No.:  2:17-cv-09010 AGR
                                           )
12         Plaintiff,                      )   IN ADMIRALTY
                                           )
13         vs.                             )   **ORDER ALLOWING PLAINTIFF-**
                                           )   **INTERVENOR NOVELL**
14                                         )   **INVESTMENTS, INC. TO FILE A**
     M/T MEGACORE PHILOMENA, her           )   **VERIFIED FIRST AMENDED**
15   engines, boilers, tackles, and other  )   **COMPLAINT ADDING A CLAIM FOR**
     appurtenances, etc., *in rem*;        )   **RECOGNITION OF FOREIGN**
16   HURRICANE NAVIGATION INC., a          )   **JUDGMENT**
     Marshall Islands Corporation, *in*    )
17   *personam*,                           )
                                           )
18                                         )
           Defendants.                     )
19   _____        )
                                           )
20   NOVELL INVESTMENTS, INC.,             )
                                           )
21       Plaintiff in Intervention,        )
                                           )
22         vs.                             )
                                           )
23   M/T MEGACORE PHILOMENA, her           )
     engines, boilers, tackles, and other  )
24   appurtenances, etc., *in rem*;        )
     HURRICANE NAVIGATION INC., a          )
25   Marshall Islands Corporation, *in*    )
     *personam,*                           )
26                                         )
                                           )
27       Defendants in Intervention.       )
     _____        )
28

-1-

On consideration of the stipulation by and between Plaintiff-Intervenor Novell Investments, Inc. ("Novell") and Defendant Hurricane Navigation, Inc. ("Hurricane") pursuant to Rule 15(a)(2)-(3) of the Federal Rules of Civil Procedure, for an order permitting Novell to file a verified first amended complaint adding a claim for recognition of foreign judgment, IT IS HEREBY ORDERED that:

1. Novell is granted leave to file its proposed Verified First Amended Complaint; and

2. Hurricane's responsive pleading shall be due ten (10) days after the Verified First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated this 27th day of September, 2018

Hon. Alicia G. Rosenberg
United States Magistrate Judge

-2-

ORDER ALLOWING NOVELL TO FILE A VERIFIED
FIRST AMENDED COMPLAINT