UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TMF TRUSTEE LIMITED, | * | |
| Plaintiff, *et al.* | * | Case No.  2:17-CV-09010 AGR |
| vs. | * | |
| | * | |
| | | Judge: Hon. Alicia G. Rosenberg |
| M/T MEGACORE PHILOMENA, its engines, boilers, tackles, and other appurtenances, *etc., et al,* | * * | |
| Defendant *in rem*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF ALL PARTIES FOR ORDER FOR DISBURSEMENT FROM VESSEL SALE PROCEEDS TO AND FINAL JUDGMENT FOR INTERVENING PLAINTIFFS OCEAN ENERGY, E.N. BISSO, COOPER/T. SMITH MOORING CO., RILEY SHERMAN SHIPPING AGENCY AND BP MARINE LIMITED**

In accordance with Local Rule 7-1, all parties to the case, namely, Plaintiff and Counter-Defendant TMF Trustee Limited ("TMF"), and Claimant, Defendant and Counter-Claimant Hurricane Navigation Inc. ("Hurricane"), and Plaintiff-Intervenors Novell Investments, Inc. ("Novell"), Monjasa Ltd. ("Monjasa"),

Ocean Energy, E.N. Bisso & Son, Inc., Cooper/T. Smith Mooring Co., Inc., Riley Sherman Shipping Agency, Inc., BP Marine Limited and Dan-Bunkering (Monaco) S.A.M. ("Dan-Bunkering"), by and through their attorneys of record, hereby stipulate to and request that the Court order as follows:

That the Clerk shall forthwith to disburse from the proceeds of the sale of the M/T MEGACORE PHILOMENA, the total amount of **$232,264.32** (Two Hundred Thousand, Two Hundred Thirty Two Thousand, One Hundred Fifty Five Dollars and Ninety Eight Cents) to 10/2/2018, with the further amount of **$15.48** *per diem* / **daily interest** from 10/2/2018 to the date of this Court's Order approving this of payment, to the client trust account of lead counsel for Intervening Plaintiffs, if by wire/ACH:

> J. Stephen Simms, P. C. Client Trust Account
> Account No. 18294625
> M&T Bank, 25 S. Charles Street, Baltimore, Maryland 21202
> ABA Routing No. 022000046, SWIFT Code: MANTUS33INT

If by check to:

> J. Stephen Simms, P. C. Client Trust Account
> 201 International Circle, Suite 250
> Baltimore, Maryland 21030.

STIPULATION OF ALL PARTIES FOR ORDER FOR DISBURSEMENT FROM VESSEL SALE PROCEEDS TO AND FINAL JUDGMENT FOR INTERVENING PLAINTIFFS OCEAN ENERGY, E.N. BISSO, COOPER/T. SMITH MOORING CO., RILEY SHERMAN SHIPPING AGENCY AND BP MARINE LIMITED – 2

This disbursement shall be in full payment and satisfaction of these Intervening Plaintiffs' respective claims, as follows:

**Ocean Energy**: $102,242.70 to 10/2/2018, *per diem* interest to the date of this Court's Order of payment, $6.8113

**E.N. Bisso**: $52,941.24 to 10/2/2018, *per diem* interest to the date of this Court's Order of payment, $3.5290

**Cooper/T. Smith Mooring**: $8,944.98 to 10/2/2018, *per diem* interest to the date of this Court's Order of payment, $0.5934

**Riley-Sherman**: $20,195.79 to 10/2/2018, *per diem* interest to the date of this Court's Order of payment, $1.3466

**BP Marine**: $47,939.62 to 10/2/2018, *per diem* interest to the date of this Court's Order of payment, $3.1971.

Upon payment that this Court issues final judgment pursuant to Fed. R. Civ. P. 54(b) in favor of Ocean Energy, E.N. Bisso & Son, Inc., Cooper/T. Smith Mooring Co., Inc., Riley Sherman Shipping Agency, Inc., and BP Marine Limited, expressly determining that there is no just reason for delay.

It is so stipulated and agreed.

Dated: October 2, 2018                    FLYNN, DELICH & WISE LLP


                                          By: /s/ Eric P. Wise
                                          Erich P. Wise
                                          Nicholas S. Politis

STIPULATION OF ALL PARTIES FOR ORDER FOR DISBURSEMENT FROM VESSEL SALE PROCEEDS TO AND FINAL JUDGMENT FOR INTERVENING PLAINTIFFS OCEAN ENERGY, E.N. BISSO, COOPER/T. SMITH MOORING CO., RILEY SHERMAN SHIPPING AGENCY AND BP MARINE LIMITED                    – 3

|   |   |   |
|---|---|---|
| 1 | | Zachary J. Politis |
| 2 | | Peter F. Black |
| 3 | | Attorneys for Plaintiff and |
| 4 | | Counter-Defendant |
|   | | TMF TRUSTEE LIMITED |
| 5 | | |
| 6 | Dated: October 2, 2018 | KAYE, ROSE & PARTNERS, LLP |
| 7 | | |
| 8 | | |
| 9 | | By: /s/ Frank C. Brucculeri |
|   | | Frank C. Brucculeri |
| 10 | | |
| 11 | | Attorneys for Defendant |
|   | | HURRICANE NAVIGATION INC. |
| 12 | | |
| 13 | | |
| 14 | Dated: October 2, 2018 | MCKASSON & KLEIN LLP |
| 15 | | |
| 16 | | By: /s/ Neil B. Klein |
|   | | Neil B. Klein |
| 17 | | Maria del Rocio Ashby |
| 18 | | |
| 19 | | Attorneys for Plaintiff-Intervenor |
|   | | NOVELL INVESTMENTS, INC. |
| 20 | | |
| 21 | Dated: October 2, 2018 | SWAIN & DIPOLITO, LLP |
| 22 | | |
| 23 | | |
| 24 | | By: /s/ Michael L. Swain |
|   | | Michael L. Swain |
| 25 | | Ross I. Landau |
| 26 | | |

STIPULATION OF ALL PARTIES FOR ORDER FOR DISBURSEMENT FROM VESSEL SALE PROCEEDS TO AND FINAL JUDGMENT FOR INTERVENING PLAINTIFFS OCEAN ENERGY, E.N. BISSO, COOPER/T. SMITH MOORING CO., RILEY SHERMAN SHIPPING AGENCY AND BP MARINE LIMITED – 4

|   |   |
|---|---|
|   | Attorneys for Plaintiff-Intervenor MONJASA LTD. |
| Dated: October 2, 2018 | MOGHADDAM & JORGENSEN LLP / MOURE LAW, PLLC |
|   | By:  /s/  Alexander Moghaddam<br>B. Alexander Moghaddam<br>Charles P. Moure |
|   | Attorneys for Plaintiff-Intervenor DAN-BUNKERING (MONACO) S.A.M. |
| Dated: October 2, 2018 | SIMMS SHOWERS LLP |
|   | By:  /s/ J. Stephen Simms<br>J. Stephen Simms<br>Attorneys for Plaintiffs-Intervenors OCEAN ENERGY, E.N. BISSO & SON, INC., COOPER/T. SMITH MOORING CO., INC., RILEY SHERMAN SHIPPING AGENCY, INC., BP MARINE LIMITED |

[Continued on Next Page]

STIPULATION OF ALL PARTIES FOR ORDER FOR DISBURSEMENT FROM VESSEL SALE PROCEEDS TO AND FINAL JUDGMENT FOR INTERVENING PLAINTIFFS OCEAN ENERGY, E.N. BISSO, COOPER/T. SMITH MOORING CO., RILEY SHERMAN SHIPPING AGENCY AND BP MARINE LIMITED  – 5

# ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

s/ J. Stephen Simms
Simms Showers LLP
J. Stephen Simms (*pro hac vice*)
jssimms@simmsshowers.com
201 International Circle, Suite 250
Baltimore, Maryland  21030
Telephone:  410-783-5795
Facsimile:   410-510-1789

Attorneys for Plaintiffs-Intervenors
OCEAN ENERGY, E.N. BISSO & SON, INC., COOPER/T. SMITH MOORING CO., INC., RILEY SHERMAN SHIPPING AGENCY, INC., BP MARINE LIMITED

STIPULATION OF ALL PARTIES FOR ORDER FOR DISBURSEMENT FROM VESSEL SALE PROCEEDS TO AND FINAL JUDGMENT FOR INTERVENING PLAINTIFFS OCEAN ENERGY, E.N. BISSO, COOPER/T. SMITH MOORING CO., RILEY SHERMAN SHIPPING AGENCY AND BP MARINE LIMITED                – 6