UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TMF TRUSTEE LIMITED, | IN ADMIRALTY |
| Plaintiff, | No. 2:17-cv-09010-AGR |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISBURSMENT FROM VESSEL SALE PROCEEDS TO AND FINAL JUDGMENT FOR INTERVENING PLAINTIFF DAN-BUNKERING (MONACO) S.A.M.** |
| M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., *in rem*, HURRICANE NAVIGATION INC., a Marshall Islands Corporation, *in personam*, | |
| Defendants. | |
| DAN-BUNKERING (MONACO) S.A.M., a Monaco Company, | |
| Intervening Plaintiff, | |
| v. | |
| M/T MEGACORE PHILOMENA, her tackle, equipment, boats, engines and appurtenances *In Rem*, HURRICANE NAVIGATION INC., a Marshal Island Corporation, *in personam* | |
| Defendants. | |

---

STIPULATION AND [PROPOSED] ORDER FOR
DISBURSMENT FROM VESSEL SALE PROCEEDS TO
AND FINAL JUDGMENT FOR INTERVENING
PLAINTIFF DAN-BUNKERING (MONACO) - 1

In accordance with Local Rule 7-1, Plaintiff and Counter-Defendant TMF Trustee Limited ("TMF"), and Claimant, Defendant and Counter-Claimant Hurricane Navigation Inc. ("Hurricane"), and Plaintiff-Intervenors Novell Investments, Inc. ("Novell"), Monjasa Ltd. ("Monjasa"), Ocean Energy, E.N. Bisso & Son, Inc., Cooper/T. Smith Mooring Co., Inc., Riley Sherman Shipping Agency, Inc., BP Marine Limited and Dan-Bunkering (Monaco) S.A.M. ("Dan-Bunkering"), by and through their attorneys of record, hereby stipulate to and request that the Court order as follows:

That the Clerk shall forthwith disburse from the proceeds of the sale of the M/T MEGACORE PILOMENA, the total amount of $270,435.25 plus interest in the amount of $6,420.72 (for the period September 26, 2017, to October 3, 2018), plus per diem interest at $17.26 per day from October 3, 2018, to the date of the disbursement to Dan-Bunkering. The order of payment shall be to the client trust account of lead counsel for Intervening Plaintiff as follows:

If by wire:

Wells Fargo Bank
1620 4th Avenue
Seattle, WA 98101
ABA # 121000248
Moure Trust Account # 7470857967

If by check to:

Moure Law Trust Account
Moure Law, pllc
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101

This shall be full payment and satisfaction of Intervening Plaintiff Dan-Bunkering (Monaco) S.A.M.'s claim. The parties further stipulate that, upon payment, the Court shall issue final judgment pursuant to Fed. R. Civ. P. 54(b) in favor of Plaintiff Dan-Bunkering (Monaco) S.A.M., expressly determining that there is no just reason for delay.

IT IS SO STIPULATED AND AGREED.

Dated:        Ocotber 03, 2018           FLYNN, DELICH & WISE LLP

By: /s/ Eric P. Wise
Erich P. Wise
Nicholas S. Politis
Zachary J. Politis
Peter F. Black

Attorneys for Plaintiff and
Counter-Defendant
TMF TRUSTEE LIMITED

Dated: October 03, 2018                  KAYE, ROSE & PARTNERS, LLP

By: /s/ Frank C. Brucculeri
Frank C. Brucculeri

Attorneys for Defendant
HURRICANE NAVIGATION INC.

Dated: October 03, 2018                  MCKASSON & KLEIN LLP

By: /s/ Neil B. Klein
Neil B. Klein
Maria del Rocio Ashby

Attorneys for Plaintiff-Intervenor
NOVELL INVESTMENTS, INC.

Dated: October 03, 2018                  SWAIN & DIPOLITO, LLP

By: /s/ Michael L. Swain
Michael L. Swain
Ross I. Landau

Attorneys for Plaintiff-Intervenor
MONJASA LTD.

Dated: Ocotber 03, 2018                  MOGHADDAM & JORGENSEN LLP /
                                         MOURE LAW, PLLC

By:   /s/  Charles Moure
B. Alexander Moghaddam

STIPULATION AND [PROPOSED] ORDER FOR
DISBURSMENT FROM VESSEL SALE PROCEEDS TO
AND FINAL JUDGMENT FOR INTERVENING
PLAINTIFF DAN-BUNKERING (MONACO) - 3

|  |  |
|---|---|
|  | Charles P. Moure |
|  | Attorneys for Plaintiff-Intervenor DAN-BUNKERING (MONACO) S.A.M. |
| Dated: October 03, 2018 | SIMMS SHOWERS LLP |
|  | By:  /s/ J. Stephen Simms<br>J. Stephen Simms |
|  | Attorneys for Plaintiffs-Intervenors OCEAN ENERGY, E.N. BISSO & SON, INC., COOPER/T. SMITH MOORING CO., INC., RILEY SHERMAN SHIPPING AGENCY, INC., BP MARINE LIMITED |

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

|  |  |
|---|---|
| Dated: Ocotber 3, 2018 | MOGHADDAM & JORGENSEN LLP / MOURE LAW, PLLC |
|  | By:  /s/  Alexander Moghaddam<br>B. Alexander Moghaddam<br>Charles P. Moure |
|  | Attorneys for Plaintiff-Intervenor DAN-BUNKERING (MONACO) S.A.M. |

STIPULATION AND [PROPOSED] ORDER FOR DISBURSMENT FROM VESSEL SALE PROCEEDS TO AND FINAL JUDGMENT FOR INTERVENING PLAINTIFF DAN-BUNKERING (MONACO) - 4

## [PROPOSED] ORDER

Pursuant the foregoing stipulation of the parties, the Court hereby approves of the stipulation and ORDERS and DIRECTS the Clerk forthwith to disburse to Intervening Plaintiff Dan-Bunkering (Monaco) S.A.M., from the proceeds of the sale of the M/T MEGACORE PHILOMENA, the total amount of $270,435.25, plus interest in the amount of $6,420.72, plus per diem interest at $17.26 per day from October 3, 2018, to the date of said disbursement to Intervening Plaintiff Dan-Bunkering (Monaco) S.A.M. as set forth in the stipulation.

IT IS SO ORDERED.

Dated: _____          _____
                                Alicia G. Rosenberg
                                United States Magistrate Judge