```
 1  MICHAEL L. SWAIN (133260)
    ROSS I. LANDAU (259260)
 2  SWAIN & DIPOLITO LLP
    555 East Ocean Boulevard, Suite 600
 3  Long Beach, California 90802
    Telephone:  (562) 983-7833
 4  Facsimile:  (562) 983-7835
    E-mail: mswain@swaindipolito.com
 5          rlandau@swaindipolito.com

 6  Attorneys for Plaintiff-Intervenor,
    MONJASA LTD.
 7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMF TRUSTEE LIMITED,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., in rem, HURRICANE NAVIGATION INC., a Marshall Islands Corporation, in personam,<br><br>　　　　　Defendants.<br>_____<br>MONJASA LTD.,<br><br>　　　　　Plaintiff-Intervenor,<br><br>　vs.<br><br>M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., in rem; THE IFO BUNKER FUEL aboard the M/T MEGACORE PHILOMENA provided by MONJASA LTD., in rem,<br><br>　　　　　Defendants.<br>_____<br>AND RELATED CLAIMS.<br>_____ | Case No. 2:17-cv-09010-AGR<br><br>Honorable Alicia G. Rosenberg<br><br>NOTICE OF LODGING OF AMENDED ORDER GRANTING MONJASA LTD.'S MOTION FOR DISBURSEMENT OF THE PROCEEDS OF SALE OF 244 METRIC TONS OF IFO FUEL ON BOARD THE M/T MEGACORE PHILOMENA<br><br>DATE: October 30, 2018<br>TIME: 10:00 a.m.<br>CTRM: 550 |

Ntc of Lodging of Amended Ord of Disbursement of Proceeds of Sale of IFO Fuel

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Monjasa lodges herewith an Amended Order of Distribution to account for: (1) the 3% commission from the proceeds of the sale of the IFO Fuel to be paid to the Court-appointed broker; and (2) the U.S. Marshal fees and costs for the selling of the IFO Fuel, both of which it inadvertently overlooked.

DATED: October 9, 2018                        SWAIN & DIPOLITO LLP

                                        By: _____
                                            MICHAEL L. SWAIN
                                            Attorneys for Plaintiff-
                                            Intervenor, MONJASA LTD.