Neil B. Klein, Bar No. 142734
neilk@mckassonklein.com
Maria del Rocio Ashby, Bar No. 206282
mrashby@mckassonklein.com
**McKASSON & KLEIN LLP**
2211 Michelson Drive, Suite 320
Irvine, California 92612
Telephone:  (949) 724-0200
Facsimile:    (949) 724-0201

Attorneys for: Plaintiff in Intervention
NOVELL INVESTMENTS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TMF TRUSTEE LIMITED,<br><br>    Plaintiff,<br><br>vs.<br><br>M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., *in rem*; HURRICANE NAVIGATION INC., a Marshall Islands Corporation, *in personam*,<br><br>    Defendants. | Case No.:  2:17-CV-09010 AGR<br><br>IN ADMIRALTY<br><br>**NOTICE OF JOINDER BY NOVELL INVESTMENTS, INC. IN HURRICANE NAVIGATION INC. AND MONJASA LTD.'S OPPOSITIONS TO TMF TRUSTEE LIMITED'S MOTION FOR PARTIAL DISTRIBUTION OF PROCEEDS FROM SALE OF VESSEL** |
| NOVELL INVESTMENTS, INC.,<br><br>    Plaintiff in Intervention,<br><br>vs.<br><br>M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., *in rem*; HURRICANE NAVIGATION INC., a Marshall Islands Corporation, *in personam,*<br><br>    Defendants in Intervention. | Date:         October 30th 2018<br>Time:         10:00 am<br>Courtroom: 550<br>Judge:        Hon. Alicia G. Rosenberg |

-1-

Plaintiff-Intervenor Novell Investments, Inc. hereby joins in the opposition briefs filed by Hurricane Navigation Inc. and Monjasa Ltd. to TMF Trustee Limited's Motion for Partial Distribution of Proceeds from Sale of Vessel (Dkt. Nos. 390 and 392, respectively).

Respectfully submitted,

Dated: October 10, 2018

/s/ *Neil B. Klein*
Neil B. Klein
Maria del Rocio Ashby
**MCKASSON & KLEIN LLP**
Attorneys for Plaintiff in Intervention
Novell Investments, Inc.