Erich P. Wise/State Bar No. 63219
erichw@fdw-law.com
Zachary J. Politis/State Bar No. 306310
zackp@fdw-law.com
Peter F. Black/State Bar No. 317524
peterb@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
Telephone:  (562) 435-2626
Facsimile:   (562) 437-7555

Attorneys for Plaintiff and Counter-Defendant
TMF TRUSTEE LIMITED

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TMF TRUSTEE LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., *in rem*;<br>HURRICANE NAVIGATION INC. a Marshall Islands Corporation, *in personam*,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | **CASE NO.:** 2:17-cv-09010-AGR<br><br>**IN ADMIRALTY**<br><br>**ORDER ON STIPULATION TO EXTEND TMF TRUSTEE LTD.'S TIME TO RESPOND TO JANUARY 2020 AUDIT REPORT IN SUPPORT OF O2 TRADING, LTD.'S** *CUSTODIA LEGIS* **EXPENSE CLAIM**<br><br>Courtroom: 550<br>Judge:    Hon. Alicia G. Rosenberg |

Order on Stipulation to Extend TMF Trustee Ltd.'s Time to Respond to January 2020 Audit Report in Support of O2 Trading, Ltd.'s *Custodia Legis* Expense Claim

Case No. 2:17-cv-09010-AGR

Based on the Stipulation of the parties regarding extending the time TMF Trustee Limited ("TMF") may file a response to the January 2020 Audit Report filed in support of O2 Trading's *Custodia Legis* Expense Claim,

**IT IS HEREBY ORDERED** that:

1. TMF's response shall be filed on or before January 30, 2020.

This Stipulation is without prejudice to TMF's already stated requests for an evidentiary hearing or trial on the issues raised by O2 Trading's *Custodia Legis* Claim.

**IT IS SO ORDERED.**

Dated: January 29, 2020

_____
Hon. Alicia G. Rosenberg
United States Magistrate Judge

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE WORLD TRADE CENTER, SUITE 1800
LONG BEACH, CALIFORNIA 90831-1800
(562) 435-2626

1

Order on Stipulation to Extend TMF Trustee Ltd.'s Time to Respond to January 2020 Audit Report in Support of O2 Trading, Ltd.'s *Custodia Legis* Expense Claim

Case No. 2:17-cv-09010-AGR