# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-09010 AGR | Date | March 24, 2020 |
|---|---|---|---|
| Title | TMF Trustee Limited v. M/T Megacore Philomena, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| K. Lozada | N/A | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff & Intervenor Plaintiffs | | Attorneys Present for Defendants & Counterclaimants |
| None | | None |

**Proceedings:** **MINUTE ORDER TO SHOW CAUSE WHY PLAINTIFF TMF TRUSTEE LIMITED'S *IN PERSONAM* CLAIMS SHOULD NOT BE STAYED PENDING THEIR RESOLUTION IN ENGLISH PROCEEDINGS**

Plaintiff TMF Trustee Limited and Defendant Hurricane Navigation Inc. are parties to proceedings in Case No. CL-2018-000440 in the High Court of Justice, Business and Property Courts of England and Wales, Queen's Bench Division, Commercial Court (hereinafter the "English proceedings").

IT IS ORDERED that, on or before ***April 17, 2020***, TMF shall show cause in writing why TMF's *in personam* claims should not be stayed pending resolution of the English proceedings. Hurricane may file a response on or before ***May 1, 2020***. If Hurricane files an opposition, TMF may file a reply on or before ***May 8, 2020***. Unless otherwise ordered, the court will take the matter under submission without oral argument.

Initials of Preparer      kl