1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10  TMF TRUSTEE LIMITED,                      )   NO.  CV 17-9010-AGR
                                             )
11                    Plaintiff,             )
                                             )   **FINAL JUDGMENT *IN REM* FOR**
12       v.                                  )   **PLAINTIFF TMF TRUSTEE LIMITED**
                                             )   **(Fed. R. Civ. 54(b))**
13  M/T MEGACORE PHILOMENA, her              )
    engines, boilers, tackles, and other     )
14  appurtenances, etc., *in rem*;           )
    HURRICANE NAVIGATION INC. a              )
15  Marshall Islands Corporation, *in*       )
    *personam*,                              )
16                                           )
                      Defendants.            )
17  _____ )
                                             )
18  AND RELATED CROSS-ACTIONS.               )
    _____ )
19

20       The vessel M/T Megacore Philomena ("Vessel") was sold pursuant to the

21  Amended Order Authorizing Interlocutory Judicial Sale of the M/T Megacore

22  Philomena ("Amended Order").  (Dkt. No. 264.)  The public auction of the Vessel

23  occurred on September 11, 2018.  (Dkt. Nos. 348-350.)  Sale of the Vessel was

24  confirmed by Order dated September 25, 2018.  (Dkt. No. 369.)  The Vessel was sold

25  to Hawkes Vigo IV at auction for $19,000,000.  The proceeds from the sale of the

26  Vessel were deposited in the court registry pursuant to the Amended Order

27  Authorizing Interlocutory Judicial Sale in the TMF Action.  (Dkt. Nos. 349 at 14, 369).

28

1    This court granted Plaintiff TMF Trustee Limited's motion for summary

2  judgment as to its *in rem* claims.  (Dkt. No. 408.)

3    By order dated November 26, 2019, the Ninth Circuit affirmed the court's order

4  of interlocutory sale of the Megacore Philomena and affirmed the court's order of

5  summary judgment in favor of TMF Trustee Limited on its *in rem* claims.  (Dkt. No.

6  534.)  The Ninth Circuit issued the mandate on December 18, 2019.  (Dkt. Nos. 539-

7  540.)

8    On August 31, 2020, this Court issued an amended order granting Plaintiff

9  TMF Trustee Limited's request for order on motion for distribution of proceeds from

10  the sale of the vessel Megacore Philomena.  (Dkt. No. 579.)

11    The Clerk shall disburse the remaining principal of $16,027,712.60 plus

12  accrued interest in the court registry from the sale of the Megacore Philomena, after

13  deduction for expenses incurred for a wire or other means of disbursement, to TMF

14  Trustee Limited by wire/ACH to TMF Trustee Limited.

15    This Court issues final judgment pursuant to Fed. R. Civ. P. 54(b) in favor of

16  TMF Trustee Limited on its *in rem* claims and expressly determines there is no just

17  reason for delay.

18

19  DATED: September 4, 2020

20    ALICIA G. ROSENBERG
     UNITED STATES MAGISTRATE JUDGE

21

22

23    cc: Fiscal

24

25

26

27

28

2