Erich P. Wise/State Bar No. 63219
erichw@fdw-law.com
Nicholas S. Politis/State Bar No. 92978
nicholasp@fdw-law.com
Zachary J. Politis/State Bar No. 306310
zackp@fdw-law.com
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

Attorneys for Plaintiff and Counter-Defendant
TMF TRUSTEE LIMITED

JS-6

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| TMF TRUSTEE LIMITED, | CASE NO.: 2:17-cv-09010-AGR |
| Plaintiff, | IN ADMIRALTY |
| vs. | ORDER OF DISMISSAL |
| M/T MEGACORE PHILOMENA, her engines, boilers, tackles, and other appurtenances, etc., *in rem*; HURRICANE NAVIGATION INC. a Marshall Islands Corporation, *in personam*, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE BY STIPULATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |
| Defendants. | |
| AND RELATED ACTIONS. | |

//

PLEASE TAKE NOTICE that Plaintiff and Counter-defendant TMF Trustee Limited ("TMF") and Defendant and Counterclaimant Hurricane Navigation Inc. ("Hurricane") have entered into a stipulation by agreement to voluntarily dismiss any remaining affirmative claims that each has against the other pending in or relating to docket number 2:17-cv-09010-AGR (including TMF's in personam claims against Hurricane and Hurricane's counterclaim (Dkt. No. 170) against TMF) with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear its own respective costs and attorneys' fees.

In addition, Defendant and Counterclaimant Hurricane Navigation Inc. provides notice of dismissal of any and all claims asserted against Counter-defendants Bank of America, N.A. and/or Burlington Loan Management DAC.

IT IS SO STIPULATED AND AGREED.

Dated: November ___, 2020

FLYNN, DELICH & WISE LLP

By: _____
Erich P. Wise
Nicholas S. Politis
Zachary J. Politis
Attorneys for Plaintiff and
Counter-Defendant
TMF TRUSTEE LIMITED

Dated: November 11, 2020

KAYE, ROSE & PARTNERS, LLP

By: *Frank C. Brucculeri*
Frank C. Brucculeri
Attorneys for Defendant and
Counterclaimant
HURRICANE NAVIGATION INC.

1

Stipulation of Dismissal with Prejudice

PLEASE TAKE NOTICE that Plaintiff and Counter-defendant TMF Trustee Limited ("TMF") and Defendant and Counterclaimant Hurricane Navigation Inc. ("Hurricane") have entered into a stipulation by agreement to voluntarily dismiss any remaining affirmative claims that each has against the other pending in or relating to docket number 2:17-cv-09010-AGR (including TMF's in personam claims against Hurricane and Hurricane's counterclaim (Dkt. No. 170) against TMF) with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear its own respective costs and attorneys' fees.

In addition, Defendant and Counterclaimant Hurricane Navigation Inc. provides notice of dismissal of any and all claims asserted against Counter-defendants Bank of America, N.A. and/or Burlington Loan Management DAC.

IT IS SO STIPULATED AND AGREED.

Dated: November 15, 2020

FLYNN, DELICH & WISE LLP

By: _____
Erich P. Wise
Nicholas S. Politis
Zachary J. Politis
Attorneys for Plaintiff and
Counter-Defendant
TMF TRUSTEE LIMITED

Dated: November ___, 2020

KAYE, ROSE & PARTNERS, LLP

By: _____
Frank C. Brucculeri
Attorneys for Defendant and
Counterclaimant
HURRICANE NAVIGATION INC.

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Date: November 23, 2020

_____
ALICIA G. ROSENBERG
United States Magistrate Judge